UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Misael Cardenas, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 24th day of September 2024.

    s/ Patrick Brooks LaRou
    Patrick Brooks LaRou, Esq.
    Florida Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*