# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-23654-RAR

Plaintiff:
**MISAEL CARDENAS**

vs.

Defendants:
**PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 26th day of September, 2024 at 11:28 am to be served on **PERFORMANCE AUTO WHOLESALERS LLC c/o MATEO PRADO, its Registered Agent, 10859 NW 21 Street, Doral, FL 33172**.

I, Joseph Onega, do hereby affirm that on the **3rd day of October, 2024** at **11:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Fernando Prado, as Owner,** for PERFORMANCE AUTO WHOLESALERS LLC c/o MATEO PRADO, its Registered Agent, at the address of: **10859 NW 21 Street, Doral, FL 33172**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 150, Hair: Grey, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2024001388