## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-23654-RAR

Plaintiff:
**MISAEL CARDENAS**

vs.

Defendants:
**PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 26th day of September, 2024 at 11:28 am to be served on **Fernando Prado, 7900 SW 135 Street, Miami, FL 33156**.

I, Stefany Camejo, do hereby affirm that on the **2nd day of October, 2024** at **12:23 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Silvana Prado** as **Co-Resident (Spouse)** at the residential address of: **7900 SW 135 Street, Miami, FL 33156**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, §48.031(1)(a).

**Description** of Person Served: Age: 66, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 145, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024001389

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a