UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV- 23654-RAR

**MISAEL CARDENAS**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Performance Auto Wholesalers LLC and Fernando Ivan Prado have been served with process. *See* [ECF No. 5]; [ECF No. 6]. However, no proof of service has been filed for the remaining Defendant in this matter, Mateo Prado. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendants Performance Auto Wholesalers LLC and Fernando Ivan Prado shall not file a response until the remaining Defendant has been served with process. After the remaining Defendant has been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Plaintiff shall promptly file a return of service after serving the remaining Defendant.

**DONE AND ORDERED** in Miami, Florida, this 4th day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**