UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, by and through its undersigned counsel hereby file this Certificate of Interested Persons and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.  Named Plaintiff    MISAEL CARDENAS

    b.  Counsel for Plaintiff    Brian H. Pollock, Esq.
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, FL 33146

    c.  Named Responding Defendants    PERFORMANCE AUTO WHOLESALERS, LLC;
    FERNANDO IVAN PRADO;
    MATEO PRADO

1

      d.  Counsel for Responding Defendants      Adi Amit, Esq.
                                                                              ADI AMIT, P.A.
                                                                              101 N.E. Third Avenue, Suite 300
                                                                              Fort Lauderdale, FL 33301

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None other than named parties currently named in this litigation.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, MISAEL CARDENAS

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted, this 24th day of October, 2024.

                                                  Adi Amit, P.A.
                                                  *Attorneys for Defendants*
                                                  101 Centre
                                                  101 N.E. Third Avenue, Suite 300
                                                  Fort Lauderdale, Florida 33301
                                                  Phone: (954) 533-5922
                                                  E-mail: Adi@DefenderOfBusiness.com

                                                  By: *s/Adi Amit*
                                                       Adi Amit, Esquire
                                                       Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2024, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al*
Case No. 1:24-cv-23654-RAR

Brian H. Pollock, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
brian@fairlawattorney.com
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 N.E. Third Avenue,
Suite 300
Ft. Lauderdale, Florida 33301
Adi@DefenderOfBusiness.com
*Counsel for Defendants*