UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Misael Cardenas, pursuant to the Court's Order in Actions Brought Under the Fair Labor Standards Act entered on October 24, 2024 [ECF No. 11], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours he worked, the pay he received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$9,489.55** in unpaid overtime wages.

4. Plaintiff calculated his estimate of unpaid overtime wages as follows:

| Dates Worked | Weeks Worked | Hours Worked | Pay Rate | Hourly Conversion | Overtime Owed |
|---|---|---|---|---|---|
| Sep. 23, 2021 - Oct. 31, 2022 | 58 | 48/week | $875/week | $18.23/hour | $4,229.36 |
| Nov. 1, 2022 - June 21, 2024 | 86 | 46.5/week | | $18.82/hour | $5,260.19 |
| | | | | **Total:** | **$9,489.55** |

5. Plaintiff is claiming that he is owed overtime wages for work he performed **between September 23, 2021 and June 21, 2024**.

6. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

7. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

9. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Respectfully submitted this 6th day of November 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*