UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 11]**

    Plaintiff, Misael Cardenas, by and through his undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 11] by serving Defendants with a copy of the Court's Order, Plaintiff's Statement of Claim [ECF No. 14], and all documents supporting Plaintiff's claims (Cardenas 000001-000249) by email to Defendants' counsel on November 7, 2024.

    Respectfully submitted this 7th day of November 2024.

                                          s/ Patrick Brooks LaRou
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          Patrick Brooks LaRou, Esq. (1039018)
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue, Suite 770
                                          Coral Gables, Florida 33146
                                          Telephone: (305) 230-4884
                                          *Counsel for Plaintiff*

1