UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,

    Defendants.
_____/

## **NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE**

Counsel for Plaintiff, Misael Cardenas, after having conferred with counsel for Defendants Performance Auto Wholesalers LLC, Fernando Prado, and Mateo Prado, submits the following proposed dates to conduct the parties' Settlement Conference pursuant to this Court's Order entered November 6, 2024 [ECF No. 13]. All parties respectfully request that the start time for the Settlement Conference be no earlier than 10:00 a.m. on the proposed dates:

- November 27, 2024;
- December 2, 2024; and
- December 10, 2024.

Respectfully submitted this 7th day of November 2024.

                              s/ Patrick Brooks LaRou
                              Patrick Brooks LaRou, Esq. (1039018)
                              brooks@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue, Suite 770
                              Coral Gables, Florida 33146
                              Telephone: (305) 230-4884
                              *Counsel for Plaintiff*