UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**<u>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES</u>**

Plaintiff, Misael Cardenas, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

   a)    Misael Cardenas – Plaintiff;

   b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

   c)    P. Brooks LaRou, Esq. – counsel for Plaintiff;

   d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

   e)    Performance Auto Wholesalers LLC – Defendant;

   f)    Fernando Prado – Defendant;

   g)    Mateo Prado – Defendant;

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

    h)    Gerardo Garcia – owner of Defendant Performance Auto Wholesalers LLC;

    i)    Adi Amit, Esq., Esq. – counsel for Defendants;

    j)    Adi Amit P.A. – counsel for Defendants.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiff, Misael Cardenas.

**5.** **Check one of the following:**

  _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                                 -or-

  ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

  Respectfully submitted this 13th day of November 2024.

                                       s/ Patrick Brooks LaRou
                                       Patrick Brooks LaRou, Esq.
                                       Florida Bar No. 1039018
                                       brooks@fairlawattorney.com
                                       FAIRLAW FIRM
                                       135 San Lorenzo Avenue, Suite 770
                                       Coral Gables, Florida 33146
                                       Telephone: (305) 230-4884
                                       *Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com