UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO IVAN PRADO, AND MATEO PRADO,

    Defendants.

## JOINT SCHEDULING REPORT

Plaintiff, MISAEL CARDENAS ("Plaintiff"), and Defendants, PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO IVAN PRADO, and MATEO PRADO ("Defendants"), by and through undersigned counsel, hereby submit the following Joint Scheduling Report.

    **A.**    **The Likelihood of Settlement:** The Parties will explore, in good faith, the possibility of settlement as this case progresses.

    **B.**    **The Likelihood of Appearance in the Action of Additional Parties:** Defendants do not anticipate the need for any additional parties in this matter. Plaintiff foresees the necessity of filing a motion for leave to amend the Complaint to include Gerardo Garcia as a defendant in this case.

    **C.**    **Proposed Limits on the Time:**

        **(i)**    **To join other parties and amend pleadings:** November 26, 2024

        **(ii)**    **To file and hear motions:** May 30, 2025

        **(iii)**    **To complete discovery:** May 9, 2025

        **(iv)**    **To serve initial disclosures:** December 3, 2024

**D.     Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment:** Presently, the Parties do not have any proposals for the formulation and simplification of issues.  However, the Parties will continue to consider in good faith ways of simplifying the matters in this case and eliminating frivolous claims or defenses, by agreement by requests for admissions or by other means.  Further, the parties shall utilize the required joint pretrial stipulation for this purpose.

**E.     The Necessity or Desirability of Amendments to the Pleadings:** Defendants do not anticipate the need for amendments to the pleadings. Plaintiff foresees the necessity of filing a motion for leave to amend the Complaint to include Gerardo Garcia as a defendant in this case.

**F.     The Possibility of Obtaining Admissions of Fact; of Possible Stipulations Regarding the Authenticity of Documents; and of the Need for Advance Rulings from the Court on the Admissibility of Evidence:** The parties anticipate that they will confer in good faith and will obtain certain admissions of fact and documents which will avoid unnecessary proof.  The parties further anticipate that they will confer in good faith and stipulate to the authenticity of documents about which there is no question of authenticity and will only seek advance rulings from the Court on the admissibility of evidence when the parties cannot agree.

**G.     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence:** At this time, the parties do not have any suggestions for the avoidance of unnecessary proof and of cumulative evidence. As this case progresses, the parties will, in good faith, confer to discuss such suggestions and will make such suggestions to the Court in advance of the trial of this case.

**H.    Suggestions on the advisability of referring matters to a Magistrate Judge or Master:** None at this time.

**I.    A Preliminary Estimate of the Time Required for Trial:** A preliminary estimate of the time required for trial is three (3) days.

**J.    Requested Date or Dates for Conference before Trial, a Final Pretrial Conference, and Trial:** The parties request the two-week trial period commencing on November 10, 2025.

**K.    Any Issues About Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced or Claims of privilege or of protection as trial-preparation materials:** At this time, the parties are unaware of any claim of privilege or of protection as trial preparation material. However, should the need arise, the parties expect to negotiate and enter into an agreement providing for the protection against re-disclosure or inappropriate use of certain documents or things produced in discovery and otherwise providing for the protection of certain documents after production.

**L.    Any Other Information That Might Be Helpful to the Court:** None at this time.

Dated: November 13, 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou, Esq. | s/ Adi Amit, Esq. |
| Brian H. Pollock, Esq. (174742) | Adi Amit, Esq. |
| brian@fairlawattorney.com | Florida Bar No. 35257 |
| Patrick Brooks LaRou, Esq. (1039018) | E-mail: Adi@defenderofbusiness.com |
| brooks@fairlawattorney.com | ADI AMIT, P.A. |
| FAIRLAW FIRM | 101 NE Third Avenue, Suite 300 |
| 135 San Lorenzo Avenue, Suite 770 | Fort Lauderdale, Florida 33301 |
| Coral Gables, Florida 33146 | Phone: (954) 533-5922 |
| Telephone: (305) 230-4884 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |