UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
PERFORMANCE AUTO WHOLESALERS　　　　)
LLC, FERNANDO IVAN PRADO, AND　　　 )
MATEO PRADO,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　　 )
_____)

**JOINT PROPOSED SCHEDULING ORDER**

This Matter is before the Court on the parties' Joint Scheduling Report pursuant to Local Rule 16.1(b) of the Local Rules of the United States District Court for the Southern District of Florida. After considering the Joint Scheduling Report, it is hereby ORDERED AND ADJUDGED as follows:

**SCHEDULING ORDER**

1. Case Management Track: Pursuant to Local Rule 16.1, this matter is assigned to the Expedited Track, given the complexity of the case, number of parties, volume of evidence, and time estimated by the parties for discovery and trial.

2. The parties shall have until December 3, 2024, to exchange their initial disclosures.

3. All discovery shall be completed by May 9, 2025.

4. The parties shall have until November 26, 2024, to join other parties and to amend the pleadings.

5. All pretrial motions shall be filed by _____, 202____.

6. All pretrial motions shall be resolved by the Court by _____, 202__.

7. Manual on Complex Litigation: The Court finds there is no necessity for use of the Manual on Complex Litigation.

8. Pretrial Conference: A pretrial conference is set for _____, 202___, at ___: ___

___.m.

9. Trial: This matter is set for the two-week trial period beginning _____, 202_____, unless modified by further order of the Court.

**DONE AND ORDERED** in Chambers in _____, Florida, this _____ day of _____, 202___.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**