**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,
v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, by and through their undersigned counsel, hereby file their Response to Plaintiff's Statement of Claim [*ECF #14*], as follows:

1. Plaintiff worked for the entity Defendant during the time period stated in Paragraph 5 of Plaintiff's Statement of Claim, cleaning vehicles and was paid on a salary basis for his work.

2. Defendants deny that Plaintiff worked for the entity Defendant the amount of weekly hours he claims to have worked. Additionally, Defendants respond that, during the relevant time period, Plaintiff was absent from work on at least 137 workdays for various personal reasons.

3. Plaintiff was not a covered employee of the Defendant. As a vehicle cleaner, Plaintiff was not covered individually. e.g., *Perez v. New Auto Image Mktg.*, 2016 U.S. Dist. LEXIS 191227, *16 (S.D. Fla. May 20, 2016). Further, while satisfying the $500,000.00 prong of enterprise coverage under the Act, the entity Defendant employed only one individual at a

time (Plaintiff), which is insufficient for purposes of enterprise coverage. e.g., *Gaviria v. Maldonado Bros.*, 2014 U.S. Dist. LEXIS 198755, *10 (S.D. Fla. March 31, 2014)

Respectfully submitted, this 21st day of November, 2024.

> ADI AMIT, P.A.
> *Attorneys for Defendants*
> 101 Centre
> 101 NE Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Phone: (954) 533-5922
> E-mail: Adi@DefenderOfBusiness.com
>
> By: *s/Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2024, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ *Adi Amit*
> Adi Amit

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al*
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire | Adi Amit, Esquire |
| FAIRLAW FIRM | ADI AMIT, P.A. |
| 135 San Lorenzo Avenue | 101 Centre |
| Suite 770 | 101 N.E. Third Avenue, |
| Coral Gables, Florida 33146 | Suite 300 |
| brian@fairlawattorney.com | Ft. Lauderdale, Florida 33301 |
| *Counsel for Plaintiff* | Adi@DefenderOfBusiness.com |
| | *Counsel for Defendants* |