UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,

    Defendants.
_____/

## JOINT NOTICE OF FILING
## PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff Misael Cardenas and Defendants Performance Auto Wholesalers LLC, Fernando Prado, and Mateo Prado hereby jointly file their Proposed Order Scheduling Mediation pursuant to the Court's Scheduling Order entered November 14, 2024 [ECF No. 20].

Respectfully submitted this 4th day of December 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Adi Amit |
| Brian H. Pollock, Esq. (174742) | Adi Amit, Esq. (35257) |
| brian@fairlawattorney.com | adi@defenderofbusiness.com |
| Patrick Brooks LaRou, Esq. (1039018) | ADI AMIT, P.A. |
| brooks@fairlawattorney.com | 101 Centre |
| FAIRLAW FIRM | 101 N.E. Third Avenue, Suite 300 |
| 135 San Lorenzo Avenue, Suite 770 | Fort Lauderdale, Florida 33301 |
| Coral Gables, Florida 33146 | Telephone: (954) 533-5922 |
| Telephone: (305) 230-4884 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |