UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with **Neil Flaxman, Esq.** on **June 24, 2025, at 10:00 a.m.** at **Brickell City Tower, 80 S.W. 8th Street, Suite 3100, Miami, Florida 33130.**

A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida this **4th** day of **December**, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE