**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23654-RAR**

**MISAEL CARDENAS**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with Neil Flaxman, Esq. on **June 24, 2025, at 10:00 a.m.** at Brickell City Tower, 80 S.W. 8th Street, Suite 3100, Miami, Florida 33130. A report of the mediation must be filed within **seven (7) days** thereafter.

    **DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**