UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Misael Cardenas, through his undersigned counsel and pursuant to the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 20], Rule 15 of the Federal Rules of Civil Procedure, Local Rule 7.1, and other applicable Rules and laws, requests that the Court grant him leave to file an Amended Complaint naming Gerardo Garcia, an owner and former officer of Defendant Performance Auto Wholesalers LLC, as a Defendant in this case, based on the following good cause:

1.    On September 23, 2024 Plaintiff filed this lawsuit against Defendant Performance Auto Wholesalers LLC ("Performance Auto") and its owners/officers/directors/managers, Fernando Prado, and Mateo Prado (collectively, "Defendants") to recover unpaid overtime wages under the Fair Labor Standards Act. *See* ECF No. 1.

2.    Defendants responded to the Complaint by filing their Answer and Affirmative Defenses on October 24, 2024. *See* ECF No. 9.

3. The parties filed their Joint Scheduling Report on November 13, 2024 [ECF No. 19], after which the Court entered its Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 20] (the "Scheduling Order").

4. In its Scheduling Order, the Court set a deadline of December 23, 2024 for the parties to file all motions to amend pleadings or to join parties.

5. During the course of discovery, Plaintiff has obtained information which renders Performance Auto's formerly named officer and present owner/manager/director, Gerardo Garcia, a viable Defendant in this action for unpaid overtime wages against his joint employers.

6. Thus, Plaintiff requests that the Court permit him to file and proceed upon an Amended Complaint that adds one additional Defendant, Gerardo Garcia, to this action as a named Defendant and joint employer of Plaintiff, but without changing the nature or character of the claim alleged.

7. Plaintiff submits that this requested amendment to the Complaint is not futile, for a dilatory or ulterior purpose, and is in all respects timely.

WHEREFORE Plaintiff, Misael Cardenas, requests that this Court enter an order granting him leave to file the Amended Complaint naming Gerardo Garcia as an individual Defendant, and awarding such other and further relief as the Court deems just and proper.

## MEMORANDUM OF LAW

"Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a party's pleading shall be freely given when justice so requires." *Jameson v. Arrow Co.*, 75 F.3d 1528, 1534 (11th Cir. 1996) (internal brackets and quotations omitted). Furthermore, "the decision whether to grant leave to amend is within the sound discretion of the trial court." *Id.* The U.S. Supreme Court liberally construes this rule:

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

> [I]n the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.-the leave sought should, as the rules require, be freely given.

*Foman v. Davis*, 371 U.S. 178, 182 (1962); *Borden, Inc. v. Florida E.C.R. Co.*, 772 F.2d 750, 757 (11th Cir. 1985); *Kreuzfeld, A.G. v. Carnehammar*, 138 F.R.D. 594, 609 (S.D. Fla. 1991).

By amending the Complaint, Plaintiff intends to assert the same claim for unpaid overtime wages against an additional joint employer. Plaintiff's purported claim against Gerardo Garcia is intertwined with his claim currently before the Court, and involves the same transactions and occurrences as those alleged in the Complaint.

## CONCLUSION

Based on the foregoing, Plaintiff requests that the Court grant him leave to file an Amended Complaint naming Gerardo Garcia as an additional Defendant.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that Defendants oppose the relief requested herein.

Respectfully submitted this 23rd day of December 2024.

        s/ Patrick Brooks LaRou
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        Patrick Brooks LaRou, Esq. (1039018)
        brooks@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, Florida 33146
        Telephone: (305) 230-4884
        *Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com