UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, by and through their undersigned counsel, hereby file their Response to Plaintiff's Motion for Leave to File Amended Complaint [*ECF #25*], as follows:

Having reviewed Plaintiff's Motion and having had an opportunity to reconsider their positions regarding the proposed amendment to add a Defendant, Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, without waiving any of their defenses to the proposed Amended Complaint, **do not** oppose the relief requested in Plaintiff's motion.

Respectfully submitted, this 6th day of January, 2025.

        ADI AMIT, P.A.
        *Attorneys for Defendants*
        101 Centre
        101 NE Third Avenue, Suite 300
        Fort Lauderdale, Florida 33301
        Phone: (954) 533-5922
        E-mail: Adi@DefenderOfBusiness.com

By: *s/Adi Amit*
    Adi Amit, Esquire
    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ *Adi Amit*
        Adi Amit

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al.*
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, Florida 33146<br>brian@fairlawattorney.com<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>ADI AMIT, P.A.<br>101 Centre<br>101 N.E. Third Avenue,<br>Suite 300<br>Ft. Lauderdale, Florida 33301<br>Adi@DefenderOfBusiness.com<br>*Counsel for Defendants* |

2