UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23654-RAR

**MISAEL CARDENAS**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.

_____/

**ORDER ON NOTICE OF DISSOCIATION OF
PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF**

**THIS CAUSE** comes before the Court on Notice of Dissociation of Patrick Brooks Larou, Esq. as Counsel for Plaintiff ("Notice"), [ECF No. 30]. The Court having reviewed the Notice and the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that **Patrick Brooks Larou, Esq.** of **FairLaw Firm** is permitted to **WITHDRAW** as counsel of record for Plaintiff Misael Cardenas Rico in this matter and is relieved of any and all further responsibility in these proceedings. Plaintiff Misael Cardenas Rico will continue to be represented by Brian Howard Pollock, Esq. of FairLaw Firm.

**DONE AND ORDERED** in Miami, Florida, this 19th day of May, 2025.

                                                                        **RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**