UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CIV-23654-RUIZ/LOUIS

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO
WHOLESALERS, LLC,
FERNANDO IVAN PRADO,
and MATEO PRADO,

    Defendant.
_____/

**MEDIATOR'S UNAVAILABILITY FOR IN-PERSON MEDIATION**

    COMES NOW, the undersigned mediator, NEIL FLAXMAN, and files this Notice of Mediator's Unavailability for In-Person Mediation and states as follows:

    1.    The parties scheduled the mediation in this matter on December 4, 2024 (D.E. 22).

    2.    An order was entered, and this matter is set for mediation on Tuesday, June 24, 2025 at 10:00 a.m. at the undersigned's Miami office (D.E. 23).

    3.    The undersigned mediator suffered a slip and fall and injured his back.

    4.    As indicated by imaging of the back, the injury is more severe than anticipated and the Mediator cannot travel.

    5.    The parties agree that, if allowed by the Court, the mediation can be conducted via Zoom and the Mediator is available for a Zoom mediation since it does not require travel outside of the home.

    6.    Accordingly, the Mediator joins in the request of the parties that the mediation be conducted via Zoom.

    Dated this 29th day of May, 2025

Respectfully submitted,
Neil Flaxman, Esq.
Florida Supreme Court Certified Circuit & Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786
E-mail: neil@flaxmanmediations.com

By:     *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299