UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Gaelle W. Colas, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Misael Cardenas Rico, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

    Dated this 20th day of June 2025.

                                      s/Gaelle W. Colas, Esq.
                                      Gaelle W. Colas, Esq. (100681)
                                      gaelle@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:  305.230.4884
                                      *Counsel for Plaintiff*