UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CIV-23654-RUIZ/LOUIS

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO
WHOLESALERS, LLC,
FERNANDO IVAN PRADO,
and MATEO PRADO,

    Defendants.
_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on June 24, 2025 at 10:00 a.m., via Zoom, and the results of that conference are indicated below:

**Attendance:** The Plaintiff and his attorney appeared. The Defendants and their attorney appeared.

**Outcome:** No agreement was reached; IMPASSE.

Dated this 24th day of June 2025

    Respectfully submitted,
    Neil Flaxman, Esq.
    Florida Supreme Court Certified Circuit & Appellate Mediator
    L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
    L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
    80 Southwest 8th Street, Suite 3100
    Miami, Florida 33130
    Tel: 305-810-2786
    E-mail: neil@flaxmanmediations.com

    By:    *s/ Neil Flaxman*
           Neil Flaxman, Esq.
           Fla. Bar No. 025299