UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23654-RAR

**MISAEL CARDENAS**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiff filed an Amended Complaint on January 16, 2025, [ECF No. 28]. The Amended Complaint added a new Defendant, Gerardo Garcia. Plaintiff was required to serve Defendant Garcia within 90 days after the Amended Complaint was filed. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant[.]"). To date, there is no indication that Plaintiff has served Defendant Garcia with the summons or the Complaint. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, on or before **July 17, 2025**, Plaintiff shall show good cause why Defendant Garcia should not be dismissed from this action. Failure to show good cause or otherwise comply with this Order will result in the dismissal of Defendant Garcia from this action without further notice.

**DONE AND ORDERED** in Miami, Florida this 16th day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**