UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


CASE NO.: 1:24-CV-23654-RUIZ/LOUIS


MISAEL CARDENAS RICO,


      Plaintiff,


vs.


PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,


      Defendants.

_____/


<u>NOTICE OF FILING DEPOSITION TRANSCRIPT</u>
<u>OF FERNANDO IVAN PRADO</u>

      Plaintiff, Misael Cardenas, by and through the undersigned counsel, and
hereby gives notice to the Court and the Defendants of the filing of the transcript of the
deposition of Fernando Ivan Prado, taken in this action on June 23, 2025, for the purposes of trial
and any other lawful purposes.

Respectfully submitted this 22nd day of July 2025.

_s/Brian H. Pollock, Esq._
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Gaelle W. Colas, Esq. (100681)
gaelle@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
_Counsel for Plaintiff_

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

               CASE NO.: 1:24-CV-23654-RUIZ/LOUIS



MISAEL CARDENAS,                            ORIGINAL

        Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

        Defendants.




                 DEPOSITION OF FERNANDO IVAN PRADO

                 TAKEN ON BEHALF OF THE PLAINTIFF

                      JUNE 23RD, 2025
                   10:03 A.M. TO 11:04 A.M.

                ALL PARTIES APPEARED REMOTELY
                        PURSUANT TO
             FLORIDA SUPREME COURT ORDER AOSC20-23
```

REPORTED BY:
JESSICA TATE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

```
01                    APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        BRIAN H. POLLOCK, ESQUIRE
          FAIRLAW FIRM
04        135 SAN LORENZO AVENUE, SUITE 770
          CORAL GABLES, FLORIDA 33146
05        305-230-4884
          BRIAN@FAIRLAWATTORNEY.COM
06        (REMOTELY VIA ZOOM)

07   ON BEHALF OF THE DEFENDANT:

08        ADI AMIT, ESQUIRE
          ADI AMIT, P.A.
09        101 NORTHEAST 3RD AVENUE, SUITE 300
          FORT LAUDERDALE, FLORIDA 33301
10        954-533-5922
          ADI@DEFENDEROFBUSINESS.COM
11        (REMOTELY VIA ZOOM)

12
     ALSO PRESENT:
13
          JOSEPH RICHARD PERES, INTERPRETER
14
          MATEO PRADO, DEFENDENT
15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 3

```
01                    INDEX OF EXAMINATION

02    WITNESS:  FERNANDO IVAN PRADO
                                                 PAGE
03    DIRECT EXAMINATION
         BY BRIAN H. POLLOCK, ESQUIRE               6
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 4

```
01                      INDEX OF EXHIBITS

02    EXHIBIT              DESCRIPTION                PAGE

03    PLAINTIFF'S

04    EXHIBIT 101     COURT JUDGEMENT AND SENTENCE DOCUMENT 22

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01              DEPOSITION OF FERNANDO IVAN PRADO

02                      JUNE 23, 2025

03         Thereupon:

04         JOSEPH RICHARD PEREZ, interpreter,

05      having been first duly sworn, testified as

06      follows:

07                  FERNANDO IVAN PRADO,

08         was called as a witness, and after having

09      been first duly  sworn, testified as follows:

10         THE COURT REPORTER:  Today's date is June

11      23th, 2025.  The time is approximately 10:03 A.M.

12         We're here for the deposition of Fernando Ivan

13      Prado in case Misael Cardenas v. Performance Auto

14      Wholesalers LLC, Fernando Prado, and Mateo Prado

15      with Case Number 1:24-CV-23654-RUIZ/LOUIS.

16         The Court Reporter is Jessica Tate with

17      Universal Court Reporting Services.  I'm a

18      nationally certified court reporter through AAERT

19      with Certification Number 3319.  I can affirm that

20      no AI is being used in the recording or reporting

21      of this proceeding.

22         Would counsel please introduce themselves for

23      the record?

24         MR. POLLOCK:  Good morning.  Brian Pollock for

25      the Plaintiff.
```



**Universal Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 6

```
01              MR. AMIT:  Good morning, Adi Amit for the
02         Defendants.
03              THE COURT REPORTER:  Thank you.  You may
04         proceed.
05                      DIRECT EXAMINATION
06   BY MR. POLLOCK:
07         Q.   Good morning, Mr. Prado.  I represent
08   Mr. Cardenas Rico in this case.
09         A.   Good morning.
10         Q.   Since we're using an interpreter today, I'm
11   going to speak in shorter phrases.  That way Mr. Peres
12   can interpret without asking me to stop to hopefully get
13   a better translation for you.
14              So, just want to make sure you let me finish
15   my question before you go ahead and answer, please.
16         A.   Yes.
17         Q.   As well, you may understand what I'm saying in
18   English, but since we're using an interpreter, you have
19   to wait for Mr. Peres to interpret what I'm asking
20   before you go ahead and answer, okay?
21         A.   Understood.
22         Q.   If you don't understand any of my questions,
23   please let me know, and I'll ask them in a way so that
24   you can understand what I'm trying to get at.
25         A.   Very well.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 7

01     Q.   I don't anticipate our deposition being very

02  long today, but if you need a break, let me know and

03  I'll try to accommodate you as soon as I can.

04     A.   Okay.  Thank you.

05     Q.   And your lawyer, Mr. Amit, may object to my

06  question.  Unless he instructs you not to answer, he's

07  objecting for the judge to address it later, and you

08  should still respond.

09     A.   Okay.

10     Q.   Mr. Prado, what's your current home address?

11     A.   7900 Southwest 135th Street, Miami, Florida

12  33156.

13     Q.   How long have you lived there?

14     A.   Nineteen years.

15     Q.   What's your highest level of education?

16     A.   High school.  Secondary school, high school.

17     Q.   Okay.  Where did you attend high school?

18     A.   Lima, Peru.

19     Q.   And do you hold any certifications or licenses

20  beyond a Florida driver's license?

21     A.   No.  Excuse me.  I don't have the license, but

22  the company does have a dealer's license.

