UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


CASE NO.: 1:24-CV-23654-RUIZ/LOUIS


MISAEL CARDENAS RICO,

        Plaintiff,


vs.


PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,


        Defendants.

_____/


<u>NOTICE OF FILING DEPOSITION TRANSCRIPT</u>
<u>OF MATEO PRADO</u>
<u>(TAKEN AS CORPORATE REPRESENTATIVE)</u>

        Plaintiff, Misael Cardenas, by and through the undersigned counsel, and
hereby gives notice to the Court and the Defendants of the filing of the transcript of the
deposition of Mateo Prado (as corporate representative), taken in this action on July 1, 2025, for
the purposes of trial and any other lawful purposes.

Respectfully submitted this 22nd day of July 2025.

_s/Brian H. Pollock, Esq._
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Gaelle W. Colas, Esq. (100681)
gaelle@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
_Counsel for Plaintiff_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-23654-RUIZ/LOUIS

**ORIGINAL**

MISAEL CARDENAS,

  Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND
MATEO PRADO,

  Defendants.

DEPOSITION OF MATEO PRADO, CORPORATE REPRESENTATIVE

TAKEN ON BEHALF OF THE PLAINTIFF

JULY 1ST, 2025
11:00 A.M. TO 12:26 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
KRISTIN OCHOA, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                     Page 2

```
01                    APPEARANCES OF COUNSEL

02    ON BEHALF OF THE PLAINTIFF:

03         BRIAN POLLOCK, ESQUIRE
           FAIRLAW FIRM
04         135 SAN LORENZO AVENUE, SUITE 770
           CORAL GABLES, FL 33146
05         305-230-4884
           BRIAN@FAIRLAWATTORNEY.COM
06         (REMOTELY VIA ZOOM)

07    ON BEHALF OF THE DEFENDANT:

08         ADI AMIT, ESQUIRE
           ADI AMIT, P.A.
09         101 NE 3RD AVENUE, SUITE 300
           FORT LAUDERDALE, FL 33301
10         954-533-5922
           ADI@DEFENDEROFBUSINESS.COM
11         (REMOTELY VIA ZOOM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                              Page 3

```
01                      INDEX OF EXAMINATION

02   WITNESS:  Mateo Prado
                                                      PAGE
03   DIRECT EXAMINATION
          By Brian Pollock, Esquire                     7
04
     CROSS EXAMINATION
05        By Adi Amit, Esquire                         40

06   RE-DIRECT EXAMINATION
          By Brian Pollock, Esquire                    45
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 4

```
01                    INDEX OF EXHIBITS

02   EXHIBIT              DESCRIPTION                  PAGE

03   PLAINTIFF'S

04   EXHIBIT 101     FIRST REQUEST FOR PRODUCTION       11

05   EXHIBIT 102     MAY 11, 2022 LETTER                37

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                DEPOSITION OF MATEO PRADO

02                     JULY 1, 2025

03        THE COURT REPORTER:  We are now on the video

04     record.  Today's date is July 1st, 2025, and the

05     time is approximately 11:00 A.M.  We are here for

06     the deposition of Corporate Representative, Mateo

07     Prado in the matter of Misael Cardenas vs.

08        Performance Auto Wholesalers LLC, Fernando

09     Prado and Matteo Prado.  Case Number 24-CV-23654.

10     We are all appearing remotely via Zoom.

11        The Court Reporter is Kristin Ochoa with

12     Universal Court Reporting.  I'm a nationally

13     certified Court Reporter through AAERT.  My CER

14     Number is 2385.  I can affirm that no AI is used in

15     the recording or reporting of this proceeding.

16        Would counsel please introduce themselves for

17     the record?

18        MR. POLLOCK:  Morning.  Brian Pollock for the

19     Plaintiff.

20        MR. AMIT:  Good morning.  Adi Amit for the

21     Defendants.

22        Thereupon:

23                     MATEO PRADO,

24        was called as a witness, and after having

25     been first duly  sworn, testified as follows:
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 6

```
01              MR. AMIT:  Okay.  Mr. Pollock, before we begin

02         so that we don't run into that, I would like to

03         make a short statement.

04              MR. POLLOCK:  Go ahead.

05              MR. AMIT:  Okay.  So, we received the Notice

06         of Deposition yesterday, and the notice had several

07         items for inquiry as to a 12(b)(6).

08    Sorry.  Not 12(b)(6), but, 30(b)(6) deposition.

09              And I'm looking at the items, and I sent an

10         e-mail objecting and opposing Item Number 10

11         because all work references provided by the

12         corporate Defendant to any prospective employer of

13         the Plaintiff, I don't even know if there are any,

14         but to the extent there are any, they're not

15         related to a wage an hour issue.

16              Whatever happened after Plaintiff's employment

17         with the Defendants is not particularly relevant to

18         anything.  And so, we're not going to have any

19         Corporate Representative designated for that

20         purpose; again, to the extent anything is even

21         answerable here.  So, that's one.

22              And 32, that is asking for information

23         regarding the claims asserted by the Plaintiff in

24         this lawsuit, that information would be by the

25         Plaintiff.  He's the one who asserted them.  So,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        asking the Defendants for information about
02        Plaintiff's claims is a bit nonsensical, but with
03        that, you may continue.
04                     DIRECT EXAMINATION
05   BY MR. POLLOCK:
06        Q.   Okay.  Can you please give us the benefit of
07   your full name?  Mr. Prado?
08        A.   Sorry, I couldn't hear you.
09        Q.   Sure, can you give us the benefit of your full
10   name?
11        A.   My full name is Mateo Prado.
12        Q.   Are you here as the representative of
13   Performance Auto Wholesalers LLC to give testimony on
14   the areas of inquiry that were designated on the Notices
15   of Taking Deposition that were sent?
16        A.   Yes.
17        Q.   Okay.  Have you been known by any other names?
18        A.   No.
19        Q.   Okay.  And let's see.  Where did you -- what's
20   the highest level of education you have?
21        A.   Some college, but never graduated.
22        Q.   From where?
23        A.   FIU in Miami-Dade.
24        Q.   Did you graduate from high school?
25        A.   Yes.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                            Page 8

```
01        Q.    From where?

02        A.    Palmetto Senior High School.

03        Q.    And when was that?

04        A.    2006.

05        Q.    For how long have you, worked for Performance

06   Auto?

07        A.    Roughly 10 years, 11 years.  I'm not sure

08   exactly.  2014, I think.

09        Q.    Okay.  Let's see.  Have you ever been charged

10   with the crime?

11        A.    No.

12        Q.    Do you hold any licenses beyond Florida

13   driver's license?

14        A.    No.

15        Q.    Before working for Performance Auto, where did

16   you work?

17        A.    I worked for a company called DMS Logistics.

18        Q.    What -- is DMS Logistics still in business?

19        A.    I'm sorry?

20        Q.    Are they still in business?

21        A.    I'm assuming.  I don't know.

22        Q.    And what do they do?

23        A.    Freight forwarding.

24        Q.    What was your position that you last held at

25   DMS?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    A.   I don't know exactly what the name would be.

02         They didn't really have a specific name, but I

03   did IT related stuff.

04    Q.   Did you work with any family members there?

05    A.   No.

06    Q.   And you were an employee there?

07    A.   Sorry?

08    Q.   You were an employee there?

09    A.   Yes.

10    Q.   For how long did you work at DMS?

11    A.   I don't know.  Maybe two years, something like

12   that.

13    Q.   Before DMS, did you have any -- or let me

14   start over.  Before you started working with your father

15   at Performance Auto, did you have any experience working

16   in the sale or brokerage of cars?

17    A.   No, not really.  I've always been into cars,

18   but no specific experience.

19    Q.   Do you have any medical conditions or have you

20   taken any medications that would affect your memory or

21   ability to give truthful testimony today?

22    A.   No.

23    Q.   And do you understand that you took an oath to

24   tell the truth today?

25    A.   Yes.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 10

```
01      Q.    Can we rely on your testimony that you give

02   today as the truth?

03      A.    Yes.

04      Q.    And do you understand that the oath that you

05   gave to tell the truth today is the same oath that you

06   would give if you were testifying in court at the Trial

07   of this case?

08      A.    Yes.

09      Q.    Does that mean we can rely on your answers as

10   honest responses to my questions?

11      A.    Yes.

12      Q.    Did you review any documents in preparation

13   for your deposition today?

14      A.    No.

15      Q.    Did you review the lawsuit that was filed by

16   Mr. Cardenas to see what he's claiming?

17      A.    Briefly.

18            MR. AMIT:  Objection, form.

19            MR. POLLOCK:  I'm sorry?  You can answer.

20      A.    Briefly.

21   BY MR. POLLOCK:

22      Q.    What about the responses that you gave either

23   individually or that the company gave to the written

24   questions, the Answers to Interrogatories, did you

25   review those?
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          MR. AMIT:  Objection to form.

02      A.  No.

03  BY MR. POLLOCK:

04      Q.  Okay.  What was done to locate the documents

05  that were requested by Mr. Cardenas in this case, if you

06  know?

07      A.  What documents?

08      Q.  Okay.  You understand Mr. Cardenas requested

09  the documents and materials be produced by you, your

10  dad, and the company, Performance Auto, in this case?

11      A.  I still don't know what documents you're

12  talking about.

13      Q.  Okay.  So, she would have marked as Exhibit

14  101.

15      A.  I'm sorry?

16          MR. AMIT:  101?

17          MR. POLLOCK:  Yes, 101.

18          (Thereupon, Plaintiff's Exhibit 101 was

19      entered into the record.)

20  BY MR. POLLOCK:

21      Q.  Which is a First Request for Production to the

22  Defendants.  It was served by my office.  I can go to

23  the last page.  The 10-page document, it was served on

24  your Attorney, Mr. Amit, on December 19th, 2024

25  contained 38 requests for different types, categories of



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    documents.

02           Can you tell me what your involvement was in

03    responding or looking for the documents and materials

04    that were requested?

05           MR. AMIT:  Object to form.

06       A.   Whatever Adi asked me for, I searched for it

07    and hand it to him.  I still don't know exactly what

08    you're talking about, though.

09    BY MR. POLLOCK:

10       Q.   Okay.  Well, let's look at for instance,

11    Request Number 3, which is a personnel file for

12    Mr. Cardenas.

13           Did Performance Auto maintain a personnel file

14    where it kept information concerning Mr. Cardenas, his

15    W-4 form or his W-9 for tax reporting purposes,

16    documents about hiring him, days off, those kinds of

17    things?

18       A.   We kept record for the past, I believe, three

19    -- well, at that point, three years of days he missed.

20           And, you know, W-2, whatever we have it online

21    on QuickBooks.

22           So, whatever I had to get from QuickBooks, you

23    know, pay stubs, that kind of information, I got it from

24    QuickBooks.  And I had a list of all the days missed by

25    Misael and the reason why he missed.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    Q.  How was that document prepared?  Was it done

02  -- the list of the days that he missed, was it prepared

03  each day it was added to?  Did you look back at things?

04  How did you prepare that document?

05    A.  Every day that he will call in sick, I'll go

06  into the document, add that day, add the excuse, and

07  save it and keep going.

08    Q.  And let's see.  As far as Performance Auto is

09  concerned, am I correct that it didn't have any rules or

10  requirements for Mr. Cardenas to record or indicate the

11  times when he started or stopped working?

12    A.  No, we didn't have that.

13    Q.  And you didn't have that because you didn't

14  ask Mr. Cardenas to keep that information, and you

15  didn't -- Performance Auto didn't keep that information.

16  Is that right?

17    A.  No.  We didn't.  It was just kind of based on

18  trust.

19    Q.  As far as text messages that were exchanged

20  with Mr. Cardenas, did you review your phone and your

21  father's phone to make sure that all those text messages

22  were produced?

23    A.  Yes.

24    Q.  Were there any messages that were not produced

25  because the phone was changed or information wasn't



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                                    Page 14

01  backed up to iCloud?

02       A.    Probably.  I'm not a 100% sure, but I'm

03  guessing yeah because I believe my father probably

04  changed phones somewhere between the last 2, 3, 4 years.

05  I'm not sure when.  And same with me.

06            So, I would say, yeah, there was probably

07  stuff that we missed, but everything that we still had,

08  I produced.

09       Q.    Besides your notes on the page about the days

10  and reasons why Mr. Cardenas didn't show up for work,

11  were there any other notes on the computer or elsewhere

12  about any other conversations that were happening with

13  Mr. Cardenas about his work or the hours he worked or

14  what he was doing?

15       A.    About his work and what he was doing?  No,

16  because it was all verbal.

17       Q.    Verbal meaning whatever Mr. Cardenas would do

18  in a day was because either you or your father would

19  tell him what he needed to do?

20       A.    It's not rocket science, you know.  A car

21  comes in, he knows what to do.  If it's something that

22  is more priority, we'll tell him, hey, don't do this, do

23  this first.  But other than that, you know, it doesn't

24  take much brain to figure out what you need to do.

25       Q.    And what was his role?  What was Mr. Cardenas



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  responsible for doing to the cars that would come in?

02      A.   Just to get them ready to sell.  Clean them,

03  vacuum them, you know, just get them ready.

04      **Q.   Besides cleaning, vacuuming, he would detail**

05  **them?**

06      A.   Detailing and cleaning and vacuuming is the

07  same.

08      **Q.   I mean detailing could also include polishing,**

09  **compounding, waxing.**

10      A.   Not really.

11      **Q.   Not really, meaning Mr. Cardenas didn't --**

12      A.   -- couple times ever because it was something

13  specific, but that was not part of his normal day to

14  day.

15      **Q.   What about refurbishing or reconditioning**

16  **parts for the inside of cars?**

17      A.   I mean, randomly, but that was also not part

18  of his day to day.

19      **Q.   But you'd agree that if there were a part that**

20  **needed to be repainted that would be on the interior of**

21  **the car or that needed to be somehow refurbished that**

22  **Mr. Cardenas would go ahead and do that as part of his**

23  **work, right?**

24      A.   Yes, randomly.  But again, this is not a

25  common thing.  Like sometimes a battery was dead, he



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  changed it, you know.  But this is not something that

02  happened every day.  It was just randomly.  Sometimes

03  things like that will happen.

04      Q.   Is Performance Auto Wholesalers automobile

05  broker?  Is it a dealer?

06      A.   Dealer.

07      Q.   It's a dealer because it has a Florida

08  automobile dealers license?

09      A.   Correct.

10      Q.   And with that license, it's allowed to buy

11  cars from whether it's an individual seller or a

12  corporate seller, right?

13      A.   Anywhere.

14      Q.   Also allows it to consign cars where it

15  doesn't buy the car, it's just acting as an intermediary

16  where it will prepare the car and facilitate shipment

17  either to performance, sell it, coordinate shipment to

18  the buyer, and take care of all the refurbishing and --

19          MR. AMIT:  Objection to form.

20      A.   We -- yeah, we did consignment, but the

21  shipment part, I'm not sure what you mean.

