UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

       Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

       Defendants.

_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPT OF MATEO PRADO (SECOND TRANSCRIPT)

       Plaintiff, Misael Cardenas, by and through the undersigned counsel, and hereby gives notice to the Court and the Defendants of the filing of the transcript of the deposition of Mateo Prado (as corporate representative), taken in a separate but related action, Florida Division of Administrative Hearings DOAH Case No.: 24-024988ERA, on February 2, 2025, for the purposes of trial and any other lawful purposes.

Respectfully submitted this 22nd day of July 2025.

*s/Brian H. Pollock, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Gaelle W. Colas, Esq. (100681)
gaelle@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

1                        STATE OF FLORIDA
                 DIVISION OF ADMINISTRATION HEARINGS
2            OFFICE OF THE JUDGE OF COMPENSATION CLAIMS
                    MIAMI DADE DISTRICT OFFICE
3

4      MISAEL CARDENAS RICO,           )
                                       )
5          Employee/Claimant           )
                                       )
6      VS.                             )
                                       )
7      PERFORMANCE AUTO                )
       WHOLESALERS LLC,                )
8                                      )CLAIM NO: 24-024988ERA
                                       )D/A:  6/21/2024
9          Employer/Carrier.          )
                                       )
10     _____)

11

12                              February 26, 2025
                                3:00 p.m. - 4:00 p.m.

13

14                   *** VIA VIDEOCONFERENCE ***

15

16                   DEPOSITION OF MATEO PRADO

17

18          Taken before Sonia Rogers, Registered

19     Professional Reporter and Notary Public in and for

20     the State of Florida at Large, pursuant to

21     Notice of Taking Deposition filed in the

22     above cause.

23                          *  *  *  *

24

25

```
1                          APPEARANCES

2

3         ON BEHALF OF THE EMPLOYEE/CLAIMANT:

4              FRIEDMAN, RODMAN, FRANK & ESTRADA, P.A.
               By:  Ronald D. Rodman, Esquire
5              3636 West Flagler Street
               Miami, Florida 33135
6              Ronrod@frflawgroup.com

7

8

9         ON BEHALF OF THE EMPLOYER/CARRIER:

10             BURK LAW FIRM, PLLC
               By:  Bruce D. Burk, Jr., Esquire
11             100 2nd Avenue North, Suite 300
               Saint Petersburg, Florida 33701
12             Bburk@burkfirm.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MATEO PRADO

3

```
 1                     EXAMINATION
 2              DIRECT   CROSS   REDIRECT   RECROSS
 3    BY MR. RODMAN      4
 4
 5
 6                  CERTIFIED QUESTION
 7    PAGE:  35    LINE:22
 8    BY MR. RODMAN:
 9         Q.    Okay.  Well, tell me why you think that
10      you don't have to pay for a worker's medical care
11      and treatment who was injured while working for you?
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MATEO PRADO

4

```
 1      THEREUPON:
 2                        Mateo Prado
 3      was called as a witness and, having been first duly
 4      sworn, was examined and testified under oath
 5      as follows:
 6                        THE WITNESS:  I do.
 7                        DIRECT EXAMINATION
 8      BY MR. RODMAN:
 9              Q.    Can you please tell us your name, sir.
10              A.    Mateo Prado.
11              Q.    Okay.  Mr. Prado, who are you employed
12        by?
13              A.    Performance Auto Wholesalers LLC.
14              Q.    And what is Performance Auto
15        Wholesalers?
16              A.    A car dealership.
17              Q.    And do you have any type of dealer's
18        license?
19              A.    Yes.
20              Q.    And who is the holder of that license?
21              A.    Performance Auto Wholesalers.
22              Q.    Okay.  Isn't the license held by an
23        individual?
24              A.    No.
25              Q.    Okay.  And do you know the license
```

MATEO PRADO

5

```
 1        number?
 2             A.    I don't know it by heart, but I can get
 3        it.
 4             Q.    Okay.  We can go back to that.  That's
 5        fine.
 6                   And does that license have any
 7        limitations on the sale of motor vehicles or the
 8        purchase of motor vehicles?
 9             A.    Not that I know.
10             Q.    And how long have you worked for
11        Performance Auto?
12             A.    Twelve years.
13             Q.    And are you one of the principals, that
14        is, like one of the owners?
15             A.    No.
16             Q.    What is your position there?
17             A.    We don't have a title.  I'm just an
18        employee.
19             Q.    Okay.  And who would be the owners then?
20             A.    Ivan, I guess, Fernando Ivan Prado.
21             Q.    Sorry, is it Fernando Ivan?
22             A.    Yes.
23             Q.    Prado, correct?
24             A.    Yes.
25             Q.    And his relation to you?
```

MATEO PRADO

```
 1              A.      Father.
 2              Q.      Any other owners of Performance Auto?
 3              A.      No.
 4              Q.      And what do you do typically in a
 5       day-to-day basis yourself?
 6              A.      Answer emails, tend to clients that come
 7       in, put cars in advertising, take cars that are no
 8       longer in advertising, make sure all the cars are
 9       ready to go, take the cars to the mechanic, et
10       cetera, that kind of stuff.
11              Q.      Do you have a sales manager at
12       Performance Auto?
13              A.      There's two employees right now, so.
14              Q.      Okay.  And who are the two employees?
15              A.      Me and my father.  That's it.
16              Q.      And were there ever more than two
17       employees at Performance Auto?
18              A.      Yeah, when Misael Cardenas Rico was part
19       of it.  That was the third employee.
20              Q.      Okay.  And were there -- was there ever
21       a time when there was more than Mr. Rico, yourself
22       and your father working at Performance Auto?
23              A.      Maybe in 2012 or '13, there was -- my
24       cousin worked here for a couple of years and maybe
25       for a year, around that time, 2012, '13, there was
```

1     an accounting lady.

2             Q.      What's your cousin's name?

3             A.      Pedro Carlos Barreto.

4             Q.      Pedro Carlos Barreto?

5             A.      Uh-huh.

6             Q.      And is that Barreto with two R's?

7             A.      Correct.

8             Q.      And the bookkeeper, accountant lady that

9     you referred to, who was that?

10            A.      Her name is Denisse with two s's.

11    Denisse Torres.

12            Q.      Torres with an S at the end or a Z?

13            A.      With an S.

14            Q.      And were you there on the day of

15    Mr. Rico's incident?

16            A.      I was there after they got back from the

17    hospital, so I was not there when it happened.

18            Q.      Okay.  And who took him to the hospital?

19            A.      That would be Fernando.

20            Q.      And why did your father take Mr. Rico to

21    the hospital?

22            A.      Why?

23            Q.      Yeah.

24            A.      Because, according to Mr. Rico, he had

25    just had an accident prior to Fernando being here.

MATEO PRADO

8

1          Q.    Okay.  And did you ever learn any --
2    anything about how the accident happened, what
3    occurred?
4          A.    Only what Mr. Cardenas said.
5          Q.    Okay.  And if I'm picturing this in my
6    mind correctly, your father walks in and Mr. Rico
7    says that he just hurt himself, is that about right?
8          A.    Yeah.
9          Q.    And then your father goes to the
10   hospital with Mr. Rico?
11         A.    Correct.
12         Q.    And do they go to Jackson Memorial
13   Hospital?
14         A.    I believe so.
15         Q.    And then when you came to Performance
16   that particular day of the accident, it was on
17   January 21, 2024, does that sound right?
18         A.    I'm assuming.  It sounds about right.
19         Q.    Okay.  Well, when you got to -- to the
20   dealership on that particular day, was your father
21   already back from the hospital?
22         A.    I don't think so.  I think I got here a
23   little bit before they got here and then both of
24   them got here shortly after.
25         Q.    And when they came in, did it appear

MATEO PRADO

```
 1        that Mr. Rico had some sort of injury?
 2              A.    I mean he just --
 3                    MR. BURK, JR.:  Object to the form.
 4    BY MR. RODMAN:
 5              Q.    Go ahead.
 6              A.    Sorry, I didn't hear what Bruce said.
 7                    MR. BURK, JR.:  I said object to form.
 8        You can answer.
 9                    THE WITNESS:  Okay.  I mean other than
10        what he told me, he looked fine.
11    BY MR. RODMAN:
12              Q.    Okay.  Did he have any --
13              A.    He didn't seem like he was really
14    hurting or anything.  He just seemed like, you
15    know -- he didn't show me anything.
16              Q.    Okay.  Did he have any hospital papers
17    with him?
18              A.    Yeah, there was a bill for, if I
19    remember correctly, 1,550 for stitches.
20              Q.    Okay.  Did he have any, like, bandage or
21    wrapping that you could see?
22              A.    Well, he had a shirt on.
23              Q.    Okay.  And from underneath the shirt,
24    could you see any wrapping or the bandage?
25              A.    From underneath the shirt, I mean, I
```

1       can't recall if he lifted it up or not.  I don't

2       remember that, but from on top of the shirt you

3       couldn't really tell.

4            Q.    Okay.  And who drove him back from the

5       hospital, would that have been your father also?

6            A.    Yes.

7            Q.    Is there a particular specialty that

8       Performance Auto has regarding the types of vehicles

9       they are known to sell?

10           A.    Mostly classic, like '80s, '90s, early

11      2000.

12           Q.    Okay.  And does performance do any work

13      on the vehicles, whether it be tuning the vehicles

14      up, repairs, any type of detailing, anything like

15      that?

16           A.    Yeah, detailing, get the cars ready,

17      clean them up, fix little things, you know.

18           Q.    Okay.

19           A.    Old cars, they always have something.

20           Q.    And I've never been to Performance, and

21      I apologize.  I'm sure it's a nice establishment.

22                 Do you have any lifts or anything like

23      that at performance?

24           A.    Yeah, there's storage lifts.

25           Q.    And what was Mr. Rico's job?

1          A.    He just was in charge of getting the

2     cars prepared, clean, detail, you know, changing

3     little things, you know, wipers, stuff like that.

