UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## DECLARATION OF MISAEL CARDENAS RICO

I, Misael Cardenas Rico, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Misael Cardenas Rico.
2. I make this Declaration upon my personal knowledge.
3. I am over the age of 18, *sui juris*, and competent to testify as to the matters contained in this Declaration.
4. I worked for the Defendants at Performance Auto Parts, LLC, until I was injured at work on June 21, 2024.
5. My job was to make the car the Defendants were buying, selling, or brokering look as good as new,
6. My work for the Defendants involved washing, detailing, performing cosmetic repairs, and doing minor work on the cars.
7. Besides washing or detailing the cars, I would regularly remove, repair, or replace, as needed, items that were broken or did not look good, such as headliners, mirrors, switches, and other broken parts.
8. Although most of the work I did on the cars was cosmetic, I would also perform some light mechanical work, such as replacing batteries, brake pads, and fluids.
9. I would regularly need to replace a part, such as a switch, headliner, or mirror, on a car.

10. If I could not fix a part that was not working properly, I would tell Mateo Prado, and he would order the part online – either from eBay, Amazon, or another online vendor.
11. Since I was the first person to arrive at work, another part of my job was to collect the packages left outside, which contained the car parts, and bring them inside the dealership.
12. I would take packages containing parts inside for the Defendants most days I got to work.
13. I would look at the packages that arrived, either before or while I would bring them inside, and most of them would come from outside of Florida.
14. On occasion, I would even sign for receiving packages that came from outside of Florida for the Defendants.
15. I would then incorporate the parts that arrived from outside of Florida into the cars before Defendants sent them to their final destinations.
16. Many of the cars that I would work on at the Defendants' dealership would either come from outside of Florida or be sold to buyers outside of Florida.
17. The cars that I repaired would then be sold to customers both in-state and out-of-state.
18. This meant that I would regularly repair cars that were from Florida or came to Florida from elsewhere, and cars that would stay in Florida and others that were being sent to somewhere out of Florida after I worked on them
19. From Monday to Friday, I usually worked from approximately 10:00 a.m. to about 6:00 p.m.
20. When I would take breaks during the days I worked for the Defendants, which was rare, they would not last more than 10 to 15 minutes at a time.
21. I often would eat my lunch while I worked.
22. I worked every other Saturday from 10:00 a.m. to 2:00 p.m., either at the Performance Auto Wholesalers, LLC, location or at Fernando Ivan Prado's home.
23. Usually, I was the first person to arrive at work for the Defendants.
24. I also was regularly the last person to leave while working for the Defendants.
25. I did not write down or document the hours I worked for the Defendants.
26. Defendants paid me a salary of $3,500.00 per month.
27. My annual salary from the Defendants was $42,000.00.
28. I estimate that I regularly worked 44 hours a week, or 4 hours of overtime a week.
29. If I were paid by the hour instead of by salary, my hourly rate would be $18.36 per hour for forty hours of work per week.
30. I took one week of paid vacation in December of 2021 and 4 weeks of paid vacation in December of 2023.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

_Misael cardenas rico_
Misael Cardenas Rico

## INTEPRETER'S ACKNOWLEDGEMENT

On July 22, 2025, [name of translator], personally known to me, affirmed that the foregoing was translated for Misael Cardenas Rico, and that he fully understood the and affirmed the contents of the foregoing.

By: _Hillary Hurtado_
Interpreter's Signature

_[Notary signature]_
Notary Public Signature

Stamped:

```
STEFFANY SANGUINO
Notary Public-State of Florida
Commission # HH 196413
My Commission Expires
November 08, 2025
```

**Signature:** _[signed]_
Misael Cardenas rico (Jul 22, 2025 15:31 EDT)
**Email:** misael.ca@icloud.com

**EXHIBIT A**

# PERFORMANCE
## wholesalers AUTO
10859 NW 21st Street
Miami, FL 33172
305-477-0517

Miami 6 Agosto 2024

Sr. Misael Cardenas Rico,

Por la presente ponemos en su conocimiento la decision de prescindir de sus servicios como trabajador en Performance Auto Wholesalers LLC.

Quedamos agradecidos por la labor que desarrollo en el tiempo que trabajo con nosotros.

Sin mas, y deseandole lo mejor en el futuro.

Atentamente

*Fernando I Prado*

General Manager