

**PERFORMANCE**
wholesalers **AUTO**

10859 NW 21st Street
Miami, FL 33172
305-477-0517

Miami 6 Agosto 2024

Sr. Misael Cardenas Rico,

Por la presente ponemos en su conocimiento la decision de prescindir de sus servicios como trabajador en Performance Auto Wholesalers LLC.

Quedamos agradecidos por la labor que desarrollo en el tiempo que trabajo con nosotros.

Sin mas, y deseandole lo mejor en el futuro.

Atentamente

Fernando I Prado

General Manager