UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF STRIKING**
## **MOTION FOR SUMMARY JUDGMENT [ECF NO.**

Plaintiff, Misael Cardenas, Notifies the Court and all parties of the Striking of his Motion for Summary Judgment [ECF No. 43.]

Respectfully submitted this 22nd day of July 2025.

                                              *s/Brian H. Pollock, Esq.*
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              Gaelle W. Colas, Esq. (100681)
                                              gaelle@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:  305.230.4884
                                              *Counsel for Plaintiff*