UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**DEFENDANTS'** ***UNOPPOSED*** **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, file this *Unopposed* Motion for Extension of Time within which to respond to Plaintiff's Motion for Summary Judgment, and in support state as follows:

1. On July 22, 2025, Plaintiff filed a Motion for Summary Judgment in this matter against Defendants, PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO. See, ***DE #44***.

2. Defendants' response to Plaintiff's Motion for Summary Judgment is due on August 5, 2025.

3. Defense Counsel has been working diligently to gather the requisite information to respond to Plaintiff's Motion for Summary Judgment, however, Defendant respectfully requests an extension of time to respond to Plaintiff's Motion for Summary Judgment, as Defense Counsel needs additional time to speak with the Defendants to gather pertinent information, relevant

documents necessary to prepare a proper response have yet to be received, and additional time is needed to review said documents and to formulate an appropriate answer.

6. Because Defendants wish to ensure a proper and factually-based response and Memorandum of Law, Defendants ask for a brief, three-week extension of time to respond to Plaintiff's Motion for Summary Judgment, up to and including August 26, 2025.

7. Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

8. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action as this matter.

9. The undersigned conferred with counsel for Plaintiff on August 5, 2025 and was advised that Plaintiff **does not** oppose the requested three-week extension.

WHEREFORE, Defendants, PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, respectfully request the entry of an Order extending the time within which Defendants may file their response to Plaintiff's Motion for Summary Judgment until and including August 26, 2025; and granting such other relief as is just and proper.

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned certifies that on August 5, 2025, conferral with Plaintiff's counsel, Brian H. Pollock, Esq., occurred via email regarding the relief requested herein, and the undersigned has been permitted to represent that the Plaintiff **does not** oppose the relief requested herein.

Respectfully submitted, this 5th day of August, 2025.

        ADI AMIT, P.A.
        *Attorneys for Defendants*
        101 Centre
        101 N.E. Third Avenue, Suite 300
        Fort Lauderdale, Florida 33301
        Phone: (954) 533-5922
        E-mail: Adi@DefenderOfBusiness.com

        By: *s/Adi Amit*
           Adi Amit, Esquire
           Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2025, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ *Adi Amit*
        Adi Amit

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al*
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire | Adi Amit, Esquire |
| FAIRLAW FIRM | ADI AMIT, P.A. |
| 135 San Lorenzo Avenue | 101 Centre |
| Suite 770 | 101 N.E. Third Avenue, |
| Coral Gables, Florida 33146 | Suite 300 |
| brian@fairlawattorney.com | Ft. Lauderdale, Florida 33301 |
| *Counsel for Plaintiff* | Adi@DefenderOfBusiness.com |
| | *Counsel for Defendants* |