**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-CV-23654

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE**

THIS CAUSE having come before the Court upon Defendants', PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, *Unopposed* Motion for Extension of Time within which to respond to Plaintiff's Motion in Limine, and the Court having considered the motion, it is hereby ORDERED and ADJUDGED that:

1. Defendants', PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, Motion for Extension of Time within which to respond to Plaintiff's Motion in Limine is hereby GRANTED.

2. Defendants PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, shall file the response to Plaintiff's in Limine by August 26, 2025.

DONE AND ORDERED in Chambers, in Miami, Miami-Dade County, Florida, this 5th day of August, 2025.

Copies furnished to:
Clerk of the Court
Counsel of Record

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE