UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Plaintiff, Misael Cardenas Rico, by and through the undersigned counsel, hereby moves this Court for an Order permitting the withdrawal of Gaelle W. Collas, Esq. as counsel of record for the Plaintiff. In support of this Motion, the undersigned states:

1. Gaelle W. Collas, Esq. is no longer affiliated with FairLaw Firm and no longer wishes to serve as counsel of record for the Plaintiff in this action.

2. FairLaw Firm and the undersigned counsel, Brian H. Pollock, Esq., will continue to represent the Plaintiff in this action.

3. The undersigned has conferred with defense counsel, who does not oppose the withdrawal.

WHEREFORE, the undersigned, Brian H. Pollock, Esq., requests this Court to enter an Order granting leave to withdraw Gaelle W. Collas, Esq. as counsel for Plaintiff Misael Cardenas

Rico, while acknowledging that Brian H. Pollock, Esq. and FairLaw Firm will remain as counsel for Plaintiff, and to relieve her of all further responsibilities in this matter.

Respectfully submitted this 12th day of August 2025.

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
