**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23654-RAR**

**MISAEL CARDENAS RICO**,

     Plaintiff,

v.

**PERFORMANCE AUTO**
**WHOLESALERS LLC**, *et al*.,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

     **THIS CAUSE** comes before the Court on Plaintiff's Unopposed Motion to Withdraw as Counsel for Plaintiff ("Motion"), [ECF No. 50].  The Court having reviewed the Motion, record, and being otherwise fully advised, it is hereby

     **ORDERED AND ADJUDGED** as follows:

     1.     The Motion, [ECF No. 50], is **GRANTED**.

     2.     **Attorney Gaelle W. Collas, Esq.** is hereby **DISCHARGED** of all further responsibilities related to Plaintiff Misael Cardenas Rico in these proceedings.  The Clerk is directed to remove Attorney Gaelle W. Collas, Esq. from the CM/ECF electronic list of counsel to be served in this action.  Plaintiff Misael Cardenas Rico will continue to be represented by Brian Howard Pollock, Esq. of FairLaw Firm.

     **DONE AND ORDERED** in Miami, Florida, this 12th day of August, 2025.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**