UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23654-RAR

**MISAEL CARDENAS RICO**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.

_____/

<u>**ORDER REFERRING MOTION**</u>

Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Lauren F. Louis to take all action as required by law on Plaintiff Misael Cardenas Rico's Motion for Summary Judgment, [ECF No. 44]. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Louis on all motions and submissions pertaining to the referenced motion.

**DONE AND ORDERED** in Miami, Florida, this 12th day of August, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**