**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,
v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

## JOINT MOTION TO EXTEND DEADLINE TO SUMBIT PRE-TRIAL DOCUMENTS

Plaintiff, MISAEL CARDENAS, and Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, hereby jointly move for a seven (7) day extension of the pre-trial document submission deadline in this cause of action, and in support avers as follows:

On November 14, 2024, in its Order [D.E. 2O] this Court established August 19, 2025 as a deadline for the parties to submit a joint pre-trial stipulation, proposed jury instructions and verdict forms, or proposed findings of fact and conclusions of law, and motions *in limine*.

The parties have been diligently working on the pre-trial documents, however, both associate counsel for Plaintiff's counsel as well as associate counsel for Defendant's counsel have left the undersigned firms, on August 4, 2025 and August 8, 2025, respectively.

Defendant's counsel, a sole practitioner, has had several depositions in other matters scheduled for August 18 and August, 19, 2025, has an in-person Settlement Conference before the Honorable Marty Fulgueira Elfenbein on August 20, 2025 and will be able to work towards the completion of the pre-trial documents in this matter later this week.

Due to the instant attorney staffing shortage experienced by both firms during the first half of August 2025, the parties respectfully ask the Court to allow pre-trial document submissions to be extended by seven (7) days, until August 26, 2025. The extension of the pre-trial submission deadline will not interfere with any of the other previously set deadlines and trial date established by the Court.

WHEREFORE, the parties jointly request the Court grant an order extending pre-trial document submissions by seven (7) days, until August 26, 2025, for good cause shown.

Respectfully submitted on August 19, 2025.

By: s/: Brian H. Pollock
Brian H. Pollock, Esq.
Fla. Bar No.: 174742
E-mail: brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Phone: (305) 230-4884
Attorneys for Plaintiff

By: s/Adi Amit
Adi Amit, Esquire
Florida Bar No. 35257
E-mail: adi@defenderofbusiness.com
ADI AMIT, P.A.
101 NE 3rd Ave., Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
Attorneys for Defendants