**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

     Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS,
LLC, FERNANDO IVAN PRADO, and
MATEO PRADO,

     Defendants.

_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND DEADLINE TO SUMBIT PRE-TRIAL DOCUMENTS

THIS CAUSE having come before the Court upon Plaintiff, MISAEL CARDENAS, and

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO,

and MATEO PRADO, Joint Motion To Extend Deadline To Submit Pre-Trial Documents, and the

Court having considered the motion, and is otherwise fully advised in the premises that the motion

is unopposed, it is hereby ORDERED and ADJUDGED that:

     1.     The Parties Joint Motion To Extend Deadline To Submit Pre-Trial Documents is

hereby GRANTED.

     2.     The Parties shall file all Joint Pre-Trial documents by August 26, 2025.

     DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this ___

day of August, 2025.


_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Clerk of the Court
Counsel of Record

1