UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,
v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPT OF PLAINTIFF, MISAEL CARDENAS

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, hereby file their Notice of Filing the deposition transcript of Plaintiff, MISAEL CARDENAS, taken in this action on July 2, 2025, for the purposes of trial and any other lawful purposes. The transcript is attached to this Notice.

Respectfully submitted, this 26th day of August, 2025.

    ADI AMIT, P.A.
    *Attorneys for Defendants*
    101 Centre
    101 NE Third Avenue, Suite 300
    Fort Lauderdale, Florida 33301
    Phone: (954) 533-5922
    E-mail: adi@defenderofbusiness.com

    By: *s/Adi Amit*
        Adi Amit, Esquire
        Florida Bar No. 35257

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 26, 2025, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s <i>Adi Amit</i>           <br>
Adi Amit, Esquire<br>
Florida Bar No: 35257

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al*
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, Florida 33146<br>brian@fairlawattorney.com<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>ADI AMIT, P.A.<br>101 Centre<br>101 N.E. Third Avenue,<br>Suite 300<br>Ft. Lauderdale, Florida 33301<br>Adi@DefenderOfBusiness.com<br>*Counsel for Defendants* |