# In The Matter Of:

*MISAEL CARDENAS v*
*PERFORMANCE AUTO WHOLESALERS, LLC, ET AL*

---

*MISAEL CARDENAS*
*July 2, 2025*
*ORIGINAL TRANSCRIPT*

---

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

**ORIGINAL TRANSCRIPT**

1

1 | UNITED STATES DISTRICT COURT

2 | SOUTHERN DISTRICT OF FLORIDA

3 | CASE NO.: 1:24-CV-23654-RAR

4

5 | MISAEL CARDENAS,

6 | PLAINTIFF,

7

8 | V.

9

10 | PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO,

11 | AND MATEO PRADO,

12 | DEFENDANTS.

13

14 | DEPOSITION OF MISAEL CARDENAS

15 | DATE: JULY 2, 2025

16 | REPORTER: ASIA MARTINEZ

17 | TIME: 10:03 A.M.

18 | PLACE: VIA ZOOM

19

20

21

22

23

24

25

2

```
1              APPEARANCES

2

3   ON BEHALF OF THE PLAINTIFF, MISAEL CARDENAS:

4   GAELLE WINARLY COLAS, ESQ.

5   FAIRLAW FIRM

6   135 SAN LORENZO AVE

7   CORAL GABLES, FL 33146-1524

8   TELEPHONE NO.: 305-230-4822

9   E-MAIL: GAELLE@FAIRLAWATTORNEY.COM

10

11  ON BEHALF OF THE DEFENDANTS, PERFORMANCE AUTO

12  WHOLESALERS, LLC, FERNANDO IVAN PRADO, AND MATEO PRADO:

13  ADI AMIT, ESQ.

14  ADI AMIT, P.A.

15  101 NE 3RD AVE STE 300

16  FORT LAUDERDALE, FL 33301-1128

17  TELEPHONE NO.: 954-533-5922

18  E-MAIL: ADI@DEFENDEROFBUSINESS.COM

19

20  ALSO PRESENT:

21  SERGIO BRAUER - SPANISH INTERPRETER

22  MATEO PRADO - DEFENDANT

23

24

25
```

**ORIGINAL TRANSCRIPT**

3

1                         INDEX

2                                               PAGE

3    PROCEEDINGS                                  5

4    DIRECT EXAMINATION BY MR. AMIT               8

5    CROSS-EXAMINATION BY MS. COLAS              54

6

7                    DEFENSE'S EXHIBITS

8    EXHIBIT                                    PAGE

9      1 - AMMENDED COMPLAINT                    12

10     2 - PERFORMANCE AUTO DISMISSAL LETTER     26

11     3 - TEXT MESSAGES                         27

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORIGINAL TRANSCRIPT**

4

1             STIPULATION

2

3    THE DEPOSITION OF MISAEL CARDENAS TAKEN VIA ZOOM ON

4    WEDNESDAY THE 2ND DAY OF JULY 2025 AT APPROXIMATELY

5    10:03 A.M.; SAID DEPOSITION WAS TAKEN PURSUANT TO THE

6    FLORIDA RULES OF CIVIL PROCEDURE.

7

8    IT IS AGREED THAT ASIA MARTINEZ, BEING A NOTARY PUBLIC

9    AND COURT REPORTER FOR THE STATE OF FLORIDA, MAY SWEAR

10   THE WITNESS AND THAT THE READING AND SIGNING OF THE

11   COMPLETED TRANSCRIPT IS NOT WAIVED.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORIGINAL TRANSCRIPT**

1      THE REPORTER:  All right.  The time is 10:03

2   A.M., and we are now on record.  We are here today, the

3   2nd of July, by remote appearance for the purpose of

4   recording the deposition of Misael Cardenas in the

5   matters of Misael Cardenas v. Performance Auto

6   Wholesalers, LLC, Fernando Ivan Prado, and Mateo P.,

7   Case Number 1:24-CV-23654-RAR.

8      Will the counsel please state their appearance

9   for the record?

10      MS. COLAS:  Gaelle Colas for the Plaintiff.

11   (Crosstalk) --

12      MR. AMIT:  Adi Amit for the Defendants.

13      THE REPORTER:  Thank you.

14      Sergio, would you mind raising your right hand

15   for me, please?

16      Do you, Sergio Brauer, swear to -- to

17   truthfully and accurately translate from English to

18   Spanish and from Spanish to English to the best of your

19   ability?

20      THE INTERPRETER:  I do affirm.

21      SERGIO BRAUER, duly sworn, was ready to

22   interpret as follows:

23      THE REPORTER:  Thank you.

24      Misael, would you raise your right hand,

25   please?

**ORIGINAL TRANSCRIPT**

6

1          MR. CARDENAS:  Okay.

2          THE REPORTER:  Do you, Misael Cardenas, swear

3   or affirm to tell the truth, the whole truth, and

4   nothing but the truth?

5          THE WITNESS:  I do swear.

6              MISAEL CARDENAS RINCON, called as a

7   witness, was examined and testified as follows:

8          THE REPORTER:  Thank you.

9          Counsel, you may begin.

10          MR. AMIT:  Hi, good morning.  Before I start,

11   though, the attorney, what's your name, Gaelle?

12          MS. COLAS:  Yeah.  Yes.

13          MR. AMIT:  Okay.  I find it interesting that

14   -- are you appearing on the Zoom link from a separate

15   computer?  Can I see it?

16          MS. COLAS:  I hear you.  The camera can't see

17   me.  Hold on.  I can -- you can see me now?

18          MR. AMIT:  No, partially.  The reason I'm

19   saying it is because I noticed in Brian's notices, he

20   attaches Exhibit A to them.  And that exhibit has a

21   specific instruction that, you know, it should be on

22   separate screens.  So I find it interesting that he's

23   giving the instruction to my witnesses not to do what

24   you guys are doing right now.  So I mean, I don't know

25   how that works, like why you have separate rules for

ORIGINAL TRANSCRIPT

1   yourselves --

2            MS. COLAS:  I don't know.

3            MR. AMIT:  -- in your deposition that you guys

4   --

5            MS. COLAS:  You need to speak to Brian, so.

6            MR. AMIT:  Is he still around?

7            MS. COLAS:  No.

8            MR. AMIT:  Okay.  All right.  The reason --

9   I'm assuming -- and I didn't have an issue with his

10  instructions in his Exhibit A to his deposition notices

11  because it makes perfect sense because they're not

12  supposed to be any communications between the -- and I'm

13  not saying you are communicating with Mr. Cardenas, but

14  using the same screen may lead to communications that

15  are not supposed to happen.

16           MS. COLAS:  Okay.  If there's any

17  communications, it would be -- it would be visible.

18           MR. AMIT:  Okay.  I just want to make sure

19  that we don't have any problems like that during the

20  deposition.  But, you know, short of that, you know, I

21  guess that's something I'll address with Brian in the

22  future in the event that he notices additional

23  depositions.

24           MS. COLAS:  Okay.

25           MR. AMIT:  Okay.  So I guess we can start.

**ORIGINAL TRANSCRIPT**

8

1    DIRECT EXAMINATION

2    BY MR. AMIT:

3    Q:  Good morning, Mr. Cardenas.  My name is --

4    A:  Good morning.

5    Q:  My name is Adi Amit, and I'm the attorney

6    for the Defendant in this matter.  This is the -- this

7    is the overtime FLSA matter.  This is not your workers'

8    comp or retaliation matter; do you understand that?

9    THE INTERPRETER:  We're not talking about the

10   --

11   THE WITNESS:  Okay.

12   BY MR. AMIT:

13   Q:  So I will try to confine my questions to

14   the issues -- the relevant issues of the case that we

15   have before us, which is the overtime case, okay?

16   A:  Okay.

17   Q:  I see that you understand a little bit of

18   English, right?

19   A:  Very little.

20   Q:  Okay.  Very good.  So what will happen is

21   we have an interpreter at your attorney's request, Mr.

22   Brauer, and the way it works is I will ask my questions

23   in English.  I will await the translation to Spanish,

24   then you respond in Spanish, you wait for it to be

25   interpreted back to English, okay?

**ORIGINAL TRANSCRIPT**

1      A:  Okay.

2      Q:  Right.  So try to wait for the full

3  question to be translated before you start responding,

4  even if you understand anything I say in English.

5      A:  Okay.

6      Q:  Has your deposition been taken before in

7  any matter?

8      A:  Yes.

9      Q:  In -- when were you deposed prior to

10 today?

11     A:  I -- in the cases that I have with

12 Performance Auto.

13     Q:  Well, this is a case you have in

14 Performance Auto.  So which case was it that you were

15 deposed in before?  Because the other case that we have

16 with Performance Auto is also a case that I handle, and

17 I know that I did not take your deposition there.  So in

18 which case were you deposed before?

19     A:  I -- I -- it was -- I don't remember very

20 well.  I think it was about an accident, and it was, I

21 think, with another attorney.

22     Q:  Do you recall when the deposition was

23 taken?

24     A:  I don't.

25     Q:  Was it recently in the past few months, or

**ORIGINAL TRANSCRIPT**

1    was it longer than that?  Was it in 2024?

2            A:  I think it was in the court.  We went to a

3    -- we went to a mediation, something like that.

4            Q:  Okay.  So let me reask the question: you

5    understand that you were placed under oath on a penalty

6    of perjury before we started today, right?

7            A:  I do.

8            Q:  Okay.  And you understand that I'm an

9    attorney asking you questions.  You have an attorney

10   next to you who helps you defend the questions.  There

11   is no judge or mediator in the room or in this

12   proceeding; you understand that?

13           A:  I do understand.

14           Q:  Okay.

15           THE REPORTER:  I need to make a brief

16   interruption.  I apologize.  We have someone in our

17   waiting room, Mateo Prado.  Can anyone identify that

18   person?

19           MR. AMIT:  Yeah, he's the representative of

20   the Defendant.

21           THE REPORTER:  Shall I allow him in?

22           MR. AMIT:  You can.

23           THE REPORTER:  Understood.  We are still on

24   the record.

25           MR. AMIT:  Okay.

**ORIGINAL TRANSCRIPT**

1      THE REPORTER:  Mateo Prado, just to let you
2  know, we are currently on the record and we will be
3  continuing from here out.  Thank you.
4      BY MR. AMIT:
5      Q:  Okay.  So --
6      MS. COLAS:  Good morning.  If he's going to be
7  present, can he just identify his face just so that we
8  know that it's actually him who's there?
9      MR. AMIT:  Mateo, can you show your face?
10     MR. PRADO:  (No verbal response.)
11     MR. AMIT:  Mateo?
12     He speaks English.
13     MR. PRADO:  I'm trying.  Okay.
14     THE REPORTER:  Do I take --
15     Sorry.
16     THE REPORTER:  -- us off -- okay.  Are we
17 good?
18     MR. AMIT:  I'm good.
19     THE REPORTER:  All right.  Please continue.
20     MR. AMIT:  All right.  Mateo, just -- yeah,
21 put it on mute.  Thank you.
22     BY MR. AMIT:
23     Q:  Okay.  So did you have an occasion in the
24 past where you were asked questions under oath under
25 penalty of perjury by an attorney in a case?

**ORIGINAL TRANSCRIPT**

12

1          A:  Yes.

2          Q:  Okay.  And when was that?

3          A:  I don't -- I don't remember, but I

4   remember I did it.

5          Q:  Okay.  And was it related to the accident

6   that happened while you were working for Performance

7   Auto?

8          A:  Yes -- yes, in -- in the one that we also

9   have another company.

10          Q:  What is your -- can you state your full

11   name on the record, please?

12          A:  Misael Cardenas Rincon (phonetic).

13          Q:  Do you have any understanding of why your

14   lawsuit, that was filed in Federal Court, does not state

15   that is your full name?

16          A:  I don't know.

17          Q:  All right.  Let me show you -- give me one

18   second.  All right.  Let me show you a document.  Do you

19   see the document I'm sharing with you right now?

20          A:  Yes.

21          MR. AMIT:  All right.  This is Exhibit 1.

22                (EXHIBIT 1 MARKED FOR IDENTIFICATION)

23          BY MR. AMIT:

24          Q:  This is the Amended Complaint for FLSA

25   Overtime Wage Violation.  Document entry 28 filed on

**ORIGINAL TRANSCRIPT**

1  your behalf in Federal Court on January 16th, 2025; do

2  you see it?

3          A:  Yes.

4          Q:  Okay.  The name of the Plaintiff here is

5  Misael Cardenas; do you see that?

6          A:  Misael is my name.  Cardenas is my last

7  name.

8          Q:  What is Rincon then?

9          A:  That is my second last name.

10         Q:  Okay.  And it's not showing up here in the

11  complaint; do you agree?

12         A:  It does not.

13         Q:  Okay.  What's your current address, Mr.

14  Cardenas Rincon?

15         A:  I live in ███████████████████████,

16  ███████████  Miami, Florida 33193.

17         Q:  Is that where you also lived in 2024?

18         A:  Yes, I've been living there for about 12

19  years.

20         Q:  Okay.  What is your telephone number?

21         A:  ████████-9230.

22         Q:  How long have you had this number for?

23         A:  I don't remember, for some years.

24         Q:  More than four years?

25         A:  Yes.

**ORIGINAL TRANSCRIPT**

14

1          Q:  Okay.  Have you used any other telephone

2    number in the past four years?

3          A:  No.

4          Q:  Are you currently employed?

5          A:  Yes.

6          Q:  Where?

7          A:  Fields Automotive, something like that.

8          Q:  Can you spell it, please?

9          A:  Fields, F-I -- something like that.  I

10   don't know.  Fields.  I don't -- I don't know the name

11   very well.  Something like that.

12         Q:  When did you start working there?

13         A:  Like, the 10th or the 12th, something like

14   that.

15         Q:  Of what year, what month?

16         A:  August.

17         Q:  Of what year?

18         A:  2024.

19         Q:  Before you start working for Fields

20   Automotive, or whatever you call it, did you have an

21   interview?

