AO 187 (Rev. 7/87) Exhibit and List
.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

MISAEL CARDENAS RICO,

     Plaintiffs,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,

     Defendants.

**JOINT EXHIBIT LIST**

**CASE NO.: 1:24-CV-23654-RUIZ/LOUIS**

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE RODOLFO A. RUIZ | FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| November 3, 2025 | | |

| JOINT NO. | DATE OFFERED | MARKED | ADMITTED | EXHIBIT |
|---|---|---|---|---|
| 1 | | | | Defendant, Performance Auto Wholesalers, LLC's Responses to Plaintiff's First Set of Interrogatories |
| 2 | | | | Defendant, Fernando Ivan Prado's Responses to Plaintiff's First Set of Interrogatories |
| 3 | | | | Defendant, Mateo Prado,s Responses to Plaintiff's First Set of Interrogatories |
| 4 | | | | Defendant, Fernando Prado Response to Plaintiff's First Set of Interrogatories |
| 7 | | | | Defendants' ledger of payments to Plaintiff (PERFORMANCE00001-9) |
| 8 | | | | Pay stubs for checks issued to Misael Cardenas Rico (CARDENAS000090-100, 103-136, 201-213, 254, 257) |