UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,

    Defendants.

_____/

| PLAINTIFF'S TRIAL WITNESS LIST | | | |
|---|---|---|---|
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 1. | Misael Cardenas Rico | Days, hours, and where he worked, the work he performed, pay received, how, when and who paid, damages, and other testimony relevant to his claims and the Defendants' defenses. | |
| 2. | Fernando Ivan Prado | F. Prado is expected to testify consistent with his deposition that he was an owner of Performance Auto, employed the Plaintiff, where and when he worked, why the Plaintiff had a key and the alarm code, how much, how, and who, and when paid the Plaintiff, the work performed at his house by the Plaintiff, about the corporate Defendant, and other testimony relevant to the Plaintiff's claims and the Defendants' defenses. | |

| | | | |
|---|---|---|---|
| 3. | Mateo Prado | M. Prado is expected to testify consistent with his deposition that he was an employee of Performance Auto, where and when he worked, why the Plaintiff had a key and the alarm code, how much, how, and who, and when paid the Plaintiff, about the corporate Defendant, and other testimony relevant to the Plaintiff's claims and the Defendants' defenses. | |
| 4. | Pedro Carlos Barreto<br><br>Defendants' objection - Not properly disclosed | Mr. Barreto is expected to testify about Plaintiff's employment with the Defendants, the hours and schedules worked by the Plaintiff, the policies and procedures of Defendants, and other issues in this case. | |
| 5. | Luis Enrique Granado<br><br>Defendants' objection - Not properly disclosed | Mr. Granado covered the Plaintiff's shift on several occasions. He is expected to testify about Plaintiff's employment with the Defendants, the hours and schedules worked by the Plaintiff, the policies and procedures of Defendants, and other issues in this case. | |
| 6. | Adriana Maldonado<br><br>Defendants' objection - Not properly disclosed | Ms. Maldonado, a friend of the Plaintiff, is expected to testify about the Plaintiff's employment with the Defendants, the hours and schedules worked by the Plaintiff, and other issues in this case. On several occasions, Ms. Maldonado brough the Plaintiff his paycheck. | |

| | | | |
|---|---|---|---|
| 7. | Jorge Sotolongo Cabrera<br><br>Defendants' objection - Not properly disclosed | Mr. Sotolongo Cabrera is a friend of the Plaintiff. He is expected to testify about the Plaintiff's employment with the Defendants, the hours, the schedules worked by the Plaintiff, and other issues in this case. On several occasions, he took lunch to the Plaintiff while he was at work and working for the Defendants. | |
| 8. | Francisco Ivan Navarro<br><br>Defendants' objection - Not properly disclosed | Mr. Navarro was an existing client of the Defendants who became friends with the Plaintiff. He is expected to testify about the Plaintiff's employment with the Defendant, the hours worked by the Plaintiff, and his observations about the work the Plaintiff performed by the Defendants, and other issues in this case. | |
| | Yesid Cardenas<br><br>Defendants' objection - Not properly disclosed | Mr. Cardenas is the Plaintiff's son. He is expected to testify, knowing of the Plaintiff's employment with the Defendant, the hours, and the schedules worked by the Plaintiff. On several occasions, he visited the Plaintiff's while he was working. | |

## PLAINTIFF'S TRIAL WITNESS LIST – CONTINUATION SHEET

| | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|---|---|---|---|
| 10. | Yesid Cardenas<br><br>Duplicate witness | Mr. Cardenas is the Plaintiff's son. He is expected to testify, about Plaintiff's employment | |

| | Not properly disclosed | with the Defendants, the hours and schedules worked by the Plaintiff, and other issues in this case. On several occasions, he visited the Plaintiff's while he was at work and working for the Defendants. | |
|---|---|---|---|

Respectfully submitted this 26th day of August 2025.

s/ Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
