AO 187 (Rev. 7/87) Exhibit and List
.

| | United States District Court | |
|---|---|---|
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| MISAEL CARDENAS RICO,<br><br>    Plaintiffs,<br><br>vs.<br><br>PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,<br><br>    Defendants. | **PLAINTIFF'S TRIAL EXHIBIT LIST**<br><br>**CASE NO.: 1:24-CV-23654-RUIZ/LOUIS** | |
| PRESIDING JUDGE<br>HONORABLE<br>RODOLFO A. RUIZ | PLAINTIFFS' ATTORNEY<br>FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | DEFENDANTS' ATTORNEY<br>ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |
| TRIAL DATE(S)<br>November 3, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | H, R | | Plaintiff's Amended Complaint |
| 2 | | | H, R | | Defendant' Answer and Affirmative Defenses to Amended Complaint [ECF No. 29] (References to liquidated damages and attorney's fees redacted) |
| 3 | | | R – as to Fernando Ivan Prado | | 2024 W-2s Issued to Misael Cardenas Rico and Fernando Ivan Prado (PERFORMANCE000006) (S.S. Nos. Redacted) |
| 4 | | | R | | 2024 W-2 Issued to Mateo Prado (PERFORMANCE000007) (S.S. Nos. Redacted) |
| 5 | | | R – as to Fernando Ivan Prado | | 2023 W-2s Issued to Misael Cardenas Rico and Fernando Ivan Prado (PERFORMANCE000011) (S.S. Nos. Redacted) |
| 6 | | | R | | 2023 W-2 Issued to Mateo Prado (PERFORMANCE000012) (S.S. Nos. Redacted) |
| 7 | | | R – as to Fernando Ivan Prado | | 2022 W-2s Issued to Misael Cardenas Rico and Fernando Ivan Prado (PERFORMANCE000022)(S.S. Nos. Redacted) |
| 8 | | | R | | 2022 W-2 Issued to Mateo Prado (PERFORMANCE000023) (S.S. Nos. Redacted) |
| 9 | | | R | | Pictures taken by Misael Cardenas Rico (CARDENAS000001-39, 63-76, 80-81, 89, 137, 201-213, 213-249) |

| 10 | | | | | Letter from Performance Wholesaler Auto Confirming Employment (CARDENAS000066) |
| 11 | | | | | All Exhibits identified by Defendants (Subject to objections by Plaintiff) |
| 12 | | | | | All Exhibits needed for impeachment and/or rebuttal |

Objection Codes (per Local Rule 16.1)

A–Authenticity
I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy
H–Hearsay
UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged

Add'l Objections

C-Cumulative
NP-Not Produced/Provided In Discovery Period

Respectfully submitted this 26th day of August 2025.

                                            s/ Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884
                                            *Counsel for Plaintiff*