| United States District Court | |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION | |
| MISAEL CARDENAS RICO,<br><br>        Plaintiff,<br>vs.<br><br>PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, individually,<br><br>        Defendants. | DEFENDANTS' WITNESS LIST<br><br>CASE NO.: 1:24-cv-23654-RAR |

| PRESIDING JUDGE<br><br>HONORABLE JUDGE RODOLFO A. RUIZ | PLAINTIFF'S ATTORNEY<br><br>FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | DEFENDANTS' ATTORNEY<br><br>ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |
| TRIAL DATE(S)<br><br>11/3/2025 | | |

| Def NO | Plaintiff's Objections | DATE OFFERED | MARKED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Misael Cardenas Rico-expected to have knowledge of his hours, job duties/responsibilities, and pay during his employment with the entity Defendant during the relevant time period |
| 2 | | | | | Performance Auto Wholesalers LLC's Corporate Representative-expected to have knowledge of the Plaintiff's hours, job duties/responsibilities, and pay during his employment with the entity Defendant in the relevant time period, as well as Defendant's and Plaintiff's participation (or lack thereof) in interstate commerce |
| 3 | | | | | Defendant, Fernando Ivan Prado-expected to have knowledge of the Plaintiff's hours, job duties/responsibilities, and pay during his employment with the entity Defendant in the relevant time period, as well as Defendant's and Plaintiff's participation (or lack thereof) in interstate commerce |
| 4 | | | | | Defendant, Mateo Prado-expected to have knowledge of the Plaintiff's hours, job duties/responsibilities, and pay during his employment with the entity Defendant in the relevant time period, as well as Defendant's and Plaintiff's participation (or lack thereof) in interstate commerce |
| 5 | | | | | Any witness listed by plaintiff without waiving any objections to same |
| 6 | | | | | Any witness used for the purpose of rebuttal or impeachment |

1