| United States District Court |
|---|
| SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION |

| MISAEL CARDENAS RICO,<br><br>             Plaintiff,<br>       vs.<br><br>PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, individually,<br><br>             Defendants. | DEFENDANTS' EXHIBIT LIST<br><br>CASE NO.: 1:24-cv-23654-RAR |
|---|---|

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE JUDGE RODOLFO A. RUIZ | FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |

| TRIAL DATE(S)<br>11/3/2025 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| DEF. NO | PLF. NO | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DEFENDANTS' DESCRIPTION OF EXHIBITS AND PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | | A, H | Ledger of days Plaintiff missed from work (PERFORMANCE0010-11) |
| 2 | | | | | | All Documents listed by Plaintiff (subject to objections by Defendants) |
| 3 | | | | | (All; Objs. Preserved) | All Rebuttal and Impeachment Documents |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Objection Codes (per Local Rule 16.1)
1. A–Authenticity
   I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
   R–Relevancy
   H–Hearsay
   UP–Unduly prejudicial-probative value outweighed by undue prejudice
   P–Privileged