UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND MATEO PRADO,

    Defendants.

_____/

*Instructions proposed only by the Defendants are in bold and italicized.*

### SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. ***That Misael Cardenas Rico was a covered employee of Performance Auto Wholesalers LLC under the FLSA:***

    ***Answer "YES" or "NO"***       _____

    ***If you answered "YES" to Question 1, please answer Question 2. If you answered "NO" to Question 1, please sign and date your verdict form.***

2. That Misael Cardenas Rico is entitled to the overtime wages required by the FLSA:

      Answer "YES" or "NO"    _____

*If you answered "YES" to Question 2, please answer Question 3. If you answered "NO" to Question 2, please sign and date your verdict form.*

3. That Defendants failed to pay Misael Cardenas Rico the overtime wages required by the FLSA:

      Answer "YES" or "NO"    _____

      If "YES," in what amount    $_____

*If you answered "YES" to Question 3, please answer Question 4. If you answered "NO" to Question 3, please sign and date your verdict form*

4. That Defendants knew or showed reckless disregard for whether the FLSA required them to pay Misael Cardenas Rico overtime wages?

      Answer "YES" or "NO"    _____

*Please answer Question 5.*

5. That Misael Cardenas Rico should be awarded damages?

      Answer "YES" or "NO"    _____

      If "YES," in what amount?    $_____

*Please sign and date your verdict form.*

SO SAY WE ALL.

    _____
    Foreperson's Signature

DATE: _____