UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Misael Cardenas Rico, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

    Dated this 2nd day of September 2025.

                                             s/ Katelyn Schickman, Esq.
                                             Katelyn Schickman, Esq. (1064879)
                                             katie@fairlawattorney.com
                                             FAIRLAW FIRM
                                             135 San Lorenzo Avenue
                                             Suite 770
                                             Coral Gables, FL 33146
                                             Tel: 305.230.4884
                                             *Counsel for Plaintiff*