UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY SUPPORTING PLAINTIFF'S MOTION IN LIMINE AND
REPLY SUPPORTING PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, Misael Cardenas Rico, through his undersigned counsel and pursuant to Local Rule 7.1 and other applicable Rules and laws, requests the Court to grant a 10-day extension of time to file a Reply Supporting Plaintiff's Motion in Limine and a Reply Supporting Plaintiff's Motion for Summary Judgment based upon the following good cause:

1. Plaintiff filed his Motion in Limine and/or to Exclude on July 22, 2025 [ECF No. 42]

2. Plaintiff filed his Motion for Summary Judgment on July 22, 2025 [ECF No. 43].

3. The Defendants filed their Response in Opposition to Plaintiff's Motion for Summary Judgment and Plaintiff's Motion in Limine on August 26, 2025, [ECF Nos. 55,57], after they received a three-week extension of time to file them. [ECF Nos. 47, 49].

4. Due to the press of business and commitments in other matters, the undersigned will be unable to research and draft the Reply Supporting Plaintiff's Motion in Limine and/or the Reply Supporting Plaintiff's Motion for Summary Judgment by September 5, 2025, and so seeks an additional 10 days to file these Replies.

5. The undersigned contacted defense counsel, who had no opposition to providing a ten-day extension of time to file Plaintiff's Reply supporting Plaintiff's Motion in Limine and Plaintiff's Reply Supporting Plaintiff's Motion for Summary Judgment.

6. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

7. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

8. Accordingly, Plaintiff respectfully requests the Court to grant him an extension of time through September 15, 2025, to file a Reply Supporting Plaintiff's Motion in Limine and a Reply Supporting Plaintiff's Motion for Summary Judgment.

WHEREFORE Plaintiff, Misael Cardenas Rico, respectfully requests the Court to grant him the Extension of Time requested above based on the good cause shown and the lack of opposition.

**LOCAL RULE 7.1 CERTIFICATION**

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the ten-day extension.

Respectfully submitted this 2nd day of September 2025,

Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
