UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## REPLY SUPPORTING PLAINTIFF'S SUMMARY JUDGMENT STATEMENT OF FACTS

Plaintiff, Misael Cardenas, pursuant to Local Rule 7.1 and Fed. R. Civ. P. 56, offers the following statement of undisputed material facts in support of his Motion for Summary Judgment:

### Defendants

1. Admitted by Defendants.
2. No further reply necessary.
3. Admitted by Defendants.
4. Evidence in conflict.
5. Admitted by Defendants.
6. Admitted by Defendants.
7. Admitted by Defendants.
8. Evidence in conflict.
9. Admitted by Defendants.
10. Admitted by Defendants.
11. Admitted by Defendants.

12. Admitted by Defendants.
13. Admitted by Defendants.
14. Admitted by Defendants.
15. Admitted by Defendants.
16. Admitted by Defendants.

### Mr. Cardenas's Work and Hours Worked

17. Admitted by Defendants.
18. Admitted by Defendants.
19. Admitted by Defendants.
20. Admitted by Defendants.
21. Evidence in conflict.
22. Evidence in conflict.
23. Evidence in conflict.
24. Evidence in conflict.
25. Admitted by Defendants.
26. Evidence in conflict.
27. Evidence in conflict.
28. Evidence in conflict.
29. Admitted by Defendants.
30. Admitted by Defendants.
31. Admitted by Defendants.
32. Admitted by Defendants.

### Plaintiff's Hours Worked

33. Admitted by Defendants.
34. Admitted by Defendants.
35. Admitted by Defendants.
36. Admitted by Defendants.
37. Admitted by Defendants.
38. Admitted by Defendants.
39. Admitted by Defendants.

40. Admitted by Defendants.

41. Object to the admissibility of testimony by Mateo Prado as speculative and lacking in foundation or firsthand knowledge. *Vega v. Invsco Grp., Ltd.*, 432 F. App'x 867, 869-70 (11th Cir. 2011) ("the nonmoving party cannot create a genuine issue of material fact through speculation, conjecture, or evidence [*870] that is 'merely colorable' or 'not significantly probative.'") If accepted, the evidence is in conflict.

42. Admitted by Defendants.

43. Admitted by Defendants.

44. Admitted by Defendants.

45. Evidence in conflict.

46. Object to the admissibility of testimony by Mateo Prado as speculative and lacking in foundation or firsthand knowledge. *Vega v. Invsco Grp., Ltd.*, 432 F. App'x 867, 869-70 (11th Cir. 2011) ("the nonmoving party cannot create a genuine issue of material fact through speculation, conjecture, or evidence [*870] that is 'merely colorable' or 'not significantly probative.'") If accepted, the evidence is in conflict; although Defendants admitted they did not keep track of Plaintiff's breaks.

47. Admitted by Defendants.

48. Admitted by Defendants.

49. Object to the admissibility of testimony by Mateo Prado as speculative and lacking in foundation or firsthand knowledge. *Vega v. Invsco Grp., Ltd.*, 432 F. App'x 867, 869-70 (11th Cir. 2011) ("the nonmoving party cannot create a genuine issue of material fact through speculation, conjecture, or evidence [*870] that is 'merely colorable' or 'not significantly probative.'") If accepted, the evidence is in conflict. Mr. Cardenas Rico testified he usually ("most of the time") would arrive at work before the individual Defendants, who would arrive after 10:15 a.m., and then the individual Defendants would leave at around 6:00 to 6:30 p.m. [ECF No. 56-1 at 31-33: 18-10].

50. Object to the admissibility of testimony by Mateo Prado as speculative and lacking in foundation or firsthand knowledge. *Vega v. Invsco Grp., Ltd.*, 432 F. App'x 867, 869-70 (11th Cir. 2011) ("the nonmoving party cannot create a genuine issue of material fact through speculation,

conjecture, or evidence [*870] that is 'merely colorable' or 'not significantly probative.'") If accepted, the evidence is in conflict.

### **Defendants' Pay Practices and Payments to Mr. Cardenas**

51. Evidence in conflict (although Defendants have no records to dispute the hours Mr. Cardenas Rico worked). [ECF No. 40 at 15 (Depo p. 13: 8-18].

52. Admitted by Defendants.

53. Admitted by Defendants.

54. Admitted by Defendants.

55. Admitted by Defendants.

56. No further reply necessary.

57. No further reply necessary.

Respectfully submitted this 15th day of September 2025.

> *s/Brian H. Pollock, Esq.*
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:  305.230.4884
> *Counsel for Plaintiff*