STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGES OF COMPENSATION CLAIMS

# PETITION FOR WORKERS' COMPENSATION BENEFITS

Employee/Claimant petitions the Office of the Judges of Compensation Claims for an order requiring Employer/Carrier to provide benefits due under Chapter 440, Florida Statutes as claimed below.

| | | |
|---|---|---|
| **EMPLOYEE:** Misael Cardenas Rico (Address / Phone Number on Record) | **OJCC CASE NO.** (required if previously issued): **24-024988ERA** | |
| **EMPLOYER:** Performance Auto Wholesalers LLC  10859 NW 21st Street  Miami, FL 33172  305-590-5576 | **CARRIER:** | |
| **CLAIMANT'S NAME** (if different from the employee): | | |
| **EMPLOYEE/CLAIMANT'S ATTORNEY** (if any): | Ronald Rodman  0664332  3636 West Flagler Street  Miami, FL 33135  3054488585 | |
| **DATE OF ACCIDENT** (disablement date if occupational disease): 6/21/2024 | **ACCIDENT COUNTY:** Dade  **ACCIDENT STATE:** FL | |
| **DETAILED DESCRIPTION OF JOB RESPONSIBILITIES:** AUTO DETAILER | **SPECIFIC WORK BEING PERFORMED WHEN INJURY OCCURRED:** REGULAR DUTIES | |
| **DETAILED DESCRIPTION OF THE ACCIDENT:** CLAIMANT TRIPPED AND FELL OVER A CABLE LANDING ON A WATER FAUCET  **PART(S) OF BODY INJURED:** UPPER EXTREMITY/CHEST, ARM PIT AND UNDER ARM AREA, RIB FRACTURE, KNEE, LOWER EXTREMITY  **CHARACTER OF DISABILITY:** UNABLE TO ENGAGE IN HIS WORK AS BEFORE IN A FULL DUTY CAPACITY. | **IS THIS PETITION FOR MEDICAL BENEFITS ONLY:** No  **AWW 13 WEEKS PRECEDING ACCIDENT:**  **CURRENT AWW:**  **CURRENTLY WITH SAME EMPLOYER:** N  **CURRENT WORK LEVEL:** Reduced Duty/Reduced Wages  **HAS MMI BEEN REACHED:** N   **IF SO, DATE OF MMI:** | |

Jurisdiction: The Judge of Compensation Claims has jurisdiction over the parties and the subject matter of this petition.

Managed care grievance procedures, if required, were exhausted under F.S. §440.192(3). The Grievance was dated:

OJCC Form PFB (Revised 9-1-2006)

**Filed October 15, 2024 10:17 AM ET Office of the Judges of Compensation Claims.**

## MONETARY (INDEMNITY) BENEFITS CLAIMED, FLORIDA STATUTES §440.15

**CLASS OF BENEFIT:** Adjustment of AWW   **Starting Date:** 6/21/2024   **Ending Date:** continuing

**Details:** Employee/Claimant requests adjustment of average weekly wage to accurately reflect Employee/Claimant's gross earnings during the 91-days prior to date of accident including but not limited to any discontinued fringe benefits such as health insurance. Employee/Claimant was earning $21.87 per hour and worked 40-43 hours per week.

**CLASS OF BENEFIT:** Temporary Total Disability   **Starting Date:** 6/21/2024   **Ending Date:** continuing

**Details:** Employee/Claimant requests payment of temporary total disability benefits from date of accident and continuing until Employee/Claimant reaches maximum medical improvement from all treating physicians. Claimant was fired on 8/6/2024.

**CLASS OF BENEFIT:** Temporary Partial Disability   **Starting Date:** 6/21/2024   **Ending Date:** continuing

**Details:** Employee/Claimant requests payment of temporary partial disability benefits from date of accident and continuing until Employee/Claimant reaches maximum medical improvement from all treating physicians.

## MEDICAL AND REHABILITATIVE BENEFITS, FLORIDA STATUTES §440.13

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Primary Care Physician

**Details:** Employee/Claimant requests authorization for evaluation and if necessary testing, treatment and care with primary care physician. Employee/Claimant has not been provided any medical care and treatment by Employer since the date of accident. Claimant has injuries that have not been cared for because his health insurance says it is work related and will not cover.

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Other

**Details:** Employee/Claimant requests authorization for MRI of L axilla with contrast as per the attached Order dated July 15, 2024.

## PENALTIES, INTEREST, COSTS, ATTORNEY'S FEES, OR OTHER CLAIMS

**CLASS OF BENEFIT:** Attorney Fees and/or Costs

**Details:**

**CLASS OF BENEFIT:** Penalties and/or Interest

**Details:**

**CLASS OF BENEFIT:** Compensability

**Details:** Employee/Claimant requests compensability of services rendered at South Miami Hospital, Excellence Healthcare, Baptist Hospital and Doral Urgent Care. Claimant has had to seek care at these emergency facilities since Employer has not provided any medical care.

OJCC Form PFB (Revised 9-1-2006)

**Certificate of Good Faith Effort to Resolve Dispute,**
**Acknowledgment of Fraud Statement, Certificate of Service,**
**and Social Security Number Notice**

The Claimant and the Claimant's attorney certify that they have made a good faith effort to resolve the dispute and that the Claimant and the Claimant's attorney were unable to resolve the dispute with the employer/carrier/servicing agent.

The Claimant has read and understands the following: "Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information commits insurance fraud, punishable as provided in s. 817.234." By signing below, the Claimant attests that he or she has reviewed, understands, and acknowledges the foregoing notice. In accordance with Florida Statutes § 440.192(1), a copy of this Petition for Benefits has been served by Certified Mail on the injured worker's employer and the employer's carrier on __10/15/24_____. A copy of this Petition has also been served on the attorney for the employer/carrier, if known.

Disclosure of the employee's Social Security Number (SSN) is voluntary. An employee or claimant who does not have or declines to provide the employee's SSN must file a verified motion for assignment of substitute identification number along with the initial Petition for Benefits or Request for Assignment of Case Number in accordance with Fla. Admin. Code 60Q-6.105(4).

The employee's SSN will be used to uniquely identify the employee in the Office of the Judges of Compensation Claims (OJCC) case management system, ascertain a claimant's child support obligations before approving any lump sum settlement, and exchange information between the OJCC and the Division of Workers' Compensation. The employee's SSN may also be used by the employer and carrier named on the Petition for Benefits or Request for Assignment of Case Number to identify the employee.

Social Security Numbers are confidential and exempt from public disclosure. It is the express policy of the OJCC to prohibit the disclosure of Social Security Numbers by the OJCC or any of its employees, except the SSN will be disclosed by the OJCC for the following reasons: (1) in response to a legitimate inquiry from a state or federal agency in connection with matters within its jurisdiction; (2) if so ordered by a court of competent jurisdiction, pursuant to the terms of such order; and (3) to a commercial entity in response to a request in accordance with §119.071(5)(a)(7), Florida Statutes.

WHEREFORE, the Claimant requests an order directing the employer to provide the benefits as requested.

✔ ___/s/ Misael Cardenas_____    ___10/15/24_____
Signature of Claimant                                                   Date

___/s/_____    ___10/15/24_____
Signature of Counsel for Claimant                              Date