STATE OF FLORIDA
DIVISION OF ADMINISTRATIVE HEARINGS
OFFICE OF THE JUDGES OF COMPENSATION CLAIMS

# PETITION FOR WORKERS' COMPENSATION BENEFITS

Employee/Claimant petitions the Office of the Judges of Compensation Claims for an order requiring Employer/Carrier to provide benefits due under Chapter 440, Florida Statutes as claimed below.

| | | |
|---|---|---|
| **EMPLOYEE:** Misael Cardenas Rico <br><br> (Address / Phone Number on Record) |  | **OJCC CASE NO.** (required if previously issued): **24-024988ERA** |
| **EMPLOYER:** Performance Auto Wholesalers LLC <br> 10859 NW 21st Street <br> Miami, FL 33172 <br> 305-590-5576 | | **CARRIER:** |
| **CLAIMANT'S NAME** (if different from the employee): | | |
| **EMPLOYEE/CLAIMANT'S ATTORNEY** (if any):    Ronald Rodman <br> 0664332 <br> 3636 West Flagler Street <br> Miami, FL 33135 <br> 3054488585 | | |
| **DATE OF ACCIDENT** (disablement date if occupational disease): 6/21/2024 | | **ACCIDENT COUNTY:** Dade <br> **ACCIDENT STATE:** FL |
| **DETAILED DESCRIPTION OF JOB RESPONSIBILITIES:** <br> AUTO DETAILER | | **SPECIFIC WORK BEING PERFORMED WHEN INJURY OCCURRED:** <br> REGULAR DUTIES |
| **DETAILED DESCRIPTION OF THE ACCIDENT:** CLAIMANT TRIPPED AND FELL OVER A CABLE LANDING ON A WATER FAUCET <br><br> **PART(S) OF BODY INJURED:** UPPER EXTREMITY/CHEST, ARM PIT AND UNDER ARM AREA, RIB FRACTURE, KNEE, LOWER EXTREMITY <br><br> **CHARACTER OF DISABILITY:** UNABLE TO ENGAGE IN HIS WORK AS BEFORE IN A FULL DUTY CAPACITY. | | **IS THIS PETITION FOR MEDICAL BENEFITS ONLY:** No <br><br> **AWW 13 WEEKS PRECEDING ACCIDENT:** <br><br> **CURRENT AWW:** <br><br> **CURRENTLY WITH SAME EMPLOYER:** N <br><br> **CURRENT WORK LEVEL:** Reduced Duty/Reduced Wages <br><br> **HAS MMI BEEN REACHED:** N    **IF SO, DATE OF MMI:** |

Jurisdiction: The Judge of Compensation Claims has jurisdiction over the parties and the subject matter of this petition.

Managed care grievance procedures, if required, were exhausted under F.S. §440.192(3). The Grievance was dated:

**MONETARY (INDEMNITY) BENEFITS CLAIMED, FLORIDA STATUTES §440.15**

**MEDICAL AND REHABILITATIVE BENEFITS, FLORIDA STATUTES §440.13**

**CLASS OF BENEFIT:** Authorization of Medical Care/Testing   **SPECIFIC TYPE:** Orthopedic Surgery

**Details:** Employee/Claimant requests authorization for arthroscopic surgery of left shoulder as recommended by Dr. Yelisa Rivero of Ceda Orthopedic Group. Please see attached.

**PENALTIES, INTEREST, COSTS, ATTORNEY'S FEES, OR OTHER CLAIMS**

**CLASS OF BENEFIT:** Attorney Fees and/or Costs

**Details:**

**CLASS OF BENEFIT:** Penalties and/or Interest

**Details:**

OJCC Form PFB (Revised 9-1-2006)

## Certificate of Good Faith Effort to Resolve Dispute, Acknowledgment of Fraud Statement, Certificate of Service, and Social Security Number Notice

The Claimant and the Claimant's attorney certify that they have made a good faith effort to resolve the dispute and that the Claimant and the Claimant's attorney were unable to resolve the dispute with the employer/carrier/servicing agent.

The Claimant has read and understands the following: "Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information commits insurance fraud, punishable as provided in s. 817.234." By signing below, the Claimant attests that he or she has reviewed, understands, and acknowledges the foregoing notice. In accordance with Florida Statutes § 440.192(1), a copy of this Petition for Benefits has been served by Certified Mail on the injured worker's employer and the employer's carrier on _____1/24/2025_____. A copy of this Petition has also been served on the attorney for the employer/carrier, if known.

Disclosure of the employee's Social Security Number (SSN) is voluntary. An employee or claimant who does not have or declines to provide the employee's SSN must file a verified motion for assignment of substitute identification number along with the initial Petition for Benefits or Request for Assignment of Case Number in accordance with Fla. Admin. Code 60Q-6.105(4).

The employee's SSN will be used to uniquely identify the employee in the Office of the Judges of Compensation Claims (OJCC) case management system, ascertain a claimant's child support obligations before approving any lump sum settlement, and exchange information between the OJCC and the Division of Workers' Compensation. The employee's SSN may also be used by the employer and carrier named on the Petition for Benefits or Request for Assignment of Case Number to identify the employee.

Social Security Numbers are confidential and exempt from public disclosure. It is the express policy of the OJCC to prohibit the disclosure of Social Security Numbers by the OJCC or any of its employees, except the SSN will be disclosed by the OJCC for the following reasons: (1) in response to a legitimate inquiry from a state or federal agency in connection with matters within its jurisdiction; (2) if so ordered by a court of competent jurisdiction, pursuant to the terms of such order; and (3) to a commercial entity in response to a request in accordance with §119.071(5)(a)(7), Florida Statutes.

WHEREFORE, the Claimant requests an order directing the employer to provide the benefits as requested.

✔ _____Misael Cardenas_____         _____1/24/2025_____
Signature of Claimant                                                           Date

_____         _____1/24/2025_____
Signature of Counsel for Claimant                                   Date