UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

## PLAINTIFF'S AGREED MOTION TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL

Plaintiff, Misael Cardenas Rico, through his undersigned counsel, and based on the an agreement from the Defendants, requests the Court to excuse the parties from the first week of the trial docket (November 3-7, 2025) based on the following good cause:

1. The Court scheduled the parties for trial during the two-week trial period commencing November 3, 2025, with the calendar call occurring on October 28, 2025. [ECF No. 20].

2. Undersigned counsel for the Plaintiff requests that the Court excuse the parties from the first week of the trial period so he can travel to New York City and watch his son (20) run the New York Marathon on Sunday, November 2, 2025.

3. The parties conferred and believe that the trial of this case should take about 3 days.

4. A ruling on the Plaintiff's Motion in Limine or the Plaintiff's Motion for Summary Judgment could shorten the trial, depending on the issues adjudicated. [ECF Nos. 42, 44]

1

5.  Counsel for the parties are equally motivated to complete the trial by Thursday, November 13, 2025, as they are scheduled to travel out of the jurisdiction on Friday, November 14, 2025.

WHEREFORE Plaintiff, Misael Cardenas, respectfully requests that this Court enter an Order excusing the parties from the first week of the trial docket based on the good cause shown above and the lack of opposition and/or agreement.

Respectfully submitted this 14th day of October 2025.

> Brian H. Pollock, Esq.
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Ave
> Suite 770
> Coral Gables, FL 33146
> Tel:   305.230.4884
> *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*