UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, and
MATEO PRADO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq. of FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Misael Cardenas, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 3rd day of March 2026,

                                            s/ Patrick Brooks LaRou
                                            Patrick Brooks LaRou, Esq.
                                            Florida Bar No. 1039018
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884
                                            Counsel for Plaintiff