UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23654-RAR

**MISAEL CARDENAS**,

    Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC**, *et al.*,

    Defendants.
_____/

## ORDER SPECIAL SETTING CASE FOR TRIAL

**THIS CAUSE** comes before the Court *sua sponte*. This case was set for trial on the Court's two-week trial calendar beginning on Novemeber 3, 2025. *See* Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, [ECF No. 20] at 1. On October 27, 2026, the Court removed the case from the trial period pending resolution of Plaintiff's Motion for Summary Judgment. *See* [ECF No. 70]. On February 26, 2026, the Court affirmed and adopted Magistrate Judge Louis's Report & Recommendations, overruled Plaintiff's Objections, and denied Plaintiff's Motion for Summary Judgment. *See* [ECF No. 73].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is special set for trial during the Court's two-week trial calendar beginning on **March 23, 2026**. Counsel for all parties shall also report for Calendar Call at **10:00 A.M. on March 16, 2026**, which the Court will hold in place of the In-Person Status Conference previously scheduled for that time. *See* [ECF No. 74]. Unless instructed otherwise by subsequent order, the trial and all other proceedings in

this case shall be conducted in Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

Further, the parties remain required to conduct an informal settlement conference on or before **5:00 P.M. on March 13, 2026**, pursuant to [ECF No. 74].  The parties shall also submit any motions *in limine* **on or before March 13, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2026.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**