**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

**ORDER ON DEFENDANTS' MOTION IN LIMINE**

THIS CAUSE having come before the Court upon Defendants' Motion in Limine and the Court having considered the motion and Plaintiff's response, and is otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1.    Defendants' Motion in Limine to exclude any reference to Plaintiff's alleged injury on the job, images of the alleged injury, claim for workers' compensation, claim for unlawful retaliation under the workers' compensation statute in State Court, and any litigation or facts related to these claims is hereby GRANTED.

2.    Defendants' Motion in Limine to exclude any direct or indirect references or evidence regarding Defendant, Fernando Ivan Prado's conviction of fraud from 2009 is hereby GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2026.

                                                 _____
                                               HONORABLE RODOLFO A. RUIZ, II
                                               UNITED STATES DISTRICT JUDGE