UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

    Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, by and through their undersigned counsel, hereby file their correct Trial Exhibit List, instead of the Exhibit List filed on August 26, 2025 [***ECF No. 58-5***] that omitted an offered exhibit.

Respectfully submitted, this 15th day of March, 2026.

                              ADI AMIT, P.A.
                              *Attorneys for Defendants*
                              101 Centre
                              101 NE Third Avenue, Suite 300
                              Fort Lauderdale, Florida 33301
                              Phone: (954) 533-5922
                              E-mail: adi@defenderofbusiness.com

                              By: *s/Adi Amit*
                                    Adi Amit, Esquire
                                    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/<i>Adi Amit</i><br>
Adi Amit, Esquire

## SERVICE LIST

*Misael Cardenas v. Performance Auto Wholesalers, LLC, et al*
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, Florida 33146<br>brian@fairlawattorney.com<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>ADI AMIT, P.A.<br>101 Centre<br>101 N.E. Third Avenue,<br>Suite 300<br>Ft. Lauderdale, Florida 33301<br>Adi@DefenderOfBusiness.com<br>*Counsel for Defendants* |