| United States District Court |
|---|
| SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION |

| | |
|---|---|
| MISAEL CARDENAS RICO,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, and MATEO PRADO, individually,<br><br>　　　　Defendants. | DEFENDANTS' EXHIBIT LIST<br><br>CASE NO.: 1:24-cv-23654-RAR |

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| HONORABLE JUDGE RODOLFO A. RUIZ | FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |

| TRIAL DATE(S)<br>3/23/2025 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| DEF. NO | PLF. ,.NO | DATE OFFERED | MARKED | ADMITTED | DEFENDANTS' DESCRIPTION OF EXHIBITS AND PLAINTIFF'S OBJECTIONS |
|---|---|---|---|---|---|
| 1 | | | | | Employee QuickReport Ledgers of payments to Plaintiff |
| 2 | | | | | Ledger of days Plaintiff missed from work (**A, H**) |
| 3 | | | | | All Documents listed by Plaintiff (subject to objections by Defendants) |
| 4 | | | | | All Rebuttal and Impeachment Documents (**All Objs. Preserved**) |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

Objection Codes (per Local Rule 16.1)
1. A–Authenticity
I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
R–Relevancy
H–Hearsay
UP–Unduly prejudicial-probative value outweighed by undue prejudice
P–Privileged