## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:24-CV-23654**

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.
_____/

### **DEFENDANT, FERNANDO PRADO'S ANSWERS TO THE FIRST SET OF INTERROGATORIES**

Defendant, FERNANDO PRADO, by and through undersigned counsel, hereby serves his Answers to Plaintiff's First Set of Interrogatories, served on December 19, 2024, and states that these Answers have been served via electronic mail on this 24th day of January 2025 to: Brian H. Pollock, Esquire, FAIRLAW FIRM, 135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida, 33146, brian@fairlawattorney.com *Counsel for Plaintiff*.

                                        Adi Amit, P.A.
                                        *Attorney for Defendants*
                                        101 Centre
                                        101 NE Third Ave., Suite 300
                                        Fort Lauderdale, Florida 33301
                                        Phone: (954) 533-5922
                                        E-mail: Adi@defenderofbusiness.com

                                        By: s/Dylan Pulitano
                                        Dylan Pulitano, Esquire
                                        Florida Bar No.: 1059244

                                        dylan@defenderofbusiness.com

**FIRST INTERROGATORIES TO FERNANDO PRADO**

1)      Please state your full name, all aliases and names by which you have been known, all addresses at which you lived during the past five years, all email address you have used during the past five years, your date of birth, your social security number, and all positions and job titles you held with Performance Auto Wholesalers LLC during the past five years:

**Answer:**

**Names: Fernado Prado, Ivan Prado, c/o Adi Amit, 101 NE Third Ave., Suite 300, Fort Lauderdale, FL 33301**

**Emails: ivan@performanceauto; ivanpradoa@gmail.com**

**Job Titles Held: General Manager**

2)      Please state whether you have ever been charged with a crime, and, if so, please state the nature of each such charge, the County and State in which each was brought, the disposition of each such charge, and the case number(s) for each:

 **Answer:** No

3)      Please identify by name, address, email address, and telephone number, any person who has or may have knowledge of any relevant facts or discoverable matter relating to the subject of this lawsuit, including the claims and defenses asserted, and state the substance of the knowledge that you believe or have reason to believe each of these persons may have.

**Answer:** **Mateo Prado and Fernando Prado, c/o Adi Amit, 101 NE Third Ave., Suite 300, Fort Lauderdale, FL 33301.**

**Misael Cardenas, c/o Brian H. Pollock, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.**

FERNANDO PRADO

BY: _____
FERNANDO PRADO

STATE OF FLORIDA :

: SS.

COUNTY OF Broward :

Before me, the undersigned authority personally appeared FERNANDO PRADO who, after being duly sworn, states under oath that the foregoing Answers to Interrogatories are true and correct.

SWORN TO AND SUBSCRIBED before me this 31 day of January, 2025, and who is personally known by me or who produced _____ as identification.

STHEFANY RODRIGUES
Notary Public-State of Florida
Commission # HH 234032
My Commission Expires
February 27, 2026

_____
Signature Notary Public – State of Florida

Print Name: Sthefany Rodrigues

My Commission Expires: 2/27/26