```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

        CASE NO.: 1:24-CV-23654-RUIZ/LOUIS
```

MISAEL CARDENAS,

    Plaintiff,

vs.

PERFORMANCE AUTO
WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

    Defendants.

**ORIGINAL**

```
        DEPOSITION OF FERNANDO IVAN PRADO

         TAKEN ON BEHALF OF THE PLAINTIFF

                JUNE 23RD, 2025
            10:03 A.M. TO 11:04 A.M.

         ALL PARTIES APPEARED REMOTELY
                  PURSUANT TO
      FLORIDA SUPREME COURT ORDER AOSC20-23
```

REPORTED BY:
JESSICA TATE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

```
01              APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        BRIAN H. POLLOCK, ESQUIRE
          FAIRLAW FIRM
04        135 SAN LORENZO AVENUE, SUITE 770
          CORAL GABLES, FLORIDA 33146
05        305-230-4884
          BRIAN@FAIRLAWATTORNEY.COM
06        (REMOTELY VIA ZOOM)

07   ON BEHALF OF THE DEFENDANT:

08        ADI AMIT, ESQUIRE
          ADI AMIT, P.A.
09        101 NORTHEAST 3RD AVENUE, SUITE 300
          FORT LAUDERDALE, FLORIDA 33301
10        954-533-5922
          ADI@DEFENDEROFBUSINESS.COM
11        (REMOTELY VIA ZOOM)

12
     ALSO PRESENT:
13
          JOSEPH RICHARD PERES, INTERPRETER
14
          MATEO PRADO, DEFENDENT
15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                  INDEX OF EXAMINATION

02   WITNESS:   FERNANDO IVAN PRADO
                                                    PAGE
03   DIRECT EXAMINATION
         BY BRIAN H. POLLOCK, ESQUIRE                  6
04
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                  INDEX OF EXHIBITS
02   EXHIBIT              DESCRIPTION                    PAGE
03   PLAINTIFF'S
04   EXHIBIT 101    COURT JUDGEMENT AND SENTENCE DOCUMENT 22
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01            DEPOSITION OF FERNANDO IVAN PRADO
02                     JUNE 23, 2025
03       Thereupon:
04       JOSEPH RICHARD PEREZ, interpreter,
05  having been first duly sworn, testified as
06  follows:
07              FERNANDO IVAN PRADO,
08       was called as a witness, and after having
09  been first duly  sworn, testified as follows:
10       THE COURT REPORTER:  Today's date is June
11  23th, 2025.  The time is approximately 10:03 A.M.
12       We're here for the deposition of Fernando Ivan
13  Prado in case Misael Cardenas v. Performance Auto
14  Wholesalers LLC, Fernando Prado, and Mateo Prado
15  with Case Number 1:24-CV-23654-RUIZ/LOUIS.
16       The Court Reporter is Jessica Tate with
17  Universal Court Reporting Services.  I'm a
18  nationally certified court reporter through AAERT
19  with Certification Number 3319.  I can affirm that
20  no AI is being used in the recording or reporting
21  of this proceeding.
22       Would counsel please introduce themselves for
23  the record?
24       MR. POLLOCK:  Good morning.  Brian Pollock for
25  the Plaintiff.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01       A.   No.  I could have had one, but I never had it.
02  BY MR. POLLOCK:
03       Q.   Did you ever have a lawyer that represented
04  you for anything and his name was Roger Cabrera?
05       A.   Yes.
06       Q.   And what did Mr. Cabrera represent you for?
07       A.   For the purchase of my home.
08       Q.   What else did he represent you for?
09       A.   Personal matter.
10       Q.   What else did he represent you for?
11       A.   Everything related to my home.
12       Q.   Did he also represent you in a criminal
13  matter?
14       A.   Yes.
15       Q.   Is that because you were charged with one or
16  more crimes?
17       A.   Yes.
18       Q.   The crimes that you were charged with, did
19  they involve one or more felonies or one or more crimes
20  in which you were alleged to have made a false statement
21  or misrepresentation?
22       A.   I don't understand.
23       Q.   As far as what you were charged with, did the
24  charges include one or more felonies?
25       A.   I don't know.  That's why I hired an attorney,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   and I don't even know what they accused me of because I
02   had no responsibility.
03        Q.   Mr. Prado, I'm going to show you what I've
04   marked as Exhibit 101.
05             (Thereupon, Plaintiff's Exhibit 101 was
06        entered into the record.)
07             MR. AMIT:  Just for the record, Brian, because
08        it's a composite of -- I see two different types of
09        items in it.  Can you describe what Exhibit 1 is?
10        So --
11             MR. POLLOCK:  Yeah.  Hold on.  Let me -- let
12        me get this better.
13   BY MR. POLLOCK:
14        Q.   Exhibit 101, which is titled Order Granting
15   Defendant Fernando Ivan Prado's motion to correct
16   judgment and sentence.
17   Can you see this document?
18        A.   And I can see it, but as I said before, I was
19   involved in a matter in which I bore no responsibility.
20        Q.   And do you see that on a motion that was filed
21   by your lawyer, the Court entered an order and the order
22   states that the clerk of court shall correct the
23   judgment and sentence to reflect that Fernando Ivan
24   Prado was adjudicated guilty only as to counts three,
25   obtaining credit by false statement, which is a
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  misdemeanor.
02         Four, dual contracts prohibited, a
03  misdemeanor; five, dual contracts prohibited, a
04  misdemeanor; six, dual contracts prohibited, a
05  misdemeanor; seven, dual contracts prohibited, a
06  misdemeanor and that counts one, grand theft first
07  degree, a felony, and two, organized fraud, a felony,
08  were no pros by the State of Florida.
09  Do you understand this to be correct?
10         MR. AMIT:  Objection to form.
11     A.  First, I didn't recall this because it
12  happened many years ago.  And second, the mortgage --
13  and the mortgage broker was the one who did all of this,
14  and I was only sentenced to community hours.  And
15  because I was not represented by an attorney at that
16  time, I accepted that.
17         And for your peace of mind, I continue to live
18  in the same home that I purchased over 20 years ago.
19  And so you can note that I was deceived by a person as
20  many other persons are deceived by somebody who commits
21  these deceits.
22  BY MR. POLLOCK:
23     Q.  When you say you weren't represented, you mean
24  meaning you weren't represented in the case or you
25  weren't represented in the situation involving the



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  mortgage broker?
02      A.   I had no representation in the purchase of the
03  home, but I did have representation to clarify the
04  deceit that was committed by the mortgage broker.
05      Q.   Did you read the deposition that your son gave
06  in the workers' compensation case?
07      A.   Nope.
08      Q.   Okay.  Do you have any reason to believe that
09  your son would testify untruthfully?
10          MR. AMIT:  Objection to form.
11      A.   No.  I have no doubts whatsoever regarding my
12  son.
13  BY MR. POLLOCK:
14      Q.   Is it also true that you have no doubt that
15  your son would testify truthfully and honestly?
16          MR. AMIT:  Objection to form.
17      A.   Could you repeat your question, Sir?
18  BY MR. POLLOCK:
19      Q.   Sure.  Is it fair to say that you have no
20  doubt that your son would testify truthfully and
21  honestly about Mr. Cardenas Rico and his work?  Let me
22  strike that.  Let me start over.
23          Do you have any reason to believe that your
24  son would do anything other than testify truthfully and
25  honestly in any proceeding involving Mr. Cardenas Rico?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01     A.    He will always be honest.
02     Q.    Was Mr. Cardenas Rico given deadlines by which
03  he had to complete his work on vehicles?
04           MR. AMIT:  Objection to form.
05     A.    No.
06     Q.    Isn't it true that you couldn't deliver a car
07  to a seller until Mr. Cardenas Rico had finished his
08  work detailing it?
09           THE WITNESS:  Requesting that I repeat the
10        translation of the question.
11           MR. POLLOCK:  You seem to be breaking up,
12        Mr. Peres.  I think that's the issue.
13     A.    To a buyer?
14  BY MR. POLLOCK:
15     Q.    Correct.
16     A.    The cars are delivered when they're ready.
17  Correct.
18     Q.    And so, a car would have to be detailed before
19  it's ready to be sent to a buyer.  Right?
20     A.    Yes.  But that is normally done when we
21  receive or buy a vehicle, not at the moment that we're
22  going to deliver a vehicle.
23     Q.    Okay.  So, when you get the vehicle, that's
24  when you bring it back to as new of a condition as you
25  can.  Is that right?
```



