IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

THE STATE OF FLORIDA,       CASE NO.: F07-34458C

    Plaintiff,      JUDGE: **MARY BARZEE FLORES**

vs.

**FERNANDO IVAN PRADO,**

    Defendant.
_____/

FILED MAY 27 2009 CLERK

## ORDER GRANTING DEFENDANT FERNANDO IVAN PRADO'S MOTION TO CORRECT JUDGMENT AND SENTENCE

**THIS CAUSE** having come before the Court on the Defendant's Motion to Correct Judgment and Sentence and the Court having been apprised, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED**.

The Clerk of Court shall correct the Judgment and Sentence to reflect that the Defendant Fernando Ivan Prado was adjudicated guilty only as to counts III (Obtaining Credit by False Statement 1/M), IV (Dual Contracts Prohibited 2/M), V(Dual Contracts Prohibited 2/M), VI (Dual Contracts Prohibited 2/M)& VII (Dual Contracts Prohibited 2/M) and that counts I (Grand Theft 1st Degree 1/F) & II (Organized Fraud 1/F) were nolle prossed by the State of Florida.

**DONE AND ORDERED** at Miami-Dade County, FL this 26th day of May 2009.

_____
MARY BARZEE FLORES
CIRCUIT COURT JUDGE

cc:    Roger Cabrera, Esq.
       Bill McGee, ASA

1

Case 1:24-cv-23654-RAR   Document 86-3   Entered on FLSD Docket 03/15/2026   Page 2 of 2