**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

     Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

     Defendants.

_____/

### *JOINT* MOTION FOR ORDER PERMITTING COUNSEL, STAFF, AND PARTIES TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

COME NOW, the Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, and Plaintiff, MISAEL CARDENAS, by and through their undersigned counsel, and respectfully move this Court for an Order permitting counsel to bring into Court certain computer and technological devices for use during trial of this matter scheduled for March 23-27, 2026, and state as follows:

1.     Counsel for the Parties intend to use certain electronic equipment during trial of this matter scheduled for March 23-27, 2026, which is likely to include laptop computers and/or computerized tablets for counsel and their support staff, as well as flash drives, power strips, extension cords, and conversion cords.

2.     The Parties understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

3.     The Parties request that the Court permit the following:

     a.  Misael Cardenas (Plaintiff), be authorized to bring his iPhone and any charging ports, cords, adapters, and batteries used for or by it;

1

b. Fernando Ivan Prado (Defendant), be authorized to bring his iPhone/Smartphone and any charging ports, cords, adapters, and batteries used for or by it;

c. Mateo Prado (Defendant), be authorized to bring his iPhone/Smartphone and any charging ports, cords, adapters, and batteries used for or by it;

d. Steffany Sanguino (paralegal who is part of Plaintiff's counsel's trial team), be authorized to bring her iPhone, laptop computer, and the charging ports, cords, adapters, and batteries used for or by them); and

e. Milena Amit (who is part of Defense counsel's trial team), be authorized to bring her iPhone/Smartphone, laptop computer, and the charging ports, cords, adapters, and batteries used for or by them

4. Both Parties join this Motion.

WHEREFORE, the Parties respectfully request that this Court enter an Order permitting the Parties and their counsel to bring the aforementioned equipment into the courtroom for use during trial of this matter scheduled for March 23-27, 2026.

Respectfully Submitted this 19th day of March, 2026.

FAIRLAW FIRM
*Attorneys for Plaintiff*
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Phone: (305) 686-2460
Fax:    (305) 230-4844
E-Mail: brian@fairlawattorney.com

By: */s/ Brian H. Pollock*
    Brian H. Pollock, Esquire
    Florida Bar No. 174742

ADI AMIT, P.A.
*Attorneys for Defendants*
101 NE 3rd Ave.
Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
Fax:    (954) 302-4963
E-Mail: adi@defenderofbusiness.com

By: */s/ Adi Amit*
    Adi Amit, Esquire
    Florida Bar No. 35257

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## **SERVICE LIST**

***Misael Cardenas v. Performance Auto Wholesalers, LLC, et al***
Case No. 1:24-cv-23654-RAR

Brian H. Pollock, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
brian@fairlawattorney.com
*Counsel for Plaintiff*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 N.E. Third Avenue,
Suite 300
Ft. Lauderdale, Florida 33301
Adi@DefenderOfBusiness.com
*Counsel for Defendants*