**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

      Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO,

      Defendants.

_____/

## ORDER GRANTING *JOINT* MOTION FOR ORDER PERMITTING COUNSEL AND STAFF TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL

THIS CAUSE having come before the Court upon the Parties' Joint Motion for Order Permitting Counsel to Bring Electronic Equipment into the Courtroom, and the Court having considered the motion, and is otherwise fully advised in the premises that the motion is filed jointly, it is hereby ORDERED and ADJUDGED that the Parties' Joint Motion for Order Permitting Counsel to Bring Electronic Equipment into the Courtroom is hereby GRANTED:

1.    The following persons shall be permitted into the Wilkie D. Ferguson, Jr., U.S. Courthouse with electronic equipment for use during the trial of matter, scheduled for March 23-27, 2026, including laptop computers, tablets, and their related accessories; flash/USB drives; cellular phones and battery back-ups; charging cables; chargers; adapters; power strips; extension cords; and printers:

    a.  Steffany Sanguino; and

    b.  Milena Amit.

2.      Additionally, the following persons shall be permitted into the Wilkie D. Ferguson, Jr., U.S. Courthouse with their cellular phones and related charging cables, chargers, and battery backups:

    a.  Misael Cardenas; and

    b.  Fernando Ivan Prado; and

    c.  Mateo Prado.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2026.

_____
RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record