**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23654-RAR**

**MISAEL CARDENAS**,

     Plaintiff,

v.

**PERFORMANCE AUTO**
**WHOLESALERS LLC**, *et al*.,

     Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR ORDER PERMITTING COUNSEL, STAFF,**
**AND PARTIES TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Order Permitting Counsel, Staff, and Parties to Bring Electronic Equipment into the Courtroom ("Motion"), [ECF No. 90]. The Court having considered the Motion, the record, and being otherwise fully advised, it is hereby **ORDERED and ADJUDGED** that the Motion, [ECF No. 90], is **GRANTED** as set forth herein:

1. The following persons shall be permitted into Wilkie D. Ferguson, Jr., U.S. Courthouse with electronic equipment for use during the trial of this matter, scheduled for March 23-27, 2026, including laptop computers, tablets, and their related accessories; flash/USB drives; cellular phones and battery back-ups; charging cables; chargers; adapters; power strips; extension cords; and printers:

    a. Steffany Sanguino; and

    b. Milena Amit.

2.      Additionally, the following persons shall be permitted into the Wilkie D. Ferguson, Jr., U.S. Courthouse with their cellular phones and related charging cables, chargers, and battery backups:

    a. Misael Cardenas;

    b. Fernando Ivan Prado; and

    c. Mateo Prado.

**DONE AND ORDERED** in Miami, Florida, this 19th day of March, 2026.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**