**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23654-RAR

MISAEL CARDENAS,

     Plaintiff,

v.

PERFORMANCE AUTO WHOLESALERS,
LLC, FERNANDO IVAN PRADO, and
MATEO PRADO,

     Defendants.

_____/

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants, PERFORMANCE AUTO WHOLESALERS, LLC, FERNANDO IVAN PRADO, and MATEO PRADO, by and through their undersigned counsel, respectfully submit the following five proposed voir dire questions to be asked of prospective jurors by the Court in accordance with this Court's instructions.

1.     In a dispute between an employer and an employee, would you begin such a dispute by tipping the scales slightly in favor of the employee, or can you assure the Court and the Parties that you would be impartial? Why?

2.     Do you believe that a company deserves the same justice and impartiality in court as an individual?

3.     Do you believe that, just because someone may have misrepresented something in the past, it necessarily means that he or she always misrepresents a fact?

4.     Have you, or anyone you know, ever had a disagreement with an employer? If so, what was it about? How did it end? Do you believe all employers are bad just because you had a disagreement with yours?

5.     Have you, or a family member, ever owned a company? How big?

Respectfully submitted, this 20th day of March, 2026.

Adi Amit, P.A.
*Attorneys for Defendants*
101 Centre
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, Florida 33301
Phone: (954) 533-5922
E-mail: adi@defenderofbusiness.com

By: *s/Adi Amit*
 Adi Amit, Esquire
 Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2026, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

***Misael Cardenas v. Performance Auto Wholesalers, LLC, et al***
Case No. 1:24-cv-23654-RAR

| | |
|---|---|
| Brian H. Pollock, Esquire | Adi Amit, Esquire |
| FAIRLAW FIRM | ADI AMIT, P.A. |
| 135 San Lorenzo Avenue | 101 Centre |
| Suite 770 | 101 N.E. Third Avenue, |
| Coral Gables, Florida 33146 | Suite 300 |
| brian@fairlawattorney.com | Ft. Lauderdale, Florida 33301 |
| *Counsel for Plaintiff* | Adi@DefenderOfBusiness.com |
| | *Counsel for Defendants* |