UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

       Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

       Defendants.

_____/

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, Misael Cardenas Rico, proposes for the Court to request the venire to answer the

following:

1.  Do you have any formal legal training or work in the legal field? If so, explain:

2.  Do you, your spouse/partner, or close family member have their own business now or at any time in the past?

3.  Have you, your spouse/partner, or close family members ever been involved as a Plaintiff or Defendant in a case alleging the failure to pay wages? If so, who was involved, and was that involvement?

4.  Do you get paid time and one-half overtime wages when you work more than 40 hours in a workweek?

5.  Have you ever asked an employer about getting paid overtime?

6.  Do you think you should be getting paid overtime wages, but are not? If so, why?

7.  Do you believe that you have to be paid hourly in order to be entitled to overtime pay?

8.  Do you believe that you don't get overtime if you get paid a salary?

9.  Has anyone ever heard of the Fair Labor Standards Act or the FLSA?

Respectfully submitted this <u>20th</u> day of March 2026,

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
