UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-23654-RUIZ/LOUIS

MISAEL CARDENAS RICO,

      Plaintiff,

vs.

PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND
MATEO PRADO,

      Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**
**(CORRECTED) JOINT EXHIBIT LIST**

Plaintiff, Misael Cardenas Rico, notifies the Court and all parties of the filing of the (Corrected) Joint Exhibit List to (a) conform the Joint Exhibits to the Court's evidentiary rulings made March 16, 2026, (b) remove duplicate entries, and (c) correct the numbering of the joint exhibits.

Dated this 22nd day of March 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm