00AO 187 (Rev. 7/87) Exhibit and List
.

| United States District Court | |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| MISAEL CARDENAS RICO,<br><br>     Plaintiffs,<br><br>vs.<br><br>PERFORMANCE AUTO WHOLESALERS LLC, FERNANDO PRADO, AND MATEO PRADO,<br><br>     Defendants. | **(UPDATED) JOINT EXHIBIT LIST**<br><br>**CASE NO.: 1:24-CV-23654-RUIZ/LOUIS** |

| PRESIDING JUDGE<br>HONORABLE<br>RODOLFO A. RUIZ | PLAINTIFFS' ATTORNEY<br>FAIRLAW FIRM<br>BRIAN H. POLLOCK, ESQ.<br>135 SAN LORENZO AVENUE<br>SUITE 770<br>CORAL GABLES, FL 33146<br>PH: 305-230-4884<br>brian@fairlawattorney.com | DEFENDANTS' ATTORNEY<br>ADI AMIT, P.A.<br>ADI AMIT, ESQ.<br>101 NE 3rd AVE., SUITE 300<br>FORT LAUDERDALE, FL 33301<br>PH: 954-533-5922<br>adi@defenderofbusiness.com |
|---|---|---|
| TRIAL DATE(S)<br>March 23, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| JOINT NO. | DATE OFFERED | MARKED | ADMITTED | EXHIBIT |
|---|---|---|---|---|
| J1 | | | | Defendant, Performance Auto Wholesalers, LLC's Responses to Plaintiff's First Set of Interrogatories |
| J2 | | | | Defendant, Fernando Ivan Prado's Responses to Plaintiff's First Set of Interrogatories |
| J3 | | | | Defendant, Mateo Prado,s Responses to Plaintiff's First Set of Interrogatories |
| J4 | | | | Defendants' ledgers of payments to Plaintiff |
| J5 | | | | Pay stubs for checks issued to Misael Cardenas Rico (to June 24, 2024) |
| | | | | |