AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN   DISTRICT OF   FLORIDA

Case Number: 1:24-cv-23654-RAR

|  |  |
|---|---|
| MISAEL CARDENAS<br>v.<br>PERFORMANCE AUTO WHOLESALERS LLC, | **EXHIBIT AND WITNESS LIST** |

| PRESIDING JUDGE<br>RODOLFO A. RUIZ, II | PLAINTIFF'S ATTORNEY<br>Brian H. Pollock, Esq.,<br>P. Brooks LaRou, Esq., | DEFENDANT'S ATTORNEY<br>Adi Amit, Esq. |
|---|---|---|
| BENCH TRIAL DATE (S)<br>3/23/2026, 3/24/2026, 3/25/2026 | COURT REPORTER<br>Sharon Pell Velazco | COURTROOM DEPUTY<br>Graciela Gomez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| J1 |  | 3/23/2026 | YES | YES | Defendant, Performance Auto Wholesalers, LLC's Responses to Plaintiff's First Set of Interrogatories |
| J2 |  | 3/23/2026 | YES | YES | Defendant, Fernando Ivan Prado's Responses to Plaintiff's First Set of Interrogatories |
| J3 |  | 3/23/2026 | YES | YES | Defendant, Mateo Prado's Responses to Plaintiff's First Set of Interrogatories |
| J4 |  | 3/23/2026 | YES | YES | Defendants' ledgers of payments to Plaintiff |
| J5 |  | 3/23/2026 | YES | YES | Pay stubs for checks issued to Misael Cardenas Rico (to June 24, 2024) |
| 1A |  | 3/24/2026 | YES | YES | Photographs |
| 1B |  | 3/24/2026 | YES | YES | Photographs |
| 1C |  | 3/24/2026 | YES | YES | Photographs |
|  |  |  |  |  |  |
|  | D1 | 3/24/2026 | YES | YES | Ledger of days Plaintiff missed from work (PERFORMANCE0010-11) |
|  | D2 | 3/24/2026 | YES | YES | Photographs (CARDENAS000219-000249) |
|  | D3 | 3/252026 | YES | YES | Sunbiz.org Division of Corporations Search Records |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | **WITNESS LIST** |
| ✓ |  | 3/23/2026 |  |  | Fernando Ivan Prado |
| ✓ |  | 3/24/2026 |  |  | Mateo Prado |
| ✓ |  | 3/24/2026 |  |  | Misael Cardenas Rico |
|  |  |  |  |  |  |
|  |  |  |  |  |  |