## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-23654-RAR

**MISAEL CARDENAS RICO,**

Plaintiff,

v.

**PERFORMANCE AUTO WHOLESALERS LLC,
FERNANDO PRADO, AND MATEO PRADO,**

Defendants.

_____/

### VERDICT FORM

**We, the Jury, find by a preponderance of the evidence, as follows:**

1. Did Defendants fail to pay Misael Cardenas Rico the overtime wages required by the FLSA?

    _____ YES        __X__ NO

*If you answered "YES" to Question 1, please answer Question 2. If you answered "NO" to Question 1, please sign and date your verdict form.*

2. Did Defendants know or show reckless disregard for whether the FLSA required them to pay Misael Cardenas Rico overtime wages?

    _____ YES        _____ NO

*Please answer Question 3.*

3. Should Misael Cardenas Rico be awarded overtime wage damages?

    _____ YES        _____ NO

If "YES," in what amount?     $_____

*Please sign and date your verdict form.*

SO SAY WE ALL.

_____
Foreperson's Name

_____
Foreperson's Signature

DATE: __3|25|26__