**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23654-RAR**

**MISAEL CARDENAS RICO**,

      Plaintiff,

v.

**PERFORMANCE AUTO**
**WHOLESALERS LLC**, *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the conclusion of the jury trial in this matter and the Jury Verdict entered on March 25, 2026, [ECF No. 100]. Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Jury Verdict, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants Performance Auto Wholesalers LLC, Fernando Ivan Prado, and Mateo Prado and against Plaintiff Misael Cardenas Rico. Plaintiff shall take nothing from this action and Defendants shall go hence without day. The Clerk is instructed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of March, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**