23     Q.   How long have you operated Performance Auto

24  Wholesalers?

25     A.   Since late 2012.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 8

```
01        Q.    What did you do before you opened this
02  company?
03        A.    I worked for another auto company.
04        Q.    And what's the cell phone number that you use?
05        A.    (786) 587-0075.
06        Q.    Have you used any other cell phone numbers in
07  the past three or four years?
08        A.    No.
09        Q.    Your physical cell phone, is it an iPhone, an
10  Android?
11        A.    iPhone.
12        Q.    Have you changed the physical phone in the
13  past two years?
14        A.    No.
15        Q.    You ever been charged with a crime?
16        A.    No.
17        Q.    Okay.  So, am I correct, you've never been
18  convicted of or pled guilty to a crime?
19        A.    No.
20        Q.    No, I'm not correct, or no, you've never been
21  convicted or plead guilty?
22        A.    No, I've never been declared guilty.
23        Q.    And by the same token, no, you've never
24  admitted to guilt to any crime.  Is that correct?
25        A.    No.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01        Q.   No, that's not correct, or no, you've never

02   admitted to guilt for any crime?

03        A.   No.  I have never declared myself guilty of

04   having committed a crime.

05        Q.   Have you taken any medications today or do you

06   suffer from any medical conditions affecting your memory

07   or ability to testify truthfully?

08        A.   No.  I do not take any medication.

09        Q.   And by the same token, you don't have any

10   medical conditions that would affect your memory or

11   ability to testify truthfully today.  Is that correct?

12        A.   That is correct.

13        Q.   And do you understand that you took an oath to

14   tell the truth today?

15        A.   Yes.

16        Q.   Can we rely on the testimony you give today as

17   the truth?

18        A.   Yes.

19        Q.   Do you understand that the oath to tell the

20   truth that you gave today is the same oath that you take

21   if you were testifying in the trial of this case?

22        A.   Yes.

23        Q.   Did you review any documents in preparation

24   for your deposition today?

25        A.   Nope.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 10

01    Q.    What does Performance Auto Wholesalers do?

02    A.    Purchase and sale of automobiles.

03    Q.    What kind of automobiles?  Anything special?

04    A.    European brands.

05    Q.    Exotic cars, classic cars?

06    A.    More classic.

07    Q.    Okay.  And are those vehicles that you take on

08    consignment, are those vehicles that you purchase and

09    resell or is it a combination of both?

10    A.    Many of them are on consignment and others are

11    purchased --

12         MR. AMIT:  I didn't hear the translation, the

13    last part of it.

14         MR. POLLOCK:  Last -- many are --

15         THE INTERPRETER:  Many are --

16         MR. POLLOCK:  -- on consignment --

17         THE INTERPRETER:  Many are -- many are on

18    consignment and many others are purchased.

19         MR. AMIT:  Okay.  Thank you.

20         THE INTERPRETER:  You're welcome, Sir.

21 BY MR. POLLOCK:

22    Q.    And then in order to take a vehicle that you

23    receive whether as a purchased vehicle or a consigned

24    vehicle, do you then have to prepare that vehicle for

25    resale?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025          Page 11

```
01      A.   Yes, correct.
02      Q.   And so that can include something just like a
03   detail or fixing or replacing damaged items on the car.
04   Is that right?
05      A.   Usually, what we do is to clean them but if we
06   have to repair something, we take the vehicle to a
07   specialist.
08      Q.   All right.  Mr. Cardenas Rico, he worked for
09   you since you pretty much opened the company.  Is that
10   right?
11           MR. AMIT:  Objection to form.
12      A.   That is correct.
13   BY MR. POLLOCK:
14      Q.   And what kind of work did he perform?
15      A.   Clean and prepare the vehicles.
16      Q.   In cleaning the vehicles, would it just be a
17   wash or would he do wash, wax, polish, compound, steam
18   clean the interiors?
19      A.   Clean and also clean the interior of the
20   vehicles, that is to prepare the vehicles for sale.
21      Q.   Did he also perform repairs on vehicles?
22      A.   Nope.
23      Q.   Did Mr. Cardenas Rico have a key, the key to
24   the business location?
25      A.   Yes.  For the rear door.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.   While Mr. Cardenas Rico worked for you, where

02  was Performance Auto Wholesalers located?

03      A.   Initially, we were at 8150 Northwest 33rd

04  Street, and now more recently at 108 -- 10859 Northwest

05  21st Street, both locations here in Miami.

06      Q.   And so, for each of these locations,

07  Mr. Cardenas had a key for -- to lock and unlock the

08  rear door?

09      A.   No.  Only in the second location.

10      Q.   When did you move into the second location?

11      A.   2020.

12      Q.   Did Mr. Cardenas Rico also have the alarm code

13  for the -- that second location?

14      A.   Yes.

15      Q.   So, with the key and the alarm code,

16  Mr. Cardenas Rico could let himself in, in the morning,

17  open up, and then close-up, lock up on the alarm at the

18  end of the day?

19      A.   Yes.

20      Q.   Who else besides Mr. Cardenas Rico had a key

21  to the rear door at that second location besides

22  yourself?

23      A.   Mateo, my son.

24      Q.   Was it only the three of you who had the alarm

25  codes for the second location?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 13

```
01        A.   Yes.

02        Q.   And let's see what else.  When did you start

03   paying Mr. Cardenas Rico $3,500 a month?

04        A.   I don't recall the exact date, but almost

05   since he started.

06        Q.   And he would get the $3,500 through one check

07   every two weeks for $1050.  That was a payroll check.

08   Right?

09             MR. AMIT:  Objection to form.

10        A.   Yes.

11   BY MR. POLLOCK:

12        Q.   Okay.  And then he would get another check for

13   $450 every two weeks, and that would be a payroll check

14   or is that a 1099 check?

15        A.   1099.

16        Q.   Then he would get another check once a month

17   for $500, and was that a payroll check or a 1099 check?

18             MR. AMIT:  Objection to form.

19        A.   1099.

20   BY MR. POLLOCK:

21        Q.   Did you consult with a lawyer or a tax

22   professional about paying Mr. Cardenas Rico part by

23   payroll check and part by 1099 check?

24        A.   No.

25        Q.   And since Mr. Cardenas Rico received the
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  salary, am I correct in understanding that he was not

02  required to clock in or sign in when he would start and

03  stop working each day?

04      A.   No.

05      Q.   No, I'm not correct, or no, he was not

06  required to?

07      A.   He did not have that obligation.

08      Q.   Were there cameras or any other way to

09  document the times when Mr. Cardenas Rico would start

10  and stop working each day?

11      A.   Yes.  Cameras.

12      Q.   Do you still have footage from the cameras

13  depicting when Mr. Cardenas Rico would enter and exit

14  work?

15      A.   No.

16      Q.   How often would the cameras overwrite the

17  recordings?

18      A.   Six months.

19      Q.   As we sit here today, am I correct in

20  understanding that you have no records identifying the

21  time when Mr. Cardenas Rico arrived at work on any day

22  during the past three or four years?

23      A.   Written records that could serve as evidence?

24  No.  But my son and I worked a longer day than

25  Mr. Cardenas.  Mr. Cardenas would leave at 6 o'clock.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.   Yeah.  Same question with regard to the breaks

02   that Mr. Cardenas would take during the day.

03           Am I correct in understanding that you have no

04   records identifying when Mr. Cardenas Rico started or

05   stopped taking any break during the past three-four

06   years that he worked for you?

07      A.   And his schedule was from 10 o'clock in the

08   morning until 6 o'clock in the afternoon, and he had a

09   one hour lunch break, and he would take the lunch break

10   when it wasn't -- when he had -- when it was feasible to

11   do so.

12      Q.   Would Mr. Cardenas Rico normally get to the

13   work location or the shop before you?

14      A.   Before me, yes.  And he would arrive almost at

15   the same time as my son.

16           They never arrived at the exact time, but they

17   would arrive close again.

18      Q.   That's the reason why Mr. Cardenas Rico had

19   the key and the alarm code because that way he could let

20   himself in when he was the first one to arrive.  Is that

21   correct?

22      A.   Correct.

23      Q.   Was the alarm code that Mr. Cardenas Rico used

24   the same code that you and your son used or did

25   everybody have their own code?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025          Page 16