22  BY MR. POLLOCK:

23      Q.   Okay.

24      A.   We will use a broker to ship cars if it was

25  from out of town or out of state, and he took care of


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   it.
02        Q.   Okay.  Let's break it down.  So, for a car
03   that's on consignment, that's a car that Performance
04   Auto would not purchase.  Is that correct?
05        A.   Right.
06        Q.   And so, Performance Auto would make
07   arrangements to have the car brought to its warehouse,
08   right?
09        A.   I mean, you're using a lot of words for
10   something that's just the client comes and drops it off.
11   That was basically it.
12   Somebody, hey, can you help me sell this car?
13        Sure.  Bring it over.  Brings it over.  We'll
14   do a consignment agreement, and we'll put it for sale.
15        We'll, you know, get it clean, get it ready,
16   and then put it for sale.
17        Q.   And that's for somebody who's local, right?
18        A.   Yeah.
19        Q.   And then you had vehicles that would come from
20   out of state that would be on consignment --
21        A.   Never.  I don't think it's ever happened.
22        Q.   Okay.  You've purchased cars from out of
23   state, right?
24        A.   Yeah.
25        Q.   Same thing, you would sell cars that would go
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  to somebody who's outside the state of Florida?

02      A.   Yeah, sometimes, sometimes.

03      Q.   And for those you would -- there'd be a, you

04  know, transportation broker or transportation company

05  who'd be involved to pick up the car and transport it?

06      A.   Correct.

07      Q.   Same thing for cars that would come from out

08  of state.  There would be either a transportation broker

09  or a transportation company who would pick up the car,

10  put it on a bed or inside of a tr -- or on a trailer and

11  bring it over to the shop?

12      A.   Correct.

13      Q.   For consigned vehicles, someone may bring it

14  into you, but then that car could be sold to an out of

15  state buyer as well, right?

16      A.   That could happen.

17      Q.   And regardless of where the -- how the car got

18  to Performance Auto, Misael Cardenas would be the one

19  who is responsible for preparing it for sale?

20      A.   For the most part, yeah.

21      Q.   What do you mean for the most part?

22      A.   If he's missing, he -- it wasn't him.  We just

23  take it to somewhere to get it cleaned, but -- which he

24  missed a lot.  But, yeah, that was his job.

25  So, when -- if when he was there, that was what he did.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     Q.   And so, regardless of whether the car came

02   from you from -- regardless of where the car came from,

03   meaning whether it's an in-state buyer -- excuse me, I'm

04   sorry.

05          Regardless of where the car came from, whether

06   it came from outside the state of Florida to you or

07   whether it was somebody who was local in South Florida

08   and came to you, if Mr. Cardenas was at work, he was the

09   one responsible for preparing the vehicle for sale?

10     A.   Correct.

11     Q.   And the same thing regardless of where the car

12   would go to, whether a buyer in-state or a buyer in

13   Spain or a buyer in South America or wherever,

14   Mr. Cardenas would be the one who would prepare that car

15   for sale, correct?

16     A.   Yeah.

17     Q.   As far as the vehicles that your company would

18   purchase, would you maintain those purchase records

19   electronically?  You'd have them either electronically

20   signed or scanned?

21     A.   What electronically signed?

22          MR. AMIT:  Objection, form.

23   BY MR. POLLOCK:

24     Q.   The records of vehicles that were purchased by

25   Performance Auto.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A.    What kind of records?  Like, records of the
02   purchase or records of services or what?
03        Q.    Records, the purchase records.
04        A.    Yeah.  I mean, usually, when you purchase a
05   car, you get a bill of sale, maybe a dollar statement,
06   something like that from whoever you're buying it from.
07   Yeah.  We'll keep it on the file for the cars.
08        Q.    And the file for each car, would that be
09   maintained digitally on a computer?
10        A.    No.   Physical.
11        Q.    You wouldn't scan those?
12        A.    No.
13        Q.    For cars that are sold, do you have those
14   records that are executed digitally, eSigns?
15        A.    Anything that we -- if we did eSigns, which is
16   sometimes, it's not often.  We will print it out and put
17   it with the file.
18              I'm sure there's a -- if I go to the DocuSign,
19   I can probably get them.  I don't know if they stay
20   forever or not.  I just print it out and put it in the
21   file.
22        Q.    You said each car would have its own file?
23        A.    Yes.
24        Q.    And those files are maintained by what?  By
25   year that you sold them or how?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 21

01        A.   Yeah.  Mostly, there's a file box with each

02   year.

03        Q.   As far as Mr. Cardenas was concerned, he was

04   paid a salary of $3,500 a month for at least the last

05   three years before he filed the lawsuit.  Is that

06   correct?

07        A.   Correct.

08        Q.   Each month he'd receive two checks for $1,050

09   from which there'd be taxes and deductions and for which

10   he'd get a W-2 at the end of the year as part of his

11   payment, right?

12        A.   Correct.

13        Q.   He'd also get another check every two weeks

14   for $450 that he'd get a W -- 1099 for at the end of the

15   year?

16        A.   Correct.  He received those at the same time

17   he received the W-2 checks.  Same day.  Same every day.

18        Q.   Okay.  And then at some point during the

19   month, he'd get another check for $500?

20        A.   On the 15th of every month.

21        Q.   And the check for $500 that he would get on

22   the 15th of the month, that would be included in the

23   1099 that Mr. Cardenas would receive at the end of the

24   year?

25        A.   Correct.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 22

```
01        Q.   Was there an accountant or a tax professional
02   who advised Performance Auto about whether it was
03   appropriate to pay Mr. Cardenas part in a -- it's called
04   a payroll check and part in a 1099 check or series of
05   checks?
06        A.   Not to my knowledge.
07        Q.   And as far as Performance Auto is concerned,
08   are you aware of it having consulted with a tax or legal
09   professional about whether it was properly paying
10   Mr. Cardenas?
11        A.   I'm not aware.
12        Q.   And then just to kind of be correct in what I
13   understand, there were no performance evaluations of
14   Mr. Cardenas.  Is that right?
15        A.   No.
16        Q.   I mean, wasn't any kind of policy or procedure
17   handbook because the company was so small?
18        A.   Correct.
19        Q.   Did the company identify to a Workers'
20   Compensation carrier the number or identity of any
21   employees?
22        A.   I have no idea about that.  I don't think so,
23   but I have no idea.
24        Q.   Do you know whether the company-maintained
25   Workers' Compensation insurance?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A.   We don't.  Legally, we didn't have to.
02        Q.   And then as far as signing the paychecks --
03   we're talking about checks that were physical checks,
04   not direct deposits, and you had pay stubs for them,
05   right?
06        A.   It was physical -- it was physical checks.
07        Q.   And normally, it would be either you or your
08   father who would sign those checks?
09        A.   My father.
10        Q.   Did you sign paychecks to Mr. Cardenas?
11        A.   No.
12        Q.   Was there a time when your father was ill?
13        A.   Yeah.
14        Q.   And while your father was ill, who was the one
15   signing paychecks?
16        A.   I guess during the time he had cancer, he
17   probably told me to sign for him, now that you mentioned
18   it.  But mostly, it wasn't supposed to be me.
19   It was supposed to be my father.
20        Q.   Let's see.  Was Mr. Cardenas entitled to take
21   vacation?
22        A.   Yes.
23        Q.   And I mean paid vacation from work?
24        A.   Paid vacation.  Yes.  He took every year.  At
25   least two weeks.  Sometimes more.  I believe his mother
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    was ill in maybe '23 or something like that, and he

02    took, like, a month off all paid.

03        **Q.   Do you know how he ended up working for**

04    **Performance Auto?**

05        A.   From what I've been told by my father,

06    somebody that he knew recommended him, because I guess

07    they worked together before or something like that.

08        **Q.   And there was a time when Performance Auto had**

09    **a bookkeeper.  Who was that?**

10        A.   Yes.  There was a bookkeeper maybe the first

11    two years.  The first year, I'm not sure.  This is, I

12    think, before I even started working there.

13        **Q.   Okay.  And so, during the time that you were**

14    **working at Performance Auto, who was responsible for**

15    **payables and receivables that were documented in**

16    **QuickBooks?**

17        A.   Well, the same lady did it, but she wasn't no

18    longer an employee.  She was just doing it, which still

19    does it today, once every two weeks or something like

20    that.

21        **Q.   What's her name?**

22        A.   Denise Torres.

23        **Q.   Performance Auto would market its vehicles**

24    **online, would it not?**

25        A.   Yes.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025        Page 25

```
01        Q.   And so, for the vehicles that it would sell to

02   people who are located outside the State of Florida, it

03   would send the bill of sale and the other disclosures to

04   be signed by the buyer, what through FedEx?

05             MR. AMIT:  Objection to form.

06        A.   Originally, yeah.  We will send everything by

07   FedEx to get originals, but then with DocuSign.

08   BY MR. POLLOCK:

09        Q.   And for how long has Performance Auto been

10   using DocuSign?

11        A.   No idea.  Maybe two, three.  I have no idea.

12        Q.   Okay.  Performance maintain records of -- let

13   me back up.  For nearly all the cars that would come

14   into Performance Auto for sale either as owned vehicles

15   or as consigned vehicles, would Mr. Cardenas be the one

16   who would work on each of those unless it -- each of

17   those vehicles?

18             MR. AMIT:  Objection to form.

19        A.   If he was there, yeah.  If he -- if they

20   needed anything, yeah.  I mean, sometimes there's

21   clients that can bring a car that was spotless.  They

22   didn't need to do anything.

23   BY MR. POLLOCK:

24        Q.   Would that be rare?

25        A.   No.  But people don't keep nice classic cars
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   beat up.  They usually keep good, you know, they take

02   good care of them.

03        Q.   Are their records that would show which

04   vehicles Mr. Cardenas worked on?

05        A.   I don't know, a lot.

06        Q.   I don't know if you necessarily understood

07   what I was asking.

08        A.   No, I don't think I did.

09        Q.   It seemed like you were answering kind of how

10   many cars did he work on a lot.  My question to you was,

11   did Performance Auto or does Performance Auto have

12   records identifying the vehicles on which Mr. Cardenas

13   --

14        A.   Oh, no.

15        Q.   -- worked on or cleaned?

16        A.   No.  No way to know that.  It was just if a

17   car needed something, he did it.  We didn't keep record.

18   We didn't put a check after in the files of Misael

19   worked on this car, Misael didn't work on this car.  It

20   was just if he was available, he worked on it.

21           If it needed it, he worked on it.  If it

22   didn't, he didn't.  Or if he wasn't there, he didn't.

23        Q.   And if he wasn't there, you would have to pay

24   somebody else to -- as an independent contractor to send

25   the car to work on it?  Or would somebody come into the

 **UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  shop?  How would it work if he wasn't there and a car

02  needed to be worked on?

03      A.   It depends, because since he missed so much

04  and so out of nowhere, sometimes we would try to see if

05  somebody can come that has, like, a mobile car wash.

06          Some down the street, there's a gas station

07  that has a car wash.

08          It just depends, you know, obviously, you

09  can't call somebody the day of and they're going to be

10  available.  So, sometimes it'll be different things.

11      Q.   Right.  I mean it also would depend on the

12  type of car, right?  I mean if you're dealing with a car

13  that's worth a couple hundred grand, you're not

14  necessarily going to send it to a gas station car wash?

15      A.   Yeah, why not?  Same products.  There's

16  nothing complicated.  You never washed a car before?

17      Q.   Different people use different products.

18          Somebody's going to use a terry towel that's

19  not clean, that's going to have grit or branches or

20  whatever in it because they're not careful and scratch a

21  finish.

22          Other people are going to use microfiber that

23  they change out every time.  Other people are going to

24  use, you know, other types of towels, going to use

25  cloths that they throw in a dirty bucket, other people



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    aren't going to put.  So --

02        A.   You sound like an expert.

03        Q.   **I know a little bit about a little bit but --**

04        A.   I mean, it's soap and water.  You know,

05    obviously, keep things clean.  That's just kind of

06    common sense.

07        Q.   **Sure.  But I mean, soap and water --**

08        A.   We're doing ceramic coating.  We're not doing

09    that kind of stuff in-house.  So, it's just a wash.

10    It's just vacuum, wash, wipe down things.

11        Q.   **Maybe polish it, keep the paint looking good**

12    **so --**

13            MR. AMIT:  Objection to form.  And you already

14        asked and answered that.

15        A.   Yeah.  There you go.

16    BY MR. POLLOCK:

17        Q.   **You can go ahead and answer.  You weren't**

18    **instructed not to.**

19        A.   All right.  Yeah.  I mean, he never -- he --

20    we don't go past really, you know, regular wash.  We

21    never ceramic coat our car because that's complicated.

22            We never polish, like wet sand and polish.

23    It's completely different than just putting some wax on

24    the car, you know.