4          Q.    Did he have regular work hours?

5          A.    He was supposed to be here from 10:00 in

6     the morning to 6:00 in the afternoon with one-hour

7     lunch.

8          Q.    And, more or less, when did he begin

9     working for Performance?

10         A.    I don't remember the month, but I

11    believe really close to the beginning in 2012, in

12    November 2012, something like that.

13         Q.    So it had been a number of years?

14         A.    Yes.

15         Q.    And had you ever fired or terminated

16    Mr. Rico in any of those 12 years?

17         A.    No.

18         Q.    And did he ever have any other accidents

19    or injuries in those 12 years?

20         A.    No.

21         Q.    I mean, do you have any reason to

22    disbelieve that Mr. Rico had an injury while working

23    on June 21, '24 at Performance Auto?

24         A.    Absolutely.

25         Q.    Okay.  What's your reason for

1    disbelieving that occurred?

2        A.    One, when my father got here, he was

3    holding under his arm and jumping up and down like

4    it had just happened.  However, there was no blood

5    anywhere.  There was no blood where it happened,

6    what made the puncture, nowhere.  Everything was set

7    up nicely.  Nothing had fallen over.  There was

8    nothing to indicate that something had just

9    happened.  He just opened the door and he was there

10   just jumping in pain.

11            Secondly, he -- we have basically heard

12   from somebody that lives with him that he was

13   planning on suing us for multiple things before he

14   even got injured.

15       Q.    Okay.  Who's the person that was living

16   with him that allegedly said that he was planning on

17   suing you before he was injured?

18       A.    She -- I believe it was a girlfriend,

19   there was a roommate too and she also happens to do,

20   like, housecleaning.  So I think she does

21   housecleaning for my father.

22       Q.    Okay.  So, I'm sorry, let me just see if

23   I can back up.  I have to separate this just a

24   little.

25            So the girlfriend, does she do

MATEO PRADO

13

```
 1        housecleaning for your father?
 2             A.    Yes.
 3             Q.    And what's her name?
 4             A.    Her name is Pamela.  If you give me half
 5        a second I can get her last name probably from him.
 6             Q.    Sure.  You said Carmela?
 7             A.    Pamela.
 8             Q.    Okay.
 9             A.    One second.
10             Q.    Sure.
11             A.    He doesn't know it either, but I can
12        find out for you and I can provide it.
13             Q.    And then she still works for your dad,
14        right?
15             A.    Doesn't work for him.  Just whenever,
16        once a month, goes to him and cleans the house, but
17        doesn't necessarily work for him.
18             Q.    Okay.  And this roommate that you
19        referred to, is that a different person?
20             A.    No, same person.
21             Q.    Okay.  So Carmela, the
22        girlfriend/roommate --
23             A.    It's Pamela with a P, like Pamela
24        Anderson.  Pamela.
25             Q.    Oh, Pamela.  I'm sorry.  I thought you
```

MATEO PRADO

14

```
 1          said Carmela.  I apologize.
 2                 A.     No worries.
 3                 Q.     So Pamela, the roommate/girlfriend who
 4          does some housekeeping for your dad monthly, told
 5          your dad or you that Mr. Rico was going to bring a
 6          lawsuit before this accident occurred, yes?
 7                 A.     Yes.
 8                 Q.     Okay.  And when did this conversation
 9          take place?
10                 A.     It happened while Mr. Rico was still
11          employed, however, not coming to the office because
12          of his injuries.  That's when she told us that he
13          had been saying that already prior to when this
14          happened.
15                 Q.     Okay.  So that conversation, if I
16          understand correctly, with Pamela took place with --
17          was it you and your father or just your father?
18                 A.     Just my father.
19                 Q.     Okay.  So that conversation that took
20          place only with your father occurred after Mr. Rico
21          was brought to the hospital by your father, correct?
22                 A.     Correct.
23                 Q.     So getting back to Mr. Rico and the
24          accident, did you ask him what happened?
25                 A.     I didn't ask him.  When they got back,
```

MATEO PRADO

15

1    they mentioned what happened.  Well, my dad

2    mentioned what happened.

3          Q.    Okay.  And what did your dad say

4    happened?

5          A.    That according to Mr. Rico, he tripped

6    over a cable, like an extension cord, and fell on

7    top of a water fountain with the -- you know the

8    part that covers the -- where the water comes out,

9    that part went under his arm -- under his armpit.

10         Q.    Okay.

11         A.    That's supposedly what happened.  He

12   tripped and fell into that.

13         Q.    Did you ask him what he was doing at the

14   time, like was he in the process of going to do

15   something when it happened?

16         A.    No idea.

17         Q.    Okay.  And did you -- well, let me

18   strike that.

19              So can you describe the area of the shop

20   where the -- not the shop, but the dealership where

21   the waterfront is located?

22         A.    Right next to the outside of the

23   warehouse bathroom.

24         Q.    Okay.  And where is that in relation to

25   those lifts that you refer to, if at all?

MATEO PRADO

16

```
 1              A.    They're not -- they're not near it.
 2              Q.    Okay.
 3              A.     It's at least 12, 15 feet away.
 4              Q.     Okay.  So there are places allocated for
 5       vehicles to be staged so that they can go through a
 6       detailing process in the warehouse?
 7              A.     Yeah, outside of the warehouse.
 8              Q.     Okay.  And how does one get to the water
 9       cooler from outside the warehouse?
10              A.     Sorry, the water what?
11              Q.     The water cooler.
12              A.     Oh, okay.  From outside the warehouse?
13       Walking in through either the main door or the side
14       door.
15              Q.     Okay.  And the bathroom is located, you
16       said, near the cooler?
17              A.     Yeah, basically right next to the door.
18              Q.     And is that anywhere near where you are
19       now?
20              A.     I'm in the office.  This would be in the
21       warehouse, so it's outside.
22              Q.     So is it set up the same today, that is,
23       you know, where the cooler is as it was when this
24       incident occurred?
25              A.     Yes, sir.
```

MATEO PRADO

17

```
 1              Q.    So did you get anybody to replace
 2     Mr. Rico?
 3              A.    No, I don't -- I don't have another
 4     employee.
 5              Q.    So are you doing the detail work or do
 6     you hire somebody to do that as needed?
 7              A.    Hire somebody to come whenever needed.
 8              Q.    Okay.  And did Mr. Rico receive a W-2 or
 9     a 1099?
10              A.    Both.
11              Q.    Okay.  So how did you differentiate
12     which work he would be paid a W-2 on versus which he
13     received a 1099 on?
14              A.    I don't really have an answer.  I mean,
15     it's just, he got paid a salary and then we give him
16     extra compensation for certain things.
17              Q.    So were there items that he received
18     compensation for that you could tell me about?
19              A.    It's not something specific.  It's just
20     many different things over time.
21              Q.    Okay.  So how much would he make an
22     hour?
23              A.    I don't know exactly how to say it an
24     hour, but it was -- it came out to 3,500 per month.
25              Q.    Is that for the 10:00 to 6:00 minus one
```

MATEO PRADO

18

```
 1       hour for lunch?

 2            A.    Correct.

 3            Q.    And is that six days a week, seven days

 4       a week or five?

 5            A.    It's five days week and then every other

 6       Saturday he will come in for three hours.  So in

 7       total I believe that's, what, 37 hours a week?

 8            Q.    Okay.  And did Mr. Rico have a key to

 9       let himself in and out of the place?

10            A.    Yes.

11            Q.    And I would imagine, you know, you have

12       some type of security system.  Did he have the code

13       to the alarm?

14            A.    Yes.

15            Q.    And are there any security cameras

16       located inside the warehouse?

17            A.    No.

18            Q.    And just correct me if I'm wrong, other

19       than yourself, Mr. Rico and your father, was there

20       anybody else who had a key to the building?

21            A.    No.

22            Q.    Was there anybody else, other than

23       yourself, Mr. Rico and your father, who had the code

24       to the security alarm?

25            A.    No.
```