22         A:  No, I went to them the moment I received

23   my dismissal letter from Performance Automotive.

24         Q:  Okay.  Did you provide them any resume or

25   anything like that?

**ORIGINAL TRANSCRIPT**

15

1          A:  I told them what had happened.

2          Q:  Okay.  My question was: did you provide

3    them any resume document that lists your work history?

4          A:  I showed him the dismissal letter.

5          Q:  Is that the only document that you

6    provided to Fields Automotive before you were hired

7    there?

8          A:  I showed him that "I -- look, they fired

9    me from Performance Automotive."  I told them the

10   reasons, and that's it.

11         Q:  Why did you show him the letter?  Why was

12   it important for you to show Fields Automotive the

13   dismissal letter from Performance Auto?

14         A:  Because he used to know Ivan Prado.  He

15   know -- he knew me very well, and I commented what had

16   happened.

17         Q:  You keep on saying "he."  Who is he?

18         A:  Marcio.

19         Q:  And what is Marcio's last name?

20         A:  Carmales (phonetic) I think.  Something

21   like that.  It starts with a C. You know, reality, I've

22   always called him Marcio.

23         Q:  Is he the owner of Fields Automotive?

24         A:  Yes.

25         Q:  What's the address of Fields Automotive?

**ORIGINAL TRANSCRIPT**

1      A:  3505 Northwest 82 Avenue.

2      Q:  And where is that located, what city?

3      A:  Doral 33172.

4      Q:  What is it you do for Fields Automotive?

5      A:  Right now, I'm cleaning the cars, and just

6   the same I used to do at Performance.

7      Q:  Cleaning cars, the same thing.  What was

8   that sentence?

9      A:  Sometimes I have to wash them.  Sometimes

10   I have to shine them.

11      MR. AMIT:  Okay.  No, but in the translation

12   before, Mr. Brauer, what did he say, the same thing?

13      THE INTERPRETER:  "The same thing that I used

14   to do at Performance."

15      BY MR. AMIT:

16      Q:  All right.  Tell me a little bit about

17   yourself.  When were you born?

18      A:  XX/XX/XXXX.

19      Q:  And where were you born?

20      A:  Colombia.

21      Q:  Where in Colombia?

22      A:  La Calera, Cundinamarca.

23      Q:  Where is it?  Close to Bogota?

24      A:  It's in the state of Cundinamarca, and the

25   capital city is Bogota.

**ORIGINAL TRANSCRIPT**

17

```
 1            Q:   When did you arrive in the United States?
 2            A:   It's been more than 20 years.
 3            Q:   And you have authorization to work here,
 4    right?
 5            A:   Of course.
 6            Q:   Are you a US citizen?
 7            A:   I'm a permanent resident.
 8            Q:   Okay.  What did you do before you started
 9    working for Performance Auto?
10            A:   I worked for a company where they did
11    disposable plates.
12            Q:   What did you do there?
13            A:   I worked as a machine operator.
14            Q:   The press that made the plastic plates?
15            A:   Yes, but the material is foam.
16            Q:   Okay.  And how long did you do that for?
17            A:   About three, four years.  I don't
18    remember.
19            Q:   What did you do after that?
20            A:   I work at a company where they used to do
21    plastic bags.
22            Q:   What did you do for that company?
23            A:   I was also an operator.
24            Q:   How long were you working for that company
25    for?
```

**ORIGINAL TRANSCRIPT**

18

```
1            A:  I don't think it -- it made it to a year.
2            Q:  Okay.  And what did you do after that?
3            A:  I returned to the place where I did the
4    plates.  They called me to come back.
5            Q:  Why did you leave that place to begin with
6    if you came back to it afterwards?
7            A:  I was offered a better payment.
8            Q:  Okay.  How long were you at that
9    disposable plates, I guess, factory, or wherever it was,
10   in the second term -- the second time?
11           A:  I don't remember well.  I think two or --
12   two or three years.  I don't remember well how much
13   time.
14           Q:  Okay.  What's the job that you had
15   immediately before starting working for Performance
16   Auto?
17           A:  The plate company, that's when I went to
18   -- to the Performance Auto.
19           Q:  Okay.  And when did you start at
20   Performance Auto?
21           A:  2012.
22           Q:  How did you find out about the job at
23   Performance Auto?
24           A:  Through an employee who worked with Ivan
25   Prado.  He worked with me in the company -- in the -- in
```

**ORIGINAL TRANSCRIPT**

19

1   the plate company.  And he was working also at a place

2   with a gentleman that used to have a storage for cars.

3   And he commented to me that they needed a person for a

4   dealer that they were going to open for a dealership.

5   He gave me Ivan Prado's number.  I spoke with him on the

6   phone.  We met at -- we met at Don Pan, that is in

7   Dadeland Mall.

8           THE INTERPRETER:  Madam Court Reporter, I'm

9   putting some of the names, my spelling, unless the

10  witness states it, just to help you a little bit.

11          MR. AMIT:  Okay.  Thank you.

12          THE REPORTER:  Thank you.

13          BY MR. AMIT:

14          Q:  What did Ivan Prado tell you about the

15  position when you met with him at Don Pan?

16          A:  That he needed an employee to get the cars

17  ready.  That he had a partner that they were going --

18  going to open a dealership.  And he needed a person for

19  -- to maintain the cars.

20          Q:  Were you the only person -- when you

21  started with Performance Auto, were you the only person

22  who maintained the cars?

23          A:  Generally, yes, but what -- what would

24  have been in regards to painting and the -- the parts,

25  that was done by a young man by the name Jose

**ORIGINAL TRANSCRIPT**

1    (phonetic).

2             Q:  Okay.  Give me one second.  When was the

3    last day that you worked for Performance Auto?

4             A:  06/21/24 that I was present there.  Until

5    the accident.

6             Q:  Okay.  What do you mean by that?  Why do

7    you make a differentiation between the date that you

8    were present there and your last day of employment with

9    Performance Auto?

10            A:  Because that's the last day that I was

11   present at the dealership because after the accident, I

12   was not able to work.

13            Q:  Okay.  Were you paid anything after the

14   date of the accident on June 21st, 2024?

15            A:  Yes, until they sent me the dismissal

16   letter in August, some days before that.

17            Q:  So the date of the accident was June 21st,

18   2024, right?

19            A:  That is correct, yes.

20            Q:  And after that date, you were not -- you

21   did not provide any work or services for Performance

22   Auto, correct?

23            A:  That's correct.

24            Q:  But you continued to receive your salary,

25   which was $3,500 a month in all of July, the last week

**ORIGINAL TRANSCRIPT**

21

1   of June, and the first week of August, correct?

2          A:  I -- yes, I did receive my salary.

3          Q:  Why did you receive salary if you weren't

4   working there?

5          A:  He was the one who told me that they were

6   going to do that when he saw that they had no way of

7   answering back.  And he told me, "Don't worry.

8   Everything is going to be okay."

9          Q:  Okay.  So after the day of the accident,

10  you -- how much money did you receive from the day of

11  the accident until you stopped receiving money from

12  Performance Auto without working?

13         A:  It was 3,500 for a month.  And I think --

14  I -- I don't remember.  The only thing that was missing

15  was the $500 for the last 15 days from -- for August

16  because he used to pay me the 500 on the 15th day of the

17  -- of each month, but since he sent me the letter --

18  it's dated on the 6th, so it's like missing about nine

19  -- nine days to complete the $500.

20         Q:  Okay.  And you said that you started

21  working for that other place.  Let's see what the name

22  was.  You started working for Fields Automotive, you

23  said, on August 10th or 12th, correct?

24         A:  More or less.

25         Q:  Okay.  So you were physically able to work

**ORIGINAL TRANSCRIPT**

1    at that time, correct?

2           A:  He accepted me the way I was, because I

3    was not able to lift my arm, in the conditions I was --

4           Q:  Okay.

5           A:  -- because he knew me for a very long

6    time, and he knew that I have children that I need to

7    support --

8           Q:  Okay.

9           A:  -- and that I was a responsible person.

10          Q:  My question is, though: why didn't you go

11   and clean cars for Performance Auto, let's say, on

12   August 1st before the letter was sent to you?

13          MS. COLAS:  Objection, form.

14          MR. AMIT:  What was the objection?  I didn't

15   hear it.

16          MS. COLAS:  I just said, "Objection, form."

17          He can proceed and answer.

18          MR. AMIT:  Okay.

19          THE WITNESS:  Because when he started to break

20   apart with me, when he started to make fun of me, I

21   think, the conditions that I was in, he was telling me,

22   "Yes, I'm going to help you.  Take the exam.  I'm going

23   to help you.  Come around for -- come and get the

24   money."  He says, "Hey, take care of yourself."  But he

25   never said to me, "Hey, come back to work."  I used to

**ORIGINAL TRANSCRIPT**

1    write him, and he said -- he was telling me, "When I go

2    back, I'll take care of that."  But he wasn't giving me

3    a guarantee of anything.

4            And before I received the letter on the 6th,

5    he sent me a text message, saying, "God bless you.  When

6    I get to Miami, I'm going to take care of you.  I'm

7    going to take care of you."  And taking care of me was

8    that he sent me my dismissal letter.

9            BY MR. AMIT:

10           Q:  Well, he also paid you for a month and a

11   half without working, right?  He also took care of you

12   that way, right?

13           A:  He had to because he had no way to answer

14   for me and for the accident.

15           Q:  Okay.  So you kept receiving -- during the

16   month of July, you received $3,500 without working, and

17   it didn't occur to you to go to Performance Auto and

18   actually work?

19           A:  To me, he had to do that because he didn't

20   have an insurance.  He didn't have medicines.  I think

21   his conscience was bothering him.

22           Q:  Okay.  Your conscience wasn't bothering

23   you receiving money without working and without --

24           MS. COLAS:  Objection, form.

25           BY MR. AMIT:

**ORIGINAL TRANSCRIPT**

24

1        Q:   -- offering anything in return for it,

2    right?

3        A:   No, my conscience doesn't bother me.  I

4    provided more to that company.

5        Q:   Not during the month of July, the first

6    week of August, and the last week of June 2024, correct?

7        A:   My answer is that if he would have had an

8    insurance, the insurance would have covered it and would

9    have been able to provide for me.  I think when a --

10   when a person doesn't have an insurance that covers his

11   employees, that person should be responsible for things.

12       Q:   Okay.  Let me ask you this: during the

13   month of August 2024, before August 6th, before you

14   received the letter, during the month of July of 2024,

15   did you, at any point, text Ivan Prado or Mateo Prado

16   that you wanted to get back to work?

17       A:   No, he personally went to my apartment to

18   pick up the keys.

19       Q:   So your short answer is no, not once did

20   you text them that you wanted to get back to work,

21   correct, during the month of June -- from June 21st,

22   2024, through August of -- 6th, 2024, not once did you

23   actually text Ivan or Mateo that you wanted to get back

24   to work, correct?

25       A:   I think days after, he was asking me how

**ORIGINAL TRANSCRIPT**

1   was -- how was I feeling.  I sent him the photographs of

2   my condition.  I was hurting a lot, and I was feeling

3   very bad.  And he said, "Just recuperate and we'll be

4   talking."

5        Q:  Okay.  My question to you, though -- thank

6   you for the information that I was not asking for.  My

7   question to you: not once between June 21st, 2024,

8   through August 6th, 2024, did you actually text Ivan or

9   Mateo that you wanted to get back to work at Performance

10  Auto, correct?  Yes or no?

11       A:  I don't remember.

12       Q:  Okay.  And four days after you received

13  the letter from Performance Auto, you started working

14  doing exactly the same thing that you were doing for

15  Performance Auto, you did that at Fields, correct?

16       A:  Not exactly the same.

17       Q:  Okay.  What is it that you did for

18  Performance Auto then?

19       A:  I would change the batteries.  I would do

20  the brakes, to do the inside of the roofs of the car,

21  polish, a lot of the deep inside cleaning around the

22  switches of the car, the polish.

23       Q:  Anything else?

24       A:  Everything that was to do inside of the

25  car.  And once in a while, they'll have me change a

**ORIGINAL TRANSCRIPT**

1    shock absorber.

2              MR. AMIT:  Change what?

3              THE INTERPRETER:  Shock absorber.

4              MR. AMIT:  Okay.

5              THE WITNESS:  And sometimes, also, when the

6    rims needed to be painted, I would have to take the

7    wheels off, put the car on stands, and -- while the

8    painter will take the wheels.

9              BY MR. AMIT:

10             Q:  Okay.  Let me show you a -- share

11   documents with you again.  Do you see the document I'm

12   showing you?  This is a document --

13             A:  Yes.

14             Q:  -- Bates stamped Cardenas 000214.  That's

15   a document that was provided to us by your attorney in

16   the course of discovery.  What is this document?

17             A:  This is the dismissal letter that he sent

18   me.

19             Q:  That's the August 6th, 2024, dismissal

20   letter from Performance Auto that you received?

21             A:  That is correct.

22             Q:  All right.  This letter is going to be

23   Exhibit 2.

24                  (EXHIBIT 2 MARKED FOR IDENTIFICATION)

25             Q:  And then we have documents 215 all the way

**ORIGINAL TRANSCRIPT**

1  down to 249.  That's going to be Exhibit 3.

2                  (EXHIBIT 3 MARKED FOR IDENTIFICATION)

3          Q:  Let's go over these text messages that you

4  sent.  Are these the pictures of -- that you took during

5  your work for Performance Auto?

6          A:  That's correct.

7          Q:  All right.  So let's see.  What is it that

8  you're doing in page 216 here -- 215 and 216?

9          A:  I was removing the adhesive that melts in

10  these cars, cleaning it, and then afterwards, painting

11  it.

12          Q:  Okay.

13          A:  And then reinstalled it in the car.

14          Q:  Okay.  Why did you take this picture at

15  217?  Why did you -- the picture of this Ferrari?