Misael Cardenas vs Performance Auto/Fernando & Mateo Prado
Prado, Fernando on 06/23/2025                             Page 26

```
01      A.   Correct.
02      Q.   And the sooner you do that, the sooner you can
03   market the vehicle and sell it.  Is that right?
04      A.   Yes.
05      Q.   I don't think I have anything further at this
06   time.
07           MR. AMIT:  Okay.  We'll read.
08           THE COURT REPORTER:  Okay.  Would either party
09      like to order at this time?
10           MR. AMIT:  Not me.
11           MR. POLLOCK:  I'll let you know and I'll
12      circulate the exhibit.
13           MR. AMIT:  Perfect.
14           THE COURT REPORTER:  Okay.  The time is 11:04.
15      We're now off the record.
16           (Deposition concluded at 11:04 a.m.)
17           (Reading and signing of the deposition by the
18      witness has been reserved.)
19
20
21
22
23
24
25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01              CERTIFICATE OF REPORTER
02   STATE OF FLORIDA
03   COUNTY OF PASCO
04
05        I, JESSICA TATE, Court Reporter and Notary Public
06   for the State of Florida, do hereby certify that I was
07   authorized to and did digitally report and transcribe
08   the foregoing proceedings, and that the transcript is a
09   true and complete record of my notes.
10
11        I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorneys or counsel connected with the action, nor am
15   I financially interested in the action.
16
17        Witness my hand this 16th day of July, 2025.
18
19
20
21
22
23
24   _____
     JESSICA TATE, COURT REPORTER
25   NOTARY PUBLIC, STATE OF FLORIDA
```



UNIVERSAL COURT REPORTING
Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com