```
01      A.   The same code for all of us.
02      Q.   Mr. Cardenas Rico also worked on Saturdays,
03   did he not?
04      A.   He would work on alternate Saturdays.  One on,
05   one off.
06      Q.   And who's in the room with you now, because
07   you keep looking over to somebody?
08      A.   I'm in my home, Sir.
09      Q.   Okay.  Who's in your home with you in the same
10   room that you've been looking at?
11      A.   I have dogs.  I have my dog.  He's next to me.
12   You want to see him?
13      Q.   Okay.
14      A.   There he is.  And his name is Canella.
15      Q.   Let's see.  Was there a day when you arrived
16   to work when Mr. Cardenas Rico had injured himself?
17           MR. AMIT:  Brian.  Hold on, hold on.  Let's
18        stop for a second.  Brian, this case, I believe, is
19        about overtime alone.  The --
20           MR. POLLOCK:  Yes.
21           MR. AMIT:  Whatever happened at the injury,
22        yes or no, is not -- there is no --
23           MR. POLLOCK:  I'm not going into it.
24           MR. AMIT:  What?
25           MR. POLLOCK:  I'm not going there.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025          Page 17

```
01            MR. AMIT:  Okay.  All right.
02            MR. POLLOCK:  I guess, you can, you know, read
03       that back, and that way we can get an answer.
04       A.   Yes.
05  BY MR. POLLOCK:
06       Q.   On that day, Mr. Cardenas Rico was the only
07  one who'd been at work, meaning neither you nor your son
08  were present when he claims to have injured himself.  Is
09  that correct?
10       A.   Yes.
11       Q.   In fact, on that day, you arrived at work
12  before your son.  Is that correct?
13       A.   Yes.
14       Q.   When Mr. Cardenas Rico would arrive at work,
15  would he have to start turning equipment on?
16       A.   Yes.  He had his work routine.  I didn't know
17  his routine exactly because I would arrive afterwards.
18       Q.   And when you have to turn on, let's say, were
19  there overhead fans or were there floor fans that he'd
20  have to turn on?
21       A.   Four floor fans, yes.
22       Q.   And in addition to cleaning cars, was he also
23  responsible for cleaning the offices at work?
24       A.   Yes.
25       Q.   And as far as the cars that we're talking
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 18

01  about, the European cars, the ones where Mr. Cardenas

02  Rico would go in, be the only one at the shop, those

03  could be Ferraris, Porsches, Jaguars, exotic cars,

04  whether current or classic.  Right?

05       A.   Whatever we had for sale.

06       Q.   Okay.  And whatever you had for sale could

07  include Porsches, Ferraris, Mercedes, McLarens, BMWs.

08  Is that right?

09       A.   You have all of my information.  I don't know

10  why you're asking that.

11       Q.   I understand.  I'd appreciate an answer to the

12  question.

13       A.   The cars that I have at present -- right now,

14  I have Toyotas and other cars.  I can't confirm what

15  cars I have except for those that I have at a given

16  moment.

17       Q.   Would Mr. Cardenas Rico be responsible for

18  disassembling the interiors of cars?

19       A.   No.

20       Q.   Who would disassemble the interior of cars?

21       A.   The specialist.

22       Q.   And what would Mr. Cardenas Rico's role be

23  once these cars, the interiors were disassembled?

24       A.   I don't understand your question.

25       Q.   Mr. Cardenas Rico would send you pictures or



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 19

01  take -- send you pictures of parts from the interior of

02  cars, would he not?

03       A.   Mr. Cardenas what?

04       Q.   He would send you pictures showing what the

05  parts from the interior of cars that were taken apart

06  looked like.

07       A.   Very rarely and not quite often if -- because

08  that was not part of his work.

09       Q.   I mean, didn't you and your son teach

10  Mr. Cardenas how to repair these vehicles?

11       A.   How to repair them?  No.

12       Q.   When was the last time that Mr. Cardenas

13  performed work for you?

14       A.   The day he suffered his accident.  And after

15  that, we continued to pay him for a month and a half,

16  and after that, he never came back.

17       Q.   Why'd you keep paying him for another month

18  and a half after he was injured?

19       A.   Because we take into account the person and we

20  have paid Mr. Cardenas every time he was sick or missed

21  work.  And he was sick and missed work quite often.

22       Q.   And so, as far as when Mr. Cardenas was sick

23  or missed work, am I correct that you would pay him his

24  regular salary for the weeks in which he would miss time

25  when he was either sick or miss work?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025          Page 20

```
01        A.   Yes.
02        Q.   Was there any accountant or tax professional
03   or lawyer whom you spoke with about whether you needed
04   to keep records of the times when Mr. Cardenas would
05   start and stop working each day?
06        A.   No.
07        Q.   I mean, if you wanted to, could you have had
08   Mr. Cardenas write down the time that he started and
09   stopped working each day?
10             MR. AMIT:  Objection to form.
11        A.   I don't understand your question.
12   BY MR. POLLOCK:
13        Q.   Would it have been possible to keep a
14   clipboard and have Mr. Cardenas write down the time that
15   he got to work each day and the time that he got and he
16   left work each day?
17             MR. AMIT:  Objection to form.
18        A.   In our business where only three people work,
19   it's not necessary.
20   BY MR. POLLOCK:
21        Q.   I understand that.  My question was, could you
22   have had a clipboard with a piece of paper on it and
23   asked Mr. Cardenas to write down the time that he got
24   there and the time that he left each day?
25             MR. AMIT:  Objection to form.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 21

```
01        A.   No.  I could have had one, but I never had it.
02   BY MR. POLLOCK:
03        Q.   Did you ever have a lawyer that represented
04   you for anything and his name was Roger Cabrera?
05        A.   Yes.
06        Q.   And what did Mr. Cabrera represent you for?
07        A.   For the purchase of my home.
08        Q.   What else did he represent you for?
09        A.   Personal matter.
10        Q.   What else did he represent you for?
11        A.   Everything related to my home.
12        Q.   Did he also represent you in a criminal
13   matter?
14        A.   Yes.
15        Q.   Is that because you were charged with one or
16   more crimes?
17        A.   Yes.
18        Q.   The crimes that you were charged with, did
19   they involve one or more felonies or one or more crimes
20   in which you were alleged to have made a false statement
21   or misrepresentation?
22        A.   I don't understand.
23        Q.   As far as what you were charged with, did the
24   charges include one or more felonies?
25        A.   I don't know.  That's why I hired an attorney,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025          Page 22