25        Q.   **When you have people that are local that are**



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 29

```
01   buying cars, do you have them execute documents through

02   eSign as well, at least for the past couple of years?

03       A.   I'm sorry, what documents?

04       Q.   When you have people that are buying cars from

05   you who are local, do you have them eSign through

06   DocuSign as well?

07       A.   No.  Usually in person because they're going

08   to pick up the car.  For some reason, once in a while,

09   somebody's like, out of town, then we could do it like

10   that.  But local, 99.9% of the time, it's in-person.

11       Q.   So, the majority of the DocuSigns would

12   involve either a buyer or seller who's out of town.  Is

13   that right?

14           MR. AMIT:  Objection to form.

15       A.   For the most part, yeah.

16   BY MR. POLLOCK:

17       Q.   And the -- for a title, can those be

18   DocuSigned or do those have to be wet signed?

19       A.   No, that cannot be DocuSign.

20           MR. AMIT:  Object to form.

21   BY MR. POLLOCK:

22       Q.   So, when your seller is outside the state of

23   Florida, you would have them what, FedEx you signed

24   title?

25       A.   Correct.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.   If it was a vehicle that was owed outright as

02   opposed to something that the bank has the title on?

03      A.   Right.  If it's coming from out of the state,

04   if I bought a car out of the state, the seller has to

05   sign it and ship it to me.

06           You can't just make it magically appear on my

07   desk.  So, it has to be sent whether it's a bank,

08   whether it's an individual, whether it's a dealership.

09      Q.   Okay.  Was there a time when Performance Auto

10   was operating without the required licenses during the

11   past several years after it --

12      A.   No.

13      Q.   I'm sorry?

14      A.   No.

15      Q.   Where's Performance Auto currently operating

16   out of?

17      A.   Do you want the full address?

18      Q.   Yeah.

19      A.   10859 Northwest 21st Street, Miami, Florida

20   33172.

21      Q.   How long has it been there?

22      A.   I believe April 2020.  I'm not sure of the

23   date.

24      Q.   And as far as the information that's

25   maintained online for Performance Auto Wholesalers, is



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  that something you do?

02      A.   What do you mean by information is maintained

03  online?

04      Q.   Well, there's a website.  There may be, like,

05  a Google site, a Google business profile, that kind of

06  stuff.

07      A.   Oh, yeah.  I have access to -- everything that

08  is online mostly is me, yes.

09      Q.   And on there, you have the hours Monday to

10  Friday 10:00 A.M. to 07:00  P.M.?

11      A.   Correct.

12      Q.   And then on Saturdays 10:30 to 03:00?

13      A.   Correct.

14      Q.   And then Sunday is closed?

15      A.   Correct.

16      Q.   I mean, I'm excluding holidays and things when

17  you'd be closed.  And those holidays -- and the holidays

18  would be, what, Christmas Day?  What holidays is

19  Performance closed?

20      A.   New Year's Day, Memorial, 4th of July,

21  Veterans Day, Thanksgiving, Christmas.  What's the

22  other, like, Memorial, and then one is in September, the

23  other is in May?

24      Q.   Labor Day.

25      A.   Labor.  That's mostly it, I think.


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     Q.   Isn't Memorial Day for most car dealers a big

02   day and after summer or before summer, people are off?

03     A.   I mean, if you have those deals with the, you

04   know, franchise dealerships with those deals, you know,

05   come and get your 99 a month.  But no, that's -- we're

06   not a regular type of dealership in the sense of, you

07   know, we don't advertise on commercials and stuff like

08   that and do deals, that kind of stuff.

09     Q.   Okay.  Besides the deposition that you gave in

10   Mr. Cardenas' Workers' Compensation claim against

11   Performance Auto, have you given any other depositions?

12     A.   No.

13     Q.   Do Mr. Cardenas perform work at your dad's

14   house?

15     A.   I believe so.  Sometimes on Saturdays, he will

16   go help him.

17     Q.   Okay.  Is it Performance Auto's position that

18   Mr. Cardenas never worked overtime during the three

19   years before he filed the lawsuit in any week?

20     A.   No.  He didn't even work full time

21   technically.  He worked like 37, 38 hours a week.

22   Didn't even get to the 40.

23     Q.   Mr. Cardenas had a key in the alarm code so he

24   could let himself into the warehouse.  Is that right?

25     A.   Yes.  Side door key and the alarm code, yes.



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    Q.    How do you know that Mr. Cardenas only worked

02    about 37 hours a week?

03    A.    Because he worked 10:00 to 06:00 with one hour

04    lunch Monday through Friday.  That's seven times five,

05    35.

06          And actually, the last couple years since he

07    had his daughter, some -- one weekend, yes, one weekend,

08    no.  For the last couple years he even worked only one

09    Saturday, yes, one Saturday, no which he worked from

10    10:00 to 01:00, so that's three hours.

11          So, sorry.  It wasn't 37.  35 twice a month

12    and 38 twice a month.

13    Q.    Let's see, as far as his lunch breaks.  How do

14    you know he took an hour?

15    A.    He was told you can take it whenever you want,

16    however you want it.  As long as your job gets done,

17    nobody, you know, had to tell him go eat now or go eat

18    later.  You have an hour.

19    Q.    And I understand that he was given an hour

20    that he could take for lunch.  My question is, do you

21    know or how do you know that he actually took an hour?

22    A.    Well, because it was given to him.  He was

23    also on the phone all the time while he was at work.

24          He had a earpiece.  So, I don't know when it

25    was he was taking this hour or not.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          But, you know, he -- if I saw him eating, I'm

02   assuming he's taking his hour.  If I saw him on the

03   phone talking, I'm assuming he's taking his hour.

04          Didn't really keep track, but he was told to

05   take his hour, yes.

06       Q.   You're saying if he was on the phone talking,

07   he had an earpiece in?

08       A.   Yes.

09       Q.   Would he keep in all day?

10       A.   Yeah, most of the day.

11       Q.   When Mr. Cardenas would be out of work, would

12   he call you or your dad or both?

13       A.   Mostly, I think my dad, but sometimes if he

14   didn't answer or whatever, he would call or text me to

15   let me know, which I do have, you know, text of him

16   asking him or letting me know, hey, this or that

17   happened.  I can't come in or I'll be late, which again,

18   is very, very common.

19       Q.   Do you know if you produced those text

20   messages?

21       A.   I did.  Still have in my pictures.  I haven't

22   deleted them.

23       Q.   Do you have all your text messages with

24   Mr. Cardenas, at least for the past two, three years?

25       A.   If I remember correctly, when I looked, it



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    only went to, like, 2023 or late 2022.  I'm assuming

02    maybe I changed phones or I don't know.  But as -- I

03    provided as far as I could go.

04        **Q.   And those would be iMessages or would you also**

05    **communicate with him through WhatsApp?**

06        A.   Yeah.  I would say 90%, 99%, 95% iMessage.

07        **Q.   What's Gerardo Garcia's relation to**

08    **Performance Auto?**

09        A.   He's a partner, business partner.

10        **Q.   Business partner, meaning he has an ownership**

11    **interest?**

12        A.   I'm not really sure how they do that.  I know

13    that he is a business partner.  I'm really not sure the

14    -- I don't really deal with that.  That's dealing with

15    my father.

16        **Q.   Okay.**

17        A.   I'm not, you know, I couldn't tell you

18    exactly, but I know he's a business partner.

19        **Q.   Before the letter was sent to Mr. Cardenas**

20    **terminating his employment, did you have any discussions**

21    **with your father about pulling the trigger on that?**

22        A.   Did I?

23            MR. AMIT:  Objection to form.

24        A.   I mean, he mentioned it to me.  You know, it's

25    been a month and a half.  He hasn't come to work.


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01              He's been extremely rude the last couple of

02    times we've spoken.  Very, very rude.

03              And, you know, really, we're not doing

04    financially well enough.  So, you know, he just

05    mentioned that to me, and it's like, probably going to

06    have to send him a letter and let him know.  He also cut

07    communications too, so.

08              THE COURT REPORTER:  I'm sorry, can you repeat

09         what you just said, sir?

10              MR. POLLOCK:  He also cut communications.  I

11         believe.

12              THE WITNESS:  Correct.

13              THE COURT REPORTER:  Thank you.

14    BY MR. POLLOCK:

15         Q.   The letter that was sent May 11th, 2022, to

16    whom it may concern in Spanish, --

17         A.   You said -- what date did you say?

18         Q.   It was May 11th, 2022.  I can show it to you.

19    It's marked as Cardenas Number 66 --

20              MR. AMIT:  Don't bother showing because I'm

21         going to instruct him not to answer anyway.  It's

22         entirely irrelevant to anything in this litigation

23         and he's also -- it's not one of the issues that

24         were properly designated for testimony as a -- as a

25         30(b)(6), so I will instruct him not to answer.
```