MATEO PRADO

```
 1              Q.    And as far as vehicles go, do you have

 2      an inventory where you always carry or have on the

 3      lot three or four vehicles or is it more?  And,

 4      again, I apologize, I don't really know your

 5      operation.

 6              A.    It could fluctuate.  I might have 20

 7      cars in here, 18, 22, 15, you know, it depends, but

 8      I would say 15 to 25, if you want to put an

 9      estimate.

10              Q.    And were there specific hours that your

11      dad would usually work back in 2024?

12              A.    He would come in, more or less, 10:30

13      and leave around 6:00.

14              Q.    And how about yourself?

15              A.    10:00 to 6:00 to 7:00 depending on how

16      much work we had.  Usually I'll leave at 6:30.

17              Q.    Okay.  And on this particular day of the

18      accident was Mr. Rico the first one to go to the

19      building?

20              A.    Yes.

21              Q.    So other than this alleged conversation

22      between Pamela and your father, is there any

23      evidence that you have that Mr. Rico was not hurt on

24      June 21, 2024 while working at Performance Auto?

25              A.    Evidence, no.
```

```
 1              Q.    Okay.  I mean, this -- and you correct
 2        me if I'm wrong, but it sounds like he was basically
 3        your only trusted employee for about 12 years, no?
 4              A.    Yes.
 5              Q.    Okay.  And why did you keep him working
 6        for 12 years for the company?
 7              A.    He was a good worker and he was good at
 8        what he did.
 9              Q.    And had you ever been to Mr. Rico's
10        house or apartment?
11              A.    I had been outside -- myself, I've only
12        been outside less than a handful of times.  Probably
13        three times, maybe two.
14              Q.    Okay.  And the bill for the hospital,
15        did you ever offer to pay any of the hospital bills?
16              A.    Oh, yes, we offered.
17              Q.    You did?  Okay.
18                    And when you say you offered, how did
19        you go about offering, did you call the hospital and
20        tell them you were going to pay the bills or?
21              A.    We told -- well, Mr. Rico himself told
22        us that don't worry about it.  His credit is bad
23        anyways.  He will send it to collections.  Don't pay
24        anything.  Don't worry, don't worry, don't worry.
25              Q.    So, let me see.
```

```
 1                 So you offered to pay the bills -- and
 2      I'm just wondering, how did you offer to pay, did
 3      you speak to Mr. Rico about paying the bills?
 4           A.    Before we even mentioned or even offered
 5      it, he told us that and we told him, look, whatever
 6      you need to get paid we'll pay and that's when he
 7      kept saying, don't worry about it.  My credit is bad
 8      anyways.  We'll send it to collections.  I don't
 9      care.
10           Q.    Okay.  So, if I'm understanding
11      correctly, it's your testimony then, he didn't want
12      you to pay the bills because he had bad credit
13      already?
14           A.    Correct.
15           Q.    Okay.  And when you noted on payments to
16      Mr. Rico car repairs, what -- what did that mean?
17           A.    Just general anything.  It could be from
18      changing a battery, changing brake pads, changing a
19      cigarette lighter on the car.  It could be anything.
20      It's just in general.
21           Q.    And the cars that you have there, are
22      they like considered classic type autos?
23           A.    Yeah.
24           Q.    And did Mr. Rico have experience in
25      repairing those types of autos?
```

```
 1              A.    Not prior to us.  We taught him -- he
 2        learned everything with us.
 3              Q.    Okay.  Well, so that I'm clear then,
 4        this is not only a guy that you trusted with your
 5        company and your company's inventory of vehicles,
 6        but you also taught him how to do mechanical type
 7        work?
 8              A.    Yes.
 9              Q.    Okay.  So did you get him a doctor after
10        he went to the hospital?
11                    MR. BURK, JR.:  Object to form.
12                    THE WITNESS:  Well, he went, I think --
13        BY MR. RODMAN:
14              Q.    Go ahead.
15                    THE WITNESS:  Sorry, Bruce?
16                    MR. BURK, JR.:  You can answer.  I'm
17              just objecting to the form of the question.
18        BY MR. RODMAN:
19              Q.    Let me rephrase it.
20                    Other than on the day of the accident,
21        June 21, '24, did you ever offer to get Mr. Rico a
22        doctor?
23              A.    To get him a doctor, no.
24              Q.    Okay.  And how was he supposed to have
25        the stitches taken out?
```

MATEO PRADO

23

```
 1              A.    I don't know.
 2                    MR. BURK, JR.:  Object to form,
 3              speculation.
 4      BY MR. RODMAN:
 5              Q.    Go ahead.
 6              A.    I don't know.
 7              Q.    Okay.  And how about the -- the
 8      treatment that he needed after, how was he supposed
 9      to get the treatment that he needed after?
10                    MR. BURK, JR.:  Object to form,
11              speculation.
12                    THE WITNESS:  I don't know.
13                    MR. BURK, JR.:  Go ahead.  You can
14              answer.
15                    THE WITNESS:  I don't know.
16      BY MR. RODMAN:
17              Q.    Okay.  And what would extension cords be
18      used for at the dealership?
19              A.    To connect one of the machines that he
20      uses, like a buffer or a drill or something like
21      that.
22              Q.    Did you ever rent out bay space to
23      anybody else at your dealership to either store
24      their vehicles, repair or detail their vehicles at
25      all?
```

MATEO PRADO

24

```
 1              A.     We would do work for clients sometimes
 2        if they needed something done.
 3              Q.     And what do you mean by that?
 4              A.     Clients telling us that the car is super
 5        dirty, needs to be deep cleaned and we would help
 6        them with that or a client calls us, they need a new
 7        battery, we'll help with that.
 8              Q.     Okay.  But as far as other sellers or
 9        dealers or auto body mechanics or auto detailers,
10        would you allow other individuals, other than
11        yourself, Mr. Rico, and your father to do any work
12        on the premises?
13              A.     Oh, yeah, if we needed somebody to come
14        and do something like a mechanic, something specific
15        or that kind of stuff, we could hire somebody to
16        come in and take a look at it and do the work.
17              Q.     So if I understand it -- and I don't
18        know if this is the right word, and I apologize, but
19        would there be times where you had to subcontract
20        out some specialty work on vehicles?
21              A.     Yes.
22              Q.     And how would you keep track of who was
23        performing the work on vehicles back in June of 2024
24        who was not either yourself, Mr. Rico or your
25        father?
```

MATEO PRADO

25

```
1          A.    Really if somebody came to do some work,
2     the only way I can is either by memory or because we
3     paid him.
4          Q.    Okay.  And regarding the payment to
5     individuals, such as subcontractors, independent
6     contractors, whatever term you want to use, for
7     those individuals that would come in and do work,
8     would you pay them out of any particular account?
9          A.    Just by check from our account.
10         Q.    Okay.  And is that a Citibank account?
11         A.    Yes.
12         Q.    And would the work that they were doing
13    as independent contractors be noted somehow on there
14    as like car repairs?
15         A.    Where?  Be noted where?
16         Q.    In the check like, the check stub you
17    know how sometimes --
18         A.    Oh, the check stub will say repair for
19    X, Y, Z car --
20         Q.    Okay.
21         A.    -- whatever.  If it was something
22    specific, I'll put, you know, like whatever it might
23    be, dent removal, something like that.
24         Q.    Okay.  So you would have -- if I
25    understand correctly, you would have some type of
```

MATEO PRADO

26

```
 1        computer detail that would let you -- would allow
 2        you to look back and see what cars were on the
 3        property for sale during a specific period of time?
 4             A.   I mean if a car was -- if it's in our
 5        inventory, then it will be there and once it gets
 6        sold, it leaves our inventory.
 7             Q.   Okay.  So you have an inventory list
 8        that you keep?
 9             A.   Yes.
10             Q.   And after he was hurt, even though he
11        had not come back to work, were you still paying him
12        a little bit?
13             A.   No, full price.  Full every single
14        minute that he wasn't here he got paid, for the
15        whole duration since he started working here and
16        he's missed a lot of days.
17             Q.   I'm sorry, my question had to do with --
18        I apologize.
19                  After June 21 of '24, did you continue
20        to pay him after --
21             A.   Yes.
22             Q.   -- his accident?
23             A.   Yes, full amount.  Every minute of the
24        hours that he was supposed to work until the day he
25        was fired.  He never missed a single cent.
```

```
 1              Q.    Okay.  So let me see if I understand
 2       that correctly.
 3                    So even though he was not working, like
 4       physically, he was still being paid his normal
 5       salary of $1,050, plus the $450 check on a regular
 6       basis?
 7              A.    And the 500 for the middle of the month.
 8       Yes, every single dollar was paid to him.
 9              Q.    Okay.  And up until when did you
10       continue to pay him?
11              A.    I can't tell you the exact date, but it
12       was August something.  If you give me a second, I
13       can tell you that date.
14              Q.    Okay.  Let me see something.  I might
15       have it somewhere.  So I'm just -- let me skip that
16       question.  I'll just go back to it for a second.
17                    So every month he was paid the same
18       amount; is that correct?
19              A.    Correct.  Well, let me phrase it like
20       this.  He would get paid every two weeks.  So
21       sometimes, every once in a while, he might get paid
22       three times in a month because he got paid the first
23       day, the middle and the last because it was 31 days,
24       but he got paid every two weeks and once on the 15th
25       for the 500.
```

MATEO PRADO

28

```
 1           Q.    Okay.  And out of the two-week check,
 2      you would take out taxes, correct?
 3           A.    On the 1,050, yes.
 4           Q.    Okay.  And then the other check or two,
 5      the 450 or the 500, those would not be taxed?
 6           A.    No.
 7           Q.    Correct?
 8           A.    Correct.
 9           Q.    Okay.  And how is it determined whether
10      it will be 450 or 500 in addition to the regular
11      salary that he would receive?
12           A.    How was it determined?  I guess it was
13      discussed when he asked for a raise.
14           Q.    Okay.  So did the 450 change to 500 at
15      some point in time?
16           A.    No.  Basically he was paid 1050 every
17      two weeks at first.  He asked for a raise.  We gave
18      him 450 more, so that's 3,000 per month or every
19      four weeks.  And then he asked for another raise and
20      we gave 500 more per week.  That's how we ended up
21      with the 3,500 over time.
22           Q.    Okay.
23           A.    I don't know exactly when, but over
24      time.
25           Q.    But you would have those records,
```

```
1        correct?
2             A.    Yeah, I would just have to go back to
3        see when was the first time we paid him the 500 and
4        when was the first time we paid him the 450.
5             Q.    Okay.  And it looks like the last check
6        may have been through August 2nd -- does that sound
7        about right -- of '24?
8             A.    That sounds about right.  Yeah, if
9        that's a Friday that would be the day we fired him.
10            Q.    And you fired him at that point in time
11       for what reason?
12            A.    Due to financial hardship in the company
13       mainly.
14            Q.    Okay.  And was he back to full working
15       40-plus hours a week as of August 2nd?
16            A.    After he got hurt, he never came back.
17            Q.    Well, he came back, he just didn't work
18       the same number of hours, correct?
19            A.    No, he never -- after the day that he
20       got injured, he never came back to work even though
21       we paid him all the way to August 2nd, so like a
22       month and a half more, he never stepped foot in the
23       office ever again.
24            Q.    Okay.  Now did he bring you or send you
25       slips from doctors saying that he could only work on
```

```
 1        a limited basis or light duty, what they call light
 2        duty, or working with limitations after June of
 3        2024?
 4                A.    No.
 5                Q.    Didn't he send you a slip from South
 6        Miami Hospital?
 7                A.    To my knowledge, no.  Maybe Fernando
 8        might know that, but I wasn't aware of that.
 9                Q.    Okay.  So did you also provide him with
10        health insurance?
11                A.    No.
12                Q.    Did he tell you he went to Baptist
13        Hospital?
14                A.    Sorry?
15                Q.    Did he ever tell you he went to Baptist
16        Hospital?
17                A.    Not me.  He never told me.
18                Q.    Did he tell your dad that he went to
19        Baptist Hospital?
20                A.    Maybe.  I know that he told us at some
21        point he needed an MRI and we offered to pay for it,
22        but I don't think he ever went.
23                Q.    Did you offer to pay for the MRI?
24                A.    Yes.
25                Q.    So if I understand your testimony, I
```