16          A:  It's just the work that I was doing.  I

17  like to take pictures.

18          Q:  Okay.  So what work were you doing here?

19          A:  I'm not sure if it was the rims that were

20  -- were going to be painted.

21          Q:  Okay.  Is that you in the picture here,

22  page 218?

23          A:  That is correct.

24          Q:  Okay.  Why did you take this picture, 219?

25          A:  Because I used to like those model of

**ORIGINAL TRANSCRIPT**

1    cars.

2          Q:  Do you know where these two cars came

3    from?

4          A:  I think he purchased them at a -- a

5    auction.  He -- he purchased them.  I don't know where.

6          MR. AMIT:  Okay.  So, Mr. Brauer, what did he

7    say?  Because I'm -- like, I'm struggling understanding

8    the translation.

9          THE INTERPRETER:  Okay.  He said that he

10   thinks he purchased them at the auction.  He purchased

11   them.

12         BY MR. AMIT:

13         Q:  Okay.  Did -- do you know whether they

14   were purchased in the auction or not?

15         A:  I didn't ask that.  The cars would just

16   get there.

17         Q:  Okay.  So you don't know where they came

18   from, right?

19         A:  I don't.  I don't.  I don't.  They were --

20   they just got there.

21         Q:  Okay.  And do you know what happened with

22   these two cars afterwards?

23         A:  I remember the yellowish one, it was there

24   -- up to the time that I was there, it was still there.

25   Furthermore, I polished that car.

**ORIGINAL TRANSCRIPT**

1        Q:  Okay.  And what about the gray one?  Was

2   it also there by the time you finished?

3        A:  I don't remember if that one was still

4   there because sometimes he will take them home.  I don't

5   remember.

6        Q:  Okay.  What about this white car?  Do you

7   know where it came from, page 220?

8        A:  It got there -- he buy it.  He bought it,

9   I think.

10       Q:  Okay.  So you don't know where it came

11  from, right?

12       A:  No, I -- I didn't used to ask.  When the

13  cars will come from Spain or Panama, he would tell me.

14  And that's when I would know.

15       Q:  Okay.  And do you know where this car --

16  where this car went after you stopped working or during

17  the time when you were working there?

18       A:  Like I said, many times, he would take the

19  cars home because there was not enough space for the --

20  for the cars in there.  So he would take them home.  So

21  I don't know.

22       Q:  Okay.  Is that you in the picture, page

23  227?

24       A:  That's the one I was polishing, yes.

25       Q:  Okay.  Who took this picture if you're the

ORIGINAL TRANSCRIPT

1  one polishing?

2        A:  I don't remember.  I don't know who was

3  there.

4        Q:  Is that you, page 229?

5        A:  Yes.

6        Q:  Why were you taking a selfie with the rim

7  or wheel of this vehicle?

8        A:  It's not the rim, specifically.  It's just

9  that I liked the car.

10        MR. AMIT:  Just for the record, it's page 234.

11        BY MR. AMIT:

12        Q:  You also liked this car at page 237?

13        A:  Most of them, I liked.

14        Q:  Okay.  And who took the picture, 237, if

15  you're standing next to the car?

16        A:  That was done by Ms. Anita (phonetic).

17  She's the one that does the coloring of the leather.

18        Q:  So describe to me your daily routine when

19  you worked for Performance Auto.  What time would you

20  get to the warehouse?

21        A:  10:00 in the morning.

22        MR. AMIT:  What did he say, 10:00 or 8:00?

23        THE INTERPRETER:  10:00, 10:00 in the morning.

24        MR. AMIT:  10:00.

25        BY MR. AMIT:

**ORIGINAL TRANSCRIPT**

1          Q:  And until when would you stay there?

2          A:  Until 6:00 in the afternoon, many times,

3     6:30.

4          Q:  Okay.  And what would you do when you get

5     there at 10 o'clock in the morning?

6          A:  I would clean his office.  I'll clean

7     Mateo's office.  I'll clean the cafeteria.  I'll clean

8     the bathrooms.  I would put the water in each of the

9     desks.  And once I finished with that, I would go to a

10    place where the cars were to do the work that was

11    pending.

12         Q:  And were you by yourself there at 10

13    o'clock in the morning, or was there anyone there with

14    you?

15         A:  Most of the time, I would get there before

16    them.

17         Q:  Before whom?  Who else got there?

18         A:  Mr. Ivan and Mateo.  I had the key and the

19    code, and I would go in.

20         Q:  And what time would Mateo come in?

21         A:  Sometimes 10:15, sometimes 10:30, not --

22    not a determined time.

23         Q:  And what time would Ivan get there?

24         A:  He would get there sometimes 10:30, 11:00.

25    And sometimes I would get there and he -- at 9:30, and

**ORIGINAL TRANSCRIPT**

1  he would be already there on the computer, on the

2  auction on occasion.

3          Q:  Okay.  So -- and it would be you, Ivan,

4  and Mateo until about 6:30 -- 6:00, 6:30?

5          A:  Most of the time, Ivan was there until he

6  got sick.  And so when he would get sick, Mateo would

7  leave before me.

8          Q:  Okay.  But there was no one else other

9  than the three of you, right?

10         A:  Yes.

11         Q:  Did you ever go outside of the state of

12  Florida while working for Performance Auto?

13         A:  Working for Performance -- working for

14  Performance Auto?

15         Q:  Yeah.  Let me ask the question

16  differently: were you required to go outside of the

17  state of Florida for Performance Auto?

18         A:  I went one time to an auction in

19  Jacksonville, something like that.

20         Q:  That's it?  That's the only time that you

21  recall, one time going to an auction in Jacksonville?

22         A:  That's correct.

23         Q:  Do you recall when that happened?

24         A:  I remember I -- I had to drive the car

25  over there with all the things because they were

**ORIGINAL TRANSCRIPT**

1  traveling on the private plane of the owner.

2          Q:  Okay.  So -- and that was the farthest

3  you've ever gone for Performance Auto?

4          A:  Yes.

5          Q:  Okay.  Did you ever order any of the parts

6  that Performance Auto used?  Did you ever order them

7  yourself?

8          A:  No, I would tell them, and they would

9  order it.

10          Q:  Okay.  Did you ever speak with anyone

11  outside of Florida for your work in Performance Auto?

12          A:  I would -- I would comment things with my

13  family.

14          Q:  Okay.  Did you ever -- did you ever

15  communicate by text, email, fax, anything for purposes

16  of your work with Performance Auto?

17          A:  Yes.

18          Q:  Did you do it with anyone outside of

19  Florida?

20          A:  I think it was in Spain with Gerardo

21  Garcia, who was the owner -- who was the owner of the

22  dealer.

23          Q:  Okay.  So you personally spoke with

24  Gerardo Garcia?

25          A:  On the phone, and he would also order me

**ORIGINAL TRANSCRIPT**

34

1   to change parts of his cars.

2          Q:  Okay.  How many times did you speak with

3   Gerardo Garcia during your employment with Performance

4   Auto?

5          A:  Every time that he would come.  It was

6   many times.

7          Q:  Every time that he would come?  So you

8   spoke with him when he was in the shop?

9          A:  Yes, of course.

10          Q:  Okay.  Did you speak with him when he was

11   in Spain?

12          A:  I think he was in Spain, but I would --

13   talking with -- through WhatsApp with him.  I cannot

14   confirm that he was in Spain, but I know that he spent a

15   lot of time in Spain.

16          Q:  Okay.  So you don't know where he was when

17   you spoke with him?  He could have been in Miami or

18   could have been anywhere else in Florida on WhatsApp

19   when you spoke with him, right?

20          A:  Well, when he was in Florida, Ivan would

21   tell me more often, "Listen, I need you to prepare the

22   cars for him, for Gerardo."  I would see that the dealer

23   will transform -- will change because then they would

24   start coming on time.  They would set up things that

25   everything would be perfect.

**ORIGINAL TRANSCRIPT**

35

1          Q:  Okay.  Can you tell me how many times you

2    spoke with Gerardo Garcia when he was outside of

3    Florida?  Can you give me a -- can you actually tell me

4    how many times you did that?

5          A:  I talk on the phone with him about 15

6    times.  Through text messages, I would send him voice

7    messages.

8          Q:  Right.  But as you stated earlier, you

9    don't know where he was when you did that, right?

10         A:  But all the same, I will -- I'm informing

11   you that when he would come to the United States, we

12   would know because he would have the cars --

13         Q:  Okay.  But --

14         A:  -- he would have us prepare the cars.

15         Q:  I understand what you're saying.  My

16   question, and I need a definitive answer: how many times

17   did you speak with Gerardo Garcia when he was outside of

18   Florida?  Do you have an actual response to that?

19         A:  I cannot tell you a definite number.  I

20   cannot tell you it was seven.  I cannot tell you.

21         Q:  And you -- when you spoke with him, that

22   was on your phone because that was on your WhatsApp on

23   your phone, correct?

24         A:  Of course.

25         Q:  And you still have access to that WhatsApp

**ORIGINAL TRANSCRIPT**

36

1    application, correct?

2           A:  Correct, and I have saved the messages.

3           Q:  Okay.  Other than Gerardo Garcia, did you

4    speak to anyone else outside of Florida, to your

5    knowledge?

6           A:  No.

7           Q:  Did you text -- did you text with anyone

8    else other than Gerardo Garcia outside of Florida, to

9    your knowledge?

10          A:  Texting about what?  What is the question?

11          Q:  Did you text anyone outside of Florida,

12   for work purposes for Performance Auto, other than

13   Gerardo Garcia?

14          A:  I would talk with Ivan when he was in

15   Peru.

16          MR. AMIT:  To whom?

17          THE INTERPRETER:  Ivan.  Ivan.  Ivan.  Ivan.

18          BY MR. AMIT:

19          Q:  Okay.  Do you know what the gross receipts

20   for the business, Performance Auto, were for the year

21   2024?

22          A:  I don't remember.

23          Q:  What do you mean you don't remember?  Did

24   you ever know that?

25          MS. COLAS:  Objection, form.

**ORIGINAL TRANSCRIPT**

37

1          THE WITNESS:  I don't remember.

2          BY MR. AMIT:

3          Q:  Okay.  Do you know what the gross receipts

4   for Performance Auto were in 2023?

5          A:  I don't remember.

6          Q:  Do you know what the gross receipts for

7   Performance Auto were in 2022?

8          A:  I don't remember, no.

9          Q:  Do you know what the gross receipts were

10  for Performance Auto in the year 2021?

11         A:  I really don't remember.  I didn't used to

12  do the taxes.  I don't know.

13         MR. AMIT:  I didn't hear you, Mr. Brauer.

14         THE WITNESS:  I didn't used -- I didn't -- I

15  used to do the taxes.  I don't remember.  I don't know.

16         BY MR. AMIT:

17         Q:  Okay.  Who is Gerardo Garcia?

18         A:  He is the owner of Performance Auto.

19         Q:  How does -- how do you know that Gerardo

20  Garcia is the owner of Performance Auto?

21         A:  Because one time that I was there, we were

22  talking, that he was very unhappy with the situation,

23  that he was not earning anything from the business, that

24  he had invested some money, and he was never receiving

25  any profits.  And he -- and he said, "He's my partner,

**ORIGINAL TRANSCRIPT**

1 but it's just in paper because I was the one who

2 provided the capital."

3          Q:  Okay.  Do you know if Gerardo Garcia had

4 any day-to-day responsibilities in the business?

5          A:  Of course, yes.

6          Q:  What day-to-day responsibilities did

7 Gerardo Garcia have, to your knowledge?

8          A:  For -- for example, that thing that is

9 used to have the cars stack one on -- on top of the

10 other, Ivan Garcia said that he had asked Gerardo to --

11 for the money to be able to get the lease for those

12 things, because there was a -- a shortage of space, so

13 that more cars would fit.  So he purchased them.

14          Q:  You were paid $3,500 per month while

15 working for Performance Auto between 2021 and 2024,

16 correct?

17          A:  Yes.

18          Q:  And how many hours a week was that salary

19 supposed to pay for?

20          A:  What he would pay for was supposedly 40

21 hours per week.

22          Q:  You told me that you were at the warehouse

23 between 10:00 and 6:00 or 6:30 every day, correct?

24          A:  Yes, from Monday to Friday.

25          Q:  Okay.  Did you work any other days other

**ORIGINAL TRANSCRIPT**

1  than Monday to Friday?

2          A:  Saturdays.

3          Q:  Every Saturday?

4          A:  Yes.

5          Q:  So your testimony under oath, under

6  penalty of perjury, is that you worked every Saturday

7  between September 2021 until June 21st, 2024, correct?

8          A:  I don't remember if the last six months

9  they used to give me a -- a Saturday once in a while.

10         Q:  So again, under oath, under penalty of

11 perjury, your testimony is that you did not have an

12 arrangement with Performance Auto to work one Saturday

13 and -- or to work every other Saturday, correct?

14         A:  Everything that we agreed was verbally.

15         Q:  Okay.  But my question is: what was agreed

16 on verbally?  Was it agreed on verbally that you would

17 work only every other Saturday?

18         A:  No.  One Saturday per month -- I don't

19 remember if it was the last six months then when he told

20 me that he was going to give me one Saturday per month.

21         Q:  Do you have any children?

22         A:  Yes.

23         Q:  How old are the children?

24         A:  My daughter is 8 years old --

25         MR. AMIT:  Yeah, I can't understand anything

**ORIGINAL TRANSCRIPT**

40

1   like that.

2              THE INTERPRETER:  Yeah.  Give me a second,

3   please.

4              THE WITNESS:  Okay.  So we have my youngest

5   daughter, 8 years old.  My -- there's my daughter, who

6   is 8 years old, then J., who is 15 years old, then

7   Jesse, who is 33 years old, then Javier, who is 31 years

8   old, and then my oldest daughter, who is in Colombia.