```
01   and I don't even know what they accused me of because I
02   had no responsibility.
03      Q.  Mr. Prado, I'm going to show you what I've
04   marked as Exhibit 101.
05          (Thereupon, Plaintiff's Exhibit 101 was
06       entered into the record.)
07          MR. AMIT:  Just for the record, Brian, because
08       it's a composite of -- I see two different types of
09       items in it.  Can you describe what Exhibit 1 is?
10       So --
11          MR. POLLOCK:  Yeah.  Hold on.  Let me -- let
12       me get this better.
13   BY MR. POLLOCK:
14      Q.  Exhibit 101, which is titled Order Granting
15   Defendant Fernando Ivan Prado's motion to correct
16   judgment and sentence.
17   Can you see this document?
18      A.  And I can see it, but as I said before, I was
19   involved in a matter in which I bore no responsibility.
20      Q.  And do you see that on a motion that was filed
21   by your lawyer, the Court entered an order and the order
22   states that the clerk of court shall correct the
23   judgment and sentence to reflect that Fernando Ivan
24   Prado was adjudicated guilty only as to counts three,
25   obtaining credit by false statement, which is a
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 23

```
01   misdemeanor.

02          Four, dual contracts prohibited, a

03   misdemeanor; five, dual contracts prohibited, a

04   misdemeanor; six, dual contracts prohibited, a

05   misdemeanor; seven, dual contracts prohibited, a

06   misdemeanor and that counts one, grand theft first

07   degree, a felony, and two, organized fraud, a felony,

08   were no pros by the State of Florida.

09   Do you understand this to be correct?

10          MR. AMIT:  Objection to form.

11      A.   First, I didn't recall this because it

12   happened many years ago.  And second, the mortgage --

13   and the mortgage broker was the one who did all of this,

14   and I was only sentenced to community hours.  And

15   because I was not represented by an attorney at that

16   time, I accepted that.

17          And for your peace of mind, I continue to live

18   in the same home that I purchased over 20 years ago.

19   And so you can note that I was deceived by a person as

20   many other persons are deceived by somebody who commits

21   these deceits.

22   BY MR. POLLOCK:

23      Q.   When you say you weren't represented, you mean

24   meaning you weren't represented in the case or you

25   weren't represented in the situation involving the
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 24

01  mortgage broker?

02      A.   I had no representation in the purchase of the

03  home, but I did have representation to clarify the

04  deceit that was committed by the mortgage broker.

05      **Q.   Did you read the deposition that your son gave**

06  **in the workers' compensation case?**

07      A.   Nope.

08      **Q.   Okay.  Do you have any reason to believe that**

09  **your son would testify untruthfully?**

10          MR. AMIT:  Objection to form.

11      A.   No.  I have no doubts whatsoever regarding my

12  son.

13  BY MR. POLLOCK:

14      **Q.   Is it also true that you have no doubt that**

15  **your son would testify truthfully and honestly?**

16          MR. AMIT:  Objection to form.

17      A.   Could you repeat your question, Sir?

18  BY MR. POLLOCK:

19      **Q.   Sure.  Is it fair to say that you have no**

20  **doubt that your son would testify truthfully and**

21  **honestly about Mr. Cardenas Rico and his work?  Let me**

22  **strike that.  Let me start over.**

23          Do you have any reason to believe that your

24  son would do anything other than testify truthfully and

25  honestly in any proceeding involving Mr. Cardenas Rico?



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 25

```
01        A.   He will always be honest.
02        Q.   Was Mr. Cardenas Rico given deadlines by which
03   he had to complete his work on vehicles?
04             MR. AMIT:  Objection to form.
05        A.   No.
06        Q.   Isn't it true that you couldn't deliver a car
07   to a seller until Mr. Cardenas Rico had finished his
08   work detailing it?
09             THE WITNESS:  Requesting that I repeat the
10        translation of the question.
11             MR. POLLOCK:  You seem to be breaking up,
12        Mr. Peres.  I think that's the issue.
13        A.   To a buyer?
14   BY MR. POLLOCK:
15        Q.   Correct.
16        A.   The cars are delivered when they're ready.
17   Correct.
18        Q.   And so, a car would have to be detailed before
19   it's ready to be sent to a buyer.  Right?
20        A.   Yes.  But that is normally done when we
21   receive or buy a vehicle, not at the moment that we're
22   going to deliver a vehicle.
23        Q.   Okay.  So, when you get the vehicle, that's
24   when you bring it back to as new of a condition as you
25   can.  Is that right?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                    Page 26

```
01        A.    Correct.

02        Q.    And the sooner you do that, the sooner you can

03   market the vehicle and sell it.  Is that right?

04        A.    Yes.

05        Q.    I don't think I have anything further at this

06   time.

07              MR. AMIT:  Okay.  We'll read.

08              THE COURT REPORTER:  Okay.  Would either party

09        like to order at this time?

10              MR. AMIT:  Not me.

11              MR. POLLOCK:  I'll let you know and I'll

12        circulate the exhibit.

13              MR. AMIT:  Perfect.

14              THE COURT REPORTER:  Okay.  The time is 11:04.

15        We're now off the record.

16              (Deposition concluded at 11:04 a.m.)

17              (Reading and signing of the deposition by the

18        witness has been reserved.)

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                    CERTIFICATE OF REPORTER

02    STATE OF FLORIDA

03    COUNTY OF PASCO

04

05        I, JESSICA TATE, Court Reporter and Notary Public

06    for the State of Florida, do hereby certify that I was

07    authorized to and did digitally report and transcribe

08    the foregoing proceedings, and that the transcript is a

09    true and complete record of my notes.

10

11        I further certify that I am not a relative,

12    employee, attorney or counsel of any of the parties,

13    nor am I a relative or employee of any of the parties'

14    attorneys or counsel connected with the action, nor am

15    I financially interested in the action.

16

17        Witness my hand this 16th day of July, 2025.

18

19

20

21

22

23

24    _____
      JESSICA TATE, COURT REPORTER
25    NOTARY PUBLIC, STATE OF FLORIDA
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                    CERTIFICATE OF OATH

02   STATE OF FLORIDA

03   COUNTY OF PASCO

04

05        I, JESSICA TATE, the undersigned authority,

06   certify that JOSEPH RICHARD PERES, INTERPRETER,

07   appeared before me remotely pursuant to Florida Supreme

08   Court Order AOSC20-23 and was duly sworn on the 23rd

09   day of June, 2025.

10

11        Witness my hand this 16th day of July, 2025.

12

13

14

15

16

17

18

19

20

21

22

23   _____
     JESSICA TATE, COURT REPORTER
24   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 481482
25   Commission Exp:  01/16/2028
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                      Page 29

```
01                    CERTIFICATE OF OATH

02  STATE OF FLORIDA

03  COUNTY OF PASCO

04

05       I, JESSICA TATE, the undersigned authority,

06  certify that FERNANDO IVAN PRADO, appeared before me

07  remotely pursuant to Florida Supreme Court Order

08  AOSC20-23 and was duly sworn on the 23rd day of June,

09  2025.

10

11       Witness my hand this 16th day of July, 2025.

12

13

14

15

16

17

18

19

20

21

22

23  _____

24  JESSICA TATE, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
    Commission No.:  HH 481482
25  Commission Exp:  01/16/2028
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   DATE:       JULY 16, 2025
     TO:         FERNANDO IVAN PRADO
02   C/O:        ADI AMIT, ESQUIRE
                 ADI AMIT, P.A.
03               101 NORTHEAST 3RD AVENUE, SUITE 300
                 FORT LAUDERDALE, FLORIDA 33301
04
     IN RE:    MISAEL CARDENAS V. PERFORMANCE AUTO
05   WHOLESALERS
                 LLC, FERNANDO PRADO, AND MATEO PRADO
06   CASE NO:  1:24-CV-23654-RUIZ/LOUIS

07   Dear Mr. Prado,

08        Please take notice that on the 23rd day of June,
     2025, you gave your deposition in the above-referenced
09   matter.  At that time, you did not waive signature.  It
     is now necessary that you sign your deposition.  You
10   may do so by contacting your own attorney or the
     attorney who took your deposition and make an
11   appointment to do so at their office.  You may also
     contact our office at the below number, Monday - Friday,
12   9:00 AM - 5:00 PM, for further information and
     assistance.

13
          If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.

16        If you wish to waive your signature, sign your
     name in the blank at the bottom of this letter and
17   promptly return it to us.