**UNIVERSAL**
**Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01              MR. POLLOCK:  Okay.  Well, I'm going to show
02        it to him and ask the questions anyway.
03              So, this letter that was signed by your father
04        on behalf of the company dated May 11th, 2022,
05        marked as Cardenas 00066.  I'll mark it as Exhibit
06        102 to the deposition.
07              (Thereupon, Plaintiff's Exhibit 102 was
08        entered into the record.)
09   BY MR. POLLOCK:
10        Q.   Do you know why this letter was sent?
11              MR. AMIT:  You can answer.
12        A.   I'm thinking I'm not a 100% sure.  I'm
13   thinking it has to do with either immigration or
14   something or child support.  I'm not sure.  One of those
15   two things.
16              As you know, he had a lot of legal issues with
17   child support and all that kind of stuff.
18              THE WITNESS:  Can we take a quick break so I
19        can get a charger because my phone is dying?
20              MR. POLLOCK:  Yeah.  I'm pretty much done.
21        So --
22              THE WITNESS:  Okay --
23              MR. AMIT:  Well, I may have -- I may have
24        cross questions.  So, if his phone is dying, it
25        should be charged.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025     Page 38

```
01            THE WITNESS:  Okay.  Give me one minute.

02            MR. POLLOCK:  Okay.

03            THE COURT REPORTER:  The time is 12:03  P.M.,

04       we are off the record.

05            (Thereupon, a short discussion was held off

06       record.)

07            (Deposition resumed.)

08            THE COURT REPORTER:  The time is 12:04  P.M.,

09       we are back on record.

10  BY MR. POLLOCK:

11       Q.   Okay.  Yeah.  So, just to kind of get an

12  answer to the last one, the Exhibit 102, are the -- to

13  be clear, you're not sure why the letter was sent?

14       A.   I don't remember why he requested it.  I think

15  he requested it for somebody, but I don't know if it was

16  immigration stuff, that he had a job or for child

17  support payments.  I don't know.  I really don't know.

18       Q.   Okay.  On the $450 checks that were issued to

19  Mr. Cardenas, the memo line for each of those would

20  say,"Car repairs from," and it would have two dates.

21  Why would they say car repairs?

22       A.   Just a general statement.  Could have been

23  anything.

24       Q.   I mean, but why put car repairs on there as

25  opposed to something else?  Did you get advice from
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  somebody to put it on there?

02      A.   No.

03      Q.   Did you put it on your own?

04      A.   Just decided to use that, and I like to be

05  consistent.  So, I started just writing that.  I don't

06  know why I picked that specific two words.  But then I

07  just decided to keep the same so it's consistent

08  throughout.

09      Q.   And from what you're telling me, it sounds

10  like you would prepare those checks and that your father

11  would then sign them?

12      A.   Correct.

13      Q.   And then for Mr. Cardenas, was the salary that

14  he was getting a month, the $3,500, was that supposed to

15  cover him working Monday through Saturday, 40 hours a

16  week?  Was it Monday through Saturday up to 40 hours a

17  week?  Was it Monday through Saturday any hours a week?

18  What was the intention in paying him the $3,500 a month?

19      A.   It was supposed to cover the hours that he

20  worked, which like I said was seven, you know, Monday to

21  Friday, 10:00 to 06:00 with one hour lunch.  That's

22  seven hours worked, 35 if you multiply it by five, and

23  Saturdays, 10:00 to 01:00, which is three hours.

24          And like I said, the last couple years or year

25  at least, he was only working one Saturday.  So, it was



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    meant to cover either 38 or 35 hours a week alternating

02    every other week.

03        Q.   And besides Mr. Cardenas, do you get a W-2

04    from Performance Auto?

05        A.   Do I?

06        Q.   Yeah.

07        A.   Yeah.

08             MR. POLLOCK:  I think that's all I have at

09        this time.  I appreciate your time.  It sounds like

10        Adi has some questions for you.

11             MR. AMIT:  Yeah.  Thank you.

12                       CROSS EXAMINATION

13    BY MR. AMIT:

14        Q.   Mr. Prado, just I'll start with the first

15    thing first.  Your father is the owner of the entity,

16    correct?

17        A.   Yes.

18        Q.   Okay.  Let's talk a little bit about you were

19    asked questions about work -- Plaintiff working at your

20    dad's house.  Was that part of Plaintiff's employment

21    for Performance Auto?

22        A.   It wasn't really like kind of don't part of

23    it.  Sometimes my dad would just be like, hey, instead

24    of working three hours at the office, just come help me

25    for three hours, two hours, one hour, whatever it may be
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   at my house, just cleaning something, you know, pressure

02   washing the floor or something like that.

03            I'm sure if it went past that, you know, then

04   he didn't work the next Saturday or something like that.

05            But it was supposed to be instead of working

06   your hours at the office, you can work them with me.

07       Q.   Okay.  So, those tasks that took place at your

08   dad's house, that was not in addition to his regular

09   work hours?

10       A.   No.

11       Q.   Now, as far as -- as far as Plaintiff's work

12   for Performance Auto, you said that he washed cars

13   there?

14       A.   Correct.

15       Q.   And vacuumed?

16       A.   Correct.

17       Q.   And on occasion, on the insistence of

18   Mr. Pollock, he also repaired parts every once in a

19   while?

20       A.   Yeah.  Not often, but sometimes some might --

21   something might be needed.

22       Q.   He wasn't a mechanic or anything like that,

23   right?

24       A.   No, he was not a mechanic.

25       Q.   He doesn't have any mechanical knowledge of


Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  actually how to like open the hood and repair engine

02  parts, right?

03      A.   Not to my knowledge.

04      Q.   Did he ever do any of that work for the

05  company?

06      A.   For the company, nothing past, you know, like

07  I said, changing a battery, changing an air filter,

08  something simple that anybody can do.

09          Nothing -- anything that we need a mechanic to

10  do mechanic work, diagnostics, changing, you know,

11  something in the engine, we took it to our mechanics.

12          We have, you know, for depending on the brand,

13  have different ones.

14      Q.   And the same thing for the -- if there is some

15  kind of paint that was needed, that was not something

16  that was done by a Plaintiff.  That's --

17      A.   No.

18      Q.   -- you would take the car to a specialty

19  service provider?

20      A.   Body shop, something like that.  Yeah.

21      Q.   Okay.  Now, the cars that are left with the -

22  - with Performance Auto by local people, when they leave

23  the car at whether it's by consignment or whether they

24  sell it -- you know what?  Let me backtrack a little

25  bit.  Performance Auto buys vehicles from people off the



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 43

01  street?

02      A.   Yes.

03      Q.   Okay.  And when they -- why does Performance

04  Auto buy these vehicles?

05      A.   The type of cars that we sell are not your

06  everyday cars, so we look anywhere.

07      Q.   Okay.

08      A.   Everywhere.

09      Q.   So, someone comes in with a vehicle and drops

10  it off, when they do that, it just stays in the --

11  there's no designated buyer for them, correct?

12      A.   Most of the time, no.

13      Q.   Okay.  And so, the vehicle, whether it's by

14  consignment or whether it's purchased by Performance

15  Auto, when Plaintiff works on them, there is no

16  knowledge of whether that car is going to stay in-state

17  or perhaps go out of state, right?

18      A.   Zero knowledge of that.  It's impossible to

19  tell.  You never know.

20      Q.   Okay.  When the Plaintiff purchase -- works on

21  a car that comes from out of state in the rare occasion

22  that it happens, we don't know who the buyer for that

23  vehicle is either, correct?

24          MR. POLLOCK:  Objection to form.

25      A.   Correct.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   BY MR. AMIT:
02       Q.   So -- all right.  Do you know if -- you
03   testified that towards the end of his employment, he
04   missed a lot of work?  Is that correct?
05       A.   Yes.  Over a month.
06       Q.   Over a month?  Do you know -- do you know if
07   the reason he was missing that work is because he
08   started working for a competitor of yours?
09       A.   Yeah.  I saw him.  I physically, myself,
10   personally, drove by there multiple times and saw his
11   car parked outside when he was still employed by us.
12       Q.   Drove by where --
13       A.   Outside of Mayor Cars.
14       Q.   And where is that located?
15       A.   I can't remember the exact address, but it's
16   on 82nd Avenue Northwest and like 36th Street.  I can
17   find the address if you need me to, but it's in Doral.
18       Q.   Okay.  And so, you personally observed his
19   vehicle parked at that place?
20       A.   Yes.  And I've been told by multiple people.
21            Was like, hey, I saw him, he has his car over
22   there while he was still employed by us.
23            And like I said, I will personally drive over
24   there just to pass by, you know, and I -- after the
25   first time I saw it, which was randomly, I just wanted
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   to make sure and I saw it at least three, four more

02   times.

03        Q.   Was that a -- was that a reason of why you

04   decided to let him go eventually?

05        A.   I mean, that definitely played into it.  You

06   can't be paid by somebody, and you're working with

07   somebody else while you tell them then that you can't

08   come in because you're injured.

09        Q.   Okay.

10        A.   That's crazy.

11             MR. AMIT:  Okay.  All right.  I don't think I

12        have anything else, Mr. Pollock.

13                     RE-DIRECT EXAMINATION

14   BY MR. POLLOCK:

15        Q.   Okay.  When you're talking about Mayor Cars in

16   the last six or so weeks, you're talking about during

17   the last six or so weeks of Mr. Cardenas' employment is

18   when he missed a lot of work and he was at Mayor Cars.

19   Is that right?

20        A.   Correct.  He didn't miss a lot.  He missed all

21   of the work for those six weeks.

22        Q.   Correct.  That was after he had an injury --

23        A.   Correct.

24        Q.   -- that he made a claim for at work, right?

25        A.   Yes.  He was -- I saw him during those six
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01 weeks, yeah, I saw him that he was already there
02 multiple times.
03     **Q.   You saw his car there.  You don't know how**
04 **long his car had been there on any occasion.  Is that**
05 **right?**
06     A.   No.  But it was just randomly different hours
07 in a day.
08     **Q.   You don't know what he was doing there,**
09 **whether he was working or visiting with a friend?**
10     A.   Well, according to his boss, Marcio Gonzales,
11 he was doing work on his cars.
12     **Q.   Okay.  And as related to Mr. Cardenas' claim**
13 **that he worked overtime for your company through, I**
14 **don't know, like the day before he got injured, you'd**
15 **agree that what he was doing for Mayor Cars has nothing**
16 **to do with his claim for overtime?**
17     A.   I'm sorry, can you ask that question again?
18 I didn't get it.
19     **Q.   Sure.  Mr. Cardenas suffered an injury which**
20 **he claims happened at work round about what, June 26th**
21 **or so of 2024?**
22     A.   It was a Friday, I think it's 21st.  Whatever
23 that Friday in 2024, June 21st, 22nd, 20 something like
24 that.  That was the day that he claimed it happened.
25     **Q.   Okay.  And when you saw Mr. Cardenas' car at**



**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Mayor Cars, it was after June 21st, 2024, right?

02      A.   Correct.  After.

03      Q.   Okay.  So, and you understand Mr. Cardenas

04  isn't making a claim that he worked overtime after June

05  21st, 2024, right?

06      A.   He's making a claim that he worked overtime?

07      Q.   Mr. -- you understand Mr. Cardenas' claim is

08  that he had worked over overtime up until June 20th,

09  2024.

10      A.   I mean, I understand that that's what he

11  thinks, but I don't know how somebody that works 35

12  hours a week is working overtime or 38 hours every other

13  week.  No idea.

14      Q.   And so -- okay.  Just putting a time frame on

15  his claim.  I asked you whether you agree with it.

16          Just putting a time frame on.  The time frame

17  on his claim, it goes to like June 20th or 21st, 2024.

18      A.   Right.  June 21st, which I think is that

19  Friday, he technically didn't work.

20      Q.   Okay.  Well, he didn't work after he claims to

21  have injured himself, right?

22      A.   Correct.  He showed up and apparently it

23  happened immediately after he was showing up to work.

24      Q.   Okay.  And so, what you're talking about with

25  Mr. Cardenas and Mayor Cars happened weeks after June



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  21st, 2024?

02      A.   Yeah.  When the first time I saw him must have

03  been three weeks, four weeks.  I'm not sure exactly

04  when, but he was still employed by us, and I probably

05  went by and saw it in the next, you know, two days later

06  and then a day later and then three days later.  I'm not

07  sure -- I'm not sure exactly, but in a period of two

08  weeks or so, at least four or five times, he was there.

09      Q.   So --

10      A.   During business hours.

11      Q.   So --

12      A.   -- working.

13      Q.   Whatever - so, whatever Mr. Cardenas was doing

14  at Mayor Cars starting three weeks or so after June

15  21st, 2024, you understand it has nothing to do with his

16  claim for overtime in this case, right?

17           MR. AMIT:  Objection to form.

18      A.   No.  But he's still employed being paid by us.

19  BY MR. POLLOCK:

20      Q.   Okay.  After June 21st, 2024, since you

21  mentioned one of the reasons why he was let go was

22  because he was at Mayor Cars, it's also true that he

23  claimed to have an injury that occurred at work at

24  Performance Auto.  Is that right?  On June 21st?

25           MR. AMIT:  Objection to form.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          A.    Right.

02     BY MR. POLLOCK:

03          **Q.    I'm sorry?  What was your answer?**

04          A.    Correct.  He was -- correct.

05          **Q.    And he sought medical care and treatment**

06     **through your company, in fact, through your dad, right?**

07               MR. AMIT:  Objection to form.

08          A.    Right.

09     BY MR. POLLOCK:

10          **Q.    As part of the medical care and treatment that**

11     **your company and your father coordinated for**

12     **Mr. Cardenas included having him go see -- let's see,**

13     **Freddie Duque at Integrative Clinic?**

14               MR. AMIT:  Objection, don't answer.  This is

15          not one of the issues here.  It has not been

16          properly -- it has not been -- I know what you're

17          going to say.  It has not been properly noticed.

18          I did not open the door for it.

19               And you can, you feel free to bring it to the

20          Court's attention, but I'm instructing him not to

21          answer.

22               MR. POLLOCK:  You brought up the basis for

23          termination and I'm just exploring.

24               MR. AMIT:  You can bring it to the court's

25          attention.  You got my -- you got my objection.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01  BY MR. POLLOCK:

02      Q.   And so, you terminated Mr. -- Performance Auto

03  terminated Mr. Cardenas' employment within about six

04  weeks after he made a claim that he injured himself at

05  work, right?

06          MR. AMIT:  Objection.  Don't answer.

07          MR. POLLOCK:  Is that a yes or a no?

08          MR. AMIT:  He's instructed not to answer.

09      Brian, you can bring it to the Court's --

10          MR. POLLOCK:  On what basis?  Because what you

11      said --

12          MR. AMIT:  It's outside the scope of the

13      deposition.

14          MR. POLLOCK:  We can't talk over each other

15      and have clean record.  You know better than that.

16          MR. AMIT:  I answered your question.

17          MR. POLLOCK:  What you ended -- what you said

18      was one of the reasons why he was let go was

19      because he was seen at Mayor Cars.

20          MR. AMIT:  Right.

21          MR. POLLICK:  And I'm talking about other

22      reasons.

23          MR. AMIT:  You can ask it in a way that does

24      not raise my objection.  You're asking specifics

25      that have nothing to do with what I ask.
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01              You're trying to get information for your

02         other case, which is -- I understand what you're

03         trying to do, but it's not related to my question

04         or to the issues of the case.

05              So, I am instructing him not to answer

06         specifically because it's a 30(b)(6) deposition,

07         and it's not based on his personal recollection of

08         issues.

09              If you want to reschedule his deposition,

10         Mr. Mateo Prado's deposition individually as to

11         those issues, we'll deal with that then.

12              I'll object.  I'm prefacing that.  I'll object

13         to that as well.  But this is a 30(b)(6)

14         deposition.

15              I mean, there's no reason for you to argue

16         with me unless you want to say whatever you want on

17         the record.  I'm instructing him not to answer.

18              And that's as to any of the specific issues

19         that you're bringing as far as the injury, as far

20         as all that stuff that has nothing to do with the

21         case or with my questioning.  You can bring it to

22         the Judge's attention.  Next question.

23    BY MR. POLLOCK:

24         **Q.   Do you believe why Mr. Cardenas was terminated**

25    **has any relevance or any bearing on his claim for**



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   overtime?
02          MR. AMIT:  You can answer.
03      A.  I don't --
04          THE WITNESS:  Sorry?
05          MR. AMIT:  You can answer.
06      A.  I don't understand the question.  Can you
07   repeat it?
08   BY MR. POLLOCK:
09      Q.  Sure.  Do you think that the reason why
10   Mr. Cardenas was terminated from his employment at
11   Performance Auto has anything to do with his claim for
12   overtime?
13      A.  His claim for overtime?  No.
14          MR. AMIT:  Objection to form.  You can answer.
15      A.  No.  Nothing to do with it.
16   BY MR. POLLOCK:
17      Q.  During the six weeks after June 21st, 2024,
18   was Mr. Cardenas receiving -- going to healthcare
19   providers to receive medical care for the injuries he
20   claims to have suffered at work?
21          MR. AMIT:  Objection, don't answer.  For the
22      same reasons stated previously.
23          MR. POLLOCK:  I'm going to need an answer.
24          MR. AMIT:  Well, I'm instructing him not to
25      answer.  So, you can need whatever you want.  I
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 53

```
01        already gave the instruction.

02             MR. POLLOCK:  Okay.  Can you certify these

03        last few pages?  Deposition is over.

04             MR. AMIT:  Okay.

05             MR. POLLOCK:  I'll take a copy.

06             MR. AMIT:  And we'll read.

07             (Deposition concluded at 12:26 P.M.)

08             (Reading and signing of the deposition by the

09        witness has been reserved.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01               CERTIFICATE OF REPORTER

02   STATE OF FLORIDA

03   COUNTY OF LAKE

04

05       I, KRISTIN OCHOA, Court Reporter and Notary

06   Public for the State of Florida, do hereby certify that

07   I was authorized to and did digitally report and

08   transcribe the foregoing proceedings, and that the

09   transcript is a true and complete record of my notes.

10

11       I further certify that I am not a relative,

12   employee, attorney or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorneys or counsel connected with the action, nor am