MATEO PRADO

31

```
 1        mean you would agree to pay for all the bills that
 2        are outstanding, correct?
 3                 MR. BURK, JR.:  Object to form.  I'm
 4             instructing the client not to answer.
 5    BY MR. RODMAN:
 6             Q.    Okay.  Have you attempted to pay for any
 7        bills at all?
 8             A.    Yes.
 9                 MR. BURK, JR.:  Object to form.
10    BY MR. RODMAN:
11             Q.    I'm sorry?
12             A.    Yes.
13             Q.    Okay.  And did you call any of the
14        medical providers to see how much the bills were?
15             A.    The one time that he told us to call
16        somewhere it was for the MRI and when I called they
17        told me that until the MRI is done, you know,
18        there's nothing to pay for.  And he never went, so
19        that's why we never paid for it because he never
20        went.  To my knowledge he never went.
21             Q.    So how about the bills from the
22        orthopedic office of Ceda Orthopedic, C-E-D-A, did
23        you offer to pay for any of those bills?
24             A.    We -- if we offered to pay for
25        something, it's because we knew about it.  So if we
```

MATEO PRADO

```
 1      didn't offer it, it's because we didn't know about
 2      it.
 3           Q.    Okay.  So if you knew about a bill, you
 4      would pay it, correct?
 5           A.    Yes, we offered -- we told him, whatever
 6      you need, let us know.
 7           Q.    Okay.  So the bills that have been filed
 8      with this case, have you contacted any of the
 9      providers?
10           A.    No.
11           Q.    Okay.  Have you authorized any medical
12      care?
13           A.    No.
14           Q.    And, if I understand correctly, it would
15      have been a decision that your -- that Performance
16      Auto made not to obtain Workers' Compensation
17      insurance, correct?
18           A.    Yes.
19           Q.    Did you have any conversations with
20      Mr. Rico after he was terminated in August?
21           A.    No.
22           Q.    And other than Pamela, is there anybody
23      else that you or your father have spoken to that
24      knows anything about Mr. Rico's accident?
25           A.    I mean multiple people.
```

MATEO PRADO

33

```
 1            Q.    Okay.  Well, that's what I'm asking, who
 2      would be those people?
 3            A.    His current employer probably that was
 4      employing him while he was not coming to work and
 5      still being paid here.
 6            Q.    Okay.  All right.  Hang on let me get my
 7      pen out.
 8                  Who was the employer that he was
 9      allegedly working for while he was being paid by
10      your company?
11            A.    Mayor Cars.
12            Q.    M-A-Y-O-R?
13            A.    Correct.
14            Q.    Mayor Cars.
15                  And where are they located?
16            A.    They are in -- I can give you the
17      address exactly.  It's in Doral here in Miami.  The
18      address is 3505 Northwest 82nd Avenue, Doral,
19      Florida 33122.
20            Q.    And are they in the same line of
21      business as you, the same type of cars?
22            A.    More or less.
23            Q.    Okay.  And do you -- do you know anybody
24      there?
25            A.    Everybody there.
```

```
1              Q.    Okay.  And who would you know that told
2       you that Mr. Rico was working there?
3              A.    The owner.
4              Q.    Who's that?
5              A.    Marcio Goncalves.
6              Q.    Can you spell Marcio's last name?
7              A.    It's G-O-N-C-A-L-V, as in Victor, E-S.
8              Q.    Okay.  And when exactly did Mr. Rico
9       begin working there, as far as you know?
10             A.    I don't know exactly when, but we know
11      that he was already working there prior to
12      August 2nd.
13             Q.    Prior to August 2nd?  Okay.
14             A.    Yeah.  I don't know when he started and
15      I know he had done -- prior to him even getting to
16      the accident, I know he had done random work for him
17      supposedly outside of ours.
18             Q.    Okay.  So he had done some type of, what
19      would you consider it, like independent contracting,
20      extra work for Mr. Goncalves --
21             A.    Before the accident.
22             Q.    -- before the accident?  Okay.
23                   And is Mr. Rico still working there?
24             A.    To the best of my knowledge, yes.
25             Q.    Okay.  And, more or less, when was the
```

```
 1        last time -- and I don't mean to hold you to an

 2        exact date -- you and Mr. Goncalves would have

 3        communicated regarding Mr. Rico?

 4             A.    Probably close to the day we fired him,

 5        around the time we started finding out that we were

 6        getting sued by him.

 7             Q.    Okay.  So, I mean, is this upsetting

 8        that you're being asked to pay for medical bills and

 9        medical care for Mr. Rico after his injury at your

10        property?

11             A.    One hundred percent.

12                   MR. BURK, JR.:  Object to form.

13   BY MR. RODMAN:

14             Q.    Okay.  And tell me why don't you think

15        that you have a responsibility under Florida law to

16        provide medical care and treatment to somebody who

17        is injured while working for you?

18                   MR. BURK, JR.:  Object to form.

19                   I'm instructing the witness not to

20             answer.

21   BY MR. RODMAN:

22             Q.    Okay.  Well, tell me why you think that

23        you don't have to pay for a worker's medical care

24        and treatment who was injured while working for you?

25                   MR. BURK, JR.:  Object to form.
```

MATEO PRADO

36

```
 1                    I'm instructing the witness not to
 2           answer.
 3                    MR. RODMAN:  Okay.  Certify that
 4           question.
 5                    (Thereupon, the question was certified.)
 6    BY MR. RODMAN:
 7           Q.    You are aware of Florida law regarding
 8      workers and Workers' Compensation?
 9                    MR. BURK, JR.:  Object to form.
10    BY MR. RODMAN:
11           Q.    Go ahead.
12           A.    I mean not much.
13           Q.    Okay.  But you are aware generally that
14      as an employer you have a responsibility to provide
15      medical care to workers who are injured while
16      working for you just generally, correct?
17                    MR. BURK, JR.:  Object to form.
18    BY MR. RODMAN:
19           Q.    Go ahead.
20                    MR. BURK, JR.:  Just for the record,
21           these are all leading questions of law for
22           which the witness is not legally qualified to
23           answer.
24                    THE WITNESS:  Correct.
25
```

MATEO PRADO

37

```
 1     BY MR. RODMAN:
 2          Q.    You can answer, sir.
 3          A.    I guess, sure, from my -- what I know,
 4     which I don't know much.
 5          Q.    Right.  That's all I -- I wanted to make
 6     sure we were talking about the same thing.
 7                And regarding work for Mr. Goncalves
 8     after August of 2024, do you have an idea whether
 9     the work was full-time, part-time, as needed?
10          A.    Don't know.
11          Q.    Okay.  And regarding the accident
12     itself, did your dad ever say that he was in the
13     building before Mr. Rico on the day of the accident?
14          A.    Say to whom?
15          Q.    To you.
16          A.    Yeah, he -- Mr. Rico was here prior to
17     my father getting here.
18          Q.    Right, that's what I wanted to make
19     sure.
20                So Rico was there, then your dad comes
21     in, your dad sees him and he's jumping up and down
22     like he just hurt himself and then you came in later
23     after that, after they got back from the hospital,
24     your father and Mr. Rico, yes?
25          A.    Yes.
```

MATEO PRADO

```
 1                MR. RODMAN:  Okay.  All right.  I don't
 2           think I have any other questions for you.
 3           Thank you.
 4                MR. BURK, JR.:  All right.  And I don't
 5           have any follow-up questions, and we'll waive
 6           the reading of the transcript and we do not
 7           need a copy at this time.  Thank you.
 8                THE COURT REPORTER:  Thank you.
 9
10      (Whereupon, the deposition was concluded at 4:00 p.m.)
11                (The reading and signing of this
12             deposition is waived.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                       CERTIFICATE OF OATH

2      STATE OF FLORIDA

3      COUNTY OF BROWARD

4

5           I, SONIA ROGERS, Notary Public in and for the

6      State of Florida at Large, do hereby certify that

7      MATEO PRADO personally appeared before me on this

8      26th day of February, 2025, and was by me duly

9      sworn.

10

11

12

                             SONIA ROGERS, Notary Public
13                           State of Florida at Large

14

15

16

17     My Commission: HH 609476
       My Commission Expires: January 21, 2029
18     Bonded through National Notary Association

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA

 3    COUNTY OF BROWARD

 4

 5           I, SONIA ROGERS, Registered Professional

 6    Reporter, do hereby certify that I was authorized to

 7    and did stenographically report the deposition of

 8    MATEO PRADO; that a review of the transcript was not

 9    requested; and that the foregoing transcript, pages

10    1 through 39 inclusive, is a true and correct record

11    of my stenographic notes.

12           I FURTHER CERTIFY that I am not a relative or

13    employee of any of the parties, nor relative or

14    employee of such attorney or counsel, or financially

15    interested in the foregoing action.

16           This certification does not apply to any

17    reproduction of the same by any means unless under

18    the direct control and/or direction of the reporter.

19           DATED this 28th day of February, 2025.

20

21

                    SONIA ROGERS, Court Reporter
22

23

24

25
```