9              BY MR. AMIT:

10             Q:  So how many children do you have?

11             A:  Six.

12             Q:  Yeah.  Okay, so six children?

13             A:  And David is in Colombia.

14             Q:  Okay.  How many children do you have

15   living with you in Florida?

16             A:  Four.

17             Q:  Okay.  What are the names of your children

18   in Florida?  I -- don't talk to me about the ones in

19   Colombia.  I don't care about them.  What -- what's the

20   -- what are the names of the four children in Florida?

21             THE INTERPRETER:  Give me a second, please.

22   Give me one second.  Oh my God, what did I do?  Okay,

23   hold on.  Okay.

24             THE WITNESS:  C., J., Jesse, and Javier.

25             BY MR. AMIT:

**ORIGINAL TRANSCRIPT**

41

1        Q:  Okay.  How old is C.?

2        A:  8 years old.

3        Q:  How old is J.?

4        A:  15.

5        Q:  How old is Jesse?

6        A:  I don't know if it's -- I think it's 33.

7        Q:  And how old is Javier?

8        A:  I think he's going to be 31.  I'm not

9   sure.

10        Q:  Okay.  Now, is it your testimony under

11   oath, under penalty of perjury, that you did not have an

12   arrangement with Performance Auto since C. was born

13   eight years ago that you would work only every other

14   weekend?

15        A:  What was that?  What was that?

16        Q:  Is it your testimony under oath, under

17   penalty of perjury, that it was not your understanding

18   and agreement with Performance Auto that you would work

19   only every other weekend since C. was born eight years

20   ago?

21        MS. COLAS:  Objection, form.

22        THE WITNESS:  That I was not going to work?

23        MR. AMIT:  Okay.  Ms. Court Reporter, can --

24   Ms. Court Reporter, can you please repeat my question?

25        THE REPORTER:  Sure thing.

**ORIGINAL TRANSCRIPT**

1          (REPORTER READS BACK REQUESTED TESTIMONY)

2          MR. AMIT:  Since C. was born eight years ago.

3          THE REPORTER:  Apologies, yes.  Since C. was

4   born eight years ago.

5          THE WITNESS:  I don't understand the question.

6          BY MR. AMIT:

7          Q:  Let me ask it differently: isn't it true

8   that you had an agreement, verbal agreement or

9   otherwise, or understanding with Performance Auto,

10  whether it was Mateo or Ivan, that you would only work

11  every other weekend since C. was born eight years ago?

12         A:  Every other weekend?

13         Q:  That was my question.

14         A:  Like I said before, I used to work every

15  Saturday, and up until six months ago -- six months

16  before, that's when he said that he was going to give me

17  a Saturday off.

18         Q:  Okay.  Did you ever take any lunch breaks

19  during the day when you worked for Performance Auto?

20         A:  Yes.  I would take about 15, 20 minutes,

21  half an hour, depending on the work that there -- that

22  there was.

23         Q:  So you never took one hour?

24         A:  No, no.  That would have been a sin for

25  them to give you one hour.

**ORIGINAL TRANSCRIPT**

1   Q:  Okay.  So every day you took about 30

2   minute -- 20 to 30 minutes lunch break, depending on

3   when you could?

4   A:  When -- we agreed, we said it was going to

5   be between 20 minutes and half an hour.  But many times

6   there was a lot of pressure because the customer was

7   going to pick up the car, and it needed to be done, so I

8   would take less.

9   Q:  How many -- how often would customer come

10  and pick up the cars?

11  A:  There was always other friends of him that

12  he would like to have their cars washed for free.  I'd

13  do this and do that and do it in a hurry because he's in

14  a hurry.  So practically the days were like this, chi,

15  chi, chi.

16  Q:  When you worked Saturdays, how many hours

17  did you work on a Saturday?

18  A:  Mostly it was from -- it used to be from

19  10:00 to 1:00 or 1:30 because many times when Mateo was

20  done, he would have the clients come.  So many times he

21  would go with the customers, and there was nobody to

22  stay at the business, so I would stay at the business

23  until he would come back.  And sometimes on the

24  Saturdays, they would tell me, "Don't come to the

25  dealer.  Just go to my home and clean there."  I would

**ORIGINAL TRANSCRIPT**

1  clean the pool, the roof.  I also cleaned the house.

2         Q:  Okay.  Did you ever keep any log or any

3  records showing when you worked for Performance Auto?

4         THE INTERPRETER:  I'm sorry.  The question is

5  -- is on Saturdays or when -- when --

6         MR. AMIT:  Any day.

7         THE WITNESS:  No.

8         BY MR. AMIT:

9         Q:  Did you have any medical condition

10  involving your kidney?

11         A:  I do.

12         Q:  How often do you go to see the doctor for

13  appointments related to your kidney situation?

14         A:  Most -- most of the treatment I did in

15  Colombia.  Here -- in Colombia, I -- I used my

16  vacations.  I let it accumulate, my vacations, as that

17  treatment required that time.  And on various occasion I

18  was here at the hospital because of problems with the

19  kidney.

20         Q:  Did your mom -- your mother, did she pass

21  in Colombia in December of 2021?

22         A:  That is correct.

23         Q:  Did you travel to Colombia from on or

24  about December 2nd to December 11th because she had

25  passed?

**ORIGINAL TRANSCRIPT**

1          A:   In November -- in November, I went to
2    visit her for a week.  And I returned because I was
3    doing the roof of a Bentley, and the client -- client
4    was asking for it even though I had asked Mr. Ivan Prado
5    that I had vacation time because my mother was in a
6    serious condition.  He told me to go see her.  I don't
7    remember how many days -- I don't remember how many
8    weeks I was there.  My mother passed away on December
9    1st.  I went there on December 2nd.
10         Q:   Okay.  And then you stayed in Colombia
11   until December 30th, because you also had a kidney stone
12   surgery in Colombia, correct?
13         A:   Not that date.  That was afterwards.
14   After my mother passed away, I returned, I think it was
15   a week, and then I had to go back because of the
16   treatment for the kidney.
17         Q:   Okay.  And then in March of 2022, a couple
18   months after, you also went to Colombia for treatment of
19   your kidney stone between March 26 and March 29,
20   correct?
21         A:   I don't remember.
22         Q:   And you missed work from June 13 to June
23   21st, 2022, because of COVID, correct?
24         A:   I don't remember the date -- I don't
25   remember the date when I had COVID.

**ORIGINAL TRANSCRIPT**

1    Q:  And you also had another kidney surgery on

2  -- between October 27 and November 5, 2022, in Colombia,

3  right?

4          A:  Yes.  That was vacation time that I had

5  accumulated through that time, and I needed that for the

6  treatment.

7          Q:  And you missed -- you went to the hospital

8  and missed work on February 23, 2023, correct?

9          A:  I don't remember.

10         Q:  Did you have colonoscopy on or about April

11  10, 2023?

12         A:  Yes, they did it that day, and I went back

13  to work.

14         Q:  So your testimony is that you did not miss

15  April 10, 11, 12, and 13 because of colonoscopy?

16         A:  I don't -- I did not miss all those dates

17  because of the colonoscopy.  I don't remember where I

18  was those days.

19         Q:  Okay.  And what about May 24, 25, 26, and

20  27 of 2023?  Did you miss work because of kidney stones?

21         A:  I -- it could be.  I don't remember the

22  date, but yes, I do suffer a lot because of kidney

23  stones.

24         Q:  Okay.

25         A:  I don't remember the dates.

## ORIGINAL TRANSCRIPT

1      Q:  Did you miss work between July 11, 12, 13,

2   14, 15, 16, 17, and 18 because of feeling bad with

3   chills and diarrhea in 2023?

4      A:  I don't remember very much about the

5   dates, like I said, but many times I would have to go to

6   work like that.

7      Q:  Did you miss work between December 11 and

8   December 29, 2023, because you were in Colombia and you

9   had found out that you had tumor in your kidney?

10      A:  Correct.

11      Q:  During all those times that you missed

12   work, you still received $3,500 a month, right?

13      A:  That was my vacation times.  That was my

14   accumulated vacation time.  I worked there for 12 years.

15   He had said to me that he was going to give me two weeks

16   vacations.  And sick days.

17      Q:  All right.  My question was a yes or no

18   question.  Thank you for giving me your narrative.  But

19   if you listen to my question and answer them, maybe

20   we'll finish it quicker.

21      Isn't it true that you received $3,500 a

22   month, your regular salary during all those times that

23   you missed work; yes or no?  It's a simple yes or no

24   question.  Yes or no?

25      A:  I'm -- I'm answering what is correct.

**ORIGINAL TRANSCRIPT**

1  (Inaudible) confuse me.

2         MS. COLAS:  We're going to take a break.

3  We're -- he's asking to take a break.

4         MR. AMIT:  When I finish my question, he can

5  do that.  He hasn't answered my question yet.

6         BY MR. AMIT:

7         Q:  Was your salary ever reduced when you took

8  all the time off?

9         A:  No.

10        MR. AMIT:  You can take a break.

11        MS. COLAS:  Okay, I just wanted to note that

12  Mr. --

13        THE REPORTER:  May I take us off the record?

14        MS. COLAS:  Yes.

15        MR. AMIT:  Well, no, if she wants to keep it

16  on the record.  I guess she wants to --

17        THE REPORTER:  I just wanted to make sure she

18  wasn't trying to say something she wanted to say off the

19  record first.  That's all.

20        MS. COLAS:  No, no.  No, we're off the record

21  now.

22        THE REPORTER:  Okay.  The time is 11:52 A.M.,

23  and we are now off record.

24        (OFF THE RECORD)

25        THE REPORTER:  The time is 12:29 P.M., and we

**ORIGINAL TRANSCRIPT**

49

1   are now back on record.

2            MR. AMIT:  Okay, thank you.

3            BY MR. AMIT:

4            Q:  Mr. Cardenas, how long did you -- have you

5   worked for the name of that entity you told me at the

6   beginning?  Let me find it again.  Fields Automotive,

7   how long have you worked there for?

8            A:  Since the date I gave you in August until

9   the -- the present time.

10           Q:  Okay.  Have you worked for any other

11  company since you stopped working for Performance Auto?

12           A:  I think I did a little bit of fixing of

13  some cars that I was asked to do in Mayor Car that --

14  it's Marcio, the same owner.

15           Q:  So the individual named Marcio owns both

16  Fields Automotive and Mayor Car; is that what you're

17  saying?

18           A:  Mayor Cars.

19           Q:  That wasn't my question, though.  My

20  question is whether that individual, to your knowledge,

21  owns both companies that you worked for?

22           MS. COLAS:  Form.

23           THE WITNESS:  I cannot identify them as the

24  owner, but they were the ones who gave me the job.

25           BY MR. AMIT:

**ORIGINAL TRANSCRIPT**

1          Q:   Okay.  And you worked at both companies

2    after leaving Performance Auto, correct?

3          A:   Mayor Car, they have their clients because

4    it's a storage place.  They are the owners of the cars

5    that leave them there.  And the clients ask them if he

6    would know of somebody that can remove the adhesive of

7    those cars.  And I think it was through Mayor Car.  It's

8    my understanding.

9          Q:   In Mayor Cars, what do they do?

10         A:   I think it's a car storage.

11         Q:   Do they do what Performance Auto does?

12         A:   I don't -- I have no idea.  The only thing

13   I know is a place where they store -- storage cars.

14         Q:   Okay.  And you did car detailing and car

15   cleaning for Mayor Cars as well?

16         A:   The cars of the clients that came through

17   Marcio.

18         Q:   During 2022, did you work anywhere else

19   other than for Performance Auto?

20         A:   I -- I remember I used to work at the

21   Miami Urgent, the clinic.

22         Q:   Doing what?

23         A:   I would come out of work, and at 8:00 at

24   night, I would clean for two hours.

25         Q:   And that was in 2022?

**ORIGINAL TRANSCRIPT**

51

1          A:  It was, like, around 2019, '20, '21,

2    something like that.

3          Q:  Okay.  Is that it?  So you worked at

4    Performance Auto, and you worked at the clinic sometime

5    in 2021, 2022.  Anything -- any other work that you had

6    between 2021 and 2024 while working for Performance

7    Auto?

8          A:  I work at Mayor Car, I don't know if it

9    was '21, '20.  I -- I didn't work directly with them,

10   but I mentioned that they had moved without the licenses

11   to the new place.  I don't remember if those were the

12   dates that I was there because Ivan Prado asked

13   permission to Marcio Gonzales, I don't remember if

14   that's the last name, if he would allow me to work while

15   those problems were solved with the City because his

16   business was closed.

17         Q:  Whose business was closed?

18         A:  The dealership.  Performance Auto was

19   sealed.

20         Q:  So at some point, you told Performance

21   Auto that you were also working for Mayor?

22         A:  He was the one who sent me there.  He took

23   the cars that were sealed at the dealer and brought them

24   there for me to fix.

25         Q:  Your testimony is that Ivan took the cars

**ORIGINAL TRANSCRIPT**

1  from Performance Auto and moved them to Mayor for you to

2  fix it at Mayor?

3        A:  Yes, that is correct.  When the police was

4  there and they sealed the place, he takes out cars.

5  They bring them to Mayor Cars.  And he told me to go

6  there and do whatever needed -- was requested to do with

7  the cars while they were being sold.

8        Q:  Okay.  And that happened in what year?

9        A:  It was after the pandemic on -- year '21

10  or '22, something like that.

11        Q:  Okay.  And then after Performance Auto

12  reopened, all the vehicles were moved back to

13  Performance Auto, right?

14        A:  They were removing the ones that were sold

15  to the clients.  He didn't remove all of them.

16        Q:  Okay.  And you came back to work at the

17  Performance Auto facility, right?  Is that correct?

18        A:  When they fixed the problems that they

19  were able to reopen, yes.

20        Q:  Okay.  But you continue to work with Mayor

21  even afterwards without telling Ivan or Mateo Prado,

22  correct?