18   Very truly yours,
     _____
19   JESSICA TATE, Court Reporter
     Universal Court Reporting
20   (954)712-2600

21   I do hereby waive my signature.

22


23

     _____
24   FERNANDO IVAN PRADO
     CC: VIA TRANSCRIPT:
25   BRIAN H. POLLOCK, ESQUIRE
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                         Page 31

```
 1   Errata Sheet

 2

 3   NAME OF CASE: Misael Cardenas vs Performance Auto/Fernando & Mateo Prado

 4   DATE OF DEPOSITION: 06/23/2025

 5   NAME OF WITNESS: Fernando Prado

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                    _____
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

**$**

**$1050**
13:7

**$3,500**
13:3,6

**$450**
13:13

**$500**
13:17

**1**

**1**
22:9

**10**
15:7

**101**
22:4,5,14

**108**
12:4

**10859**
12:4

**1099**
13:14,15,17,19,23

**10:03**
5:11

**11:04**
26:14,16

**135th**
7:11

**1:24-CV-23654-RUIZ/LOUIS**
5:15

**2**

**20**

23:18

**2012**
7:25

**2020**
12:11

**2025**
5:2,11

**21st**
12:5

**23**
5:2

**23th**
5:11

**3**

**33156**
7:12

**3319**
5:19

**33rd**
12:3

**6**

**6**
14:25 15:8

**7**

**786 587-0075**
8:5

**7900**
7:11

**8**

**8150**
12:3

**A**

**a.m.**
5:11 26:16

**AAERT**
5:18

**ability**
9:7,11

**about**
13:22 16:19 18:1
20:3 24:21

**accepted**
23:16

**accident**
19:14

**accommodate**
7:3

**account**
19:19

**accountant**
20:2

**accused**
22:1

**addition**
17:22

**address**
7:7,10

**Adi**
6:1

**adjudicated**
22:24

**admitted**
8:24 9:2

**affect**
9:10

**affecting**
9:6

**affirm**
5:19

**after**
5:8 19:14,16,18

**afternoon**
15:8

**afterwards**
17:17

**again**
15:17

**ago**
23:12,18

**ahead**
6:15,20

**AI**
5:20

**alarm**
12:12,15,17,24
15:19,23

**all**
11:8 16:1 17:1
18:9 23:13

**alleged**
21:20

**almost**
13:4 15:14

**alone**
16:19

**also**
11:19,21 12:12
16:2 17:22 21:12
24:14

**alternate**
16:4

**always**
25:1

**am**
8:17 14:1,19 15:3
19:23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

**Amit**
6:1 7:5 10:12,19
11:11 13:9,18
16:17,21,24 17:1
20:10,17,25 22:7
23:10 24:10,16
25:4 26:7,10,13

**Android**
8:10

**another**
8:3 13:12,16 19:17

**answer**
6:15,20 7:6 17:3
18:11

**anticipate**
7:1

**any**
6:22 7:19 8:6,24
9:2,5,6,8,9,23
14:8,21 15:5 20:2
24:8,23,25

**anything**
10:3 21:4 24:24
26:5

**apart**
19:5

**appreciate**
18:11

**approximately**
5:11

**arrive**
15:14,17,20 17:14,
17

**arrived**
14:21 15:16 16:15
17:11

**ask**
6:23

**asked**
20:23

**asking**
6:12,19 18:10

**attend**
7:17

**attorney**
21:25 23:15

**auto**
5:13 7:23 8:3 10:1
12:2

**automobiles**
10:2,3

**B**

**back**
17:3 19:16 25:24

**because**
15:19 16:6 17:17
19:7,19 21:15
22:1,7 23:11,15

**before**
6:15,20 8:1 15:13,
14 17:12 22:18
25:18

**believe**
16:18 24:8,23

**besides**
12:20,21

**better**
6:13 22:12

**beyond**
7:20

**BMWS**
18:7

**bore**
22:19

**both**
10:9 12:5

**brands**

**10:4**

**break**
7:2 15:5,9

**breaking**
25:11

**breaks**
15:1

**Brian**
5:24 16:17,18 22:7

**bring**
25:24

**broker**
23:13 24:1,4

**business**
11:24 20:18

**buy**
25:21

**buyer**
25:13,19

**C**

**Cabrera**
21:4,6

**called**
5:8

**came**
19:16

**cameras**
14:8,11,12,16

**can**
5:19 6:12,24 7:3
9:16 11:2 17:2,3
22:9,17,18 23:19
25:25 26:2

**can't**
18:14

**Canella**
16:14

**car**
11:3 25:6,18

**Cardenas**
5:13 6:8 11:8,23
12:1,7,12,16,20
13:3,22,25 14:9,
13,21,25 15:2,4,
12,18,23 16:2,16
17:6,14 18:1,17,
22,25 19:3,10,12,
20,22 20:4,8,14,23
24:21,25 25:2,7

**cars**
10:5 17:22,25
18:1,3,13,14,15,
18,20,23 19:2,5
25:16

**case**
5:13,15 6:8 9:21
16:18 23:24 24:6

**cell**
8:4,6,9

**Certification**
5:19

**certifications**
7:19

**certified**
5:18

**changed**
8:12

**charged**
8:15 21:15,18,23

**charges**
21:24

**check**
13:6,7,12,13,14,
16,17,23

**circulate**
26:12

**claims**


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

17:8

**clarify**
24:3

**classic**
10:5,6 18:4

**clean**
11:5,15,18,19

**cleaning**
11:16 17:22,23

**clerk**
22:22

**clipboard**
20:14,22

**clock**
14:2

**close**
15:17

**close-up**
12:17

**code**
12:12,15 15:19,23,
24,25 16:1

**codes**
12:25

**combination**
10:9

**commits**
23:20

**committed**
9:4 24:4

**community**
23:14

**company**
7:22 8:2,3 11:9

**compensation**
24:6

**complete**
25:3

**composite**
22:8

**compound**
11:17

**concluded**
26:16

**condition**
25:24

**conditions**
9:6,10

**confirm**
18:14

**consigned**
10:23

**consignment**
10:8,10,16,18

**consult**
13:21

**continue**
23:17

**continued**
19:15

**contracts**
23:2,3,4,5

**convicted**
8:18,21

**correct**
8:17,20,24 9:1,11,
12 11:1,12 14:1,5,
19 15:3,21,22
17:9,12 19:23
22:15,22 23:9
25:15,17 26:1

**could**
12:16 14:23 15:19
18:3,6 20:7,21
21:1 24:17

**couldn't**
25:6

**counsel**
5:22

**counts**
22:24 23:6

**court**
5:10,16,17,18 6:3
22:21,22 26:8,14

**credit**
22:25

**crime**
8:15,18,24 9:2,4

**crimes**
21:16,18,19

**criminal**
21:12

**current**
7:10 18:4

---

### D

**damaged**
11:3

**date**
5:10 13:4