15   I financially interested in the action.

16

17       Witness my hand this 14th day of July, 2025.

18

19

20

21

22

23

24   _____
     KRISTIN OCHOA, COURT REPORTER
25   NOTARY PUBLIC, STATE OF FLORIDA
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025                    Page 55

```
01                    CERTIFICATE OF OATH

02   STATE OF FLORIDA

03   COUNTY OF LAKE

04

05        I, KRISTIN OCHOA, the undersigned authority,

06   certify that MATEO PRADO appeared before me remotely

07   pursuant to Florida Supreme Court Order AOSC20-23 and

08   was duly sworn on the 1st day of July, 2025.

09
          Witness my hand this 14th day of July, 2025.
10

11

12

13

14

15

16

17

18

19

20

21

22

23   _____
     KRISTIN OCHOA, COURT REPORTER
24   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 495936
25   Commission Exp:  02/24/2028
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   DATE:      July 14, 2025
     TO:        Mateo Prado
02   C/O:       Adi Amit, Esquire
                Adi Amit, P.A.
03              101 NE 3rd Ave, Ste 300
                Fort Lauderdale, FL 33301
04
     IN RE:   Misael Cardenas vs. Performance Auto
05   Wholesalers
              LLC, Fernando Prado, and Mateo Prado
06
     CASE NO:  1:24-CV-23654-RUIZ-LOUIS
07
     Dear Mr. Prado,
08
         Please take notice that on July 1, 2025, you gave
09   your deposition in the above-referenced matter.  At
     that time, you did not waive signature.  It is now
10   necessary that you sign your deposition.  You may do so
     by contacting your own attorney or the attorney who
11   took your deposition and make an appointment to do so
     at their office.  You may also contact our office at
12   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
     for further information and assistance.
13
         If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.
16       If you wish to waive your signature, sign your
     name in the blank at the bottom of this letter and
17   promptly return it to us.
18   Very truly yours,
     _____
19   Kristin Ochoa, Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
23
     _____
24   Mateo Prado
     Cc: via transcript:
25   Brian Pollock, Esquire
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
 1   Errata Sheet

 2

 3   NAME OF CASE: Misael Cardenas vs Performance Auto/Fernando & Mateo Prado

 4   DATE OF DEPOSITION: 07/01/2025

 5   NAME OF WITNESS: Mateo Prado

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                      _____
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**$**

**$1,050**
21:8

**$3,500**
21:4 39:14,18

**$450**
21:14 38:18

**$500**
21:19,21

**0**

**00066**
37:5

**01:00**
33:10 39:23

**03:00**
31:12

**06:00**
33:3 39:21

**07:00**
31:10

**1**

**1**
5:2

**10**
6:10 8:7

**10-page**
11:23

**100%**
14:2 37:12

**101**
11:14,16,17,18

**102**
37:6,7 38:12

**10859**
30:19

**1099**
21:14,23 22:4

**10:00**
31:10 33:3,10
39:21,23

**10:30**
31:12

**11**
8:7

**11:00**
5:5

**11th**
36:15,18 37:4

**12(b)(6)**
6:7,8

**12:03**
38:3

**12:04**
38:8

**12:26**
53:7

**15th**
21:20,22

**19th**
11:24

**1st**
5:4

**2**

**2**
14:4

**20**
46:23

**2006**
8:4

**2014**
8:8

**2020**
30:22

**2022**
35:1 36:15,18 37:4

**2023**
35:1

**2024**
11:24 46:21,23
47:1,5,9,17 48:1,
15,20 52:17

**2025**
5:2,4

**20th**
47:8,17

**21st**
30:19 46:22,23
47:1,5,17,18 48:1,
15,20,24 52:17

**22nd**
46:23

**23**
24:1

**2385**
5:14

**24-CV-23654**
5:9

**26th**
46:20

**3**

**3**
12:11 14:4

**30(b)(6)**
6:8 36:25 51:6,13

**32**
6:22

**33172**
30:20

**35**
33:5,11 39:22 40:1
47:11

**36th**
44:16

**37**
32:21 33:2,11

**38**
11:25 32:21 33:12
40:1 47:12

**4**

**4**
14:4

**40**
32:22 39:15,16

**4th**
31:20

**6**

**66**
36:19

**8**

**82nd**
44:16

**9**

**90%**
35:6

**95%**
35:6

**99**
32:5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**99%**
35:6

**99.9%**
29:10

---

**A**

**A.M.**
5:5 31:10

**AAERT**
5:13

**ability**
9:21

**about**
7:1 10:22 11:12
12:8,16 14:9,12,
13,15 15:15 22:2,
9,22 23:3 28:3
33:2 35:21 40:18,
19 45:15,16 46:20
47:24 50:3,21

**access**
31:7

**according**
46:10

**accountant**
22:1

**acting**
16:15

**actually**
33:6,21 42:1

**add**
13:6

**added**
13:3

**addition**
41:8

**address**
30:17 44:15,17

**Adi**
5:20 12:6 40:10

**advertise**
32:7

**advice**
38:25

**advised**
22:2

**affect**
9:20

**affirm**
5:14

**after**
5:24 6:16 26:18
30:11 32:2 44:24
45:22 47:1,2,4,20,
23,25 48:14,20
50:4 52:17

**again**
6:20 15:24 34:17
46:17

**against**
32:10

**agree**
15:19 46:15 47:15

**agreement**
17:14

**ahead**
6:4 15:22 28:17

**AI**
5:14

**air**
42:7

**alarm**
32:23,25

**all**
5:10 6:11 12:24
13:21 14:16 16:18
24:2 25:13 28:19

33:23 34:9,23
37:17 40:8 44:2
45:11,20 51:20

**allowed**
16:10

**allows**
16:14

**already**
28:13 46:1 53:1

**also**
15:8,17 16:14
21:13 27:11 33:23
35:4 36:6,10,23
41:18 48:22

**alternating**
40:1

**always**
9:17

**am**
13:9 51:5

**America**
19:13

**Amit**
5:20 6:1,5 10:18
11:1,16,24 12:5
16:19 19:22 25:5,
18 28:13 29:14,20
35:23 36:20 37:11,
23 40:11,13 44:1
45:11 48:17,25
49:7,14,24 50:6,8,
12,16,20,23 52:2,
5,14,21,24 53:4,6

**another**
21:13,19

**answer**
10:19 28:17 34:14
36:21,25 37:11
38:12 49:3,14,21
50:6,8 51:5,17
52:2,5,14,21,23,25

**answerable**
6:21

**answered**
28:14 50:16

**answering**
26:9

**answers**
10:9,24

**any**
6:12,13,14,18 7:17
8:12 9:4,13,15,19,
20 10:12 13:9,24
14:11,12 22:16,20
32:11,19 35:20
39:17 41:25 42:4
46:4 51:18,25

**anybody**
42:8

**anything**
6:18,20 20:15
25:20,22 36:22
38:23 41:22 42:9
45:12 52:11

**anyway**
36:21 37:2

**anywhere**
16:13 43:6

**apparently**
47:22

**appear**
30:6

**appearing**
5:10

**appreciate**
40:9

**appropriate**
22:3

**approximately**
5:5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

April
30:22

areas
7:14

aren't
28:1

argue
51:15

arrangements
17:7

ask
13:14 37:2 46:17
50:23,25

asked
12:6 28:14 40:19
47:15

asking
6:22 7:1 26:7
34:16 50:24

asserted
6:23,25

assuming
8:21 34:2,3 35:1

attention
49:20,25 51:22

Attorney
11:24

Auto
5:8 7:13 8:6,15
9:15 11:10 12:13
13:8,15 16:4 17:4,
6 18:18 19:25
22:2,7 24:4,8,14,
23 25:9,14 26:11
30:9,15,25 32:11
35:8 40:4,21 41:12
42:22,25 43:4,15
48:24 50:2 52:11

Auto's
32:17

automobile
16:4,8

available
26:20 27:10

Avenue
44:16

aware
22:8,11

_____

**B**

back
13:3 25:13 38:9

backed
14:1

backtrack
42:24

bank
30:2,7

based
13:17 51:7

basically
17:11

basis
49:22 50:10

battery
15:25 42:7

bearing
51:25

beat
26:1

because
6:11 13:13,25
14:3,16,18 15:12
16:7 22:17 24:6
27:3,20 28:21 29:7
33:3,22 36:20
37:19 44:7 45:8
48:22 50:10,19
51:6

bed
18:10

before
6:1 8:15 9:13,14
21:5 24:7,12 27:16
32:2,19 35:19
46:14

begin
6:1

behalf
37:4

believe
12:18 14:3 23:25
30:22 32:15 36:11
51:24

benefit
7:6,9

besides
14:9 15:4 32:9
40:3

better
50:15

between
14:4

beyond
8:12

big
32:1

bill
20:5 25:3

bit
7:2 28:3 40:18
42:25

Body
42:20

bookkeeper
24:9,10

boss
46:10

both
34:12

bother
36:20

bought
30:4

box
21:1

brain
14:24

branches
27:19

brand
42:12

break
17:2 37:18

breaks
33:13

Brian
5:18 50:9

Briefly
10:17,20

bring
17:13 18:11,13
25:21 49:19,24
50:9 51:21

bringing
51:19

Brings
17:13

broker
16:5,24 18:4,8

brokerage
9:16

brought
17:7 49:22

bucket
27:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**business**
8:18,20 31:5 35:9,
10,13,18 48:10

**buy**
16:10,15 43:4

**buyer**
16:18 18:15 19:3,
12,13 25:4 29:12
43:11,22

**buying**
20:6 29:1,4

**buys**
42:25

**C**

**call**
13:5 27:9 34:12,14

**called**
5:24 8:17 22:3

**came**
19:1,2,5,6,8

**can**
5:14 7:6,9 10:1,9,
19 11:22 12:2
17:12 20:19 25:21
27:5 28:17 29:17
33:15 36:8,18
37:11,18,19 41:6
42:8 44:16 46:17
49:19,24 50:9,23
51:21 52:2,5,6,14,
25 53:2

**can't**
27:9 30:6 34:17
44:15 45:6,7 50:14

**cancer**
23:16

**cannot**
29:19

**car**
14:20 15:21 16:15,
16 17:2,3,7,12
18:5,9,14,17 19:1,
2,5,11,14 20:5,8,
22 25:21 26:17,19,
25 27:1,5,7,12,14,
16 28:21,24 29:8
30:4 32:1 38:21,24
42:18,23 43:16,21
44:11,21 46:3,4,25

**Cardenas**
5:7 10:16 11:5,8
12:12,14 13:10,14,
20 14:10,13,17,25
15:11,22 18:18
19:8,14 21:3,23
22:3,10,14 23:10,
20 25:15 26:4,12
32:13,18,23 33:1
34:11,24 35:19
36:19 37:5 38:19
39:13 40:3 46:19
47:3,25 48:13
49:12 51:24 52:10,
18

**Cardenas'**
32:10 45:17 46:12,
25 47:7 50:3

**care**
16:18,25 26:2
49:5,10 52:19

**careful**
27:20

**carrier**
22:20

**cars**
9:16,17 15:1,16
16:11,14,24 17:22,
25 18:7 20:7,13
25:13,25 26:10
29:1,4 41:12 42:21
43:5,6 44:13

45:15,18 46:11,15
47:1,25 48:14,22
50:19

**case**
5:9 10:7 11:5,10
48:16 51:2,4,21

**categories**
11:25

**CER**
5:13

**ceramic**
28:8,21

**certified**
5:13

**certify**
53:2

**change**
27:23

**changed**
13:25 14:4 16:1
35:2

**changing**
42:7,10

**charged**
8:9 37:25

**charger**
37:19

**check**
21:13,19,21 22:4
26:18

**checks**
21:8,17 22:5 23:3,
6,8 38:18 39:10

**child**
37:14,17 38:16

**Christmas**
31:18,21

**claim**
32:10 45:24 46:12,

16 47:4,6,7,15,17
48:16 50:4 51:25
52:11,13

**claimed**
46:24 48:23

**claiming**
10:16

**claims**
6:23 7:2 46:20
47:20 52:20

**classic**
25:25

**clean**
15:2 17:15 27:19
28:5 50:15

**cleaned**
18:23 26:15

**cleaning**
15:4,6 41:1

**clear**
38:13

**client**
17:10

**clients**
25:21

**Clinic**
49:13

**closed**
31:14,17,19

**cloths**
27:25

**coat**
28:21

**coating**
28:8

**code**
32:23,25

**college**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

7:21

**come**
15:1 17:19 18:7
25:13 26:25 27:5
32:5 34:17 35:25
40:24 45:8

**comes**
14:21 17:10 43:9,
21

**coming**
30:3

**commercials**
32:7

**common**
15:25 28:6 34:18

**communicate**
35:5

**communications**
36:7,10

**company**
8:17 10:23 11:10
18:4,9 19:17
22:17,19 37:4
42:5,6 46:13 49:6,
11

**company-maintained**
22:24

**Compensation**
22:20,25 32:10

**competitor**
44:8

**completely**
28:23

**complicated**
27:16 28:21

**compounding**
15:9

**computer**

14:11 20:9

**concern**
36:16

**concerned**
13:9 21:3 22:7

**concerning**
12:14

**concluded**
53:7

**conditions**
9:19

**consign**
16:14

**consigned**
18:13 25:15

**consignment**
16:20 17:3,14,20
42:23 43:14

**consistent**
39:5,7

**consulted**
22:8

**contained**
11:25

**continue**
7:3

**contractor**
26:24

**conversations**
14:12

**coordinate**
16:17

**coordinated**
49:11

**copy**
53:5

**corporate**
5:6 6:12,19 16:12

**correct**
13:9 16:9 17:4
18:6,12 19:10,15
21:6,7,12,16,25
22:12,18 29:25
31:11,13,15 36:12
39:12 40:16 41:14,
16 43:11,23,25
44:4 45:20,22,23
47:2,22 49:4

**correctly**
34:25

**could**
15:8 18:14,16 29:9
32:24 33:20 35:3
38:22

**couldn't**
7:8 35:17

**counsel**
5:16

**couple**
15:12 27:13 29:2
33:6,8 36:1 39:24

**court**
5:3,11,12,13 10:6
36:8,13 38:3,8

**court's**
49:20,24 50:9

**cover**
39:15,19 40:1

**crazy**
45:10

**crime**
8:10

**cross**
37:24 40:12

**currently**
30:15

**cut**
36:6,10

**D**

**dad**
11:10 34:12,13
40:23 49:6

**dad's**
32:13 40:20 41:8

**date**
5:4 30:23 36:17

**dated**
37:4

**dates**
38:20

**daughter**
33:7

**day**
13:3,5,6 14:18