**$1050** 27:5
**$450** 27:5
**&** 2:4
**'13** 6:23,25
**'24** 11:23 22:21 26:19 29:7 (4)
**'80s** 10:10
**'90s** 10:10
**15th** 27:24
**24024988era** 8
**26th** 39:8
**28th** 40:19
**2nd** 2:11 29:6,15,21 34:12,13 (6)
**40plus** 29:15
**82nd** 33:18
**about** 8:2,7,18 17:18 19:14 20:3,19,22 21:3,7 23:7 29:7,8 31:21,25 32:1,3,24 37:6 (19)
**above** 21
**absolutely** 11:24
**accident** 7:25 8:2,16 14:6,24 19:18 22:20 26:22 32:24 34:16,21,22 37:11,13 (14)
**accidents** 11:18
**according** 7:24 15:5
**account** 25:8,9,10
**accountant** 7:8
**accounting** 7:1
**action** 40:15
**addition** 28:10
**address** 33:17,18
**administration** 1
**advertising** 6:7,8
**after** 7:16 8:24 14:20 22:9 23:8,9 26:10,19,20 29:16,19 30:2 32:20 35:9 37:8,23,23 (17)
**afternoon** 11:6
**again** 19:4 29:23
**agree** 31:1
**ahead** 9:5 22:14 23:5,13 36:11,19 (6)
**alarm** 18:13,24
**alleged** 19:21
**allegedly** 12:16 33:9
**allocated** 16:4
**allow** 24:10 26:1
**already** 8:21 14:13 21:13 34:11 (4)
**also** 10:5 12:19 22:6 30:9 (4)

**always** 10:19 19:2
**am** 40:12
**amount** 26:23 27:18
**anderson** 13:24
**andor** 40:18
**another** 17:3 28:19
**answer** 6:6 9:8 17:14 22:16 23:14 31:4 35:20 36:2,23 37:2 (10)
**anybody** 17:1 18:20,22 23:23 32:22 33:23 (6)
**anything** 8:2 9:14,15 10:14,22 20:24 21:17,19 32:24 (9)
**anyways** 20:23 21:8
**anywhere** 12:5 16:18
**apartment** 20:10
**apologize** 10:21 14:1 19:4 24:18 26:18 (5)
**appear** 8:25
**appearances** 2:1
**appeared** 39:7
**apply** 40:16
**are** 4:11 5:13 6:7,8,14 10:9 16:4,18 17:5 18:15 21:21 31:2 33:15,16,20 36:7,13,15,21 (19)
**area** 15:19
**arm** 12:3 15:9
**armpit** 15:9
**around** 6:25 19:13 35:5
**ask** 14:24,25 15:13
**asked** 28:13,17,19 35:8 (4)
**asking** 33:1
**association** 39:18
**assuming** 8:18
**attempted** 31:6
**attorney** 40:14
**august** 27:12 29:6,15,21 32:20 34:12,13 37:8 (8)
**authorized** 32:11 40:6
**auto** 7 4:13,14,21 5:11 6:2,12,17,22 10:8 11:23 19:24 24:9,9 32:16 (15)
**autos** 21:22,25
**avenue** 2:11 33:18
**aware** 30:8 36:7,13
**away** 16:3
**back** 5:4 7:16 8:21 10:4 12:23 14:23,25 19:11 24:23 26:2,11 27:16 29:2,14,16,17,20 37:23

**(18)**
**bad** 20:22 21:7,12
**bandage** 9:20,24
**baptist** 30:12,15,19
**barreto** 7:3,4,6
**basically** 12:11 16:17 20:2 28:16 (4)
**basis** 6:5 27:6 30:1
**bathroom** 15:23 16:15
**battery** 21:18 24:7
**bay** 23:22
**bburk@burkfirmcom** 2:12
**because** 7:24 14:11 21:12 25:2 27:22,23 31:19,25 32:1 (9)
**before** 17 8:23 12:13,17 14:6 21:4 34:21,22 37:13 39:7 (10)
**begin** 11:8 34:9
**beginning** 11:11
**behalf** 2:3,9
**being** 7:25 27:4 33:5,9 35:8 (5)
**believe** 8:14 11:11 12:18 18:7 (4)
**best** 34:24
**between** 19:22
**bill** 9:18 20:14 32:3
**bills** 20:15,20 21:1,3,12 31:1,7,14,21,23 32:7 35:8 (12)
**bit** 8:23 26:12
**blood** 12:4,5
**body** 24:9
**bonded** 39:18
**bookkeeper** 7:8
**both** 8:23 17:10
**brake** 21:18
**bring** 14:5 29:24
**brought** 14:21
**broward** 39:3 40:3
**bruce** 2:10 9:6 22:15
**buffer** 23:20
**building** 18:20 19:19 37:13
**burk** 2:10,10 9:3,7 22:11,16 23:2,10,13 31:3,9 35:12,18,25 36:9,17,20 38:4 (18)
**business** 33:21
**cable** 15:6
**call** 20:19 30:1 31:13,15 (4)
**called** 4:3 31:16
**calls** 24:6

**came** 8:15,25 17:24 25:1
29:16,17,20 37:22 (8)
**cameras** 18:15
**can** 4:9 5:2,4 9:8 12:23
13:5,11,12 15:19 16:5 22:16
23:13 25:2 27:13 33:16 34:6
37:2 (17)
**can't** 10:1 27:11
**car** 4:16 21:16,19 24:4
25:14,19 26:4 (7)
**cardenas** 4 6:18 8:4
**care** 3:10 21:9 32:12
35:9,16,23 36:15 (7)
**carlos** 7:3,4
**carmela** 13:6,21 14:1
**carry** 19:2
**cars** 6:7,7,8,9 10:16,19 11:2
19:7 21:21 26:2 33:11,14,21
(13)
**case** 32:8
**cause** 21
**ceda** 31:22,22
**cent** 26:25
**certain** 17:16
**certificate** 39:1 40:1
**certification** 40:16
**certified** 3:6 36:5
**certify** 36:3 39:6 40:6,12 (4)
**cetera** 6:10
**change** 28:14
**changing** 11:2 21:18,18,18
(4)
**charge** 11:1
**check** 25:9,16,16,18 27:5
28:1,4 29:5 (8)
**cigarette** 21:19
**citibank** 25:10
**claim** 8
**claims** 2
**classic** 10:10 21:22
**clean** 10:17 11:2
**cleaned** 24:5
**cleans** 13:16
**clear** 22:3
**client** 24:6 31:4
**clients** 6:6 24:1,4
**close** 11:11 35:4
**code** 18:12,23
**collections** 20:23 21:8
**come** 6:6 17:7 18:6 19:12

24:13,16 25:7 26:11 (8)
**comes** 15:8 37:20
**coming** 14:11 33:4
**commission** 39:17,21
**communicated** 35:3
**company** 20:6 22:5 29:12
33:10 (4)
**company's** 22:5
**compensation** 2 17:16,18
32:16 36:8 (5)
**computer** 26:1
**concluded** 38:10
**connect** 23:19
**consider** 34:19
**considered** 21:22
**contacted** 32:8
**continue** 26:19 27:10
**contracting** 34:19
**contractors** 25:6,13
**control** 40:18
**conversation** 14:8,15,19
19:21 (4)
**conversations** 32:19
**cooler** 16:9,11,16,23 (4)
**copy** 38:7
**cord** 15:6
**cords** 23:17
**correct** 5:23 7:7 8:11
14:21,22 18:2,18 20:1 21:14
27:18,19 28:2,7,8 29:1,18 31:2
32:4,17 33:13 36:16,24 40:10
(23)
**correctly** 8:6 9:19 14:16
21:11 25:25 27:2 32:14 (7)
**could** 9:21,24 17:18 19:6
21:17,19 24:15 29:25 (8)
**couldn't** 10:3
**counsel** 40:14
**county** 39:3 40:3
**couple** 6:24
**court** 38:8 40:21
**cousin** 6:24
**cousin's** 7:2
**covers** 15:8
**credit** 20:22 21:7,12
**cross** 3:2
**current** 33:3
**d** 2:4,10
**dad** 13:13 14:4,5 15:1,3 19:11
30:18 37:12,20,21 (10)

**dade** 2
**date** 27:11,13 35:2
**dated** 40:19
**day** 7:14 8:16,20 19:17 22:20
26:24 27:23 29:9,19 35:4
37:13 39:8 40:19 (13)
**days** 18:3,3,5 26:16 27:23 (5)
**daytoday** 6:5
**dealer's** 4:17
**dealers** 24:9
**dealership** 4:16 8:20 15:20
23:18,23 (5)
**decision** 32:15
**deep** 24:5
**denisse** 7:10,11
**dent** 25:23
**depending** 19:15
**depends** 19:7
**deposition** 15,20 38:10,12
40:7 (5)
**describe** 15:19
**detail** 11:2 17:5 23:24 26:1
(4)
**detailers** 24:9
**detailing** 10:14,16 16:6
**determined** 28:9,12
**didn't** 9:6,13,15 14:25 21:11
29:17 30:5 32:1,1 (9)
**different** 13:19 17:20
**differentiate** 17:11
**direct** 3:2 4:7 40:18
**direction** 40:18
**dirty** 24:5
**disbelieve** 11:22
**disbelieving** 12:1
**discussed** 28:13
**district** 2
**division** 1
**doctor** 22:9,22,23
**doctors** 29:25
**does** 5:6 8:17 10:12 12:20,25
14:4 16:8 29:6 40:16 (9)
**doesn't** 13:11,15,17
**doing** 15:13 17:5 25:12
**dollar** 27:8
**done** 24:2 31:17 34:15,16,18
(5)
**door** 12:9 16:13,14,17 (4)
**doral** 33:17,18
**down** 12:3 37:21