23        A:  No, I went to work to Mayor because Ivan

24  asked me to go to work there.  At that time, Mayor

25  wasn't paying me.  Performance was paying because I

ORIGINAL TRANSCRIPT

53

1   would check the cars that Ivan will bring me there.

2              Q:  When is the first time that Mayor paid

3   you?

4              THE INTERPRETER:  What is -- I'm sorry?

5              BY MR. AMIT:

6              Q:  When was the first time that Mayor paid

7   you?

8              A:  I -- I don't remember if it was 2021.  He

9   paid me for some work I did on repairing of some parts.

10  I took them off.  I brought them to my home.  I work on

11  them during Sunday.  It was for a few months that I did

12  that work, and due also to a loan that he had given me.

13             Q:  Who gave you a loan?

14             A:  Marcio.

15             Q:  So you did some work for Marcio in June of

16  2024, correct?

17             A:  I did some work for him on August.  And I

18  did some of that -- of the work also in some years

19  before.  I did those pieces that I told you I took off

20  and took them home to fix them.  And I think Mr. Prado

21  has those dates because he called Marcio to ask him --

22  to give him a report of the work that I have done there

23  and the dates.  I think I have a copy because Marcio

24  also gave it to me.

25             Q:  A copy of what?

**ORIGINAL TRANSCRIPT**

1      A:   A letter that Ivan Prado asked Marcio for

2  of the work that I used to do for him, and the dates.

3  He gave him a copy to Ivan Prado.  He gave me one and he

4  told me, "Look, Misael, this is the report."  So with

5  all due respect, you can ask for that copy, and I can

6  send you mine too.

7      Q:   Did you provide a copy of that letter to

8  your attorneys?

9      A:   I think I did.  I'm not sure, I have to

10  check my emails because I have sent so many documents.

11  I imagine they have it because Marcio informed me that

12  they were asking that.

13      MR. AMIT:  Okay.  All right.  I don't have

14  anything else.  Do you have anything on

15  cross-examination?

16      MS. COLAS:  Yes. (Inaudible).

17      CROSS-EXAMINATION

18      BY MS. COLAS:

19      Q:   During the direct, you were asked about

20  vacation time that you took during your employment with

21  Performance Auto.  Did you accumulate any vacation

22  during your time working at Performance Auto?

23      A:   Of course I did.

24      Q:   How much vacation did you accrue annually?

25      A:   Two weeks per year.

**ORIGINAL TRANSCRIPT**

1       Q:  Okay.

2       MR. AMIT:  Wow.

3       BY MS. COLAS:

4       Q:  Were there years that you did not use your

5 vacation?

6       A:  I think, during ten years, I use the weeks

7 three times.

8       Q:  Okay.  So the years that you did not use

9 vacation, did they accumulate to the following year?

10      MR. AMIT:  Objection to form.

11      THE WITNESS:  That's correct.  I agreed with

12 him that I didn't use the short vacation, the week, it

13 will accumulate.  And he said okay.  And also the sick

14 days.  I would like to tell the story of how that

15 agreement came about, where that verbal agreement came

16 from between the two of us, and the reason for it to

17 come about.

18      BY MS. COLAS:

19      Q:  So when did the -- so when did the verbal

20 agreement occur?

21      MR. AMIT:  I'm sorry, I can't understand what

22 you're asking because you're far from the microphone.

23      BY MS. COLAS:

24      Q:  The verbal agreement, when did you come to

25 this agreement?

**ORIGINAL TRANSCRIPT**

56

1          A:   The dealership opened around November of

2    2012.  When we talk -- when we had the conversation in

3    Don Pan, we agreed that he was going to pay me $480 per

4    week.  So it turns -- it turned out that Pedro Barretto

5    (phonetic), his nephew, was working there.  And also

6    Pedro Barretto Sr., the father of the nephew.  I don't

7    know how many weeks he -- he worked there.  I don't know

8    if it was 2012 or 2013.  Nevertheless, in conclusion, I

9    was in front of Ivan Prado's office checking a -- a --

10          THE INTERPRETER:  Excuse me.

11          THE WITNESS:  Checking the fuse -- the fuse of

12   a car.  I looked through the window and I saw an

13   argument where Mr. Pedro Barretto punched the desk of

14   Mr. Prado.  What I did is I withdrew and I went into the

15   kiosk that -- there was another car there that I had to

16   wash.

17          After five minutes, Mr. Pedro Barretto came

18   out, and he said, "Goodbye, Misael.  I'm leaving this

19   shithole."  I'm sorry -- I'm sorry for the dirt.  And I

20   say -- ask him, "What happened?  Why are you leaving?"

21   He said, "He is my brother-in-law, but he is a big rat.

22   He stole my commission from a car," I think it was a

23   Porsche. "And that as a -- as a way of thanking me.

24   This is his way of thanking me when I saved him, and I

25   brought him from Peru to Venezuela to the United States.

1  Because in Peru, they wanted him in jail because he has
2  swindled I don't know who."
3        I -- I was surprised about that.  He left.
4  Mr. Pedro Barretto left.  Then I'm not sure how many
5  days went by, Pedro Jr. -- Pedro Barretto Jr. stayed
6  there.  I also stayed there, and Ivan Prado at the
7  bussiness.  And one of those days, I don't -- I cannot
8  say which one, Mr. Ivan went out somewhere.  I know it
9  was somewhere before midday.  Pedro Barretto talked to
10  me.  He had some checks in his hand.  And he said, "I'm
11  going to go look for this miserable rat, so that he
12  would sign it.  And once I go to my bank, I would cash
13  the check, and I'm going to come and return the keys to
14  that same miserable rat who stole from my father."
15        MR. AMIT:  What are we -- what are we talking
16  about?  Like, is there a question?  What is this story?
17        MS. COLAS:  Okay.
18        THE WITNESS:  I -- that -- that -- because
19  that's where my --
20        MS. COLAS:  Okay.
21        THE WITNESS:  Because that's where my vacation
22  days and my sick days -- sick hours come from.
23        MR. AMIT:  From the miserable rat?
24        THE WITNESS:  That is why it's so important
25  for you to listen so that you would know where it came

**ORIGINAL TRANSCRIPT**

58

1   from.

2              MR. AMIT:  No, I'm not going to let you just

3   waste an hour of my time telling stories.  If there is a

4   question, answer the question.

5              MS. COLAS:  He's answering the question, okay?

6              BY MS. COLAS:

7              Q:  So the time that you -- the time periods

8   that Mr. Amit was referring to during direct about the

9   times you went to Colombia, they were all paid vacation,

10  correct?

11             MR. AMIT:  Objection to form.

12             THE WITNESS:  That is correct.

13             MS. COLAS:  Okay.  No more questions.

14             MR. AMIT:  Okay.  All right.  Are you going to

15  read?

16             MS. COLAS:  Yes.

17             MR. AMIT:  Okay.

18             THE REPORTER:  Okay.  I will list you as read

19  today.  Will anybody be ordering?

20             MR. AMIT:  No, not yet.

21             THE REPORTER:  No order?

22             MS. COLAS:  Okay.

23             THE REPORTER:  Understood.

24             MR. AMIT:  No.  But can you please give me the

25  information of who and what to contact when I do want to

**ORIGINAL TRANSCRIPT**

59

1   order?

2          THE REPORTER:  Understood.  One moment.  The

3   last question is: are you sending in your exhibits?

4          MR. AMIT:  Yeah, sure.  I can --

5          THE REPORTER:  Okay.

6          MR. AMIT:  -- send it to you.

7          THE REPORTER:  Sure thing.  Let me take you

8   off the record.

9          The time is 12:58 P.M., and we are now off

10  record.

11                 (DEPOSITION CONCLUDED AT 12:58 P.M.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORIGINAL TRANSCRIPT**

60

1                    REPORTER'S CERTIFICATE

2

3     STATE OF FLORIDA

4     COUNTY OF: MIAMI-DADE

5

6             I, Asia Martinez, Notary Public in and for

7     the State of Florida at Large, do hereby certify that

8     I made an accurate and complete digital recording of

9     the deposition in the above-styled case.

10

11            I further certify that I am not a relative,

12    employee, attorney or counsel of any of the parties, nor

13    am I a relative or employee of any of the parties

14    attorney or counsel connected with the action, nor

15    financially interested in the action.

16

17            Dated this 13th of August, 2025.

18    *Asia Martinez*

19    Asia Martinez

20    COURT REPORTER, NOTARY PUBLIC

21    STATE OF FLORIDA

22    COMMISSION EXPIRES: 10/5/2025

23    COMMISSION NUMBER:  HH181848

24

25

**ORIGINAL TRANSCRIPT**

1              CERTIFICATE OF TRANSCRIPTION

2         I, Nathan Pikover, COO of TranscribeMe Inc.,

3    do hereby certify that 7.2.25 MISAEL CARDENAS_Zoom Audio

4    was transcribed utilizing computer aided means and the

5    TranscribeMe transcription team.

6         The transcript of the audio mentioned above,

7    having been transcribed and reviewed by TranscribeMe

8    Inc. to the best of the company's ability, is a full,

9    true, and correct transcription.

10        I further certify that neither I, nor the

11   TranscribeMe Inc. transcription team, have any personal

12   association with the parties involved or are in any way

13   interested in the outcome thereof.

14        Dated this 13th of August, 2025.

15   *Nathan Pikover*

16        Nathan Pikover, COO TranscribeMe Inc.

17

18

19

20

21

22

23

24

25

**$**

**$3,500 (5)**
20:25;23:16;38:14;
47:12,21
**$480 (1)**
56:3
**$500 (2)**
21:15,19

**A**

**able (6)**
20:12;21:25;22:3;
24:9;38:11;52:19
**absorber (2)**
26:1,3
**accepted (1)**
22:2
**access (1)**
35:25
**accident (9)**
9:20;12:5;20:5,11,
14,17;21:9,11;23:14
**accrue (1)**
54:24
**accumulate (4)**
44:16;54:21;55:9,
13
**accumulated (2)**
46:5;47:14
**actual (1)**
35:18
**actually (5)**
11:8;23:18;24:23;
25:8;35:3
**additional (1)**
7:22
**address (3)**
7:21;13:13;15:25
**adhesive (2)**
27:9;50:6
**Adi (1)**
8:5
**affirm (1)**
6:3
**afternoon (1)**
31:2
**afterwards (5)**
18:6;27:10;28:22;
45:13;52:21
**again (3)**
26:11;39:10;49:6
**ago (6)**
41:13,20;42:2,4,11,
15
**agree (1)**
13:11
**agreed (6)**
39:14,15,16;43:4;
55:11;56:3
**agreement (8)**

41:18;42:8,8;55:15,
15,20,24,25
**allow (2)**
10:21;51:14
**always (2)**
15:22;43:11
**Amended (1)**
12:24
**AMIT (76)**
6:10,13,18;7:3,6,8,
18,25;8:2,5,12;10:19,
22,25;11:4,9,11,18,
20,22;12:21,23;16:11,
15;19:11,13;22:14,
18;23:9,25;26:2,4,9;
28:6,12;30:10,11,22,
24,25;36:16,18;37:2,
13,16;39:25;40:9,25;
41:23;42:2,6;44:6,8;
48:4,6,10,15;49:2,3,
25;53:5;54:13;55:2,
10,21;57:15,23;58:2,
8,11,14,17,20,24;
59:4,6
**Anita (1)**
30:16
**annually (1)**
54:24
**answered (1)**
48:5
**apart (1)**
22:20
**Apartment (2)**
13:16;24:17
**Apologies (1)**
42:3
**apologize (1)**
10:16
**appearing (1)**
6:14
**application (1)**
36:1
**appointments (1)**
44:13
**April (2)**
46:10,15
**argument (1)**
56:13
**arm (1)**
22:3
**around (5)**
7:6;22:23;25:21;
51:1;56:1
**arrangement (2)**
39:12;41:12
**arrive (1)**
17:1
**assuming (1)**
7:9
**attaches (1)**
6:20
**attorney (7)**
6:11;8:5;9:21;10:9,

9;11:25;26:15
**attorneys (1)**
54:8
**attorney's (1)**
8:21
**auction (6)**
28:5,10,14;32:2,18,
21
**August (14)**
14:16;20:16;21:1,
15,23;22:12;24:6,13,
13,22;25:8;26:19;
49:8;53:17
**authorization (1)**
17:3
**Auto (60)**
9:12,14,16;12:7;
15:13;17:9;18:16,18,
20,23;19:21;20:3,9,
22;21:1;22:22:11;
23:17;25:10,13,15,18;
26:20;27:5;30:19;
32:12,14,17;33:3,6,
11,16;34:4;36:12,20;
37:4,7,10,18,20;
38:15;39:12;41:12,
18;42:9,19;44:3;
49:11;50:2,11,19;
51:4,7,18,21;52:1,11,
13,17;54:21,22
**Automotive (12)**
14:7,20,23;15:6,9,
12,23,25;16:4;21:22;
49:6,16
**Avenue (2)**
13:15;16:1
**await (1)**
8:23
**away (2)**
45:8,14

**B**

**back (17)**
8:25;18:4,6;21:7;
22:25;23:2;24:16,20,
23;25:9;42:1;43:23;
45:15;46:12;49:1;
52:12,16
**bad (2)**
25:3;47:2
**bags (1)**
17:21
**bank (1)**
57:12
**Barretto (7)**
56:4,6,13,17;57:4,5,
9
**Bates (1)**
26:14
**bathrooms (1)**
31:8
**batteries (1)**