**day**
12:18 14:3,10,21,
24 15:2 16:15
17:6,11 19:14
20:5,9,15,16,24

**deadlines**
25:2

**dealer's**
7:22

**deceit**
24:4

**deceits**
23:21

**deceived**
23:19,20

**declared**
8:22 9:3

**Defendant**
22:15

**Defendants**
6:2

**degree**
23:7

**deliver**
25:6,22

**delivered**
25:16

**depicting**
14:13

**deposition**
5:1,12 7:1 9:24
24:5 26:16,17

**describe**
22:9

**detail**
11:3

**detailed**
25:18

**detailing**
25:8

**didn't**
10:12 17:16 19:9
23:11

**different**
22:8

**DIRECT**
6:5

**disassemble**
18:20

**disassembled**
18:23

**disassembling**
18:18



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

document
14:9 22:17

documents
9:23

dog
16:11

dogs
16:11

don't
6:22 7:1,21 9:9
13:4 18:9,24 20:11
21:22,25 22:1 26:5

done
25:20

door
11:25 12:8,21

doubt
24:14,20

doubts
24:11

down
20:8,14,23

driver's
7:20

dual
23:2,3,4,5

duly
5:5,9

during
14:22 15:2,5

**E**

each
12:6 14:3,10 20:5,
9,15,16,24

education
7:15

either
19:25 26:8

else
12:20 13:2 21:8,10

end
12:18

English
6:18

enter
14:13

entered
22:6,21

equipment
17:15

European
10:4 18:1

every
13:7,13 19:20

everybody
15:25

Everything
21:11

evidence
14:23

exact
13:4 15:16

exactly
17:17

EXAMINATION
6:5

except
18:15

Excuse
7:21

exhibit
22:4,5,9,14 26:12

exit
14:13

exotic
10:5 18:3

**F**

fact
17:11

fair
24:19

false
21:20 22:25

fans
17:19,21

far
17:25 19:22 21:23

feasible
15:10

felonies
21:19,24

felony
23:7

Fernando
5:1,7,12,14 22:15,
23

Ferraris
18:3,7

filed
22:20

finish
6:14

finished
25:7

first
5:5,9 15:20 23:6,
11

five
23:3

fixing
11:3

floor
17:19,21

Florida
7:11,20 23:8

follows
5:6,9

footage
14:12

form
11:11 13:9,18
20:10,17,25 23:10
24:10,16 25:4

four
8:7 14:22 17:21
23:2

fraud
23:7

from
9:6 14:12 15:7
19:1,5

further
26:5

**G**

gave
9:20 24:5

get
6:12,24 13:6,12,16
15:12 17:3 22:12
25:23

give
9:16

given
18:15 25:2

go
6:15,20 18:2

going
6:11 16:23,25 22:3
25:22



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

**Good**
 5:24 6:1,7,9

**grand**
 23:6

**Granting**
 22:14

**guess**
 17:2

**guilt**
 8:24 9:2

**guilty**
 8:18,21,22 9:3
 22:24

**H**

**had**
 12:7,20,24 15:8,
 10,18 16:16 17:16
 18:5,6 20:7,22
 21:1 22:2 24:2
 25:3,7

**half**
 19:15,18

**happened**
 16:21 23:12

**has**
 26:18

**have**
 6:18 7:13,21,22,23
 8:6,12 9:3,5,9
 10:24 11:6,23
 12:12 14:7,12,20
 15:3,25 16:11
 17:8,15,18,20
 18:9,13,14,15
 19:20 20:7,13,14,
 22 21:1,3,20 24:3,
 8,11,14,19,23
 25:18 26:5

**having**
 5:5,8 9:4

**he**
 7:6 11:8,14,17,21
 13:5,6,12,16 14:1,
 2,5,7 15:6,8,9,10,
 14,19,20 16:3,4,14
 17:8,15,16,22
 19:2,4,14,16,18,
 20,21,24,25 20:8,
 15,23,24 21:8,10,
 12 25:1,3

**he'd**
 17:19

**he's**
 7:6 16:11

**hear**
 10:12

**here**
 5:12 12:5 14:19

**high**
 7:16,17

**highest**
 7:15

**him**
 16:12 19:15,17,23

**himself**
 12:16 15:20 16:16
 17:8

**hired**
 21:25

**his**
 15:7 16:14 17:16,
 17 19:8,14,23 21:4
 24:21 25:3,7

**hold**
 7:19 16:17 22:11

**home**
 7:10 16:8,9 21:7,
 11 23:18 24:3

**honest**
 25:1

**honestly**
 24:15,21,25

**hopefully**
 6:12

**hour**
 15:9

**hours**
 23:14

**I**

**I'D**
 18:11

**I'LL**
 6:23 7:3 26:11

**I'M**
 5:17 6:10,17,19,24
 8:20 14:5 16:8,23,
 25 22:3

**I'VE**
 8:22 22:3

**identifying**
 14:20 15:4

**in**
 5:13,20 6:8,11,17,
 23 8:6,12 9:21,23
 10:22 11:16 12:5,
 9,16 14:1,2,19
 15:3,7,8,20 16:6,8,
 9 17:11,22 18:2
 19:24 20:18 21:12,
 20 22:9,19 23:18,
 24,25 24:2,6,25

**include**
 11:2 18:7 21:24

**information**
 18:9

**Initially**
 12:3

**injured**
 16:16 17:8 19:18

**injury**
 16:21

**instructs**
 7:6

**interior**
 11:19 18:20 19:1,5

**interiors**
 11:18 18:18,23

**interpret**
 6:12,19

**interpreter**
 5:4 6:10,18 10:15,
 17,20

**into**
 12:10 16:23 19:19
 22:6

**introduce**
 5:22

**involve**
 21:19

**involved**
 22:19

**involving**
 23:25 24:25

**iphone**
 8:9,11

**Isn't**
 25:6

**issue**
 25:12

**it's**
 20:19 22:8 25:19

**items**
 11:3 22:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

**Ivan**
5:1,7,12 22:15,23

---

**J**

**Jaguars**
18:3

**Jessica**
5:16

**JOSEPH**
5:4

**judge**
7:7

**judgment**
22:16,23

**June**
5:2,10

**just**
6:14 11:2,16 22:7

---

**K**

**keep**
16:7 19:17 20:4,13

**key**
11:23 12:7,15,20
15:19

**kind**
10:3 11:14

**know**
6:23 7:2 17:2,16
18:9 21:25 22:1
26:11

---

**L**

**last**
10:13,14 19:12

**late**
7:25

**later**
7:7

**lawyer**
7:5 13:21 20:3
21:3 22:21

**leave**
14:25

**left**
20:16,24

**let's**
13:2 16:15,17
17:18

**level**
7:15

**license**
7:20,21,22

**licenses**
7:19

**Lima**
7:18

**live**
23:17

**lived**
7:13

**LLC**
5:14

**located**
12:2

**location**
11:24 12:9,10,13,
21,25 15:13

**locations**
12:5,6

**lock**
12:7,17

**long**
7:2,13,23

**longer**

**14:24**

**looked**
19:6

**looking**
16:7,10

**lunch**
15:9

---

**M**

**made**
21:20

**make**
6:14

**many**
10:10,14,15,17,18
23:12,20

**marked**
22:4

**market**
26:3

**Mateo**
5:14 12:23

**matter**
21:9,13 22:19

**may**
6:3,17 7:5

**Mclarens**
18:7