15:13,14,18 16:2
21:17 27:9 31:18,
20,21,24 32:1,2
34:9,10 46:7,14,24
48:6

**days**
12:16,19,24 13:2
14:9 48:5,6

**dead**
15:25

**deal**
35:14 51:11

**dealer**
16:5,6,7

**dealers**
16:8 32:1

**dealership**
30:8 32:6

**dealerships**
32:4

**dealing**
27:12 35:14



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**deals**
32:3,4,8

**December**
11:24

**decided**
39:4,7 45:4

**deductions**
21:9

**Defendant**
6:12

**Defendants**
5:21 6:17 7:1
11:22

**definitely**
45:5

**deleted**
34:22

**Denise**
24:22

**depend**
27:11

**depending**
42:12

**depends**
27:3,8

**deposition**
5:1,6 6:6,8 7:15
10:13 32:9 37:6
38:7 50:13 51:6,9,
10,14 53:3,7,8

**depositions**
32:11

**deposits**
23:4

**designated**
6:19 7:14 36:24
43:11

**desk**
30:7

**detail**
15:4

**detailing**
15:6,8

**diagnostics**
42:10

**didn't**
9:2 13:9,12,13,15,
17 14:10 15:11
23:1 25:22 26:17,
18,19,22 32:20,22
34:4,14 41:4 45:20
46:18 47:19,20

**different**
11:25 27:10,17
28:23 42:13 46:6

**digitally**
20:9,14

**direct**
7:4 23:4

**dirty**
27:25

**disclosures**
25:3

**discussion**
38:5

**discussions**
35:20

**DMS**
8:17,18,25 9:10,13

**document**
11:23 13:1,4,6

**documented**
24:15

**documents**
10:12 11:4,7,9,11
12:1,3,16 29:1,3

**Docusign**
20:18 25:7,10

29:6,19

**Docusigned**
29:18

**Docusigns**
29:11

**doesn't**
14:23 16:15 41:25

**dollar**
20:5

**don't**
6:2,13 8:21 9:1,11
11:11 12:7 14:22
17:21 20:19 22:22
23:1 25:25 26:5,6,
8 28:20 32:7 33:24
35:2,14 36:20
38:14,15,17 39:5
40:22 43:22 45:11
46:3,8,14 47:11
49:14 50:6 52:3,6,
21

**done**
11:4 13:1 33:16
37:20 42:16

**door**
32:25 49:18

**Doral**
44:17

**down**
17:2 27:6 28:10

**drive**
44:23

**driver's**
8:13

**drops**
17:10 43:9

**drove**
44:10,12

**duly**
5:25

**Duque**
49:13

**during**
21:18 23:16 24:13
30:10 32:18 45:16,
25 48:10 52:17

**dying**
37:19,24

---

**E**

**e-mail**
6:10

**each**
13:3 20:8,22 21:1,
8 25:16 38:19
50:14

**earpiece**
33:24 34:7

**eat**
33:17

**eating**
34:1

**education**
7:20

**either**
10:22 14:18 16:17
18:8 19:19 23:7
25:14 29:12 37:13
40:1 43:23

**electronically**
19:19,21

**else**
26:24 38:25 45:7,
12

**elsewhere**
14:11

**employed**
44:11,22 48:4,18



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**employee**
9:6,8 24:18

**employees**
22:21

**employer**
6:12

**employment**
6:16 35:20 40:20
44:3 45:17 50:3
52:10

**end**
21:10,14,23 44:3

**ended**
24:3 50:17

**engine**
42:1,11

**enough**
36:4

**entered**
11:19 37:8

**entirely**
36:22

**entitled**
23:20

**entity**
40:15

**esign**
29:2,5

**esigns**
20:14,15

**evaluations**
22:13

**eventually**
45:4

**every**
13:5 16:2 21:13,
17,20 23:24 24:19
27:23 40:2 41:18
47:12

**everyday**
43:6

**everything**
14:7 25:6 31:7

**Everywhere**
43:8

**exact**
44:15

**exactly**
8:8 9:1 12:7 35:18
48:3,7

**EXAMINATION**
7:4 40:12 45:13

**exchanged**
13:19

**excluding**
31:16

**excuse**
13:6 19:3

**execute**
29:1

**executed**
20:14

**Exhibit**
11:13,18 37:5,7
38:12

**experience**
9:15,18

**expert**
28:2

**exploring**
49:23

**extent**
6:14,20

**extremely**
36:1

## F

**facilitate**
16:16

**fact**
49:6

**family**
9:4

**far**
13:8,19 19:17 21:3
22:7 23:2 30:24
33:13 35:3 41:11
51:19

**father**
9:14 14:3,18 23:8,
9,12,14,19 24:5
35:15,21 37:3
39:10 40:15 49:11

**father's**
13:21

**Fedex**
25:4,7 29:23

**feel**
49:19

**Fernando**
5:8

**few**
53:3

**figure**
14:24

**file**
12:11,13 20:7,8,
17,21,22 21:1

**filed**
10:15 21:5 32:19

**files**
20:24 26:18

**filter**
42:7

**financially**
36:4

**find**
44:17

**finish**
27:21

**first**
5:25 11:21 14:23
24:10,11 40:14,15
44:25 48:2

**FIU**
7:23

**five**
33:4 39:22 48:8

**floor**
41:2

**Florida**
8:12 16:7 18:1
19:6,7 25:2 29:23
30:19

**follows**
5:25

**forever**
20:20

**form**
10:18 11:1 12:5,15
16:19 19:22 25:5,
18 28:13 29:14,20
35:23 43:24 48:17,
25 49:7 52:14

**forwarding**
8:23

**four**
45:1 48:3,8

**frame**
47:14,16

**franchise**
32:4

**Freddie**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

49:13

**free**
49:19

**Freight**
8:23

**Friday**
31:10 33:4 39:21
46:22,23 47:19

**friend**
46:9

**from**
7:22,24 8:1 12:22,
23 16:11,25 17:19,
22 18:7 19:2,5,6
20:6 21:9 23:23
24:5 29:4 30:3
33:9 38:20,25 39:9
40:4 42:25 43:21
52:10

**full**
7:7,9,11 30:17
32:20

### G

**Garcia's**
35:7

**gas**
27:6,14

**gave**
10:5,22,23 32:9
53:1

**general**
38:22

**Gerardo**
35:7

**get**
12:22 15:2,3 17:15
18:23 20:5,19
21:10,13,14,19,21

25:7 32:5,22 37:19
38:11,25 40:3
46:18 51:1

**gets**
33:16

**getting**
39:14

**give**
7:6,9,13 9:21 10:1,
6 38:1

**given**
32:11 33:19,22

**go**
6:4 11:22 13:5
15:22 17:25 19:12
20:18 28:15,17,20
32:16 33:17 35:3
43:17 45:4 48:21
49:12 50:18

**goes**
47:17

**going**
6:18 13:7 27:9,14,
18,19,22,23,24
28:1 29:7 36:5,21
37:1 43:16 49:17
52:18,23

**Gonzales**
46:10

**good**
5:20 26:1,2 28:11

**Google**
31:5

**graduate**
7:24

**graduated**
7:21

**grand**
27:13

**grit**
27:19

**guess**
23:16 24:6

**guessing**
14:3

### H

**had**
6:6 12:22,24 14:7
17:19 23:4,16 24:8
32:23 33:7,17,24
34:7 37:16 38:16
45:22 46:4 47:8

**half**
35:25

**hand**
12:7

**handbook**
22:17

**happen**
16:3 18:16

**happened**
6:16 16:2 17:21
34:17 46:20,24
47:23,25

**happening**
14:12

**happens**
43:22

**has**
16:7 25:9 27:5,7
30:2,4,7,21 35:10
37:13 40:10 44:21
46:15 48:15 49:15,
16,17 51:20,25
52:11 53:9

**hasn't**
35:25

**have**
6:18 7:17,20 8:5,9
9:2,13,15,19 11:13
12:20 13:9,12,13
17:7 19:19 20:13,
22 22:22,23 23:1
25:11 26:11,23
27:19 28:25 29:1,
4,5,18,23 31:7,9
32:3,11 33:18
34:15,21,23 35:20
36:6 37:23 38:20,
22 40:8 41:25
42:12,13 45:12
47:21 48:2,23
50:15,25 52:20

**haven't**
34:21

**having**
5:24 22:8 49:12

**he**
12:19,25 13:2,5,11
14:13,14,15,19,21
15:4,25 16:25
18:22,23,25 19:8
21:3,5,16,17,21
23:16,24 24:1,3,6
25:19 26:10,17,20,
21,22,23 27:1,3
28:19 32:15,19,20,
21,23 33:3,6,8,9,
14,15,19,20,21,22,
23,24,25 34:1,4,6,
7,9,12,13,14
35:10,13,24,25
36:4,6,10 37:16
38:14,15,16 39:14,
19,25 41:4,12,18,
22,24,25 42:4
44:3,7,11,21,22
45:18,20,22,24,25
46:1,8,9,11,13,14,
15,20,24 47:4,6,8,
10,19,20,22,23
48:4,8,21,22 49:4,

**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

5 50:4,18,19 52:19

**he'd**
21:8,10,13,14,19

**he's**
6:25 10:16 18:22
34:2,3 35:9,18
36:1,23 47:6 48:18
50:8

**healthcare**
52:18

**hear**
7:8

**held**
8:24 38:5

**help**
17:12 32:16 40:24

**her**
24:21

**here**
5:5 6:21 7:12
49:15

**hey**
14:22 17:12 34:16
40:23 44:21

**high**
7:24 8:2

**highest**
7:20

**him**
12:7,16 14:19,22
18:22 23:17 24:6
32:16 33:17,22
34:1,2,15,16 35:5
36:6,21,25 37:2
39:15,18 44:9,21
45:4,25 46:1 48:2
49:12,20 51:5,17
52:24

**himself**
32:24 47:21 50:4

**hiring**
12:16

**his**
12:14,15 14:13,15,
25 15:13,18,22
18:24 21:10 23:25
33:7,13 34:2,3,5
35:20 37:24 41:8
44:3,10,18,21
46:3,4,10,11,16
47:15,17 48:15
51:7,9,25 52:10,
11,13

**hold**
8:12

**holidays**
31:16,17,18

**honest**
10:10

**hood**
42:1

**hour**
6:15 33:3,14,18,
19,21,25 34:2,3,5
39:21 40:25

**hours**
14:13 31:9 32:21
33:2,10 39:15,16,
17,19,22,23 40:1,
24,25 41:6,9 46:6
47:12 48:10

**house**
32:14 40:20 41:1,8

**hundred**
27:13

---

**I**

**I'LL**
13:5 34:17 37:5
40:14 51:12 53:5

**I'M**
5:12 6:9 8:7,19,21
10:19 11:15 14:2,5
16:21 19:3 20:18
22:11 24:11 29:3
30:13,22 31:16
34:1,3 35:1,12,13,
17 36:8,20 37:1,
12,14,20 41:3
46:17 48:3,6,7
49:3,20,23 50:21
51:12,17 52:23,24

**I'VE**
9:17 24:5 44:20

**icloud**
14:1

**idea**
22:22,23 25:11
47:13

**identify**
22:19

**identifying**
26:12

**identity**
22:20

**ill**
23:12,14 24:1

**imessage**
35:6

**imessages**
35:4

**immediately**
47:23

**immigration**
37:13 38:16

**impossible**
43:18

**in**
5:7,14 6:23 7:23
8:18,20 9:16 10:6,

12 11:5,10 12:2
13:5 14:18,21 15:1
19:7,12,13 20:20
21:22 22:3,4,12
24:1,15 26:18
27:20,25 29:7,8
31:22,23 32:6,9,
19,23 34:7,9,17,21
36:16,22 39:18
41:8,18 42:11
43:9,10,21 44:17
45:8,15 46:7,23
48:5,7,16 49:6
50:23

**in-house**
28:9

**in-person**
29:10

**in-state**
19:3,12 43:16

**include**
15:8

**included**
21:22 49:12

**independent**
26:24

**indicate**
13:10

**individual**
16:11 30:8

**individually**
10:23 51:10

**information**
6:22,24 7:1 12:14,
23 13:14,15,25
30:24 31:2 51:1

**injured**
45:8 46:14 47:21
50:4

**injuries**
52:19



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**injury**
45:22 46:19 48:23
51:19

**inquiry**
6:7 7:14

**inside**
15:16 18:10

**insistence**
41:17

**instance**
12:10

**instead**
40:23 41:5

**instruct**
36:21,25

**instructed**
28:18 50:8

**instructing**
49:20 51:5,17
52:24

**instruction**
53:1

**insurance**
22:25

**Integrative**
49:13

**intention**
39:18

**interest**
35:11

**interior**
15:20

**intermediary**
16:15

**Interrogatories**
10:24

**into**
6:2 9:17 11:19

13:6 18:14 25:14
26:25 32:24 37:8
45:5

**introduce**
5:16

**involve**
29:12

**involved**
18:5

**involvement**
12:2

**irrelevant**
36:22

**isn't**
32:1 47:4

**issue**
6:15

**issued**
38:18

**issues**
36:23 37:16 49:15
51:4,8,11,18

**it'll**
27:10

**it's**
14:20,21 16:7,10,
11,15 17:21 19:3
20:16 22:3 28:4,9,
10,23 29:10 30:3,
7,8 35:24 36:5,19,
21,23 39:7 42:23
43:13,14,18 44:15,
17 46:22 48:22
50:12 51:3,6,7

**Item**
6:10

**items**
6:7,9

**its**
17:7 20:22 24:23

**J**

**job**
18:24 33:16 38:16

**Judge's**
51:22

**July**
5:2,4 31:20

**June**
46:20,23 47:1,4,8,
17,18,25 48:14,20,
24 52:17

**just**
13:17 15:2,3 16:2,
15 17:10 18:22
20:20 22:12 24:18
26:16,20 27:8
28:5,9,10,23 30:6
36:4,9 38:11,22
39:4,5,7 40:14,23,
24 41:1 43:10
44:24,25 46:6
47:14,16 49:23

**K**

**keep**
13:7,14,15 20:7
25:25 26:1,17
28:5,11 34:4,9
39:7

**kept**
12:14,18

**key**
32:23,25

**kind**
12:23 13:17 20:1
22:12,16 26:9
28:5,9 31:5 32:8
37:17 38:11 40:22
42:15

**kinds**
12:16

**knew**
24:6

**know**
6:13 8:21 9:1,11
11:6,11 12:7,20,23
14:20,23 15:3 16:1
17:15 18:4 20:19
22:24 24:3 26:1,5,
6,16 27:8,24 28:3,
4,20,24 32:4,7
33:1,14,17,21,24
34:1,15,16,19
35:2,12,17,18,24
36:3,4,6 37:10,16
38:15,17 39:6,20
41:1,3 42:6,10,12,
24 43:19,22 44:2,
6,24 46:3,8,14
47:11 48:5 49:16
50:15

**knowledge**
22:6 41:25 42:3
43:16,18

**known**
7:17

**knows**
14:21

**Kristin**
5:11

**L**

**Labor**
31:24,25

**lady**
24:17

**last**
8:24 11:23 14:4
21:4 33:6,8 36:1
38:12 39:24 45:16,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

17 53:3

**late**
34:17 35:1

**later**
33:18 48:5,6

**lawsuit**
6:24 10:15 21:5
32:19

**least**
21:4 23:25 29:2
34:24 39:25 45:1
48:8

**leave**
42:22

**left**
42:21

**legal**
22:8 37:16

**Legally**
23:1

**let's**
7:19 8:9 12:10
13:8 17:2 23:20
33:13 40:18 49:12

**letter**
35:19 36:6,15
37:3,10 38:13

**letting**
34:16

**level**
7:20

**license**
8:13 16:8,10

**licenses**
8:12 30:10

**line**
38:19

**list**
12:24 13:2

**litigation**
36:22

**little**
28:3 40:18 42:24

**LLC**
5:8 7:13

**local**
17:17 19:7 28:25
29:5,10 42:22

**locate**
11:4

**located**
25:2 44:14

**Logistics**
8:17,18

**long**
8:5 9:10 25:9
30:21 33:16 46:4

**longer**
24:18

**look**
12:10 13:3 43:6

**looked**
34:25

**looking**
6:9 12:3 28:11

**lot**
17:9 18:24 26:5,10