**drill** 23:20
**drove** 10:4
**due** 29:12
**duly** 4:3 39:8
**duration** 26:15
**during** 26:3
**duty** 30:1,2
**early** 10:10
**either** 13:11 16:13 23:23
24:24 25:2 (5)
**else** 18:20,22 23:23 32:23 (4)
**emails** 6:6
**employed** 4:11 14:11
**employee** 5:18 6:19 17:4 20:3
40:13,14 (6)
**employeeclaimant** 5 2:3
**employees** 6:13,14,17
**employer** 33:3,8 36:14
**employercarrier** 9 2:9
**employing** 33:4
**end** 7:12
**ended** 28:20
**es** 34:7
**esquire** 2:4,10
**establishment** 10:21
**estimate** 19:9
**estrada** 2:4
**et** 6:9
**even** 12:14 21:4,4 26:10 27:3
29:20 34:15 (7)
**ever** 6:16,20 8:1 11:15,18
20:9,15 22:21 23:22 29:23
30:15,22 37:12 (13)
**every** 18:5 26:13,23
27:8,17,20,21,24 28:16,18 (10)
**everybody** 33:25
**everything** 12:6 22:2
**evidence** 19:23,25
**exact** 27:11 35:2
**exactly** 17:23 28:23 33:17
34:8,10 (5)
**examination** 3:1 4:7
**examined** 4:4
**experience** 21:24
**expires** 39:21
**extension** 15:6 23:17
**extra** 17:16 34:20
**fallen** 12:7
**far** 19:1 24:8 34:9
**father** 6:1,15,22 7:20 8:6,9,20

10:5 12:2,21 13:1
14:17,17,18,20,21 18:19,23
19:22 24:11,25 32:23 37:17,24
(24)
**february** 39:8 40:19
**feet** 16:3
**fell** 15:6,12
**fernando** 5:20,21 7:19,25
30:7 (5)
**filed** 20 32:7
**financial** 29:12
**financially** 40:14
**find** 13:12
**finding** 35:5
**fine** 5:5 9:10
**fired** 11:15 26:25 29:9,10
35:4 (5)
**firm** 2:10
**first** 4:3 19:18 27:22 28:17
29:3,4 (6)
**five** 18:4,5
**fix** 10:17
**flagler** 2:5
**florida** 1,19 2:33135,33701
33:19 35:15 36:7 39:2,6,13
40:2 (11)
**fluctuate** 19:6
**follows** 4:5
**followup** 38:5
**foot** 29:22
**foregoing** 40:9,15
**form** 9:3,7 22:11,17 23:2,10
31:3,9 35:12,18,25 36:9,17
(13)
**fountain** 15:7
**four** 19:3 28:19
**frank** 2:4
**friday** 29:9
**friedman** 2:4
**full** 26:13,13,23 29:14 (4)
**fulltime** 37:9
**further** 40:12
**gave** 28:17,20
**general** 21:17,20
**generally** 36:13,16
**get** 5:2 10:16 13:5 16:8 17:1
21:6 22:9,21,23 23:9 27:20,21
33:6 (13)
**gets** 26:5
**getting** 11:1 14:23 34:15 35:6

37:17 (5)
**girlfriend** 12:18,25
**girlfriendroommate** 13:22
**give** 13:4 17:15 27:12 33:16
(4)
**go** 5:4 6:9 8:12 9:5 16:5
19:1,18 20:19 22:14 23:5,13
27:16 29:2 36:11,19 (15)
**goes** 8:9 13:16
**going** 14:5 15:14 20:20
**goncalv** 34:7
**goncalves** 34:5,20 35:2 37:7
(4)
**good** 20:7,7
**got** 7:16 8:19,22,23,24
12:2,14 14:25 17:15 26:14
27:22,24 29:16,20 37:23 (15)
**guess** 5:20 28:12 37:3
**guy** 22:4
**half** 13:4 29:22
**handful** 20:12
**hang** 33:6
**happened** 7:17 8:2 12:4,5,9
14:10,14,24 15:1,2,4,11,15
(13)
**happens** 12:19
**hardship** 29:12
**has** 10:8
**having** 4:3
**he** 7:24 8:7 9:2,10,10,12,13,13
,14,15,16,20,22 10:1
11:1,4,5,8,18
12:2,9,9,11,12,13,16,17 13:11
14:12 15:5,11,13,14
17:12,12,15,17,21 18:6,12
19:12 20:2,7,7,8,23
21:5,6,11,12 22:1,10,12,24
23:8,8,9,19
26:10,10,14,14,15,24,24,25
27:3,4,17,20,21,22,24
28:11,13,16,17,19 29:14,16,16,
17,17,19,19,20,22,24,25 30:5,1
2,12,15,15,17,18,18,20,21,22
31:15,18,19,20 32:20 33:4,8,9
34:11,14,15,16,18 37:12,16,22
(116)
**he's** 26:16 37:21
**health** 30:10
**hear** 9:6
**heard** 12:11

**hearings** 1
**heart** 5:2
**held** 4:22
**help** 24:5,7
**her** 7:10 13:3,4,5 (4)
**here** 6:24 7:25 8:22,23,24
11:5 12:2 19:7 26:14,15
33:5,17 37:16,17 (14)
**hereby** 39:6 40:6
**hh** 39:17
**him** 7:18 9:17 10:4 12:12,16
13:5,15,16,17 14:24,25 15:13
17:15 20:5 21:5 22:1,6,9,23
25:3 26:11,20 27:8,10 28:18
29:3,4,9,10,21 30:9 32:5 33:4
34:15,16 35:4,6 37:21 (38)
**himself** 8:7 18:9 20:21 37:22
(4)
**hire** 17:6,7 24:15
**his** 5:25 12:3 14:12 15:9,9
20:22 26:22 27:4 33:3 35:9
(10)
**hold** 35:1
**holder** 4:20
**holding** 12:3
**hospital** 7:17,18,21
8:10,13,21 9:16 10:5 14:21
20:14,15,19 22:10
30:6,13,16,19 37:23 (18)
**hour** 17:22,24 18:1
**hours** 11:4 18:6,7 19:10 26:24
29:15,18 (7)
**house** 13:16 20:10
**housecleaning** 12:20,21 13:1
**housekeeping** 14:4
**how** 5:10 8:2 16:8
17:11,21,23 19:14,15 20:18
21:2 22:6,24 23:7,8 24:22
25:17 28:9,12,20 31:14,21 (21)
**however** 12:4 14:11
**hundred** 35:11
**hurt** 8:7 19:23 26:10 29:16
37:22 (5)
**hurting** 9:14
**i'll** 19:16 25:22 27:16
**i'm** 5:17 8:5,18 10:21 12:22
13:25 16:20 18:18 20:2
21:2,10 22:3,16 26:17 27:15
31:3,11 33:1 35:19 36:1 (20)
**i've** 10:20 20:11

**idea** 15:16 37:8
**imagine** 18:11
**incident** 7:15 16:24
**inclusive** 40:10
**independent** 25:5,13 34:19
**indicate** 12:8
**individual** 4:23
**individuals** 24:10 25:5,7
**injured** 3:11 12:14,17 29:20
35:17,24 36:15 (7)
**injuries** 11:19 14:12
**injury** 9:1 11:22 35:9
**inside** 18:16
**instructing** 31:4 35:19 36:1
**insurance** 30:10 32:17
**interested** 40:15
**into** 15:12
**inventory** 19:2 22:5 26:5,6,7
(5)
**is** 4:14,20 5:14,16,21 7:6,10
8:7 10:7 13:4,19 15:21,24
16:15,18,22,22,23 17:25 18:3
19:3,22 20:22 21:7 22:4
24:4,18 25:2,10 27:18 28:9
31:17 32:22 33:18 34:23
35:7,17 36:22 38:12 40:10 (40)
**isn't** 4:22
**items** 17:17
**itself** 37:12
**ivan** 5:20,20,21
**jackson** 8:12
**january** 8:17 39:21
**job** 10:25
**jr** 2:10 9:3,7 22:11,16
23:2,10,13 31:3,9 35:12,18,25
36:9,17,20 38:4 (17)
**judge** 2
**jumping** 12:3,10 37:21
**june** 11:23 19:24 22:21 24:23
26:19 30:2 (6)
**just** 5:17 7:25 8:7 9:2,14 11:1
12:4,8,9,10,22,23 13:15
14:17,18 17:15,19 18:18
21:2,17,20 22:17 25:9
27:15,16 29:2,17 36:16,20
37:22 (30)
**keep** 20:5 24:22 26:8
**kept** 21:7
**key** 18:8,20
**kind** 6:10 24:15

**knew** 31:25 32:3
**know** 4:25 5:2,9 9:15 10:17
11:2,3 13:11 15:7 16:23 17:23
18:11 19:4,7 23:1,6,12,15
24:18 25:17,22 28:23 30:8,20
31:17 32:1,6 33:23
34:1,9,10,10,14,15,16
37:3,4,10 (38)
**knowledge** 30:7 31:20 34:24
**known** 10:9
**knows** 32:24
**lady** 7:1,8
**large** 19 39:6,13
**last** 13:5 27:23 29:5 34:6 35:1
(5)
**later** 37:22
**law** 2:10 35:15 36:7,21 (4)
**lawsuit** 14:6
**leading** 36:21
**learn** 8:1
**learned** 22:2
**least** 16:3
**leave** 19:13,16
**leaves** 26:6
**legally** 36:22
**less** 11:8 19:12 20:12 33:22
34:25 (5)
**let** 12:22 15:17 18:9 20:25
22:19 26:1 27:1,14,15,19 32:6
33:6 (12)
**license** 4:18,20,22,25 5:6 (5)
**lifted** 10:1
**lifts** 10:22,24 15:25
**light** 30:1,1
**lighter** 21:19
**like** 5:14 9:13,14,20
10:10,14,22 11:3,12 12:3,20
13:23 15:6,14 20:2 21:22
23:20,20 24:14 25:14,16,22,23
27:3,19 29:5,21 34:19 37:22
(29)
**limitations** 5:7 30:2
**limited** 30:1
**line** 33:20
**line22** 3:7
**list** 26:7
**little** 8:23 10:17 11:3 12:24
26:12 (5)
**lives** 12:12
**living** 12:15