9;11:25;26:15
25:19
**begin (2)**
6:9;18:5
**beginning (1)**
49:6
**behalf (1)**
13:1
**Bentley (1)**
45:3
**better (1)**
18:7
**big (1)**
56:21
**bit (4)**
8:17;16:16;19:10;
49:12
**bless (1)**
23:5
**Bogota (2)**
16:23,25
**born (7)**
16:17,19;41:12,19;
42:2,4,11
**both (3)**
49:15,21;50:1
**bother (1)**
24:3
**bothering (2)**
23:21,22
**bought (1)**
29:8
**brakes (1)**
25:20
**Brauer (4)**
8:22;16:12;28:6;
37:13
**break (5)**
22:19;43:2;48:2,3,
10
**breaks (1)**
42:18
**Brian (2)**
7:5,21
**Brian's (1)**
6:19
**brief (1)**
10:15
**bring (2)**
52:5;53:1
**brother-in-law (1)**
56:21
**brought (3)**
51:23;53:10;56:25
**business (7)**
36:20;37:23;38:4;
43:22,22;51:16,17
**bussiness (1)**
57:7
**buy (1)**
29:8

**C**

**cafeteria (1)**
31:7
**Calera (1)**
16:22
**call (1)**
14:20
**called (4)**
6:6;15:22;18:4;
53:21
**came (11)**
18:6;28:2,17;29:7,
10;50:16;52:16;
55:15,15;56:17;57:25
**camera (1)**
6:16
**Can (2)**
6:15,17,17;7:25;
10:17,22;11:7,9;
12:10;14:8;22:17;
35:1,3,3;41:23,24;
48:4,10;50:6;54:5,5;
58:24;59:4
**capital (2)**
16:25;38:2
**car (25)**
25:20,22,25;26:7;
27:13;28:25;29:6,15,
16;30:9,12,15;32:24;
43:7;49:13,16;50:3,7,
10,14,14;51:8;56:12,
15,22
**CARDENAS (11)**
6:1,2,6;7:13;8:3;
12:12;13:5,6,14;
26:14;49:4
**care (7)**
22:24;23:2,6,7,7,
11;40:19
**Carmales (1)**
15:20
**cars (38)**
16:5,7;19:2,16,19,
22;22:11;27:10;28:1,
2,15,22;29:13,19,20;
31:10;34:1,22;35:12,
14;38:9,13;43:10,12;
49:13,18;50:4,7,9,13,
15,16;51:23,25;52:4,
5,7;53:1
**case (8)**
8:14,15;9:13,14,15,
16,18;11:25
**cases (1)**
9:11
**cash (1)**
57:12
**change (5)**
25:19,25;26:2;34:1,
23
**check (3)**
53:1;54:10;57:13
**checking (2)**
56:9,11

**checks (1)**
57:10

**chi (3)**
43:14,15,15

**children (8)**
22:6;39:21,23;
40:10,12,14,17,20

**chills (1)**
47:3

**citizen (1)**
17:6

**city (3)**
16:2,25;51:15

**clean (8)**
22:11;31:6,6,7,7;
43:25;44:1;50:24

**cleaned (1)**
44:1

**cleaning (5)**
16:5,7;25:21;27:10;
50:15

**client (2)**
45:3,3

**clients (5)**
43:20;50:3,5,16;
52:15

**clinic (2)**
50:21;51:4

**Close (1)**
16:23

**closed (2)**
51:16,17

**code (1)**
31:19

**COLAS (30)**
6:12,16;7:2,5,7,16,
24;11:6;22:13,16;
23:24;36:25;41:21;
48:2,11,14,20;49:22;
54:16,18;55:3,18,23;
57:17,20;58:5,6,13,
16,22

**Colombia (15)**
16:20,21;40:8,13,
19;44:15,15,21,23;
45:10,12,18;46:2;
47:8;58:9

**colonoscopy (3)**
46:10,15,17

**coloring (1)**
30:17

**coming (1)**
34:24

**comment (1)**
33:12

**commented (2)**
15:15;19:3

**commission (1)**
56:22

**communicate (1)**
33:15

**communicating (1)**
7:13

**communications (3)**
7:12,14,17

**comp (1)**
8:8

**companies (2)**
49:21;50:1

**company (10)**
12:9;17:10,20,22,
24;18:17,25;19:1;
24:4;49:11

**Complaint (2)**
12:24;13:11

**complete (1)**
21:19

**computer (2)**
6:15;32:1

**CONCLUDED (1)**
59:11

**conclusion (1)**
56:8

**condition (3)**
25:2;44:9;45:6

**conditions (2)**
22:3,21

**confine (1)**
8:13

**confirm (1)**
34:14

**confuse (1)**
48:1

**conscience (3)**
23:21,22;24:3

**contact (1)**
58:25

**continue (2)**
11:19;52:20

**continued (1)**
20:24

**continuing (1)**
11:3

**conversation (1)**
56:2

**copy (5)**
53:23,25;54:3,5,7

**Counsel (1)**
6:9

**couple (1)**
45:17

**course (6)**
17:5;26:16;34:9;
35:24;38:5;54:23

**court (6)**
10:2;12:14;13:1;
19:8;41:23,24

**covered (1)**
24:8

**covers (1)**
24:10

**COVID (2)**
45:23,25

**cross-examination (2)**
54:15,17

**Cundinamarca (2)**

16:22,24

**current (1)**
13:13

**currently (2)**
11:2;14:4

**customer (2)**
43:6,9

**customers (1)**
43:21

**D**

**Dadeland (1)**
19:7

**daily (1)**
30:18

**date (9)**
20:7,14,17,20;
45:13,24,25;46:22;
49:8

**dated (1)**
21:18

**dates (7)**
46:16,25;47:5;
51:12;53:21,23;54:2

**daughter (4)**
39:24;40:5,5,8

**David (1)**
40:13

**day (11)**
20:3,8,10;21:9,10,
16;38:23;42:19;43:1;
44:6;46:12

**days (15)**
20:16;21:15,19;
24:25;25:12;38:25;
43:14;45:7;46:18;
47:16;55:14;57:5,7,
22,22

**day-to-day (2)**
38:4,6

**dealer (5)**
19:4;33:22;34:22;
43:25;51:23

**dealership (5)**
19:4,18;20:11;
51:18;56:1

**December (8)**
44:21,24,24;45:8,9,
11;47:7,8

**deep (1)**
25:21

**defend (1)**
10:10

**Defendant (2)**
8:6;10:20

**definite (1)**
35:19

**definitive (1)**
35:16

**depending (2)**
42:21;43:2

**deposed (3)**

9:9,15,18

**deposition (7)**
7:3,10,20;9:6,17,
22;59:11

**depositions (1)**
7:23

**describe (1)**
30:18

**desk (1)**
56:13

**desks (1)**
31:9

**detailing (1)**
50:14

**determined (1)**
31:22

**diarrhea (1)**
47:3

**differentiation (1)**
20:7

**differently (2)**
32:16;42:7

**DIRECT (3)**
8:1;54:19;58:8

**directly (1)**
51:9

**dirt (1)**
56:19

**discovery (1)**
26:16

**dismissal (7)**
14:23;15:4,13;
20:15;23:8;26:17,19

**disposable (2)**
17:11;18:9

**doctor (1)**
44:12

**document (9)**
12:18,19,25;15:3,5;
26:11,12,15,16

**documents (3)**
26:11,25;54:10

**Don (3)**
19:6,15;56:3

**done (5)**
19:25;30:16;43:7,
20;53:22

**Doral (1)**
16:3

**down (1)**
27:1

**drive (1)**
32:24

**due (2)**
53:12;54:5

**during (19)**
7:19;23:15;24:5,12,
14,21;27:4;29:16;
34:3;42:19;47:11,22;
50:18;53:11;54:19,
20,22;55:6;58:8

**E**

**earlier (1)**
35:8

**earning (1)**
37:23

**eight (5)**
41:13,19;42:2,4,11

**else (8)**
25:23;31:17;32:8;
34:18;36:4,8;50:18;
54:14

**email (1)**
33:15

**emails (1)**
54:10

**employed (1)**
14:4

**employee (2)**
18:24;19:16

**employees (1)**
24:11

**employment (3)**
20:8;34:3;54:20

**English (5)**
8:18,23,25;9:4;
11:12

**enough (1)**
29:19

**entity (1)**
49:5

**entry (1)**
12:25

**even (3)**
9:4;45:4;52:21

**event (1)**
7:22

**exactly (2)**
25:14,16

**exam (1)**
22:22

**EXAMINATION (1)**
8:1

**examined (1)**
6:7

**example (1)**
38:8

**Excuse (1)**
56:10

**Exhibit (9)**
6:20,20;7:10;12:21,
22;26:23,24;27:1,2

**exhibits (1)**
59:3

**F**

**face (2)**
11:7,9

**facility (1)**
52:17

**factory (1)**

18:9
**family (1)**
33:13
**far (1)**
55:22
**farthest (1)**
33:2
**father (2)**
56:6;57:14
**fax (1)**
33:15
**February (1)**
46:8
**Federal (2)**
12:14;13:1
**feeling (3)**
25:1,2;47:2
**Ferrari (1)**
27:15
**few (2)**
9:25;53:11
**F-I (1)**
14:9
**Fields (13)**
14:7,9,10,19;15:6,
12,23,25;16:4;21:22;
25:15;49:6,16
**filed (2)**
12:14,25
**find (4)**
6:13,22;18:22;49:6
**finish (2)**
47:20;48:4
**finished (2)**
29:2;31:9
**fired (1)**
15:8
**first (5)**
21:1;24:5;48:19;
53:2,6
**fit (1)**
38:13
**five (1)**
56:17
**fix (3)**
51:24;52:2;53:20
**fixed (1)**
52:18
**fixing (1)**
49:12
**Florida (15)**
13:16;32:12,17;
33:11,19;34:18,20;
35:3,18;36:4,8,11;
40:15,18,20
**FLSA (2)**
8:7;12:24
**foam (1)**
17:15
**following (1)**
55:9
**follows (1)**
6:7

**form (8)**
22:13,16;23:24;
36:25;41:21;49:22;
55:10;58:11
**found (1)**
47:9
**four (6)**
13:24;14:2;17:17;
25:12;40:16,20
**free (1)**
43:12
**Friday (2)**
38:24;39:1
**friends (1)**
43:11
**front (1)**
56:9
**full (3)**
9:2;12:10,15
**fun (1)**
22:20
**Furthermore (1)**
28:25
**fuse (2)**
56:11,11
**future (1)**
7:22

### G

**Gaelle (1)**
6:11
**Garcia (13)**
33:21,24;34:3;35:2,
17;36:3,8,13;37:17,
20;38:3,7,10
**gave (7)**
19:5;49:8,24;53:13,
24;54:3,3
**Generally (1)**
19:23
**gentleman (1)**
19:2
**Gerardo (14)**
33:20,24;34:3,22;
35:2,17;36:3,8,13;
37:17,19;38:3,7,10
**given (1)**
53:12
**giving (3)**
6:23;23:2;47:18
**God (2)**
23:5;40:22
**Gonzales (1)**
51:13
**good (7)**
6:10;8:3,4,20;11:6,
17,18
**Goodbye (1)**
56:18
**gray (1)**
29:1
**gross (4)**

36:19;37:3,6,9
**guarantee (1)**
23:3
**guess (4)**
7:21,25;18:9;48:16
**guys (2)**
6:24;7:3

### H

**half (3)**
23:11;42:21;43:5
**hand (1)**
57:10
**handle (1)**
9:16
**happen (2)**
7:15;8:20
**happened (7)**
12:6;15:1,16;28:21;
32:23;52:8;56:20
**hear (3)**
6:16;22:15;37:13
**help (3)**
19:10;22:22,23
**helps (1)**
10:10
**Hey (2)**
22:24,25
**Hi (1)**
6:10
**hired (1)**
15:6
**history (1)**
15:3
**Hold (2)**
6:17;40:23
**home (6)**
29:4,19,20;43:25;
53:10,20
**hospital (2)**
44:18;46:7
**hour (5)**
42:21,23,25;43:5;
58:3
**hours (5)**
38:18,21;43:16;
50:24;57:22
**house (1)**
44:1
**hurry (2)**
43:13,14
**hurting (1)**
25:2

### I

**idea (1)**
50:12
**IDENTIFICATION (3)**
12:22;26:24;27:2
**identify (3)**
10:17;11:7;49:23

36:19;37:3,6,9
**imagine (1)**
54:11
**immediately (1)**
18:15
**important (2)**
15:12;57:24
**Inaudible (2)**
48:1;54:16
**individual (2)**
49:15,20
**information (2)**
25:6;58:25
**informed (1)**
54:11
**informing (1)**
35:10
**inside (3)**
55:20,21,24
**instruction (2)**
6:21,23
**instructions (1)**
7:10
**insurance (2)**
23:20;24:8,8,10
**interesting (2)**
6:13,22
**interpreted (1)**
8:25
**INTERPRETER (13)**
8:9,21;16:13;19:8;
26:3;28:9;30:23;
36:17;40:2,21;44:4;
53:4;56:10
**interruption (1)**
10:16
**interview (1)**
14:21
**into (1)**
56:14
**invested (1)**
37:24
**involving (1)**
44:10
**issue (1)**
7:9
**issues (2)**
8:14,14
**Ivan (30)**
15:14;18:24;19:5,
14;24:15,23;25:8;
31:18,23;32:3,5;
34:20;36:14,17,17,17,
17;38:10;42:10;45:4;
51:12,25;52:21,23;
53:1;54:1,3;56:9;
57:6,8

### J

**Jacksonville (2)**
32:19,21
**jail (1)**
57:1

**January (1)**
13:1
**Javier (1)**
40:7,24;41:7
**Jesse (3)**
40:7,24;41:5
**job (3)**
18:14,22;49:24
**Jose (1)**
19:25
**Jr (1)**
57:5,5
**judge (1)**
10:11
**July (5)**
20:25;23:16;24:5,
14;47:1
**June (11)**
20:14,17;21:1;24:6,
21,21;25:7;39:7;
45:22,22;53:15