**me**
6:12,14,23 7:2,21
15:14 16:11 22:1,
11,12 24:21,22
26:10

**mean**
19:9 20:7 23:23

**meaning**
17:7 23:24

**medical**
9:6,10

**medication**
9:8

**medications**
9:5

**memory**
9:6,10

**Mercedes**
18:7

**Miami**
7:11 12:5

**mind**
23:17

**Misael**
5:13

**misdemeanor**
23:1,3,4,5,6

**misrepresentatio
n**
21:21

**miss**
19:24,25

**missed**
19:20,21,23

**moment**
18:16 25:21

**month**
13:3,16 19:15,17

**months**
14:18

**more**
10:6 12:4 21:16,
19,24

**morning**
5:24 6:1,7,9 12:16
15:8

**mortgage**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

23:12,13 24:1,4

**motion**
22:15,20

**move**
12:10

**much**
11:9

**my**
6:15,22 7:5 12:23
14:24 15:15 16:8,
11 18:9 20:21
21:7,11 24:11

**myself**
9:3

---

**N**

**name**
16:14 21:4

**nationally**
5:18

**necessary**
20:19

**need**
7:2

**needed**
20:3

**neither**
17:7

**never**
8:17,20,22,23 9:1,
3 15:16 19:16 21:1

**new**
25:24

**next**
16:11

**Nineteen**
7:14

**no**
5:20 7:21 8:8,14,
16,19,20,22,23,25
9:1,3,8 12:9 13:24
14:4,5,15,20,24
15:3 16:22 18:19
19:11 20:6 21:1
22:2,19 23:8 24:2,
11,14,19 25:5

**Nope**
9:25 11:22 24:7

**nor**
17:7

**normally**
15:12 25:20

**Northwest**
12:3,4

**not**
7:6 8:20 9:1,8
14:1,5,7 16:3,22,
23,25 19:2,7,8
20:19 23:15 25:21
26:10

**note**
23:19

**now**
12:4 16:6 18:13
26:15

**number**
5:15,19 8:4

**numbers**
8:6

---

**O**

**o'clock**
14:25 15:7,8

**oath**
9:13,19,20

**object**

7:5

**objecting**
7:7

**Objection**
11:11 13:9,18
20:10,17,25 23:10
24:10,16 25:4

**obligation**
14:7

**obtaining**
22:25

**off**
16:5 26:15

**offices**
17:23

**often**
14:16 19:7,21

**okay**
6:20 7:4,9,17 8:17
10:7,19 13:12
16:9,13 17:1 18:6
24:8 25:23 26:7,8,
14

**on**
9:16 10:7,10,16,17
11:3,21 12:17
14:21 16:2,4,17
17:6,11,15,18,20
20:22 22:11,20
25:3

**once**
13:16 18:23

**one**
13:6 15:9,20 16:4,
5 17:7 18:2 21:1,
15,19,24 23:6,13

**ones**
18:1

**only**
12:9,24 17:6 18:2

20:18 22:24 23:14

**open**
12:17

**opened**
8:1 11:9

**operated**
7:23

**order**
10:22 22:14,21
26:9

**organized**
23:7

**other**
8:6 14:8 18:14
23:20 24:24

**others**
10:10,18

**our**
7:1 20:18

**over**
16:7 23:18 24:22

**overhead**
17:19

**overtime**
16:19

**overwrite**
14:16

**own**
15:25

---

**P**

**paid**
19:20

**paper**
20:22

**part**
10:13 13:22,23
19:8



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

parts
19:1,5

party
26:8

past
8:7,13 14:22 15:5

pay
19:15,23

paying
13:3,22 19:17

payroll
13:7,13,17,23

peace
23:17

people
20:18

Peres
6:11,19 25:12

PEREZ
5:4

Perfect
26:13

perform
11:14,21

Performance
5:13 7:23 10:1
12:2

performed
19:13

person
19:19 23:19

Personal
21:9

persons
23:20

Peru
7:18

phone
8:4,6,9,12

phrases
6:11

physical
8:9,12

pictures
18:25 19:1,4

piece
20:22

Plaintiff
5:25

Plaintiff's
22:5

plead
8:21

please
5:22 6:15,23

pled
8:18

polish
11:17

Pollock
5:24 6:6 10:14,16,
21 11:13 13:11,20
16:20,23,25 17:2,5
20:12,20 21:2
22:11,13 23:22
24:13,18 25:11,14
26:11

Porsches
18:3,7

possible
20:13

Prado
5:1,7,13,14 6:7
7:10 22:3,24

Prado's
22:15

preparation
9:23

prepare
10:24 11:15,20

present
17:8 18:13

pretty
11:9

proceed
6:4

proceeding
5:21 24:25

professional
13:22 20:2

prohibited
23:2,3,4,5

pros
23:8

purchase
10:2,8 21:7 24:2

purchased
10:11,18,23 23:18

---

## Q

question
6:15 7:6 15:1
18:12,24 20:11,21
24:17 25:10

questions
6:22

quite
19:7,21

---

## R

rarely
19:7

read
17:2 24:5 26:7

reading
26:17

ready
25:16,19

rear
11:25 12:8,21

reason
15:18 24:8,23

recall
13:4 23:11

receive
10:23 25:21

received
13:25

recently
12:4

record
5:23 22:6,7 26:15

recording
5:20

recordings
14:17

records
14:20,23 15:4 20:4

reflect
22:23

regard
15:1

regarding
24:11

regular
19:24

related
21:11

rely
9:16



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

repair
  11:6 19:10,11

repairs
  11:21

repeat
  24:17 25:9

replacing
  11:3

reporter
  5:10,16,18 6:3
  26:8,14

reporting
  5:17,20

represent
  6:7 21:6,8,10,12

representation
  24:2,3

represented
  21:3 23:15,23,24,
  25

Requesting
  25:9

required
  14:2,6

resale
  10:25

resell
  10:9

reserved
  26:18

respond
  7:8

responsibility
  22:2,19

responsible
  17:23 18:17

review
  9:23

RICHARD
  5:4

Rico
  6:8 11:8,23 12:1,
  12,16,20 13:3,22,
  25 14:9,13,21
  15:4,12,18,23
  16:2,16 17:6,14
  18:2,17,25 24:21,
  25 25:2,7

Rico's
  18:22

right
  11:4,8,10 13:8
  17:1 18:4,8,13
  25:19,25 26:3

Roger
  21:4

role
  18:22

room
  16:6,10

routine
  17:16,17

---

**S**

said
  22:18

salary
  14:1 19:24

sale
  10:2 11:20 18:5,6

same
  8:23 9:9,20 15:1,
  15,24 16:1,9 23:18

Saturdays
  16:2,4

say
  17:18 23:23 24:19

saying
  6:17

schedule
  15:7

school
  7:16,17

second
  12:9,10,13,21,25
  16:18 23:12

Secondary
  7:16

see
  13:2 16:12,15
  22:8,17,18,20

seem
  25:11

sell
  26:3

seller
  25:7

send
  18:25 19:1,4

sent
  25:19

sentence
  22:16,23

sentenced
  23:14

serve
  14:23

Services
  5:17

seven
  23:5

shall
  22:22

shop
  15:13 18:2

shorter