37:16 44:4 45:18,
20

**lunch**
33:4,13,20 39:21

---

**M**

**made**
45:24 50:4

**magically**
30:6

**maintain**
12:13 19:18 25:12

**maintained**
20:9,24 30:25 31:2

**majority**
29:11

**make**
6:3 13:21 17:6
30:6 45:1

**making**
47:4,6

**many**
26:10

**Marcio**
46:10

**mark**
37:5

**marked**
11:13 36:19 37:5

**market**
24:23

**Mateo**
5:1,6,23 7:11
51:10

**materials**
11:9 12:3

**Matteo**
5:9

**matter**
5:7

**may**
7:3 18:13 31:4,23
36:15,16,18 37:4,
23 40:25

**maybe**
9:11 20:5 24:1,10
25:11 28:11 35:2

**Mayor**
44:13 45:15,18

46:15 47:1,25
48:14,22 50:19

**me**
9:13 12:2,6 14:5
17:12 19:3 23:17,
18 25:13 30:5 31:8
34:14,15,16 35:24
36:5 38:1 39:9
40:24 41:6 42:24
44:17 51:16

**mean**
10:9 15:8,17 16:21
17:9 18:21 20:4
22:16 23:23 25:20
27:11,12 28:4,7,19
31:2,16 32:3 35:24
38:24 45:5 47:10
51:15

**meaning**
14:17 15:11 19:3
35:10

**meant**
40:1

**mechanic**
41:22,24 42:9,10

**mechanical**
41:25

**mechanics**
42:11

**medical**
9:19 49:5,10 52:19

**medications**
9:20

**members**
9:4

**memo**
38:19

**Memorial**
31:20,22 32:1

**memory**



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

9:20

**mentioned**
23:17 35:24 36:5
48:21

**messages**
13:19,21,24 34:20,
23

**Miami**
30:19

**Miami-dade**
7:23

**microfiber**
27:22

**might**
41:20,21

**minute**
38:1

**Misael**
5:7 12:25 18:18
26:18,19

**miss**
45:20

**missed**
12:19,24,25 13:2
14:7 18:24 27:3
44:4 45:18,20

**missing**
18:22 44:7

**mobile**
27:5

**Monday**
31:9 33:4 39:15,
16,17,20

**month**
21:4,8,19,20,22
24:2 32:5 33:11,12
35:25 39:14,18
44:5,6

**more**

14:22 23:25 45:1

**morning**
5:18,20

**most**
18:20,21 29:15
32:1 34:10 43:12

**mostly**
21:1 23:18 31:8,25
34:13

**mother**
23:25

**much**
14:24 27:3 37:20

**multiple**
44:10,20 46:2

**multiply**
39:22

**must**
48:2

**my**
5:13 7:11 10:10
11:22 14:3 22:6
23:9,19 24:5 26:10
30:6 33:20 34:13,
21 35:15 37:19
40:23 41:1 42:3
49:25 50:24 51:3,
21

**myself**
44:9

---

## N

**name**
7:7,10,11 9:1,2
24:21

**names**
7:17

**nationally**
5:12

**nearly**
25:13

**necessarily**
26:6 27:14

**need**
14:24 25:22 42:9
44:17 52:23,25

**needed**
14:19 15:20,21
25:20 26:17,21
27:2 41:21 42:15

**never**
7:21 17:21 27:16
28:19,21,22 32:18
43:19

**New**
31:20

**next**
41:4 48:5 51:22

**nice**
25:25

**no**
5:14 7:18 8:11,14
9:5,17,18,22 10:14
11:2 13:12,17
14:15 20:10,12
22:13,15,22,23
23:11 24:17 25:11,
25 26:8,14,16
29:7,19 30:12,14
32:5,12,20 33:8,9
39:2 41:10,24
42:17 43:11,12,15
46:6 47:13 48:18
50:7 51:15 52:13,
15

**nobody**
33:17

**nonsensical**
7:2

**normal**
15:13

**normally**
23:7

**Northwest**
30:19 44:16

**not**
6:8,14,17,18 8:7
9:17 13:24 14:2,5,
20 15:10,11,13,17,
24 16:1,21 17:4
20:16,20 22:6,11
23:4 24:11,24
27:13,15,19,20
28:8,18 30:22 32:6
33:25 35:12,13,17
36:3,21,23,25
37:12,14 38:13
41:8,20,24 42:3,15
43:5 48:3,6,7
49:15,16,17,18,20
50:8,24 51:3,5,7,
17 52:24

**notes**
14:9,11

**nothing**
27:16 42:6,9 46:15
48:15 50:25 51:20
52:15

**notice**
6:5,6

**noticed**
49:17

**Notices**
7:14

**now**
5:3 23:17 33:17
41:11 42:21

**nowhere**
27:4



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**number**
 5:9,14 6:10 12:11
 22:20 36:19

---

**O**

**oath**
 9:23 10:4,5

**object**
 12:5 29:20 51:12

**objecting**
 6:10

**objection**
 10:18 11:1 16:19
 19:22 25:5,18
 28:13 29:14 35:23
 43:24 48:17,25
 49:7,14,25 50:6,24
 52:14,21

**observed**
 44:18

**obviously**
 27:8 28:5

**occasion**
 41:17 43:21 46:4

**occurred**
 48:23

**Ochoa**
 5:11

**off**
 12:16 17:10 24:2
 32:2 38:4,5 42:25
 43:10

**office**
 11:22 40:24 41:6

**often**
 20:16 41:20

**Oh**
 26:14 31:7

**okay**
 6:1,5 7:6,17,19 8:9
 11:4,8,13 12:10
 16:23 17:2,22
 21:18 24:13 25:12
 30:9 32:9,17 35:16
 37:1,22 38:1,2,11,
 18 40:18 41:7
 42:21 43:3,7,13,20
 44:18 45:9,11,15
 46:12,25 47:3,14,
 20,24 48:20 53:2,4

**on**
 5:3 7:13,14 10:1,9
 11:23,24 12:21
 13:17 14:9,11
 15:20 17:3,20
 18:10 20:7,9
 21:20,21 25:16
 26:4,10,12,15,19,
 20,21,25 27:2,11
 28:23 30:2,6 31:9,
 12 32:7,15 33:23
 34:2,6 35:21 37:4
 38:9,18,24 39:1,3
 41:17 42:12 43:15,
 20 44:16 46:4,11
 47:14,16,17 48:24
 50:10 51:7,16,25

**once**
 24:19 29:8 41:18

**one**
 6:21,25 18:18
 19:9,14 23:14
 25:15 31:22 33:3,
 7,8,9 36:23 37:14
 38:1,12 39:21,25
 40:25 48:21 49:15
 50:18

**ones**
 42:13

**online**
 12:20 24:24 30:25
 31:3,8

**only**
 33:1,8 35:1 39:25

**open**
 42:1 49:18

**operating**
 30:10,15

**opposed**
 30:2 38:25

**opposing**
 6:10

**Originally**
 25:6

**originals**
 25:7

**other**
 7:17 14:11,12,23
 25:3 27:22,23,24,
 25 31:22,23 32:11
 40:2 47:12 50:14,
 21 51:2

**our**
 28:21 42:11

**out**
 14:24 16:25 17:20,
 22 18:7,14 20:16,
 20 27:4,23 29:9,12
 30:3,4,16 34:11
 43:17,21

**outright**
 30:1

**outside**
 18:1 19:6 25:2
 29:22 44:11,13
 50:12

**over**
 9:14 17:13 18:11
 44:5,6,21,23 47:8
 50:14 53:3

**overtime**
 32:18 46:13,16

**only** 47:4,6,8,12 48:16
 52:1,12,13

**owed**
 30:1

**own**
 20:22 39:3

**owned**
 25:14

**owner**
 40:15

**ownership**
 35:10

---

**P**

**P.M.**
 31:10 38:3,8 53:7

**page**
 11:23 14:9

**pages**
 53:3

**paid**
 21:4 23:23,24 24:2
 45:6 48:18

**paint**
 28:11 42:15

**Palmetto**
 8:2

**parked**
 44:11,19

**part**
 15:13,17,19,22
 16:21 18:20,21
 21:10 22:3,4 29:15
 40:20,22 49:10

**particularly**
 6:17

**partner**
 35:9,10,13,18


**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**parts**
15:16 41:18 42:2

**pass**
44:24

**past**
12:18 28:20 29:2
30:11 34:24 41:3
42:6

**pay**
12:23 22:3 23:4
26:23

**payables**
24:15

**paychecks**
23:2,10,15

**paying**
22:9 39:18

**payment**
21:11

**payments**
38:17

**payroll**
22:4

**people**
25:2,25 27:17,22,
23,25 28:25 29:4
32:2 42:22,25
44:20

**perform**
32:13

**performance**
5:8 7:13 8:5,15
9:15 11:10 12:13
13:8,15 16:4,17
17:3,6 18:18 19:25
22:2,7,13 24:4,8,
14,23 25:9,12,14
26:11 30:9,15,25
31:19 32:11,17
35:8 40:4,21 41:12
42:22,25 43:3,14

48:24 50:2 52:11

**perhaps**
43:17

**period**
48:7

**person**
29:7

**personal**
51:7

**personally**
44:10,18,23

**personnel**
12:11,13

**phone**
13:20,21,25 33:23
34:3,6 37:19,24

**phones**
14:4 35:2

**physical**
20:10 23:3,6

**physically**
44:9

**pick**
18:5,9 29:8

**picked**
39:6

**pictures**
34:21

**place**
41:7 44:19

**Plaintiff**
5:19 6:13,23,25
40:19 42:16 43:15,
20

**Plaintiff's**
6:16 7:2 11:18
37:7 40:20 41:11

**played**

45:5

**please**
5:16 7:6

**point**
12:19 21:18

**policy**
22:16

**polish**
28:11,22

**polishing**
15:8

**POLLICK**
50:21

**Pollock**
5:18 6:1,4 7:5
10:19,21 11:3,17,
20 12:9 16:22
19:23 25:8,23
28:16 29:16,21
36:10,14 37:1,9,20
38:2,10 40:8 41:18
43:24 45:12,14
48:19 49:2,9,22
50:1,7,10,14,17
51:23 52:8,16,23
53:2,5

**position**
8:24 32:17

**Prado**
5:1,7,9,23 7:7,11
40:14

**Prado's**
51:10

**prefacing**
51:12

**preparation**
10:12

**prepare**
13:4 16:16 19:14
39:10

**prepared**
13:1,2

**preparing**
18:19 19:9

**pressure**
41:1

**pretty**
37:20

**previously**
52:22

**print**
20:16,20

**priority**
14:22

**probably**
14:2,3,6 20:19
23:17 36:5 48:4

**procedure**
22:16

**proceeding**
5:15

**produced**
11:9 13:22,24 14:8
34:19

**Production**
11:21

**products**
27:15,17

**professional**
22:1,9

**profile**
31:5

**properly**
22:9 36:24 49:16,
17

**prospective**
6:12

**provided**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

6:11 35:3

**provider**
42:19

**providers**
52:19

**pulling**
35:21

**purchase**
17:4 19:18 20:2,3,
4 43:20

**purchased**
17:22 19:24 43:14

**purpose**
6:20

**purposes**
12:15

**put**
17:14,16 18:10
20:16,20 26:18
28:1 38:24 39:1,3

**putting**
28:23 47:14,16

---

**Q**

**question**
26:10 33:20 46:17
50:16 51:3,22 52:6

**questioning**
51:21

**questions**
10:10,24 37:2,24
40:10,19

**quick**
37:18

**Quickbooks**
12:21,22,24 24:16

---

**R**

**raise**
50:24

**randomly**
15:17,24 16:2
44:25 46:6

**rare**
25:24 43:21

**RE-DIRECT**
45:13

**read**
53:6

**reading**
53:8

**ready**
15:2,3 17:15

**really**
9:2,17 15:10,11
28:20 34:4 35:12,
13,14 36:3 38:17
40:22

**reason**
12:25 29:8 44:7
45:3 51:15 52:9

**reasons**
14:10 48:21 50:18,
22 52:22

**receivables**
24:15

**receive**
21:8,23 52:19

**received**
6:5 21:16,17

**receiving**
52:18

**recollection**
51:7

**recommended**
24:6

**reconditioning**
15:15

**record**
5:4,17 11:19 12:18
13:10 26:17 37:8
38:4,6,9 50:15
51:17

**recording**
5:15

**records**
19:18,24 20:1,2,3,
14 25:12 26:3,12

**references**
6:11

**refurbished**
15:21

**refurbishing**
15:15 16:18

**regarding**
6:23

**regardless**
18:17 19:1,2,5,11

**regular**
28:20 32:6 41:8

**related**
6:15 9:3 46:12
51:3

**relation**
35:7

**relevance**
51:25

**relevant**
6:17

**rely**
10:1,9

**remember**
34:25 38:14 44:15

**remotely**
5:10

**repainted**
15:20

**repair**
42:1

**repaired**
41:18

**repairs**
38:20,21,24

**repeat**
36:8 52:7

**Reporter**
5:3,11,13 36:8,13
38:3,8

**reporting**
5:12,15 12:15

**representative**
5:6 6:19 7:12

**Request**
11:21 12:11

**requested**
11:5,8 12:4 38:14,
15

**requests**
11:25

**required**
30:10

**requirements**
13:10

**reschedule**
51:9

**reserved**
53:9

**responding**
12:3

**responses**
10:10,22

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**responsible**
15:1 18:19 19:9
24:14

**resumed**
38:7

**review**
10:12,15,25 13:20

**right**
13:16 15:23 16:12
17:5,8,17,23 18:15
21:11 22:14 23:5
27:11,12 28:19
29:13 30:3 32:24
41:23 42:2 43:17
44:2 45:11,19,24
46:5 47:1,5,18,21
48:16,24 49:1,6,8
50:5,20

**rocket**
14:20

**role**
14:25

**Roughly**
8:7

**round**
46:20

**rude**
36:1,2

**rules**
13:9

**run**
6:2

---

### S

**said**
20:22 36:9,17
39:20,24 41:12
42:7 44:23 50:11,
17

**salary**
21:4 39:13

**sale**
9:16 17:14,16
18:19 19:9,15 20:5
25:3,14

**same**
10:5 14:5 15:7
17:25 18:7 19:11
21:16,17 24:17
27:15 39:7 42:14
52:22

**sand**
28:22

**Saturday**
33:9 39:15,16,17,
25 41:4

**Saturdays**
31:12 32:15 39:23

**save**
13:7

**saw**
34:1,2 44:9,10,21,
25 45:1,25 46:1,3,
25 48:2,5

**say**
14:6 35:6 36:17
38:21 49:17 51:16

**say,"car**
38:20

**saying**
34:6

**scan**
20:11

**scanned**
19:20

**school**
7:24 8:2

**science**
14:20

**scope**
50:12

**scratch**
27:20

**searched**
12:6

**see**
7:19 8:9 10:16
13:8 23:20 27:4
33:13 49:12

**seemed**
26:9

**seen**
50:19

**sell**
15:2 16:17 17:12,
25 25:1 42:24 43:5

**seller**
16:11,12 29:12,22
30:4

**send**
25:3,6 26:24 27:14
36:6

**Senior**
8:2

**sense**
28:6 32:6

**sent**
6:9 7:15 30:7
35:19 36:15 37:10
38:13

**September**
31:22

**series**
22:4

**served**
11:22,23

**service**
42:19

**services**
20:2

**seven**
33:4 39:20,22

**several**
6:6 30:11

**she**
11:13 24:17,18

**ship**
16:24 30:5

**shipment**
16:16,17,21

**shop**
18:11 27:1 42:20

**short**
6:3 38:5

**should**
37:25

**show**
14:10 26:3 36:18
37:1

**showed**
47:22

**showing**
36:20 47:23

**sick**
13:5

**Side**
32:25

**sign**
23:8,10,17 30:5
39:11

**signed**
19:20,21 25:4
29:18,23 37:3

**signing**
23:2,15 53:8

**simple**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

42:8

**since**
27:3 33:6 48:20

**sir**
36:9

**site**
31:5