llc 7 4:13
located 15:21 16:15 18:16 33:15 (4)
long 5:10
longer 6:8
look 21:5 24:16 26:2
looked 9:10
looks 29:5
lot 19:3 26:16
lunch 11:7 18:1
machines 23:19
made 12:6 32:16
main 16:13
mainly 29:13
make 6:8 17:21 37:5,18 (4)
manager 6:11
many 17:20
marcio 34:5
marcio's 34:6
mateo 15 4:2,10 39:7 40:8 (5)
may 29:6
maybe 6:23,24 20:13 30:7,20 (5)
mayor 33:11,12,14
me 3:9 6:15 9:10,15 12:22 13:4 15:17 17:18 18:18 20:2,25 22:19 27:1,12,14,15,19 30:17,17 31:17 33:6 35:14,22 39:7,8 (25)
mean 9:2,9,25 11:21 17:14 20:1 21:16 24:3 26:4 31:1 32:25 35:1,7 36:12 (14)
means 40:17
mechanic 6:9 24:14
mechanical 22:6
mechanics 24:9
medical 3:10 31:14 32:11 35:8,9,16,23 36:15 (8)
memorial 8:12
memory 25:2
mentioned 15:1,2 21:4
miami 2 30:6 33:17
middle 27:7,23
might 19:6 25:22 27:14,21 30:8 (5)
mind 8:6
minus 17:25
minute 26:14,23
misael 4 6:18
missed 26:16,25

month 11:10 13:16 17:24 27:7,17,22 28:18 29:22 (8)
monthly 14:4
more 6:16,21 11:8 19:3,12 28:18,20 29:22 33:22 34:25 (10)
morning 11:6
mostly 10:10
motor 5:7,8
mri 30:21,23 31:16,17 (4)
much 17:21 19:16 31:14 36:12 37:4 (5)
multiple 12:13 32:25
my 6:15,23 8:5 12:2,21 14:18 15:1 21:7 26:17 30:7 31:20 33:6 34:24 37:3,17 39:17 40:11 (17)
myself 20:11
name 4:9 7:2,10 13:3,4,5 34:6 (7)
national 39:18
near 16:1,16,18
necessarily 13:17
need 21:6 24:6 32:6 38:7 (4)
needed 17:6,7 23:8,9 24:2,13 30:21 37:9 (8)
needs 24:5
never 10:20 26:25 29:16,19,20,22 30:17 31:18,19,19,20 (11)
new 24:6
next 15:22 16:17
nice 10:21
nicely 12:7
no 8 4:24 5:15 6:3,7 11:17,20 12:4,5 13:20 14:2 15:16 17:3 18:17,21,25 19:25 20:3 22:23 26:13 28:6,16 29:19 30:4,7,11 32:10,13,21 (29)
nor 40:13
normal 27:4
north 2:11
northwest 33:18
notary 18 39:5,12,18 (4)
noted 21:15 25:13,15
notes 40:11
nothing 12:7,8 31:18
notice 20
november 11:12
now 6:13 16:19 29:24

nowhere 12:6
number 5:1 11:13 29:18
oath 4:4 39:1
object 9:3,7 22:11 23:2,10 31:3,9 35:12,18,25 36:9,17 (12)
objecting 22:17
obtain 32:16
occurred 8:3 12:1 14:6,20 16:24 (5)
offer 20:15 21:2 22:21 30:23 31:23 32:1 (6)
offered 20:16,18 21:1,4 30:21 31:24 32:5 (7)
offering 20:19
office 2,2 14:11 16:20 29:23 31:22 (6)
oh 13:25 16:12 20:16 24:13 25:18 (5)
old 10:19
once 13:16 26:5 27:21,24 (4)
one 5:13,14 12:2 13:9 16:8 17:25 19:18 23:19 31:15 35:11 (10)
onehour 11:6
only 8:4 14:20 20:3,11 22:4 25:2 29:25 (7)
opened 12:9
operation 19:5
orthopedic 31:22,22
other 6:2 9:9 11:18 18:5,18,22 19:21 22:20 24:8,10,10 28:4 32:22 38:2 (14)
our 25:9 26:4,6
ours 34:17
out 13:12 15:8 17:24 18:9 22:25 23:22 24:20 25:8 28:1,2 33:7 35:5 (12)
outside 15:22 16:7,9,12,21 20:11,12 34:17 (8)
outstanding 31:2
outstanding 31:2
over 12:7 15:6 17:20 28:21,23 (5)
owner 34:3
owners 5:14,19 6:2
p 13:23
pa 2:4
pads 21:18
page 3:7

pages 40:9
paid 17:12,15 21:6 25:3 26:14 27:4,8,17,20,21,22,24 28:16 29:3,4,21 31:19 33:5,9 (19)
pain 12:10
pamela 13:4,7,23,23,24,25 14:3,16 19:22 32:22 (10)
papers 9:16
part 6:18 15:8,9
particular 8:16,20 10:7 19:17 25:8 (5)
parties 40:13
parttime 37:9
pay 3:10 20:15,20,23 21:1,2,6,12 25:8 26:20 27:10 30:21,23 31:1,6,18,23,24 32:4 35:8,23 (21)
paying 21:3 26:11
payment 25:4
payments 21:15
pedro 7:3,4
pen 33:7
people 32:25 33:2
per 17:24 28:18,20
percent 35:11
performance 7 4:13,14,21 5:11 6:2,12,17,22 8:15 10:8,12,20,23 11:9,23 19:24 32:15 (18)
performing 24:23
period 26:3
person 12:15 13:19,20
personally 39:7
petersburg 2:33701
phrase 27:19
physically 27:4
picturing 8:5
place 14:9,16,20 18:9 (4)
places 16:4
planning 12:13,16
please 4:9
pllc 2:10
plus 27:5
pm 12,12 38:10
point 28:15 29:10 30:21
position 5:16
prado 15 4:2,10,11 5:20,23 39:7 40:8 (8)
premises 24:12
prepared 11:2

price 26:13
principals 5:13
prior 7:25 14:13 22:1 34:11,13,15 37:16 (7)
probably 13:5 20:12 33:3 35:4 (4)
process 15:14 16:6
professional 18 40:5
property 26:3 35:10
provide 13:12 30:9 35:16 36:14 (4)
providers 31:14 32:9
public 18 39:5,12
puncture 12:6
purchase 5:8
pursuant 19
put 6:7 19:8 25:22
qualified 36:22
question 3:6 22:17 26:17 27:16 36:4,5 (6)
questions 36:21 38:2,5
r's 7:6
raise 28:13,17,19
random 34:16
reading 38:6,11
ready 6:9 10:16
really 9:13 10:3 11:11 17:14 19:4 25:1 (6)
reason 11:21,25 29:11
recall 10:1
receive 17:8 28:11
received 17:13,17
record 36:20 40:10
records 28:25
recross 3:2
redirect 3:2
refer 15:25
referred 7:9 13:19
regarding 10:8 25:4 35:3 36:7 37:7,11 (6)
registered 17 40:5
regular 11:4 27:5 28:10
relation 5:25 15:24
relative 40:12,13
remember 9:19 10:2 11:10
removal 25:23
rent 23:22
repair 23:24 25:18
repairing 21:25
repairs 10:14 21:16 25:14

rephrase 22:19
replace 17:1
report 40:7
reporter 18 38:8 40:1,6,18,21 (6)
reproduction 40:17
requested 40:9
responsibility 35:15 36:14
review 40:8
rico 4 6:18,21 7:20,24 8:6,10 9:1 11:16,22 14:5,10,20,23 15:5 17:2,8 18:8,19,23 19:18,23 20:21 21:3,16,24 22:21 24:11,24 32:20 34:2,8,23 35:3,9 37:13,16,20,24 (39)
rico's 7:15 10:25 20:9 32:24 (4)
right 6:13 8:7,17,18 13:14 15:22 16:17 24:18 29:7,8 33:6 37:5,18 38:1,4 (15)
rodman 2:4,4 3:3,8 4:8 9:4,11 22:13,18 23:4,16 31:5,10 35:13,21 36:3,6,10,18 37:1 38:1 (21)
rogers 17 39:5,12 40:5,21 (5)
ronald 2:4
ronrod@frflawgroupcom 2:6
roommate 12:19 13:18
roommategirlfriend 14:3
s 7:12,13
s's 7:10
said 8:4 9:6,7 12:16 13:6 14:1 16:16 (7)
salary 17:15 27:5 28:11
sale 5:7 26:3
sales 6:11
same 13:20 16:22 27:17 29:18 33:20,21 37:6 40:17 (8)
saturday 18:6
say 15:3 17:23 19:8 20:18 25:18 37:12,14 (7)
saying 14:13 21:7 29:25
says 8:7
second 13:5,9 27:12,16 (4)
secondly 12:11
security 18:12,15,24
see 9:21,24 12:22 20:25 26:2 27:1,14 29:3 31:14 (9)

**seem** 9:13
**seemed** 9:14
**sees** 37:21
**sell** 10:9
**sellers** 24:8
**send** 20:23 21:8 29:24 30:5 (4)
**separate** 12:23
**set** 12:6 16:22
**seven** 18:3
**she** 12:18,19,20,25 13:13 14:12 (6)
**shirt** 9:22,23,25 10:2 (4)
**shop** 15:19,20
**shortly** 8:24
**show** 9:15
**side** 16:13
**signature** 39:12 40:21
**signing** 38:11
**since** 26:15
**single** 26:13,25 27:8
**sir** 4:9 16:25 37:2
**six** 18:3
**skip** 27:15
**slip** 30:5
**slips** 29:25
**so** 6:13 7:17 8:14,22 11:13 12:20,22,25 13:21 14:3,15,19,23 15:19 16:4,5,21,22 17:1,5,11,17,21 18:6 19:21 20:25 21:1,10 22:3,9 24:17 25:24 26:7 27:1,3,15,17,20 28:14,18 29:21 30:9,25 31:18,21,25 32:3,7 34:18 35:7 37:20 (51)
**sold** 26:6
**some** 9:1 14:4 18:12 24:20 25:1,25 28:15 30:20 34:18 (9)
**somebody** 12:12 17:6,7 24:13,15 25:1 35:16 (7)
**somehow** 25:13
**something** 10:19 11:12 12:8 15:15 17:19 23:20 24:2,14,14 25:21,23 27:12,14 31:25 (14)
**sometimes** 24:1 25:17 27:21
**somewhere** 27:15 31:16
**sonia** 17 39:5,12 40:5,21 (5)
**sorry** 5:21 9:6 12:22 13:25 16:10 22:15 26:17 30:14 31:11 (9)