### K

**keep (3)**
15:17;44:2;48:15
**kept (1)**
23:15
**key (1)**
31:18
**keys (2)**
24:18;57:13
**kidney (10)**
44:10,13,19;45:11,
16,19;46:1,20,22;47:9
**kiosk (1)**
56:15
**knew (3)**
15:15;22:5,6
**knowledge (4)**
36:5,9;38:7;49:20

### L

**La (1)**
16:22
**last (13)**
13:6,9;15:19;20:3,
8,10,25;21:15;24:6;
39:8,19;51:14;59:3
**lawsuit (1)**
12:14
**lead (1)**
7:14
**lease (1)**
38:11
**leather (1)**
30:17
**leave (3)**
18:5;32:7;50:5
**leaving (3)**
50:2;56:18,20
**left (2)**

57:3,4
**less (2)**
21:24;43:8
**letter (16)**
14:23;15:4,11,13;
20:16;21:17;22:12;
23:4,8;24:14;25:13;
26:17,20,22;54:1,7
**licenses (1)**
51:10
**lift (1)**
22:3
**liked (3)**
30:9,12,13
**link (1)**
6:14
**list (1)**
58:18
**Listen (3)**
34:21;47:19;57:25
**lists (1)**
15:3
**little (5)**
8:17,19;16:16;
19:10;49:12
**live (1)**
13:15
**lived (1)**
13:17
**living (2)**
13:18;40:15
**loan (2)**
53:12,13
**located (1)**
16:2
**log (1)**
44:2
**long (7)**
13:22;17:16,24;
18:8;22:5;49:4,7
**longer (1)**
10:1
**look (3)**
15:8;54:4;57:11
**looked (1)**
56:12
**lot (5)**
25:2,21;34:15;43:6;
46:22
**lunch (2)**
42:18;43:2

## M

**machine (1)**
17:13
**Madam (1)**
19:8
**maintain (1)**
19:19
**maintained (1)**
19:22
**makes (1)**

7:11
**Mall (1)**
19:7
**man (1)**
19:25
**many (21)**
29:18;31:2;34:2,6;
35:1,4,16;38:18;
40:10,14;43:5,9,16,
19,20;45:7,7;47:5;
54:10;56;7:57:4
**March (3)**
45:17,19,19
**Marcio (12)**
15:18,22;49:14,15;
50:17;51:13;53:14,
15,21,23;54:1,11
**Marcio's (1)**
15:19
**MARKED (3)**
12:22;26:24;27:2
**Mateo (15)**
10:17;11:1,9,11,20;
24:15,23;25:9;31:18,
20;32:4,6;42:10;
43:19;52:21
**Mateo's (1)**
31:7
**material (1)**
17:15
**matter (4)**
8:6,7,8;9:7
**may (4)**
6:9;7:14;46:19;
48:13
**maybe (1)**
47:19
**Mayor (17)**
49:13,16,18;50:3,7,
9,15;51:8,21;52:1,2,5,
20,23,24;53:2,6
**mean (3)**
6:24;20:6;36:23
**mediation (1)**
10:3
**mediator (1)**
10:11
**medical (1)**
44:9
**medicines (1)**
23:20
**melts (1)**
27:9
**mentioned (1)**
51:10
**message (1)**
23:5
**messages (4)**
27:3;35:6,7;36:2
**met (3)**
19:6,6,15
**Miami (4)**
13:16;23:6;34:17;

50:21
**microphone (1)**
55:22
**midday (1)**
57:9
**mine (1)**
54:6
**minute (1)**
43:2
**minutes (4)**
42:20;43:2,5;56:17
**Misael (7)**
6:2,6;12:12;13:5,6;
54:4;56:18
**miserable (3)**
57:11,14,23
**miss (5)**
46:14,16,20;47:1,7
**missed (5)**
45:22;46:7,8;47:11,
23
**missing (2)**
21:14,18
**model (1)**
27:25
**mom (1)**
44:20
**moment (1)**
14:22;59:2
**Monday (2)**
38:24;39:1
**money (6)**
21:10,11;22:24;
23:23;37:24;38:11
**month (15)**
14:15;20:25;21:13,
17;23:10,16;24:5,13,
14,21;38:14;39:18,
20;47:12,22
**months (7)**
9:25;39:8,19;42:15,
15;45:18;53:11
**More (7)**
13:24;17:2;21:24;
24:4;34:21;38:13;
58:13
**morning (8)**
6:10;8:3,4;11:6;
30:21,23;31:5,13
**Most (5)**
30:13;31:15;32:5;
44:14,14
**Mostly (1)**
43:18
**mother (4)**
44:20;45:5,8,14
**moved (3)**
51:10;52:1,12
**much (4)**
18:12;21:10;47:4;
54:24
**mute (1)**
11:21

## N

**name (15)**
6:11;8:3,5;12:11,
15;13:4,6,7,9;14:10;
15:19;19:25;21:21;
49:5;51:14
**named (1)**
49:15
**names (3)**
19:9;40:17,20
**narrative (1)**
47:18
**need (5)**
7:5;10:15;22:6;
34:21;35:16
**needed (7)**
19:3,16,18;26:6;
43:7;46:5;52:6
**nephew (2)**
56:5,6
**Nevertheless (1)**
56:8
**new (1)**
51:11
**next (2)**
10:10;30:15
**night (1)**
50:24
**nine (2)**
21:18,19
**nobody (1)**
43:21
**Northwest (1)**
16:1
**note (1)**
48:11
**noticed (1)**
6:19
**notices (3)**
6:19;7:10,22
**November (4)**
45:1,1;46:2;56:1
**number (5)**
13:20,22;14:2;19:5;
35:19

## O

**oath (6)**
10:5;11:24;39:5,10;
41:11,16
**Objection (8)**
22:13,14,16;23:24;
36:25;41:21;55:10;
58:11
**occasion (3)**
11:23;32:2;44:17
**occur (2)**
23:17;55:20
**o'clock (2)**
31:5,13

**October (1)**
46:2
**off (13)**
11:16;26:7;42:17;
48:8,13,18,20,23,24;
53:10,19;59:8,9
**offered (1)**
18:7
**offering (1)**
24:1
**office (3)**
31:6,7;56:9
**often (3)**
34:21;43:9;44:12
**old (12)**
39:23,24;40:5,6,6,7,
8;41:1,2,3,5,7
**oldest (1)**
40:8
**once (7)**
24:19,22;25:7,25;
31:9;39:9;57:12
**one (27)**
12:8,17;20:2;21:5;
28:23;29:1,3,24;30:1,
17;32:8,18,21;37:21;
38:1,9;39:12,18,20;
40:22;42:23,25;
51:22;54:3;57:7,8;
59:2
**ones (3)**
40:18;49:24;52:14
**only (10)**
15:5;19:20,21;
21:14;32:20;39:17;
41:13,19;42:10;50:12
**open (2)**
19:4,18
**opened (1)**
56:1
**operator (2)**
17:13,23
**order (6)**
33:5,6,9,25;58:21;
59:1
**ordering (1)**
58:19
**otherwise (1)**
42:9
**out (8)**
11:3;18:22;47:9;
50:23;52:4;56:4,18;
57:8
**outside (9)**
32:11,16;33:11,18;
35:2,17;36:4,8,11
**over (2)**
27:3;32:25
**overtime (3)**
8:7,15;12:25
**owner (8)**
15:23;33:1,21,21;
37:18,20;49:14,24

**owners (1)**
50:4
**owns (2)**
49:15,21

# P

**page (7)**
27:8,22;29:7,22;
30:4,10,12
**paid (7)**
20:13;23:10;38:14;
53:2,6,9;58:9
**painted (2)**
26:6;27:20
**painter (1)**
26:8
**painting (2)**
19:24;27:10
**Pan (3)**
19:6,15;56:3
**Panama (1)**
29:13
**pandemic (1)**
52:9
**paper (1)**
38:1
**partially (1)**
6:18
**partner (2)**
19:17;37:25
**parts (4)**
19:24;33:5;34:1;
53:9
**pass (1)**
44:20
**passed (3)**
44:25;45:8,14
**past (3)**
9:25;11:24;14:2
**pay (4)**
21:16;38:19,20;
56:3
**paying (2)**
52:25,25
**payment (1)**
18:7
**Pedro (8)**
56:4,6,13,17;57:4,5,
5,9
**penalty (6)**
10:5;11:25;39:6,10;
41:11,17
**pending (1)**
31:11
**per (4)**
38:14,21;39:18,20;
54:25;56:3
**perfect (2)**
7:11;34:25
**Performance (66)**
9:12,14,16;12:6;
14:23;15:9,13;16:6,

14;17:9;18:15,18,20,
23;19:21;20:3,9,21;
21:12;22:11;23:17;
25:9,13,15,18;26:20;
27:5;30:19;32:12,13,
14,17;33:3,6,11,16;
34:3;36:12,20;37:4,7,
10,18,20;38:15;
39:12;41:12,18;42:9,
19;44:3;49:11;50:2,
11,19;51:4,6,18,20;
52:1,11,13,17,25;
54:21,22
**periods (1)**
58:7
**perjury (6)**
10:6;11:25;39:6,11;
41:11,17
**permanent (1)**
17:7
**permission (1)**
51:13
**person (8)**
10:18;19:3,18,20,
21;22:9;24:10,11
**personally (2)**
24:17;33:23
**Peru (3)**
36:15;56:25;57:1
**phone (5)**
19:6;33:25;35:5,22,
23
**phonetic (5)**
12:12;15:20;20:1;
30:16;56:5
**photographs (1)**
25:1
**physically (1)**
21:25
**pick (3)**
24:18;43:7,10
**picture (7)**
27:14,15,21,24;
29:22,25;30:14
**pictures (2)**
27:4,17
**pieces (1)**
53:19
**place (9)**
18:3,5;19:1;21:21;
31:10;50:4,13;51:11;
52:4
**placed (1)**
10:5
**Plaintiff (1)**
13:4
**plane (1)**
33:1
**plastic (2)**
17:14,21
**plate (2)**
18:17;19:1
**plates (4)**

17:11,14;18:4,9
**Please (7)**
11:19;12:11;14:8;
40:3;21;41:24;58:24
**PM (3)**
48:25;59:9,11
**point (2)**
24:15;51:20
**police (1)**
52:3
**polish (2)**
25:21,22
**polished (1)**
28:25
**polishing (2)**
29:24;30:1
**pool (1)**
44:1
**Porsche (1)**
56:23
**position (1)**
19:15
**practically (1)**
43:14
**Prado (17)**
10:17;11:1,10,13;
15:14;18:25;19:14;
24:15,15;45:4;51:12;
52:21;53:20;54:1,3;
56:14;57:6
**Prado's (2)**
19:5;56:9
**prepare (2)**
34:21;35:14
**present (5)**
11:7;20:4,8,11;49:9
**press (1)**
17:14
**pressure (1)**
43:6
**prior (1)**
9:9
**private (1)**
33:1
**problems (4)**
7:19;44:18;51:15;
52:18
**proceed (1)**
22:17
**proceeding (1)**
10:12
**profits (1)**
37:25
**provide (5)**
14:24;15:2;20:21;
24:9;54:7
**provided (4)**
15:6;24:4;26:15;
38:2
**punched (1)**
56:13
**purchased (6)**
28:4,5,10,10,14;

38:13
**purposes (2)**
33:15;36:12
**put (3)**
11:21;26:7;31:8
**putting (1)**
19:9

# Q

**quicker (1)**
47:20

# R

**rat (4)**
56:21;57:11,14,23
**read (2)**
58:15,18
**READS (1)**
42:1
**ready (1)**
19:17
**reality (1)**
15:21
**really (1)**
37:11
**reask (1)**
10:4
**reason (3)**
6:18;7:8;55:16
**reasons (1)**
15:10
**recall (3)**
9:22;32:21,23
**receipts (4)**
36:19;37:3,6,9
**receive (4)**
20:24;21:2,3,10
**received (8)**
14:22;23:4,16;
24:14;25:12;26:20;
47:12,21
**receiving (4)**
21:11;23:15,23;
37:24
**recently (1)**
9:25
**record (13)**
10:24;11:2;12:11;
30:10;48:13,16,19,20,
23,24;49:1;59:8,10
**records (1)**
44:3
**recuperate (1)**
25:3
**reduced (1)**
48:7
**referring (1)**
58:8
**regards (1)**
19:24
**regular (1)**

47:22
**reinstalled (1)**
27:13
**related (2)**
12:5;44:13
**relevant (1)**
8:14
**remember (37)**
9:19;12:3,4;13:23;
17:18;18:11,12;
21:14;25:11;28:23;
29:3,5;30:2;32:24;
36:22,23;37:1,5,8,11,
15;39:8,19;45:7,7,21,
24,25;46:9,17,21,25;
47:4;50:20;51:11,13;
53:8
**remove (2)**
50:6;52:15
**removing (2)**
27:9;52:14
**reopen (1)**
52:19
**reopened (1)**
52:12
**repairing (1)**
53:9
**repeat (1)**
41:24
**report (2)**
53:22;54:4
**REPORTER (26)**
6:2,8;10:15,21,23;
11:1,14,16,19;19:8,
12;41:23,24,25;42:1,
3;48:13,17,22,25;
58:18,21,23;59:2,5,7
**representative (1)**
10:19
**request (1)**
8:21
**REQUESTED (2)**
42:1;52:6
**required (2)**
32:16;44:17
**resident (1)**
17:7
**respect (1)**
54:5
**respond (1)**
8:24
**responding (1)**
9:3
**response (2)**
11:10;35:18
**responsibilities (2)**
38:4,6
**responsible (2)**
22:9;24:11
**resume (2)**
14:24;15:3
**retaliation (1)**
8:8