  6:11

should
  7:8

show
  22:3

showing
  19:4

sick
  19:20,21,22,25

sign
  14:2

signing
  26:17

since
  6:10,18 7:25 11:9
  13:5,25

Sir
  10:20 16:8 24:17

sit
  14:19

situation
  23:25

six
  14:18 23:4

somebody
  16:7 23:20

something
  11:2,6

son
  12:23 14:24 15:15,
  24 17:7,12 19:9
  24:5,9,12,15,20,24

soon
  7:3

sooner
  26:2

Southwest



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

7:11

**speak**
6:11

**special**
10:3

**specialist**
11:7 18:21

**spoke**
20:3

**start**
13:2 14:2,9 17:15
20:5 24:22

**started**
13:5 15:4 20:8

**State**
23:8

**statement**
21:20 22:25

**states**
22:22

**steam**
11:17

**still**
7:8 14:12

**stop**
6:12 14:3,10 16:18
20:5

**stopped**
15:5 20:9

**Street**
7:11 12:4,5

**strike**
24:22

**suffer**
9:6

**suffered**
19:14

**sure**
6:14 24:19

**sworn**
5:5,9

---

**T**

**take**
9:8,20 10:7,22
11:6 15:2,9 19:1,
19

**taken**
9:5 19:5

**taking**
15:5

**talking**
17:25

**Tate**
5:16

**tax**
13:21 20:2

**teach**
19:9

**tell**
9:14,19

**testified**
5:5,9

**testify**
9:7,11 24:9,15,20,
24

**testifying**
9:21

**testimony**
9:16

**than**
14:24 24:24

**Thank**
6:3 7:4 10:19

**that**
5:19 6:11,23 8:4,
24 9:10,11,12,13,
19,20 10:7,8,22,24
11:2,4,9,12,20
12:13,21 13:7,13,
14,17 14:1,7,20,23
15:2,3,6,19,20,23,
24 16:10 17:3,6,9,
11,12,19,25 18:8,
10,13,15 19:5,8,
12,15,16,23 20:8,
14,15,21,23,24
21:3,15,18 22:20,
22,23 23:6,15,16,
18,19 24:4,5,8,14,
19,20,22,23 25:6,
9,20,21,25 26:2,3

**that's**
9:1 15:18 21:25
25:12,23

**theft**
23:6

**their**
15:25

**them**
6:23 10:10 11:5
19:11

**themselves**
5:22

**then**
10:22,24 12:17
13:12,16

**there**
7:13 14:8 16:14,
15,22,25 17:19
20:2,24

**thereupon**
5:3 22:5

**these**
12:6 18:23 19:10
23:21

**they**
15:16 21:19 22:1

**they're**
25:16

**think**
25:12 26:5

**this**
5:21 6:8 8:1 9:21
16:18 22:12,17
23:9,11,13 26:5,9

**those**
10:7,8 18:2,15

**three**
8:7 12:24 14:22
20:18 22:24

**three-four**
15:5

**through**
5:18 13:6

**time**
5:11 14:21 15:15,
16 19:12,20,24
20:8,14,15,23,24
23:16 26:6,9,14

**times**
14:9 20:4

**titled**
22:14

**today**
6:10 7:2 9:5,11,14,
16,20,24 14:19

**Today's**
5:10

**token**
8:23 9:9

**took**
9:13

**Toyotas**
18:14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

translation
6:13 10:12 25:10

trial
9:21

true
24:14 25:6

truth
9:14,17,20

truthfully
9:7,11 24:15,20,24

try
7:3

trying
6:24

turn
17:18,20

turning
17:15

two
8:13 13:7,13 22:8
23:7

types
22:8

**U**

understand
6:17,22,24 9:13,19
18:11,24 20:11,21
21:22 23:9

understanding
14:1,20 15:3

Understood
6:21

Universal
5:17

Unless
7:6

unlock
12:7

until
15:8 25:7

untruthfully
24:9

up
12:17 25:11

us
16:1

use
8:4

used
5:20 8:6 15:23,24

using
6:10,18

Usually
11:5

**V**

vehicle
10:22,23,24 11:6
25:21,22,23 26:3

vehicles
10:7,8 11:15,16,
20,21 19:10 25:3

**W**

wait
6:19

want
6:14 16:12

wanted
20:7

wash
11:17

wasn't
15:10

wax
11:17

way
6:11,23 14:8 15:19
17:3

we
9:16 11:5,6 12:3
14:19 17:3 18:5
19:15,19 25:20

We'll
26:7

we're
5:12 6:10,18 17:25
25:21 26:15

weeks
13:7,13 19:24

welcome
10:20

were
9:21 12:3 14:8
17:8,18,19 18:23
19:5 21:15,18,20,
23 23:8

weren't
23:23,24,25

what
6:17,19,24 8:1
10:1,3 11:5,14
13:2 16:24 18:14,
22 19:3,4 21:6,8,
10,23 22:1,3,9

what's
7:10,15 8:4

whatever
16:21 18:5,6

whatsoever
24:11

when
12:10 13:2 14:2,9,
13,21 15:4,10,20
16:15,16 17:8,14,
18 19:12,22,25
20:4 23:23 25:16,
20,23,24

where
7:17 12:1 18:1
20:18

whether
10:23 18:4 20:3

which
19:24 21:20 22:14,
19,25 25:2

While
12:1

who
12:20,24 18:20
23:13,20

who'd
17:7

who's
16:6,9

Wholesalers
5:14 7:24 10:1
12:2

whom
20:3

why
15:18 18:10 21:25

Why'd
19:17

will
25:1

with
5:15,16,19 8:15
12:15 13:21 15:1
16:6,9 20:3,22
21:15,18,23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025

**without**
6:12

**witness**
5:8 25:9 26:18

**work**
11:14 14:14,21
15:13 16:4,16
17:7,11,14,16,23
19:8,13,21,23,25
20:15,16,18 24:21
25:3,8

**worked**
8:3 11:8 12:1
14:24 15:6 16:2

**workers'**
24:6

**working**
14:3,10 20:5,9

**would**
5:22 9:10 11:16,17
13:6,12,13,16
14:2,9,13,16,25
15:2,9,12,14,17
16:4 17:14,15,17
18:2,17,20,22,25
19:2,4,23,24 20:4,
13 24:9,15,20,24
25:18 26:8

**write**
20:8,14,23

**Written**
14:23

---

**Y**

---

**Yeah**
15:1 22:11

**years**
7:14 8:7,13 14:22
15:6 23:12,18

**yes**
6:16 9:15,18,22
11:1,25 12:14,19
13:1,10 14:11
15:14 16:20,22
17:4,10,13,16,21,
24 20:1 21:5,14,17
25:20 26:4

**you**
6:3,13,14,15,17,
18,20,22,24 7:2,3,
4,6,7,13,17,19,23
8:1,4,6,12,15 9:5,
9,13,16,19,20,21,
23 10:7,8,19,22,24
11:9 12:1,10,24
13:2,21 14:12,20
15:3,6,13,24 16:6,
7,9,12,15 17:2,7,
11,18 18:6,9,25
19:1,4,9,13,17,23
20:3,7,21 21:3,4,6,
8,10,12,15,18,20,
23 22:3,9,17,20
23:9,19,23,24
24:5,8,14,17,19,23
25:6,11,23,24
26:2,11

**you're**
10:20 18:10

**you've**
8:17,20,23 9:1
16:10

**your**
7:5,10,15 8:9 9:6,
10,24 15:24 16:9
17:7,12 18:24 19:9
20:11 22:21 23:17
24:5,9,15,17,20,23

**yourself**
12:22



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com