**six**
45:16,17,21,25
50:3 52:17

**small**
22:17

**soap**
28:4,7

**sold**
18:14 20:13,25

**some**
7:21 21:18 27:6
28:23 29:8 33:7
40:10 41:20 42:14

**somebody**
17:12,17 18:1 19:7
24:6 26:24,25
27:5,9 38:15 39:1
45:6,7 47:11

**somebody's**
27:18 29:9

**somehow**
15:21

**someone**
18:13 43:9

**something**
9:11 14:21 15:12
16:1 17:10 20:6
24:1,7,19 26:17
30:2 31:1 37:14
38:25 41:1,2,4,21
42:8,11,15,20
46:23

**sometimes**
15:25 16:2 18:2
20:16 23:25 25:20
27:4,10 32:15
34:13 40:23 41:20

**somewhere**
14:4 18:23

**sorry**
6:8 7:8 8:19 9:7
10:19 11:15 19:4
29:3 30:13 33:11
36:8 46:17 49:3
52:4

**sought**
49:5

**sound**
28:2

**sounds**
39:9 40:9

**South**
19:7,13

**Spain**
19:13

**Spanish**
36:16

**specialty**
42:18

**specific**
9:2,18 15:13 39:6
51:18

**specifically**
51:6

**specifics**
50:24

**spoken**
36:2

**spotless**
25:21

**start**

9:14 40:14

**started**
9:14 13:11 24:12
39:5 44:8

**starting**
48:14

**state**
16:25 17:20,23
18:1,8,15 19:6
25:2 29:22 30:3,4
43:17,21

**stated**
52:22

**statement**
6:3 20:5 38:22

**station**
27:6,14

**stay**
20:19 43:16

**stays**
43:10

**still**
8:18,20 11:11 12:7
14:7 24:18 34:21
44:11,22 48:4,18

**stopped**
13:11

**street**
27:6 30:19 43:1
44:16

**stubs**
12:23 23:4

**stuff**
9:3 14:7 28:9 31:6
32:7,8 37:17 38:16
51:20

**suffered**
46:19 52:20

**summer**

32:2

**Sunday**
31:14

**support**
37:14,17 38:17

**supposed**
23:18,19 39:14,19
41:5

**sure**
7:9 8:7 13:21 14:2,
5 16:21 17:13
20:18 24:11 28:7
30:22 35:12,13
37:12,14 38:13
41:3 45:1 46:19
48:3,7 52:9

**sworn**
5:25

---

**T**

**take**
14:24 16:18 18:23
23:20 26:1 33:15,
20 34:5 37:18
42:18 53:5

**taken**
9:20

**taking**
7:15 33:25 34:2,3

**talk**
40:18 50:14

**talking**
11:12 12:8 23:3
34:3,6 45:15,16
47:24 50:21

**tasks**
41:7

**tax**
12:15 22:1,8



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**taxes**
21:9

**technically**
32:21 47:19

**tell**
9:24 10:5 12:2
14:19,22 33:17
35:17 43:19 45:7

**telling**
39:9

**terminated**
50:2,3 51:24 52:10

**terminating**
35:20

**termination**
49:23

**terry**
27:18

**testified**
5:25 44:3

**testifying**
10:6

**testimony**
7:13 9:21 10:1
36:24

**text**
13:19,21 34:14,15,
19,23

**than**
14:23 28:23 50:15

**Thank**
36:13 40:11

**Thanksgiving**
31:21

**that**
5:14 6:2,19,22,24
7:3,14,15 8:3,24
9:12,20,23 10:1,4,
5,9,15,22,23 11:5

12:4,19,23 13:1,2,
4,5,6,9,12,13,14,
15,16,19,21,24
14:7,12,21,23
15:1,13,17,19,20,
21,22 16:1,3,10
17:3,4,11,19,20,25
18:7,14,16,24,25
19:14,17,24 20:6,
8,13,14,15,25
21:5,14,21,22,23
22:14,22 23:3,17
24:1,6,7,9,13,15,
20 25:1,13,21,24
26:3,16 27:5,7,22,
25 28:9,14,25
29:4,10,13,19
30:1,2 31:1,5,7
32:8,9,17,24 33:1,
19,20,21 34:16
35:12,13,14,21
36:5,15,23 37:3,17
38:16,18 39:4,5,6,
10,13,14,19 40:20
41:2,3,4,7,8,12,22
42:4,8,9,15,16,20,
21 43:5,10,16,18,
21,22 44:3,4,7,14,
19 45:3,5,7,19,22,
24 46:1,4,13,15,
17,23,24 47:4,6,8,
10,11,18 48:22,23,
24 49:10 50:4,7,
15,23,25 51:11,12,
13,19,20 52:9

**that's**
6:21 17:3,10,17
27:13,18,19 28:5,
21 30:24 31:25
32:5 33:4,10 35:14
39:21 40:8 42:16
45:10 47:10 51:18

**their**
26:3

**them**
6:25 15:2,3,5
19:19 20:19,25
23:4 26:2 29:1,5,
23 34:22 39:11
41:6 43:11,15 45:7

**themselves**
5:16

**then**
17:16,19 18:14
21:18 22:12 23:2
25:7 29:9 31:12,
14,22 39:6,11,13
41:3 45:7 48:6
51:11

**there**
6:13,14 9:4,6,8
13:24 14:6,11
15:19 18:8,25
22:1,13 23:12
24:8,10,12 25:19
26:22,23 27:1
28:15 30:9,21
31:4,9 38:24 39:1
41:13 42:14 43:15
44:10,22,24 46:1,
3,4,8 48:8

**there'd**
18:3 21:9

**there's**
20:18 21:1 25:20
27:6,15 31:4 43:11
51:15

**thereupon**
5:22 11:18 37:7
38:5

**these**
43:4 53:2

**they**
8:20,22 9:2 20:19
24:7 25:19,21 26:1
27:23,25 35:12

38:21 42:22,23
43:3,10

**they're**
6:14 27:9,20 29:7

**thing**
15:25 17:25 18:7
19:11 40:15 42:14

**things**
12:17 13:3 16:3
27:10 28:5,10
31:16 37:15

**think**
8:8 17:21 22:22
24:12 26:8 31:25
34:13 38:14 40:8
45:11 46:22 47:18
52:9

**thinking**
37:12,13

**thinks**
47:11

**this**
5:15 6:24 10:7
11:5,10 14:22,23
15:24 16:1 17:12
24:11 26:19 33:25
34:16 36:22 37:3,
10 40:9 48:16
49:14 51:13

**those**
10:25 12:16 13:21
18:3 19:18 20:11,
13,24 21:16 23:8
25:16,17 29:17,18
31:17 32:3,4 34:19
35:4 37:14 38:19
39:10 41:7 45:21,
25 51:11

**though**
12:8

**three**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

12:18,19 21:5
25:11 32:18 33:10
34:24 39:23 40:24,
25 45:1 48:3,6,14

**through**
5:13 25:4 29:1,5
33:4 35:5 39:15,
16,17 46:13 49:6

**throughout**
39:8

**throw**
27:25

**time**
5:5 21:16 23:12,16
24:8,13 27:23
29:10 30:9 32:20
33:23 38:3,8 40:9
43:12 44:25 47:14,
16 48:2

**times**
13:11 15:12 33:4
36:2 44:10 45:2
46:2 48:8

**title**
29:17,24 30:2

**today**
9:21,24 10:2,5,13
24:19

**Today's**
5:4

**together**
24:7

**told**
23:17 24:5 33:15
34:4 44:20

**took**
9:23 16:25 23:24
24:2 33:14,21 41:7
42:11

**Torres**
24:22

**towards**
44:3

**towel**
27:18

**towels**
27:24

**town**
16:25 29:9,12

**tr**
18:10

**track**
34:4

**trailer**
18:10

**transport**
18:5

**transportation**
18:4,8,9

**treatment**
49:5,10

**Trial**
10:6

**trigger**
35:21

**true**
48:22

**trust**
13:18

**truth**
9:24 10:2,5

**truthful**
9:21

**try**
27:4

**trying**
51:1,3

**twice**
33:11,12

**two**
9:11 21:8,13 23:25
24:11,19 25:11
34:24 37:15 38:20
39:6 40:25 48:5,7

**type**
27:12 32:6 43:5

**types**
11:25 27:24

___

## U

**understand**
9:23 10:4 11:8
22:13 33:19 47:3,
7,10 48:15 51:2
52:6

**understood**
26:6

**Universal**
5:12

**unless**
25:16 51:16

**until**
47:8

**up**
14:1,10 18:5,9
24:3 25:13 26:1
29:8 39:16 47:8,
22,23 49:22

**us**
7:6,9 44:11,22
48:4,18

**use**
16:24 27:17,18,22,
24 39:4

**used**
5:14

**using**
17:9 25:10

**usually**
20:4 26:1 29:7

___

## V

**vacation**
23:21,23,24

**vacuum**
15:3 28:10

**vacuumed**
41:15

**vacuuming**
15:4,6

**vehicle**
19:9 30:1 43:9,13,
23 44:19

**vehicles**
17:19 18:13 19:17,
24 24:23 25:1,14,
15,17 26:4,12
42:25 43:4

**verbal**
14:16,17

**Veterans**
31:21

**via**
5:10

**video**
5:3

**visiting**
46:9

**vs**
5:7

___

## W

**W-2**
12:20 21:10,17
40:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**W-4**
12:15

**W-9**
12:15

**wage**
6:15

**want**
30:17 33:15,16
51:9,16 52:25

**wanted**
44:25

**warehouse**
17:7 32:24

**wash**
27:5,7,14 28:9,10,
20

**washed**
27:16 41:12

**washing**
41:2

**wasn't**
13:25 18:22 22:16
23:18 24:17 26:22,
23 27:1 33:11
40:22 41:22

**water**
28:4,7

**wax**
28:23

**waxing**
15:9

**way**
26:16 50:23

**we**
5:3,5,10 6:1,2,5
10:1,9 12:18,20
13:12,17 14:7
16:20,24 18:22
20:15,16 23:1 25:6
26:17,18 27:4

28:20,22 29:9 32:7
37:18 38:4,9 42:9,
11,12 43:5,6,22
50:14

**we'll**
14:22 17:13,14,15
20:7 51:11 53:6

**we're**
6:18 23:3 28:8
32:5 36:3

**we've**
36:2

**website**
31:4

**week**
32:19,21 33:2
39:16,17 40:1,2
47:12,13

**weekend**
33:7

**weeks**
21:13 23:25 24:19
45:16,17,21 46:1
47:25 48:3,8,14
50:4 52:17

**went**
35:1 41:3 48:5

**were**
7:14,15 9:6,8 10:6
11:5 12:4 13:19,
22,24 14:11,12
15:19 19:24 22:13
23:3 24:13,15 26:9
36:24 38:18 40:18

**weren't**
28:17

**wet**
28:22 29:18

**what**
8:18,22,24 9:1
10:16,22 11:4,7,11

12:2,7 14:14,15,
19,21,24,25 15:15
16:21 18:21,25
19:21 20:1,2,24
22:12 24:5 25:4
26:7 29:3,23 31:2,
18 36:9,17 39:9,18
42:24 46:8,15,20
47:10,24 49:3,16
50:10,17,25 51:2

**what's**
7:19 24:21 31:21
35:7

**whatever**
6:16 12:6,20,22
14:17 27:20 34:14
40:25 46:22 48:13
51:16 52:25

**Whatsapp**
35:5

**when**
8:3 13:11 14:5
18:25 20:4 23:12
24:8 28:25 29:4,22
30:9 31:16 33:24
34:11,25 42:22
43:3,10,15,20
44:11 45:15,18
46:25 48:2,4

**whenever**
33:15

**where**
7:19,22 8:1,15
12:14 16:14,16
18:17 19:2,5,11
44:12,14

**Where's**
30:15

**wherever**
19:13

**whether**
16:11 19:1,3,5,7,

12 22:2,9,24 30:7,
8 42:23 43:13,14,
16 46:9 47:15

**which**
11:21 12:11 18:23
20:15 21:9 24:18
26:3,12 33:9
34:15,17 39:20,23
44:25 46:19 47:18
51:2

**while**
23:14 29:8 33:23
41:19 44:22 45:7

**who**
6:25 18:9,19 19:7,
14 22:2 23:8,14
24:9,14 25:2,16
29:5 43:22

**who'd**
18:5

**who's**
17:17 18:1 29:12

**whoever**
20:6

**Wholesalers**
5:8 7:13 16:4
30:25

**whom**
36:16

**why**
12:25 14:10 27:15
37:10 38:13,14,21,
24 39:6 43:3 45:3
48:21 50:18 51:24
52:9

**will**
13:5 16:3,16,24
20:16 25:6 32:15
36:25 44:23

**wipe**
28:10



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

**with**
5:11 6:17 7:2 8:10
9:4,14 13:20 14:5,
12 16:10 20:17
21:1 22:8 25:7
27:12 32:3,4 33:3
34:23 35:5,14,21
37:13,16 39:21
40:14 41:6 42:21,
22 43:9 45:6 46:9,
16 47:15,24 48:15
50:25 51:11,16,20,
21 52:11,15

**within**
50:3

**without**
30:10

**witness**
5:24 36:12 37:18,
22 38:1 52:4 53:9

**words**
17:9 39:6

**work**
6:11 8:16 9:4,10
14:10,13,15 15:23
19:8 23:23 25:16
26:10,19,25 27:1
32:13,20 33:23
34:11 35:25 40:19
41:4,6,9,11 42:4,
10 44:4,7 45:18,
21,24 46:11,20
47:19,20,23 48:23
50:5 52:20

**worked**
8:5,17 14:13 24:7
26:4,15,19,20,21
27:2 32:18,21
33:1,3,8,9 39:20,
22 46:13 47:4,6,8

**Workers'**
22:19,25 32:10

**working**
8:15 9:14,15 13:11
24:3,12,14 39:15,
25 40:19,24 41:5
44:8 45:6 46:9
47:12 48:12

**works**
43:15,20 47:11

**worth**
27:13

**would**
5:16 6:2,24 9:1,20
10:6 11:13 14:6,
17,18 15:1,4,20,22
17:4,6,19,20,25
18:3,7,8,9,18
19:12,14,17,18
20:8,22 21:21,22,
23 23:7,8 24:23,24
25:1,3,13,15,16,24
26:3,23,25 27:1,4,
11 29:11,23 31:18
34:9,11,14 35:4,6
38:19,20,21 39:10,
11 40:23 42:18

**wouldn't**
20:11

**writing**
39:5

**written**
10:23

---

**Y**

---

**yeah**
14:3,6 16:20
17:18,24 18:2,20,
24 19:16 20:4,7
21:1 23:13 25:6,
19,20 27:15 28:15,
19 29:15 30:18
31:7 34:10 35:6
37:20 38:11 40:6,

7,11 41:20 42:20
44:9 46:1 48:2

**year**
20:25 21:2,10,15,
24 23:24 24:11
39:24

**Year's**
31:20

**years**
8:7 9:11 12:19
14:4 21:5 24:11
29:2 30:11 32:19
33:6,8 34:24 39:24

**yes**
7:16,25 9:9,25
10:3,8,11 11:17
13:23 15:24 20:23
23:22,24 24:10,25
31:8 32:25 33:7,9
34:5,8 40:17 43:2
44:5,20 45:25 50:7

**yesterday**
6:6

**you**
7:3,6,8,9,12,17,19,
20,24 8:5,9,12,16,
24 9:4,6,8,10,13,
14,15,19,23 10:1,
4,5,6,12,15,19,22,
24 11:5,8,9 12:2,
20,22 13:3,4,13,
14,20 14:18,20,23,
24 15:3 16:1,21
17:12,15,19,25
18:3,14,21 19:2,6,
8,18 20:4,5,11,13,
22,25 22:8,24
23:4,7,10,17 24:3,
13 26:1,6,9,10,23
27:8,16,24 28:2,4,
13,15,17,20,24,25
29:1,4,5,23 30:6,
17 31:1,2,9 32:3,4,

6,9,11 33:1,14,15,
16,17,18,20,21
34:1,12,15,19,23
35:4,17,20,24
36:3,4,8,9,13,17,
18 37:10,11,16
38:25 39:3,10,20,
22 40:3,10,11,18
41:1,3,6,12 42:6,
10,12,18,24 43:19
44:2,6,17,18,24
45:3,5,7 46:3,8,17,
25 47:3,7,15 48:5,
15,20 49:19,22,24,
25 50:2,9,10,15,
17,23 51:9,15,16,
21,24 52:2,5,6,9,
14,25 53:2

**you'd**
15:19 19:19 31:17
46:14

**you're**
11:11 12:8 17:9
20:6 27:12,13 34:6
38:13 39:9 45:6,8,
15,16 47:24 49:16
50:24 51:1,2,19

**You've**
17:22

**your**
7:7,9 8:24 9:14,20
10:1,9,13 11:9,24
12:2 13:20 14:9,18
19:17 23:7,12,14
29:22 32:5,13
33:16 34:12,23
35:21 37:3 39:3,10
40:9,15,19 41:6,7
43:5 46:13 49:3,6,
11 50:16 51:1

**yours**
44:8



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Mateo on 07/01/2025

### Z

**Zero**
  43:18
**Zoom**
  5:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com