**sort** 9:1
**sound** 8:17 29:6
**sounds** 8:18 20:2 29:8
**south** 30:5
**space** 23:22
**speak** 21:3
**specialty** 10:7 24:20
**specific** 17:19 19:10 24:14 25:22 26:3 (5)
**speculation** 23:3,11
**spell** 34:6
**spoken** 32:23
**staged** 16:5
**started** 26:15 34:14 35:5
**state** 1,19 39:2,6,13 40:2 (6)
**stenographic** 40:11
**stenographically** 40:7
**stepped** 29:22
**still** 13:13 14:10 26:11 27:4 33:5 34:23 (6)
**stitches** 9:19 22:25
**storage** 10:24
**store** 23:23
**street** 2:5
**strike** 15:18
**stub** 25:16,18
**stuff** 6:10 11:3 24:15
**subcontract** 24:19
**subcontractors** 25:5
**such** 25:5 40:14
**sued** 35:6
**suing** 12:13,17
**suite** 2:11
**super** 24:4
**supposed** 11:5 22:24 23:8 26:24 (4)
**supposedly** 15:11 34:17
**sure** 6:8 10:21 13:6,10 37:3,6,19 (7)
**sworn** 4:4 39:9
**system** 18:12
**take** 6:7,9 7:20 14:9 24:16 28:2 (6)
**taken** 17 22:25
**taking** 20
**talking** 37:6
**taught** 22:1,6
**taxed** 28:5
**taxes** 28:2
**tell** 3:9 4:9 10:3 17:18 20:20

27:11,13 30:12,15,18 35:14,22 (12)
**telling** 24:4
**tend** 6:6
**term** 25:6
**terminated** 11:15 32:20
**testified** 4:4
**testimony** 21:11 30:25
**than** 6:16,21 9:9 18:19,22 19:21 20:12 22:20 24:10 32:22 (10)
**thank** 38:3,7,8
**that's** 5:4 6:15 14:12 15:11 18:7 21:6 28:18,20 29:9 31:19 33:1 37:5,18 (13)
**their** 23:24,24
**them** 8:24 10:17 20:20 24:6 25:8 (5)
**there's** 6:13 10:24 31:18
**thereupon** 4:1 36:5
**these** 36:21
**they're** 16:1,1
**thing** 37:6
**things** 10:17 11:3 12:13 17:16,20 (5)
**think** 3:9 8:22,22 12:20 22:12 30:22 35:14,22 38:2 (9)
**third** 6:19
**those** 11:16,19 15:25 21:25 25:7 28:5,25 31:23 33:2 (9)
**though** 26:10 27:3 29:20
**thought** 13:25
**three** 18:6 19:3 20:13 27:22 (4)
**through** 16:5,13 29:6 39:18 40:10 (5)
**time** 6:21,25 15:14 17:20 26:3 28:15,21,24 29:3,4,10 31:15 35:1,5 38:7 (15)
**times** 20:12,13 24:19 27:22 (4)
**title** 5:17
**today** 16:22
**told** 9:10 14:4,12 20:21,21 21:5,5 30:17,20 31:15,17 32:5 34:1 (13)
**too** 12:19
**took** 7:18 14:16,19
**top** 10:2 15:7
**torres** 7:11,12

MATEO PRADO

**total** 18:7
**track** 24:22
**transcript** 38:6 40:8,9
**treatment** 3:11 23:8,9
35:16,24 (5)
**tripped** 15:5,12
**true** 40:10
**trusted** 20:3 22:4
**tuning** 10:13
**twelve** 5:12
**two** 6:13,14,16 7:6,10 20:13
27:20,24 28:4,17 (10)
**twoweek** 28:1
**type** 4:17 10:14 18:12 21:22
22:6 25:25 33:21 34:18 (8)
**types** 10:8 21:25
**typically** 6:4
**uhhuh** 7:5
**under** 4:4 12:3 15:9,9 35:15
40:17 (6)
**underneath** 9:23,25
**understand** 14:16 24:17
25:25 27:1 30:25 32:14 (6)
**understanding** 21:10
**unless** 40:17
**until** 26:24 27:9 31:17
**up** 10:1,14,17 12:3,7,23 16:22
27:9 28:20 37:21 (10)
**upsetting** 35:7
**us** 4:9 12:13 14:12 20:22 21:5
22:1,2 24:4,6 30:20 31:15 32:6
(12)
**use** 25:6
**used** 23:18
**uses** 23:20
**usually** 19:11,16
**vehicles** 5:7,8 10:8,13,13 16:5
19:1,3 22:5 23:24,24 24:20,23
(13)
**versus** 17:12
**via** 14
**victor** 34:7
**videoconference** 14
**vs** 6
**w2** 17:8,12
**waive** 38:5
**waived** 38:12
**walking** 16:13
**walks** 8:6
**want** 19:8 21:11 25:6

**wanted** 37:5,18
**warehouse** 15:23
16:6,7,9,12,21 18:16 (7)
**wasn't** 26:14 30:8
**water** 15:7,8 16:8,10,11 (5)
**waterfront** 15:21
**way** 25:2 29:21
**we'll** 21:6,8 24:7 38:5 (4)
**week** 18:3,4,5,7 28:20 29:15
(6)
**weeks** 27:20,24 28:17,19 (4)
**well** 3:9 8:19 9:22 15:1,17
20:21 22:3,12 27:19 29:17
33:1 35:22 (12)
**went** 15:9 22:10,12
30:12,15,18,22 31:18,20,20
(10)
**west** 2:5
**what's** 7:2 11:25 13:3
**whatever** 21:5 25:6,21,22
32:5 (5)
**when** 6:18,21 7:17 8:15,19,25
11:8 12:2 14:8,12,13,25 15:15
16:23 20:18 21:6,15 27:9
28:13,23 29:3,4 31:16
34:8,10,14,25 (27)
**whenever** 13:15 17:7
**where** 12:5 15:8,20,20,24
16:18,23 19:2 24:19 25:15,15
33:15 (12)
**whereupon** 38:10
**whether** 10:13 28:9 37:8
**which** 17:12,12 36:22 37:4 (4)
**while** 3:11 11:22 14:10 19:24
27:21 33:4,9 35:17,24 36:15
(10)
**who** 3:11 4:11,20 5:19 6:14
7:9,18 10:4 14:3 18:20,23
24:22,24 33:1,8 34:1 35:16,24
36:15 (19)
**who's** 12:15 34:4
**whole** 26:15
**wholesalers** 7 4:13,15,21 (4)
**whom** 37:14
**why** 3:9 7:20,22 20:5 31:19
35:14,22 (7)
**will** 18:6 20:23 25:18 26:5
28:10 (5)
**wipers** 11:3
**witness** 4:3,6 9:9 22:12,15

**23**:12,15 35:19 36:1,22,24 (11)
**wondering** 21:2
**word** 24:18
**work** 10:12 11:4 13:15,17
17:5,12 19:11,16 22:7
24:1,11,16,20,23 25:1,7,12
26:11,24 29:17,20,25 33:4
34:16,20 37:7,9 (27)
**worked** 5:10 6:24
**worker** 20:7
**worker's** 3:10 35:23
**workers** 36:8,15
**workers'** 32:16 36:8
**working** 3:11 6:22 11:9,22
19:24 20:5 26:15 27:3 29:14
30:2 33:9 34:2,9,11,23
35:17,24 36:16 (18)
**works** 13:13
**worries** 14:2
**worry** 20:22,24,24,24 21:7 (5)
**would** 5:19 7:19 10:5 16:20
17:12,21 18:11 19:8,11,12
23:17 24:1,5,10,19,22
25:7,8,12,24,25 26:1,1 27:20
28:2,5,11,25 29:2,9 31:1
32:4,14 33:2 34:1,19 35:2 (37)
**wrapping** 9:21,24
**wrong** 18:18 20:2
**x** 25:19
**y** 25:19
**yeah** 6:18 7:23 8:8 9:18
10:16,24 16:7,17 21:23 24:13
29:2,8 34:14 37:16 (14)
**year** 6:25
**years** 5:12 6:24 11:13,16,19
20:3,6 (7)
**yes** 4:19 5:22,24 10:6 11:14
13:2 14:6,7 16:25 18:10,14
19:20 20:4,16 22:8 24:21
25:11 26:9,21,23 27:8 28:3
30:24 31:8,12 32:5,18 34:24
37:24,25 (30)
**you're** 35:8
**your** 4:9 5:16 6:22 7:2,20
8:6,9,20 10:5 11:25 13:1,13
14:4,5,17,17,20,21 15:3
18:19,23 19:4,10,22 20:3
21:11 22:4,5 23:23 24:11,24
30:18,25 32:15,23 33:10 35:9
37:12,20,21,24 (41)

MATEO PRADO

**yourself** 6:5,21 18:19,23
19:14 24:11,24 (7)
**z** 7:12 25:19
**300** 12 2:11
**400** 12 38:10
**450** 28:5,10,14,18 29:4 (5)
**500** 27:7,25 28:5,10,14,20
29:3 (7)
**600** 11:6 17:25 19:13,15 (4)
**630** 19:16
**700** 19:15
**1000** 11:5 17:25 19:15
**1030** 19:12
**1050** 28:3,16
**1099** 17:9,13
**1550** 9:19
**2000** 10:11
**2012** 6:23,25 11:11,12 (4)
**2024** 8:17 19:11,24 24:23
30:3 37:8 (6)
**2025** 26 39:8 40:19
**2029** 39:21
**3000** 28:18
**3500** 17:24 28:21
**3505** 33:18
**3636** 2:5
**33122** 33:19
**33135** 2:33135
**33701** 2:33701
**609476** 39:17
**6212024** 6