**return (2)**
24:1;57:13
**returned (3)**
18:3;45:2,14
**right (33)**
6:24;7:8;8:18;9:2;
10:6;11:19,20;12:17,
18,19,21;16:5,16;
17:4;20:18;23:11,12;
24:2;26:22;27:7;
28:18;29:11;32:9;
34:19;35:8,9;46:3;
47:12,17;52:13,17;
54:13;58:14
**rim (2)**
30:6,8
**rims (2)**
26:6;27:19
**RINCON (4)**
6:6;12:12;13:8,14
**roof (2)**
44:1;45:3
**roofs (1)**
25:20
**room (2)**
10:11,17
**routine (1)**
30:18
**rules (1)**
6:25

**S**

**salary (6)**
20:24;21:2,3;38:18;
47:22;48:7
**same (10)**
7:14;16:6,7,12,13;
25:14,16;35:10;
49:14;57:14
**Saturday (11)**
39:3,6,9,12,13,17,
18,20;42:15,17;43:17
**Saturdays (4)**
39:2;43:16,24;44:5
**saved (2)**
36:2;56:24
**saw (2)**
21:6;56:12
**saying (6)**
6:19;7:13;15:17;
23:5;35:15;49:17
**screen (1)**
7:14
**screens (1)**
6:22
**sealed (3)**
51:19,23;52:4
**second (8)**
12:18;13:9;18:10,
10;20:2;40:2,21,22
**selfie (1)**
30:6

**send (3)**
35:6;54:6;59:6
**sending (1)**
59:3
**sense (1)**
7:11
**sent (10)**
20:15;21:17;22:12;
23:5,8;25:1;26:17;
27:4;51:22;54:10
**sentence (1)**
16:8
**separate (3)**
6:14,22,25
**September (1)**
39:7
**serious (1)**
45:6
**services (1)**
20:21
**set (1)**
34:24
**seven (1)**
35:20
**Shall (1)**
10:21
**share (1)**
26:10
**sharing (1)**
12:19
**shine (1)**
16:10
**shithole (1)**
56:19
**shock (2)**
26:1,3
**shop (1)**
34:8
**short (3)**
7:20;24:19;55:12
**shortage (1)**
38:12
**show (6)**
11:9;12:17,18;
15:11,12;26:10
**showed (2)**
15:4,8
**showing (3)**
13:10;26:12;44:3
**sick (6)**
32:6,6;47:16;55:13;
57:22,22
**sign (1)**
57:12
**simple (1)**
47:23
**sin (1)**
42:24
**situation (2)**
37:22;44:13
**six (6)**
39:8,19;40:11,12;
42:15,15

**sold (2)**
52:7,14
**solved (1)**
51:15
**somebody (1)**
50:6
**someone (1)**
10:16
**sometime (1)**
51:4
**Sometimes (9)**
16:9,9;26:5;29:4;
31:21,21,24,25;43:23
**somewhere (2)**
57:8,9
**Sorry (6)**
11:15;44:4;53:4;
55:21;56:19,19
**Southwest (1)**
13:15
**space (2)**
29:19;38:12
**Spain (6)**
29:13;33:20;34:11,
12,14,15
**Spanish (2)**
8:23,24
**speak (6)**
7:5;33:10;34:2,10;
35:17;36:4
**speaks (1)**
11:12
**specific (1)**
6:21
**specifically (1)**
30:8
**spell (1)**
14:8
**spelling (1)**
19:9
**spent (1)**
34:14
**spoke (7)**
19:5;33:23;34:8,17,
19;35:2,21
**Sr (1)**
56:6
**stack (1)**
38:9
**stamped (1)**
26:14
**standing (1)**
30:15
**stands (1)**
26:7
**start (7)**
6:10;7:25;9:3;
14:12,19;18:19;34:24
**started (8)**
10:6;17:8;19:21;
21:20,22;22:19,20;
25:13
**starting (1)**

**18:15
starts (1)**
15:21
**state (5)**
12:10,14;16:24;
32:11,17
**stated (1)**
35:8
**States (4)**
17:1;19:10;35:11;
56:25
**stay (3)**
31:1;43:22,22
**stayed (3)**
45:10;57:5,6
**still (6)**
7:6;10:23;28:24;
29:3;35:25;47:12
**stole (2)**
56:22;57:14
**stone (2)**
45:11,19
**stones (2)**
46:20,23
**stopped (3)**
21:11;29:16;49:11
**storage (4)**
19:2;50:4,10,13
**store (1)**
50:13
**stories (1)**
58:3
**story (2)**
55:14;57:16
**struggling (1)**
28:7
**suffer (1)**
46:22
**Sunday (1)**
53:11
**support (1)**
22:7
**supposed (3)**
7:12,15;38:19
**supposedly (1)**
38:20
**sure (9)**
7:18;27:19;41:9,25;
48:17;54:9;57:4;59:4,
7
**surgery (2)**
45:12;46:1
**surprised (1)**
57:3
**swear (2)**
6:2,5
**swindled (1)**
57:2
**switches (1)**
25:22

**T**

**talk (4)**
35:5;36:14;40:18;
56:2
**talked (1)**
57:9
**talking (5)**
8:9;25:4;34:13;
37:22;57:15
**taxes (2)**
37:12,15
**telephone (2)**
13:20;14:1
**telling (4)**
22:21;23:1;52:21;
58:3
**ten (1)**
55:6
**term (1)**
18:10
**testified (1)**
6:7
**testimony (7)**
39:5,11;41:10,16;
42:1;46:14;51:25
**Texting (1)**
36:10
**thanking (2)**
56:23,24
**though (5)**
6:11;22:10;25:5;
45:4;49:19
**three (4)**
17:17;18:12;32:9;
55:7
**times (17)**
29:18;31:2;34:2,6;
35:1,4,6,16;43:5,19,
20;47:5,11,13,22;
55:7;58:9
**today (3)**
9:10;10:6;58:19
**told (12)**
15:1,9;21:5,7;
38:22;39:19;45:6;
49:5;51:20;52:5;
53:19;54:4
**took (13)**
23:11;27:4;29:25;
30:14;42:23;43:1;
48:7;51:22,25;53:10,
19,20;54:20
**top (1)**
38:9
**transform (1)**
34:23
**translated (1)**
9:3
**translation (3)**
8:23;16:11;28:8
**travel (1)**
44:23
**traveling (1)**
33:1

**treatment (5)**
44:14,17;45:16,18;
46:6
**true (2)**
42:7;47:21
**truth (3)**
6:3,3,4
**try (2)**
8:13;9:2
**trying (2)**
11:13;48:18
**tumor (1)**
47:9
**turned (1)**
56:4
**turns (1)**
56:4
**two (8)**
18:11,12;28:2,22;
47:15;50:24;54:25;
55:16

**U**

**under (11)**
10:5;11:24,24;39:5,
5,10,10;41:10,11,16,
16
**Understood (3)**
10:23;58:23;59:2
**unhappy (1)**
37:22
**United (3)**
17:1;35:11;56:25
**unless (1)**
19:9
**up (7)**
13:10;24:18;28:24;
34:24;42:15;43:7,10
**Urgent (1)**
50:21
**use (4)**
55:4,6,8,12
**used (21)**
14:1;15:14;16:6,13;
17:20;19:2;21:16;
22:25;27:25;29:12;
33:6;37:11,14,15;
38:9;39:9;42:14;
43:18;44:15;50:20;
54:2
**using (1)**
7:14

**V**

**vacation (12)**
45:5;46:4;47:13,14;
54:20,21,24;55:5,9,
12;57:21;58:9
**vacations (3)**
44:16,16;47:16
**various (1)**

**W**

**Wage (1)**
12:25
**wait (2)**
8:24;9:2
**waiting (1)**
10:17
**wants (2)**
48:15,16
**warehouse (2)**
30:20;38:22
**wash (2)**
16:9;56:16
**washed (1)**
43:12
**waste (1)**
58:3
**water (1)**
31:8
**way (8)**
8:22;21:6;22:2;
23:12,13;26:25;
56:23,24
**week (10)**
20:25;21:1;24:6,6,
38:18,21;45:2,15;
55:12;56:4
**weekend (4)**
41:14,19;42:11,12
**weeks (5)**
45:8;47:15;54:25;
55:6;56:7
**weren't (1)**
21:3
**what's (5)**
6:11;13:13;15:25;
18:14;40:19
**WhatsApp (4)**
34:13,18;35:22,25
**wheel (1)**
30:7
**wheels (2)**
26:7,8
**wherever (1)**
18:9
**white (1)**
29:6
**whole (1)**
6:3
**who's (1)**
11:8
**Whose (1)**
51:17
**window (1)**
56:12
**withdrew (1)**
56:14
**without (7)**
21:12;23:11,16,23,
23;51:10;52:21
**WITNESS (20)**
6:5,7;8:11;19:10;
22:19;26:5;37:1,14;
40:4,24;41:22;42:5;
44:7;49:23;55:11;
56:11;57:18,21,24;
58:12
**witnesses (1)**
6:23
**work (58)**
15:3;17:3,20;20:12,
21;21:25;22:25;
23:18;24:16,20,24;
25:9;27:5,16,18;
31:10;33:11,16;
36:12;38:25;39:12,
13,17;41:13,18,22;
42:10,14,21;43:17;
45:22;46:8,13,20;
47:1,6,7,12,23;50:18,
20,23;51:5,8,9,14;
52:16,20,23,24;53:9,
10,12,15,17,18,22;
54:2
**worked (19)**
17:10,13;18:24,25;
20:3;30:19;39:6;
42:19;43:16;44:3;
47:14;49:5,7,10,21;
50:1;51:3,4;56:7
**workers' (1)**
8:7
**working (26)**
12:6;14:12,19;17:9,
24;18:15;19:1;21:4,
12,21,22;23:11,16,23;
25:13;29:16,17;
32:12,13,13;38:15;
49:11;51:6,21;54:22;
56:5
**works (2)**
6:25;8:22
**worry (1)**
21:7

**wheels (2)**
26:7,8
**Wow (1)**
55:2
**write (1)**
23:1

**X**

**XX/XX/XXXX (1)**
16:18

**Y**

**year (9)**
14:15,17;18:1;
36:20;37:10;52:8,9;
54:25;55:9
**years (24)**
13:19,23,24;14:2;
17:2,17;18:12;39:24;
40:5,6,6,7,7;41:2,13,
19;42:2,4,11;47:14;
53:18;55:4,6,8
**yellowish (1)**
28:23
**young (1)**
19:25
**youngest (1)**
40:4

**Z**

**Zoom (1)**
6:14

**0**

**000214 (1)**
26:14
**06/21/24 (1)**
20:4

**1**

**1 (2)**
12:21,22
**1:00 (1)**
43:19
**1:30 (1)**
43:19
**10 (4)**
31:5,12;46:11,15
**10:00 (7)**
30:21,22,23,23,24;
38:23;43:19
**10:15 (1)**
31:21
**10:30 (2)**
31:21,24
**10th (2)**
14:13;21:23
**11 (3)**
46:15;47:1,7
**11:00 (1)**

**31:24
11:52 (1)**
48:22
**11th (1)**
44:24
**12 (4)**
13:18;46:15;47:1,
14
**12:29 (1)**
48:25
**12:58 (2)**
59:9,11
**12th (2)**
14:13;21:23
**13 (3)**
45:22;46:15;47:1
**14 (1)**
47:2
**149th (1)**
13:15
**15 (6)**
21:15;35:5;40:6;
41:4;42:20;47:2
**15th (1)**
21:16
**16 (1)**
47:2
**16th (1)**
13:1
**17 (1)**
47:2
**18 (1)**
47:2
**1st (2)**
22:12;45:9

**2**

**2 (2)**
26:23,24
**20 (6)**
17:2;42:20;43:2,5;
51:1,9
**2012 (3)**
18:21;56:2,8
**2013 (1)**
56:8
**2019 (1)**
51:1
**2021 (7)**
37:10;38:15;39:7;
44:21;51:5,6;53:8
**2022 (7)**
37:7;45:17,23;46:2;
50:18,25;51:5
**2023 (6)**
37:4;46:8,11,20;
47:3,8
**2024 (18)**
10:1;13:17;14:18;
20:14,18;24:13,14,
22,22;25:7,8;26:19;
36:21;38:15;39:7;

**treatment (5)**
44:14,17;45:16,18;
46:6

51:6;53:16
**2025 (1)**
  13:1
**21 (3)**
  51:1,9;52:9
**215 (2)**
  26:25;27:8
**216 (2)**
  27:8,8
**217 (1)**
  27:15
**218 (1)**
  27:22
**219 (1)**
  27:24
**21st (6)**
  20:14,17;24:21;
  25:7;39:7;45:23
**22 (1)**
  52:10
**220 (1)**
  29:7
**227 (1)**
  29:23
**229 (1)**
  30:4
**23 (1)**
  46:8
**234 (1)**
  30:10
**237 (2)**
  30:12,14
**24 (1)**
  46:19
**249 (1)**
  27:1
**25 (1)**
  46:19
**26 (2)**
  45:19;46:19
**27 (2)**
  46:2,20
**28 (1)**
  12:25
**29 (2)**
  45:19;47:8
**2nd (2)**
  44:24;45:9

**3**

**3 (2)**
  27:1,2
**3,500 (1)**
  21:13
**30 (2)**
  43:1,2
**305-588-9230 (1)**
  13:21
**30th (1)**
  45:11
**31 (2)**
  40:7;41:8

**33 (2)**
  40:7;41:6
**33172 (1)**
  16:3
**33193 (1)**
  13:16
**3505 (1)**
  16:1

**4**

**40 (1)**
  38:20
**408 (1)**
  13:16

**5**

**5 (1)**
  46:2
**500 (1)**
  21:16

**6**

**6:00 (3)**
  31:2;32:4;38:23
**6:30 (4)**
  31:3;32:4,4;38:23
**6th (6)**
  21:18;23:4;24:13,
  22;25:8;26:19

**8**

**8 (4)**
  39:24;40:5,6;41:2
**8:00 (2)**
  30:22;50:23
**8000 (1)**
  13:15
**82 (1)**
  16:1

**9**

**9:30 (1)**
  31:25